UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MUSKET CORPORATION,

    Plaintiff,

-against-

PDVSA PETROLEO, S.A., et al.
_____

06CV15522

MARRERO

### 7.1 STATEMENT

Plaintiff Musket Corporation, by its attorneys, Holland & Knight LLP, as and for its disclosure statement pursuant to Fed. R. Civ. P. 7.1 states that it is wholly-owned by Love Corporation and that Love Corporation's stock is not publicly traded.

Dated: New York, NY
      Dec. 28, 2006

                                  Holland & Knight LLP

                                  By: _____
                                      John J. Reilly (JR-9031)
                                195 Broadway
                                NY, NY 10007
                                212 513 3200