UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK ~~COUNTY~~,

STATE OF ___NEW YORK___

| | |
|---|---|
| MUSKET CORPORATION ) | |
| ) | Civil Action No. 06 CV 15522 |
| ) | |
| Plaintiff, ) | Case No. _____ |
| ) | ~~Court No.~~ |
| vs. ) | |
| PDVSA PETROLEO, S.A., a/k/a PDVSA ) | USDC SDNY |
| PETROLEO Y GAS, S.A., ADVANCED ) | DOCUMENT |
| ENGINEERING DEVELOPMENT LTD., and ) | ELECTRONICALLY FILED |
| INTRAKAM SA, ) | DOC #: _____ |
| Defendant. ) | DATE FILED: 1/2/07 |

## ATTACHMENT BOND

KNOW ALL MEN BY THESE PRESENTS ___MUSKET CORPORATION___ plaintiffs, as principals, and Fidelity and Deposit Company of Maryland as surety, are indebted to ___UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK___ in the sum of ___TWO MILLION NO/100 DOLLARS___ ($ 2,000,000.00) for the payment whereof we bind ourselves, our heirs, executors and administrators jointly and severally firmly by these presents.

The conditions of this obligation is such that whereas the plaintiffs are about to commence a suit by attachment against the defendant.

NOW, if the plaintiffs shall prosecute this action without delay, and with effect, refund all sums of money that may be adjudged to be refunded to the

1/3/07

defendant, or found to have been received by the plaintiff, and not justly due to plaintiffs and pay all damages and costs that may accrue to any defendant, garnishee or interpleader, by reason of any judgment or process thereon, and pay all damages and costs that may accrue to any Sheriff or other officer by reason of acting under the writ of attachment, following the instructions of the plaintiff, then this obligation to be void, otherwise to remain in full force.

IN WITNESS WHEREOF, we have hereunto set our hands this ___29th___ day of _____December_____, __2006__.

Fidelity and Deposit Company of Maryland

By: _/s/ Gary M. Jarmon_
Gary M. Jarmon      Attorney-in-Fact

MUSKET CORPORATION
                                   Principal

By: _/s/ Doug Stussi_   VP-Treasurer

## Power of Attorney
### FIDELITY AND DEPOSIT COMPANY OF MARYLAND

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation of the State of Maryland, by THEODORE G. MARTINEZ, Vice President, and ERIC D. BARNES, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint **Michael F. ROSS, Gary M. JARMON, John R. MACKEY, Bill ORCUTT, David DUHON, Jeffrey J. BURTON, Jeff R. JOHNSON, Jana D. DEAN and Edwin J. CUNNINGHAM, JR., all of Oklahoma City, Oklahoma, EACH** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings**, and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Company, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, Md., in their own proper persons. This power of attorney revokes that issued on behalf of Michael F. ROSS, Gary M. JARMON, John R. MACKEY, John D. BIRSNER, Bill ORCUTT, David DUHON, Jeffrey J. BURTON, Jeff R. JOHNSON, Helen C. HARMON, dated May 23, 2002.

The said Assistant Secretary does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND, this 3rd day of February, A.D. 2005.

ATTEST:   FIDELITY AND DEPOSIT COMPANY OF MARYLAND



By:

*Eric D. Barnes*   *Assistant Secretary*      *Theodore G. Martinez*

State of Maryland } ss:
City of Baltimore

On this 3rd day of February, A.D. 2005, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came THEODORE G. MARTINEZ, Vice President, and ERIC D. BARNES, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

*Constance A. Dunn*

Constance A. Dunn        Notary Public
My Commission Expires: July 14, 2007

POA-F 076-0977

# Disclosure Statement



**ZURICH**

Commercial Business - BO

## ZURICH AGENT/BROKER COMPENSATION DISCLOSURE

Dear Policyholder:

On behalf of Zurich, we are glad you have chosen us as your insurance company. We look forward to meeting your insurance needs and want you to understand clearly our business relationship with the agent or broker you chose to represent your company's interests in the placement of insurance coverages.

As is the case with many insurance companies in the United States, Zurich distributes many of its insurance products through agents or brokers. This means that your agent or broker is not employed by Zurich and, in fact, may represent many insurance companies. Because we do not employ your agent or broker, the way they are compensated may vary. We recommend you discuss these arrangements with your agent or broker.

Like many other insurers, when Zurich compensates your agent or broker, they **may** receive two types of payments. The first type of compensation is known as "base commission," and the second is called "contingent compensation."

For an explanation of the nature and range of compensation Zurich may pay to your agent or broker in connection with your business, please go to **http://www.zurichna.com**. Click on the information link located on the Agent/Broker Compensation Disclosure section. Where appropriate, insert the Access Code provided below, and you will be able to view this information. Alternatively, you may call (877) 347-6465 to obtain this type of information.

Thank you.

Access Code: 2016074473