Holland & Knight LLP
195 Broadway
New York, N.Y. 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSKET CORPORATION,

                Plaintiff,

- against -

PDVSA PETROLEO, S.A., a/k/a PDVSA
PETROLEO Y GAS, S.A., and ADVANCED
ENGINEERING DEVELOPMENT LTD.,

                Defendants.

06 CV 15522 (J. Marrero)

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK   )
                            ) SS.:
COUNTY OF NEW YORK )

       RUDY D. GREEN, an attorney admitted to practice in the Courts of the State of New York, certifies under penalty of perjury:

       That on December 29, 2006, at 9:02 a.m., I personally served true copies of the following:

1. Summons
2. Complaint;
3. Order of Attachment;
4. Plaintiff's Disclosure Statement;
5. Ravi Ramdas Affidavit in Support of Application for an Order of Attachment;
6. John J. Reilly Declaration in Support of Application for an Order of Attachment;
7. Memo of Law in Support of Application for an Order of Attachment;

   by delivering to JPMorganChase & Co., Linda A. Platone, Legal Specialist, Legal Department, Chase Manhattan Plaza, 20th Fl., New York, N.Y.

                                                           _____
                                                                   RUDY D. GREEN

Dated: December 28, 2006