# Holland · Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway
New York, NY 10007-3189
www.hklaw.com

David D. Howe
212 513 3351
david.howe@hklaw.com

January 4, 2007

BY FAX

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/07
```

    Re:   Musket Corp. v. PDVSA Petroleo, S.A. et ano.,
          06 CV 15522 (VM)

Your Honor:

    We represent the plaintiff in the above-captioned action. On December 28, 2006, the Court entered an order of attachment upon our application. The order provides, in part, that counsel are to appear for argument on January 4, 2007 at 3:00 p.m., and that the order shall remain in effect only through that day.

    Earlier today, we were advised by Ms. Kirby from your Chambers that, due to a change in the Court's schedule, the hearing scheduled for today at 3:00 p.m. would have to be postponed. We are now scheduled to appear before Your Honor tomorrow, January 5, at 4:30 p.m.

    Because the court appearance has been adjourned, we request that the attachment order be extended so that it will remain in effect through tomorrow, January 5, 2007. This will avoid any "gap" in the effectiveness of the order prior to the rescheduled hearing.

Respectfully submitted,

David D. Howe

> Request GRANTED. The Order of Attachment entered herein on 12-28-06 is modified to extend the date of its expiration to 3-2-07, subject to further modifications as appropriate following the Court's ruling on any motion
> SO ORDERED: for confirmation submitted.
> 1-5-07
> DATE    VICTOR MARRERO, U.S.D.J.

# Holland + Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway
New York, NY 10007-3189
www.hklaw.com

| TO: | | |
|---|---|---|
| Ms. Maria Kirby | Chambers of Hon. Victor Marrero | (212) 805-6382 |
| NAME | COMPANY/FIRM | FAX NUMBER |
| New York | NY | (212) 805-6381 |
| CITY | STATE | (TELEPHONE NUMBER) |

| FROM: | | |
|---|---|---|
| David D. Howe, Esq. | (212) 513-3351 | 2 |
| NAME | TELEPHONE | TOTAL PAGES (Including Cover Sheet) |

| FOR THE RECORD: | | | |
|---|---|---|---|
| DATE: January 4, 2007 | URGENCY: ☐ SUPER RUSH | ☐ RUSH | ☒ REGULAR |
| FAXED BY: | FILE #: 110952.00001 | | CLIENT NAME: Musket |
| CONFIRMED ☐ YES ☐ NO | NAME: | TIME: | |

If you did not receive all of the pages or find that they are illegible, please call 212 513 3200

**CONFIDENTIALITY NOTICE:** This facsimile, along with any documents, files, or attachments, may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, printing, distribution or use of any information contained in or attached to this facsimile is **strictly prohibited**. If you have received this facsimile in error, please immediately notify us by facsimile or by telephone collect at the numbers stated above, and destroy the original facsimile and its attachments without reading, printing, or saving in any manner. Your cooperation is appreciated. Thank you.

## MESSAGE:

Re:   Musket Corp. v. PDVSA Petroleo, S.A. et ano., 06 CV15522 (VM)

#4281888_v1