UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSKET CORPORATION,

                Plaintiff,

- against -

PDVSA PETROLEO, S.A., a/k/a PDVSA PETROLEO Y GAS, S.A., and ADVANCED ENGINEERING DEVELOPMENT LTD.,

                Defendants.

Civil Action No.
06 CV 15522 (VM)

**NOTICE OF MOTION TO CONFIRM ORDER OF ATTACHMENT**

    PLEASE TAKE NOTICE, that upon the annexed Declaration of John J. Reilly, Esq., dated January 16, 2007, and the exhibits thereto, and the Affidavit of Ravi Ramdas, sworn to on January 15, 2007, and the exhibits thereto, which are filed herewith, and the Memorandum of Law filed herewith, and upon all the prior pleadings and proceedings herein, plaintiff, Musket Corporation, by its undersigned counsel, will move this Court before the Hon. Victor Marrero, U.S. District Judge, at the United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, New York 10007, on a date to be scheduled by the Court, for an order pursuant to Rule 64, Fed. R. Civ. P., and New York Civil Practice Law and Rules § 6211(b), confirming the Order of Attachment entered by the Court on December 28, 2006, and for such other and further relief as the Court may deem just and proper.

Pursuant to the direction of the Court, papers in opposition to this motion, if any, shall be served no later than January 26, 2007.

Dated: New York, New York
       January 16, 2007

HOLLAND & KNIGHT LLP
Attorneys for Plaintiff

By: _____
    John J. Reilly (JR 9031)
    David D. Howe (DH 6201)
195 Broadway
New York, New York 10007
(212) 513-3200

TO:    Lizabeth L. Burrell, Esq.
        Curtis, Mallet-Prevost, Colt & Mosle LLP
        101 Park Avenue
        New York, New York 10178-0016
        Attorneys for Defendant PDVSA Petroleo, S.A.

        Advanced Engineering Development Ltd.
        Ur. Guadalmina Alta Ed Barclays Local 4
        San Pedro, Marbella, Malaga
        SPAIN 29678
        Attention: N. Sandoval
        E-mail address: advanced-engineering@hotmail.com

# 4286515_v1