Holland & Knight LLP
195 Broadway
New York, N.Y. 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSKET CORPORATION,

                    Plaintiff,

     - against -

PDVSA PETROLEO, S.A., a/k/a PDVSA
PETROLEO Y GAS, S.A., and ADVANCED
ENGINEERING DEVELOPMENT LTD.,

                Defendants.

06 CV 15522 (J. Marrero)

**CERTIFICATE OF SERVICE**

I hereby certify, pursuant to Title 28 U.S.C.§1746, that on  January 16, 2007, I served  true and correct copies of the following documents:

1)     Notice of Motion to Confirm Order of Attachment;
2)     Memorandum of Law in Support of Motion to Confirm Order of Attachment;
3)     Declaration of John J. Reilly in Support of Motion to Confirm Order of Attachment; and
4)     Affidavit of Ravi Ramdas in Support of Motion to Confirm Order of Attachment;

by email and by mailing it in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service, to be delivered by First Class Mail to:

Advanced Engineering Development Ltd.
Ur. Guadalmina Alta Ed Barclays Local 4
San Pedro, Marbella, Malaga
SPAIN 29678
Attention:  N. Sandoval

Lizabeth L. Burrell, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York  10178-0016

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2007.

Elvin Ramos