AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

MUSKET CORPORATION,

v.

PDVSA PETROLEO, S.A., a/k/a

**APPEARANCE**

Case Number: 06 CV 15522 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant PDVSA Petroleo, S.A.

I certify that I am admitted to practice in this court.

January 19, 2007
Date

/s/ Lizabeth L. Burrell/
Signature

Lizabeth L. Burrell                LB-7980
Print Name                         Bar Number

Curtis, Mallet-Prévost, Colt & Mosle, LLP
Address

101 Park Avenue, New York, NY 10178-0061
City                  State              Zip Code

(212) 696-6000                     (212) 697-1559
Phone Number                       Fax Number