USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/07

Morrono, J

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUSKET CORPORATION,<br><br>                    Plaintiff,<br><br>         - against -<br><br>PDVSA PETROLEO, S.A., a/k/a PDVSA<br>PETROLEO Y GAS, S.A., and ADVANCED<br>ENGINEERING DEVELOPMENT LTD.,<br><br>                    Defendants. | Civil Action No.<br>06 CV 15522 (VM)<br><br>**STIPULATION AND ORDER<br>AUTHORIZING DEPOSIT<br>OF FUNDS INTO COURT** |

An Order of Attachment was entered in this action on December 28, 2006, and was duly served upon JPMorgan Chase Bank, N.A. (the "Garnishee"). The Garnishee has filed its Statement that it is in possession and custody of the sum of $1,561,061.50, representing the proceeds of a letter of credit drawing by defendant PDVSA Petroleo, S.A. ("PDVSA"), which sum is subject to such Order and upon which levy has been made. The Garnishee and the parties appearing have agreed that such sum shall be deposited with the Court, to secure any judgment in favor of the plaintiff and to abide the further order of the Court. Accordingly, pursuant to Rule 67, Fed. R. Civ. P., Local Civil Rule 67.1, and the provisions of N.Y. CPLR Article 62 applied pursuant to Rule 64, it is hereby STIPULATED AND AGREED that:

1. The sum of $1,561,061.50 shall be deposited by the Garnishee with the Clerk of the Court. Said sum, and any income thereon, net of the Clerk's fees, shall be held until further order of the Court.

2. The Clerk is directed to invest such funds in an interest-bearing account and may deduct from the income on the investment a fee equal to ten per cent (10%) of the income

earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

4. Upon depositing such funds with the Clerk, the Garnishee's obligations to the parties herein shall be discharged to the extent of the sum deposited.

Dated: New York, New York
January 17, 2007

HOLLAND & KNIGHT LLP

By: _____
John J. Reilly (JR 9031)
David D. Howe (DH 6201)
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Plaintiff

_____
Manuel Gottlieb (MG 7129)
VP & Asst. General Counsel
J.P. Morgan Chase & Co.
Legal Department
One Chase Manhattan Plaza Floor 26
New York, New York 10081
(212) 552-0949

Attorney for Garnishee
JPMorgan Chase Bank, N.A.

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: _____
Lizabeth L. Burrell (LB 7980)
101 Park Avenue
New York, New York 10178-0016
(212) 696-6000

Attorneys for Defendant
PDVSA Petroleo, S.A.

SO ORDERED:

_____
Victor Marrero, U.S.D.J.
Date: 19 January 2007