MARCELO, S.

Benard V. Preziosi, Jr. (BP-5715)
Lizabeth Burrell (LB-7980)

CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Telephone:   212-696-6000
Facsimile:   212-697-1559

Attorneys for Defendant
PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo Y Gas, S.A.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
MUSKET CORPORATION,

                            Plaintiff,

        -v-

PDVSA PETROLEO, S.A., A/K/A PDVSA
PETROLEO Y GAS, S.A., and ADVANCED
ENGINEERING DEVELOPMENT LTD.,

                        Defendants.
------------------------------------------------------------------

Civil Action No.
06 CV 15522 (VM)

STIPULATION

> **USDS SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: 1/25/07

      WHEREAS, plaintiff Musket Corporation ("Musket") obtained an ex parte Order

of Attachment dated December 28, 2006; and

      WHEREAS, the Court convened a conference in this action on January 5, 2007

and, at that time, set a briefing schedule in respect of Musket's motion to confirm the Order of

Attachment; and

      WHEREAS, Musket served and filed its motion to confirm the Order of

Attachment on January 16, 2007;

3388719v1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and
between the undersigned counsel for Musket and defendant PDVSA Petroleo, S.A. (a/k/a
PDVSA Petroleo Y Gas, S.A.) ("PDVSA"), the only parties which have made an appearance in
this action, as follows:

1.      The time for PDVSA to serve and file its papers in opposition to the
motion to confirm the Order of Attachment is extended from January 26, 2007 to and including
February 2, 2007.

2.      The time for Musket to serve and file is reply papers in support of its
motion to confirm the Order of Attachment is extended from February 6, 2007 to and including
February 13, 2007.

Dated: New York, New York
        January 23, 2007


HOLLAND & KNIGHT LLP

By:_____
John J. Reilly (JR-9031)
David D. Howe (DH 6201)
195 Broadway
New York, New York 10007
212-513-3200

Attorneys for Plaintiff
Musket Corporation


CURTIS, MALLET-PREVOST,
        COLT & MOSLE LLP

By:_____
Benard V. Preziosi, Jr. (BP-5715)
Lizabeth Burrell (LB-7980)
101 Park Avenue
New York, New York 10178
212-696-6000

Attorneys for Defendant
PDVSA Petroleo, S.A. (a/k/a PDVSA
Petroleo Y Gas, S.A.)


SO ORDERED:

_____
                U.S.D.J.

3388719v1