Benard V. Preziosi, Jr. (BP-5715)
Lizabeth L. Burrell (LB-7980)
Christopher C. Costello (CC-6516)

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Telephone:    (212) 696-6000
Facsimile:    (212) 697-1559

Attorneys for Defendant
PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo y Gas, S.A.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUSKET CORPORATION,<br><br>                                        Plaintiff,<br><br>                - against -<br><br>PDVSA PETROLEO, S.A., a/k/a PDVSA  PETROLEO<br>Y GAS, S.A., and ADVANCED ENGINEERING<br>DEVELOPMENT LTD.,<br><br>                                        Defendants. | Civil Action No.<br>**06 CV 15522 (VM)** |

AFFIDAVIT OF LIZABETH BURRELL IN OPPOSITION TO
PLAINTIFF MUSKET CORPORATION'S MOTION TO CONFIRM THE ATTACHMENT

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF NEW YORK         )

LIZABETH L. BURRELL, being duly sworn, deposes and says:

1.    I am a member of the Bar of this Court and am Counsel to Curtis, Mallet-Prevost, Colt & Mosle LLP, attorneys for defendant PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo y Gas, S.A.) ("PDVSA") in this action.

2.    Annexed hereto are (a) the declaration pursuant to 28 U.S.C. § 1746 of Gilmer G. González G., the International Commerce General Manager of the Commerce & Supply of PDVSA and (b) the declaration pursuant to 28 U.S.C. § 1746 of Maria Gabriela Silva, an analyst in the Letter of Credit Department of PDVSA. In light of certain logistical restraints, we have not yet received the originals of these declarations from our client. The attached declarations are versions that I received today by e-mail. The originals of the declarations, which are being sent to me from Venezuela, will be filed with the Court upon receipt.

3.    As the Court will see, Ms. Silva's declaration is in Spanish, as are many of the exhibits that are referenced in and annexed to the declarations. We have translated Ms. Silva's declaration as well as the Spanish language exhibits. The English translation of a document is separated from the Spanish language original by a sheet of paper, but both the original and the translation are included in the same exhibit.

4.    Also annexed hereto is the affidavit of Antonio De Lisi Martínez, an associate at the Curtis firm. Mr. De Lisi Martínez did the translations. If the Court so requires, we will undertake to have the documents translated by Mr. DeLisi Martínez re-translated by a certified translator. Likewise, if there is any dispute regarding any of the

translations, we will undertake to have the disputed document(s) re-translated by a certified translator.

Lizabeth Burrell

Sworn to before me this
2nd day of February, 2007

Notary Public

CHIARA TAYLOR
NOTARY PUBLIC
MY COMMISSION EXPIRES MARCH 8, 2010
NO. 01TA5023192
QUALIFIED IN NEW YORK COUNTY
CERTIFIED IN WESTCHESTER COUNTY

3409218v1

Benard V. Preziosi, Jr. (BP-5715)
Lizabeth Burrell (LB-7980)

CURTIS, MALLET-PRÉVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Telephone:   (212) 696-6000
Facsimile:   (212) 697-1559

Attorneys for Defendant
PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo y Gas, S.A.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUSKET CORPORATION,<br><br>                Plaintiff,<br><br>    - against -<br><br>PDVSA PETROLEO, S.A., a/k/a PDVSA<br>PETROLEO Y GAS, S.A., and ADVANCED<br>ENGINEERING DEVELOPMENT LTD.,<br><br>                Defendants. | Civil Action No.<br>**06 CV 15522 (VM)**<br><br>**AFFIRMATION IN OPPOSITION TO<br>MOTION TO CONFIRM<br>ATTACHMENT** |

GILMER G. GONZÁLEZ G. hereby affirms under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1.    I am the International Commerce General Manager of the Commerce & Supply of PDVSA Petroleos, S.A. ("PDVSA"). In that capacity, I am in charge of PDVSA's

international sales. I make this affirmation to oppose the motion of plaintiff Musket Corporation ("Musket") to confirm its attachment of PDVSA's funds. The facts stated below are based on my personal knowledge and my review of documents attached to this affirmation.

2.     I will explain below that:

- No entity or person (other than PDVSA employees) was at any time authorized to act as PDVSA's agent or to bind PDVSA to any agreement;

- At no time did PDVSA by word or conduct give Musket any reason to believe that Advanced Engineering or any other entity was authorized to act on behalf of or bind in any way PDVSA;

- To the extent that contractual relations were ever discussed with Musket, PDVSA repeatedly and forcefully told Musket that Intrakam SA de CV ("Intrakam") alone was PDVSA's only contract partner;

- To the best of my knowledge, no one at PDVSA was aware of the existence of any contract between Musket and Advanced Engineering, and accordingly no one had any knowledge of any original or amended terms;

- PDVSA was entitled to draw on the letter of credit in the amount attached in this action because the letter of credit had been specifically negotiated to cover Intrakam's obligations under the contract between PDVSA and Intrakam in the event that PDVSA was not paid in full; and

- The attachment should be vacated because PDVSA contracted with Intrakam alone, and any arrangements or contracts between or among Intrakam, Advanced Engineering and Musket were both unknown to PDVSA and unimportant in any event.

## PDVSA Publicizes the Fact that It Does Not Do Business through Intermediaries

3. PDVSA is 100% owned by the government of the Bolivarian Republic of Venezuela. PDVSA's operations include the exploration, production, refining, transport and marketing of hydrocarbons.

4. PDVSA's six refinery complexes in Venezuela produce a variety of petroleum products, including gasoil. Venezuela generally exports over 90% of its total hydrocarbon production to buyers outside Venezuela.

5. In order to be sure of the *bona fides* of its trading partners and thus to minimize the risk of nonpayment or other problems, PDVSA sells its products only to its registered clients. As shown below, instructions for becoming a registered client of PDVSA are available through a hyperlink on the home page of PDVSA's website, http://www.pdvsa.com/ (copied below), which states: "**Business with PDVSA** Simple steps to do business with the Venezuelan State Oil Company . . . ." (See upper right hand corner of screen shot.)



6.    Clicking on the "Business with PDVSA" hyperlink takes the viewer to a page enumerating "Steps for Doing Business." Step 1 states "Sales of crude oil will only be negotiated with companies owning refineries according to PDVSA policy; that is to say negotiations will be held directly with the interested companies and not through intermediaries. . . . Product[1] sales take effect between the provider and the client directly, with no intermediaries (third parties, representatives, etc). Prior to any commercial relation, the interested company must be registered to be considered as a potential client."

---

1. "Product" means every kind of refined petroleum product, *i.e.*, everything other than crude oil, and includes gasoil, the product at issue here.



7.    — PDVSA consistently enforces its policy of doing business exclusively and directly with its registered clients.

8.    PDVSA's entire website is available in English as well as Spanish.

## The Same Cargo of Oil Is Usually Subject to Several Distinct Contracts

9.    I have been involved in oil trading for about seventeen years.

10.    Oil trading is a sophisticated industry which customarily involves chains of separate and distinct contracts for a single cargo. Each contract in the chain confers rights and obligations only on that contract's buyer and seller. Each contract in the chain can and

typically will be significantly different from others in its in pricing and delivery provisions, as well as other important terms.

11.    Oil pricing mechanisms are usually pegged to one of the industry indices (*e.g.*, Platt's). Because the value of petroleum products varies from place to place, industry price indices are location specific.

12.    Because the value of petroleum products also varies from day to day, oil trading contracts further specify the index dates to be used. Most commonly, the contract will specify that pricing calculation be made using the average of the index prices for a certain number of days immediately following the bill of lading date.

13.    Because the final price to be paid by the buyer usually can be determined only after the parties have committed to the contract, nearly all trades are speculative. Transactions are often hedged. Because of the huge sums involved, only sophisticated entities usually engage in oil trading.

## The PDVSA-Intrakam Contract

14.    Intrakam became a registered client of PDVSA in 2004.

15.    On October 19, 2006, Intrakam purchased from PDVSA 240,000 barrels of Gasoil 0.2% sulphur, plus or minus 10% at seller's option ("PDVSA-Intrakam contract"). A true and correct copy of this contract is attached as Exhibit 1. A true and correct copy of the PDVSA General Terms and Conditions incorporated into that contract is attached as Exhibit 2.

16.    Under the PDVSA-Intrakam contract, the sale was on F.O.B. terms, meaning that PDVSA's delivery obligation would be satisfied as the oil was pumped over the rail of a vessel chartered by Intrakam. The "delivery window" under the PDVSA-Intrakam contract was October 20 to 22, 2006. This means that the seller, PDVSA, had to have conforming product available at the loadport and the buyer, Intrakam, had to present a vessel at the loadport to carry it during the stated period.

17.    Although the delivery would take place in Venezuela, the destination of the cargo was also very important because, as noted above, the value of petroleum products varies by location. Accordingly, the PDVSA-Intrakam contract expressly limited the destination of the cargo to a specific location, Singapore, and matched the pricing to that location. The PDVSA-Intrakam contract provided that any change in the cargo's destination would require written approval from PDVSA, and even then, a penalty applied. *See* Exhibit 1 clauses 4, 5.

18.    The final cargo price was to be calculated by using the "average of the mean of Platt's Singapore gasoil 0.2% minus $37.00 US$/MT"[2] for "the three consecutive quotations published after the bill of lading date." Exhibit 1 clause 5.

19.    The PDVSA-Intrakam contract also required Intrakam to make a prepayment based on a provisional invoice before PDVSA was obligated to deliver the cargo. The

---

2.    "MT" means metric tons. The subtraction of $37/MT from the Singapore price was to account for the fact that the Platt's quote assumes the cargo is already at that destination but, because this was an F.O.B. contract, the buyer, not PDVSA, would be required to bear the cost and risk of getting the cargo to destination.

amount of the prepayment was based on a calculation set forth in the contract which was designed to provide an estimate of the cargo's final price, which could not be precisely calculated before delivery because the final price depended on Platt's quotes on dates after the bill of lading was issued, which could occur only after the cargo was loaded aboard Intrakam's chartered vessel.

20.     On October 19, 2006, the same day that PDVSA and Intrakam entered into their contract, Intrakam nominated the vessel TEAM ANIARA to carry the cargo, and the nomination was reviewed and accepted by relevant PDVSA personnel.  A true and correct copy of a message dated October 19, 2006 11:45 a.m. from José Seba, a trader in PDVSA's Commerce and Supply Department, to PDVSA personnel responsible for programming terminal and vessel operations, is attached as Exhibit 3.[3]  A true and correct copy of a message dated October 19, 2006 5:57 p.m. from PDVSA to Intrakam conveying PDVSA's acceptance of the vessel is attached as Exhibit 4.

21.     Also on October 19, 2006, PDVSA issued a provisional or *pro forma* invoice using the PDVSA-Intrakam contract's formula for the required prepayment.  The invoice was based on the contract quantity of 240,000 barrels, *i.e.*, without taking account of the seller's option for 10% more or less, and was payable on October 20.  A true and correct copy of

---

3.  English translations accompany documents written in Spanish.  A certificate of accuracy follows the last exhibit to this affirmation.  Mr. Seba's message forwarded a message dated October 19, 2006 10:15 a.m. from Intrakam's César Chávez.

PDVSA's first provisional invoice to Intrakam dated October 19, 2006 is attached as Exhibit 5.

**Intrakam Failed to Make the Prepayment Due under the PDVSA-Intrakam Contract, but the Vessel Was Loaded to Avoid a Refinery Shut-Down**

22.     A problem arose almost immediately.   The vessel tendered her "Notice of Readiness" at the loadport on October 23, 2006, but Intrakam had not made the prepayment required by the PDVSA-Intrakam contract in order to commence loading.  A true and correct copy of the Statement of Facts chronicling the vessel's stay at the loadport, which reflects the tender of the Notice of Readiness (NOR), is attached as Exhibit 6.

23.     Under ordinary circumstances, Intrakam's failure to make the prepayment would have resulted in PDVSA refusing to load the vessel, as PDVSA was entitled to do under the PDVSA-Intrakam contract.  At the time, however, PDVSA's shore tanks (*i.e.*, the tanks from which the product would be pumped onto the vessel) were holding the maximum amount of gasoil they could store, and PDVSA did not have any other vessels on line to load that product to make room in the shore tanks for the gasoil that was constantly being produced at the refineries.

24.     Refineries must be shut down if there is no place to store their products, resulting in both a costly loss of production and very high restarting expenses.  Accordingly, when Intrakam assured PDVSA on October 24, 2006 that international time differences had prevented timely payment of the October 19, 2006 provisional invoice, PDVSA decided to load the cargo to make room for more product in the shore tanks.  PDVSA also determined,

-9-

however, that it would keep the vessel in port until the prepayment was made. A true and correct copy of a message dated October 24, 2006 12:11 p.m. from Intrakam to Maria Gabriella Silva, an Analyst in PDVSA's Letter of Credit Department, assuring PDVSA that time differences had simply delayed the prepayment is attached as Exhibit 7. A true and correct copy of a message dated October 25, 2006 11:26 a.m. from PDVSA to Intrakam advising of PDVSA's decision to load the vessel but to keep her from sailing until payment was received is attached as Exhibit 8.

25.    In the meantime, in preparation for the anticipated loading, Erwin Burger, who works in PDVSA's Clean Products Operations,[4] sought and received from Intrakam information necessary for completing the required cargo documentation, including the cargo's destination and consignee for the issuance of a bill of lading. Intrakam advised that the consignee was a company in Singapore called Wintek International Pte Ltd. A true and correct copy of a message dated October 24, 2006 6:55 p.m. from Intrakam's César Chávez to Erwin Burger is attached as Exhibit 9.[5]

26.    In order to get as much out of our shore tanks as possible, PDVSA exercised its option under the PDVSA-Intrakam contract to load the maximum quantity, 240,000 barrels

---

4.  PDVSA's Clean Products Operations are within the Department of Commerce and Supply.

5.  This Exhibit forwards a message sent by César Chávez of Intrakam. In reading messages generated by Mr. Chávez, it is helpful to note that he often first quotes text received from another party to which he is replying, preceded by "on [DATE], [NAME] and [ADDRESS] wrote:" He then places his own response to that message only at the very end of the entire message.

plus 10%. I transmitted this decision to the necessary departments. A true and correct copy of a message dated October 25, 2006 10:37 a.m. reflecting the internal confirmation of my October 25, 2006 verbal instruction is attached as Exhibit 10. Intrakam eventually confirmed the increased amount, as was established in the PDVSA-Intrakam contract. A true and correct copy of a confirming message dated October 27, 2006 10:56 a.m. from Victor Delascio, a contract administrator in PDVSA's Commerce and Supply Department to Intrakam is attached as Exhibit 11.

27.   The vessel was given instructions to berth later on October 25, 2006 for loading. *See* Exhibit 6 (Statement of Facts).

## Intrakam Kept Stalling on its Payment, Resulting in Mounting Costs

28.   Despite Intrakam's October 24, 2006 assurance that the delay in payment arose from international time differences and would be remedied the next day, by the morning of October 25, Intrakam still had not paid the October 19, 2006 provisional invoice. A true and correct copy of a message dated October 25, 2006 9:25 a.m. from PDVSA to Intrakam is attached as Exhibit 12. Nevertheless, given the continuing lack of other means for relieving the shore tanks of inventory, loading went forward on October 26, *see* Exhibit 6 (Statement of Facts), after instructions were given that cargo documents necessary for the vessel to leave port were not to be given to the vessel.

29.   Intrakam had been informed that because the situation had been caused by Intrakam's failure to pay, all costs resulting from this course of action would be for

Intrakam's account. A true and correct copy of a message dated October 25, 2006 11:33 a.m. from PDVSA to Intrakam is attached as Exhibit 13. Intrakam immediately confirmed by return e-mail that it completely understood PDVSA's remarks. A true and correct copy of a message dated October 25, 2006 11:34 a.m. from Intrakam to PDVSA is attached as Exhibit 14.

30. PDVSA continued to press Intrakam for payment. On October 26, 2006, Intrakam again claimed that the delay was related to time differences and that PDVSA would have its money the next day without fail. A true and correct copy of a message dated October 26, 2006 11:47 a.m. from Intrakam to PDVSA is attached as Exhibit 15.

31. Loading was completed in the early hours of October 27. *See* Exhibit 6 (Statement of Facts).

32. By the morning of Friday, October 27, 2006, PDVSA still had not received the required prepayment. Accordingly, PDVSA issued instructions to the terminal prohibiting the issuance of documents necessary to allow the vessel to sail. PDVSA also urged Intrakam to expedite payment in view of the accumulating costs resulting from the vessel having to wait in port, all of which fell to Intrakam under the PDVSA-Intrakam contract. *See* Exhibit 1 clause 6, last paragraph. A true and correct copy of a message dated October 27, 2006 11:10 a.m. from PDVSA's Clean Product Operations to the terminal and others involved in issuing documentation is attached as Exhibit 16. A true and correct copy of a message dated October 27, 2006 9:20 a.m. from PDVSA to Intrakam is attached as Exhibit 17.

33.   Because the maximum cargo quantity had been loaded, PDVSA advised Intrakam that a second provisional invoice based on the approximately 264,000 barrels PDVSA actually delivered was to be issued. A true and correct copy of a message dated October 27, 2006 11:08 a.m. is attached as Exhibit 18.

34.   Intrakam thanked PDVSA for the notice that a new invoice was coming and advised that payment of the amount in the first provisional was in progress. A true and correct copy of a message dated October 27, 2006 11:36 a.m. is attached as Exhibit 19.

35.   Later on Friday, October 27, 2006, when PDVSA had still not received payment, Intrakam advised that bureaucratic delays caused by the unexpectedly large accumulation of demurrage[6] were now delaying the payment and that nothing could be done over the upcoming weekend. A true and correct copy of a message dated October 27, 2006 1:24 p.m. is attached as Exhibit 21.

36.   On the morning of Monday, October 30, Intrakam claimed that supposed discrepancies in quantity measurements were delaying payment. A true and correct copy of a message dated October 30, 2006 7:28 a.m. from Intrakam to PDVSA is attached as Exhibit 22. PDVSA immediately investigated and then explained to Intrakam that there was no discrepancy. A true and correct copy of a message dated October 30, 2006 9:41 a.m. is attached as Exhibit 23. PDVSA also noted in that message to Intrakam that the time

---

6. Demurrage is the compensation paid to the entity named as the vessel's "owner" under a transportation contract known as a voyage charter for excess time during which the vessel must remain in port for the charterer's purposes.

difference now meant that European banks had already been open for six hours, but that we still had not received payment.

37.    On October 30, 2006, PDVSA issued a second provisional invoice to Intrakam. This invoice was calculated according to the prepayment pricing formula in the PDVSA-Intrakam contract but, because the cargo that had been loaded was approximately 264,000 barrels, or 10% more than the 240,000 barrels upon which the earlier invoice had been based, the total price was higher.  The second provisional invoice was faxed to Intrakam.  A true and correct copy of PDVSA's October 30, 2006 fax confirmation of its transmission of the second provisional invoice is attached as Exhibit 20.

38.    Later that afternoon, Intrakam advised that it had sent payment in the amount of the first provisional invoice rather than the larger amount stated in the second provisional invoice.  A true and correct copy of a message dated October 30, 2006 3:00 p.m. from Intrakam to PDVSA is attached as Exhibit 24.

39.    PDVSA explained to Intrakam how the amount stated in the second provisional invoice was calculated and stressed the necessity of its payment.  A true and correct copy of a message dated October 31, 2006 11:39 from Humber Ferrin, Products Contract Administration Manager in PDVSA's Commerce and Supply Department, to Maria Gabriella Silva, the analyst in PDVSA's Letter of Credit Department following this matter, is attached as Exhibit 25.

40.    No payment in any amount was received.

41.    By the evening of October 31, both the practical problems and costs attending this transaction were mounting alarmingly. A message dated October 31, 2006 6:21 p.m. from PDVSA's Documentation Department to other PDVSA personnel is attached as Exhibit 26.

42.    On this same evening, Intrakam advised that its buyer had put all arrangements necessary for payment in place and that the vessel could sail the next day. A true and correct copy of a message dated October 31, 2006 6:19 p.m. from Intrakam to PDVSA is attached as Exhibit 27.

43.    The following day, Intrakam stalled still further, now saying that it needed information, like PDVSA's bank account, even though that information had already been transmitted directly on the invoices. PDVSA confirmed that the vessel would not be allowed to sail without payment. A true and correct copy of a message dated November 2, 2006 8:43 a.m. from PDVSA to Intrakam is attached as Exhibit 28.

44.    At the end of that day (November 2), Intrakam advised that its buyer had backed out and that it had contacted another potential customer. A true and correct copy of a message dated November 2, 2006 5:35 p.m. from Intrakam to PDVSA is attached as Exhibit 29.

**Intrakam Tried to Find Another Customer to which Intrakam Could Sell the Cargo**

45.    Two hours before midnight on Friday, November 3, 2006, Intrakam advised that it had a new buyer, Dynoil. A true and correct copy of a message dated November 3, 2006 10:00 p.m. from Intrakam to PDVSA is attached as Exhibit 30.

46.    Late on the following Monday, November 6, Intrakam advised that Dynoil would open a letter of credit the following day and had agreed to cover the cost of accrued demurrage. A true and correct copy of a message dated November 6, 2006 5:20 p.m. from Intrakam to PDVSA is attached as Exhibit 31.

47.    This onward sale failed as well. A true and correct copy of a message dated November 8, 2006 6:47 p.m. from Intrakam to PDVSA is attached as Exhibit 32.

48.    By November 10, 2006, then, PDVSA had a contract with Intrakam, the vessel had been loaded based on Intrakam's repeated promises about imminent payment and the need to relieve the shore tanks of product, Intrakam had not paid either the first or second provisional invoice, and a fully loaded vessel was sitting in the anchorage accumulating demurrage.

49.    In the meantime, of course, PDVSA had been looking into alternative dispositions of this cargo. PDVSA was stymied, however, by the lack of tank space to discharge the vessel, practical complications in logistics and documentation, and the enormous delay and its consequent accumulated expense. In addition, it appeared that

3408388v1

Intrakam was always on the verge of a solution despite the increasingly doubtful nature of its assurances.

**When Intrakam Offered a Letter of Credit as Security for Payment, PDVSA Insisted that the Letter of Credit Specifically Secure Intrakam's Obligation to Pay PDVSA under the PDVSA-Intrakam Contract and Also Insisted on Dealing with Intrakam Alone on All Matters Relating to the Oil Transaction**

50.    On the evening of Friday, November 10, Intrakam sent a message to Ms. Silva, PDVSA's letter of credit analyst, advising that PDVSA would be receiving a letter of credit for this cargo and that Intrakam was guaranteeing the demurrage. A true and correct copy of a message dated November 10, 2006 5:40 p.m. from Intrakam to PDVSA's Ms. Silva is attached as Exhibit 33.

51.    When she saw this message on Saturday, November 11, 2006, Ms. Silva telephoned Intrakam's Mr. Chávez and asked him what his message meant and where the proposed letter of credit was. Mr. Chávez told Ms. Silva that he would resend the proposed letter of credit. Intrakam sent a wholly unacceptable document. A true and correct copy of a message dated November 11, 2006 10:52 a.m. from Intrakam to Ms. Silva is attached as Exhibit 34.

52.    After contacting her manager, Mr. Ferrin, Ms. Silva sent a message to Intrakam describing PDVSA's requirements for a letter of credit and attaching a list of approved banks and a model form. A true and correct copy of a message dated November 11, 2006 1:17 p.m. from PDVSA to Intrakam is attached as Exhibit 35.

53.    The text of PDVSA's preferred letter of credit form is significant, because it requires a "stand-by" letter of credit.  PDVSA's standard sales terms require payment directly from PDVSA's buyer; the letter of credit is there only as security in case the customer does not pay or does not pay the full amount.  The letter of credit is not meant to be drawn upon as a first resort.

54.    In response to Intrakam's indications that it had a new customer, on November 13, PDVSA's Products Contract Administration Manager, Mr. Ferrin, asked for a full set of proposed new instructions for cargo documentation for Intrakam's new onward sale.  A true and correct copy of a message dated November 13, 2006 10:02 a.m. from PDVSA to Intrakam is attached as Exhibit 36.  Intrakam replied by providing the name of the consignee as Musket Corp. and proposing Houston (as opposed to Singapore) as the destination.  A true and correct copy of a message dated November 13, 2006 10:39 a.m. from Intrakam to PDVSA is attached as Exhibit 37.  A true and correct copy of a message dated November 13, 2006 11:04 a.m. from Intrakam to PDVSA is attached as Exhibit 38.

55.    After PDVSA accepted Intrakam's proposed change of destination from Singapore to Houston, Ms. Silva sent Intrakam information necessary to calculate the new price of the cargo based on the new destination so that the total value of the proposed letter of credit could be determined.  A true and correct copy of a message dated November 13, 2006 2:11 p.m. from PDVSA to Intrakam is attached as Exhibit 39.

3408388v1

56.    Intrakam's Mr. Chávez also contacted PDVSA's Mr. Burger in Operations, asking whom "MUSKAT" should contact at PDVSA to obtain a composite sample and organize logistics to get the vessel to sail as soon as possible. Intrakam also requested Mr. Burger to make direct contact with two named individuals in Musket's operations department (one of whom was "Ravi Randis"). A true and correct copy of a message dated November 13, 2006 3:12 p.m. from Intrakam to PDVSA is attached as Exhibit 40.

57.    Musket also sent a message to PDVSA's Mr. Burger giving instructions about the bill of lading. A true and correct copy of a message dated November 13, 2006 4:03 p.m. is attached as Exhibit 41.

58.    Mr. Burger's reply to all of this was to send a message to Intrakam (not Musket) stating that as far as PDVSA was concerned, Intrakam and Intrakam alone was the entity with which PDVSA would be coordinating and that PDVSA would not deal with any other company. A true and correct copy of a message dated November 13, 2006 4:05 p.m. from PDVSA to Intrakam is attached as Exhibit 42.

59.    The next morning, PDVSA requested an update from Intrakam regarding the status of the letter of credit. A true and correct copy of a message dated November 14, 2006 8:38 a.m. from PDVSA to Intrakam is attached as Exhibit 43.

60.    During the afternoon of November 14, 2006, PDVSA's Ms. Silva received a fax from JP Morgan Chase Bank in Chicago. The attachment to the November 14, 2006 fax from the bank was a letter of credit naming PDVSA as the beneficiary and Musket

Corporation as applicant. As Ms. Silva advised me, because she had never heard of Musket and was confused about why she was being sent this fax, she tried to phone bank personnel, but without success. A true and correct copy of a fax received on November 14, 2006 is attached as Exhibit 44.

61.    After receiving another copy of the letter of credit from Intrakam, Ms. Silva replied by noting that the letter of credit was unacceptable because PDVSA had no commercial relationship with Musket and that Intrakam was PDVSA's only client in this transaction. Accordingly, Ms. Silva asked Intrakam to have the bank substitute Intrakam for Musket as the applicant, to correct PDVSA's name, and to issue the letter of credit in PDVSA's standard form. A true and correct copy of a message dated November 14, 2006 6:08 p.m. from PDVSA to Intrakam is attached as Exhibit 45.

62.    Intrakam replied on November 15, 2006, assuring PDVSA that the name changes would be made and assuring PDVSA that the letter of credit's other terms provided adequate assurance that PDVSA would be paid in full, merely by presenting documents asserting that it had not been paid. A true and correct copy of a message dated November 15, 2006 9:18 a.m. is attached as Exhibit 46.

63.    Later that day, Intrakam advised that the letter of credit had been changed to provide that the applicant was "Musket Corp. in accordance with instructions received from PDVSA Petroleo S.A. registered operator Intrakam SA de CV." A true and correct copy of a

message dated November 15, 2006 2:03 p.m. from Intrakam to PDVSA is attached as Exhibit 47.

64.    This proposed amendment did not address PDVSA's concerns, and because of the delays that had already been experienced, a conference call was held among PDVSA, Intrakam, Musket, and Advanced Engineering, of whose role PDVSA was and remains ignorant. During this call I explained, as I did in my follow-up e-mail, that PDVSA required a letter of credit that would provide for payment under its contract with Intrakam, because "Intrakam is the registered client of PDVSA, the actual direct buyer and responsible for paying before PDVSA." I stressed that our only customer was Intrakam, the one party with which we had a contract, to explain why, from our point of view, the applicant on the letter of credit could not be Musket. A true and correct copy of a message dated November 15, 2006 3:57 p.m. from PDVSA to the representatives of the participants in that conversation is attached as Exhibit 48.

65.    During this conversation, nobody said or suggested that Intrakam was anything other than the direct purchaser of the cargo from PDVSA and PDVSA's registered client. Nobody said or suggested that Intrakam, Advanced Engineering, or any other company or person was an agent of PDVSA. Neither I nor any other PDVDSA participant was asked about Advanced Engineering or its role in the transaction which, as stated previously, was something about which we were unaware.

66.    During this November 15, 2006 conversation, Betty Proudfoot, representing Musket, never mentioned any of Musket's contractual relationships with Intrakam, Advanced Engineering, or anyone else.

67.    The bank's representative was not able to participate in this conversation. Later, however, PDVSA received from Intrakam an email chain reflecting communications between Musket and the bank, including Musket's instructions to the bank that were consistent with our earlier conference call. The bank's reaction was to ask Musket "what and to whom is your recourse in the event of non-delivery or wrongful drawing?" The bank's representative went on to note that "fortunately," he did not have to deal with such questions because "a letter of credit is an independent undertaking" separate and distinct from any of the cargo sales. Because of the bank's need to clarify its own obligations, its representative explained that to include Intrakam as the applicant, there would have to be a reference to the "underlying contract in the text of the demand statement" in the letter of credit and that the reference would have to be to the contract "covering the purchase of MT35,708 of D2 Diesel Oil between PDVSA Petroleo [y Gas] S.A. and Intrakam" or similar language. A true and correct copy of a message dated November 16, 2006 10:20 a.m. from Intrakam to me forwarding correspondence between Musket and the bank is attached as Exhibit 49.

68.    On November 17, 2006, the bank confirmed that the letter of credit had been amended and Intrakam sent a copy of the amended letter of credit to PDVSA. The amended letter of credit stated that the applicant was "Musket Corporation on behalf of the Company

-22-

Intrakam SA de CV" and that "this letter of credit is issued relative to contract reference 015INTRAK covering the purchase of MT35,708 of D2 diesel oil between PDVSA Petroleo S.A. and the company Intrakam SA de CV." A true and correct copy of a message dated November 17, 2006 6:10 p.m. from JPMorgan Bank to PDVSA is attached as Exhibit 50. A true and correct copy of a message dated November 17, 2006 6:28 p.m. is attached as Exhibit 51.

69.    With this amended letter of credit, which was acceptable to PDVSA because it clearly covered Intrakam's obligations to PDVSA under the PDVSA-Intrakam contract, PDVSA issued revised cargo documents naming Musket as the consignee and the destination as Houston. The vessel sailed on November 19. *See* Exhibit 6 (Statement of Facts). True and correct copies of some of the cargo documents are attached as Exhibit 52.

70.    Although Intrakam requested that PDVSA send the cargo documents to Musket, PDVSA would not do so. Instead, the documents were sent to Intrakam, PDVSA's client. A true and correct copy of a message dated November 27, 2006 1:46 p.m. from PSVSA to Intrakam is attached as Exhibit 53. A true and correct copy of a message dated November 28, 2006 2:51 p.m. from PSVSA to Intrakam is attached as Exhibit 54.

71.    As far as PDVSA was concerned, there was nothing more to do in this transaction than wait the 30 days from the bill of lading date (November 13, 2006) and then issue an invoice and collect its payment from Intrakam.

**PDVSA Issued the Final Invoice under the PDVSA-Intrakam Contract and Properly Drew on the Letter of Credit when PDVSA Received Payment in an Amount that Was Less than the Amount Invoiced and Due under the PDVSA-Intrakam Contract**

72.    PDVSA's contract was with Intrakam, which purchased the cargo from PDVSA pursuant to the October 19, 2006 contract. The only changes made to that contract were to defer the loading window, to change the destination from Singapore to Houston, and to make attendant adjustments in the price computation.

73.    PDVSA was not privy to the original contract between Musket and Advanced Engineering, which we first saw when this action was filed. Nor were we aware of the amendment to that contract, which we again saw for the first time when this action was filed.

74.    Not knowing of any of these matters, on December 12, 2006, PDVSA invoiced Intrakam for this cargo in the amount of $15,992,694.88, using the formula specified in the PDVSA-Intrakam contract, modified only by change in destination from Singapore to Houston. The total amount was payable the next day, December 13, which was 30 days after the bill of lading date. A true and correct copy of PDVSA's December 12, 2006 invoice to Intrakam is attached as Exhibit 55.

75.    The amount of PDVSA's December 12 invoice was calculated by (a) taking the average of the prices in cents per gallon published in Platt's for No.2 gasoil waterborne for U.S. gulf ports for the three days following the bill of lading date (*i.e.*, November 14 through 16), which worked out to 160.4250 cents per gallon, and (b) subtracting the discount of $37 per metric ton specified in clause 5 of the PDVSA-Intrakam contract, which works out to

15.7100 cents a gallon. *See also* Exhibit 39 (message dated November 13, 2006 2:11 p.m.). A constant of .42 was then applied to convert cents per gallon to dollars per barrel. A true and correct copy of the calculation used to formulate PDVSA's December 12, 2006 invoice issued for payment under the PDVSA-Intrakam contract is attached as Exhibit 56.

76.    No payments were made on the due date of December 13, 2006 or in the following days.

## Conclusion

77.    PDVSA was never a party to a contract with Musket, either directly or indirectly. Throughout, no one other than PDVSA personnel was authorized to represent PDVSA in any fashion and PDVSA never gave anyone any reason to believe otherwise. In fact, at every turn, we stressed that PDVSA's sole contractual partner was Intrakam, our registered client, and that it was Intrakam's obligation to PDVSA under the PDVSA-Intrakam contract that was the only obligation that was relevant to PDVSA and the obligation that was being secured by the letter of credit. The initial letter of credit was modified specifically to address the question of the contract under which payments were being secured. PDVSA had no knowledge of the contractual relations of the other parties and had no reason to inquire because oil trading parties generally keep their contractual relations confidential and those relations were irrelevant to PDVSA in any event. As it turned out, PDVSA did not even know where the cargo was ultimately discharged, although that is information we strongly wish to track. In this case, it appears as if the cargo's destination was deliberately concealed from us.

3408388v1

78.    The letter of credit was designed specifically to provide a means for PDVSA to obtain the amount it was owed under the PDVSA-Intrakam contract in case Intrakam failed to pay the full amount due under that contract. Whatever may be the relations among Musket, Intrakam, and Advanced Engineering, PDVSA is entitled to every penny it drew under the letter of credit to make up for the shortfall in the payment under the PDVSA-Intrakam contract, and the use of those funds should be restored to PDVSA. The attachment should be vacated.

79.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 1, 2007.

Gilmer G. González G.

# EXHIBIT 1

 **PDVSA**

### PARTICULAR CONDITIONS OF SALE
**CONTRACT N°SA-130239 AND INTERNAL APPROVAL DOCUMENT N° VOP-2006-DOC-190**
===============================================================================
OCTOBER 19, 2006

PDVSA PETROLEO S.A. IS PLEASED TO CONFIRM THIS SALE AGREEMENT, IN ACCORDANCE WITH THE FOLLOWING PARTICULAR TERMS AND CONDITIONS:

1. **BUYER:**

        INTRAKAM S.A. de C.V.
        CALLE VALLE DE SALTILLO N° 486,
        FRACC. INDUSTRIAL VALLE DE SALTILLO.
        SALTILLO, COAH. MEXICO C.P. 25240

2. **SELLER:**

        PDVSA PETROLEO S.A.
        URB. LA CAMPIÑA, AVDA. LIBERTADOR, CALLE EL EMPALME
        EDIF. PETROLEOS DE VENEZUELA, TORRE OESTE, CARACAS
        1060A, VENEZUELA

3. **TERMS:**     SPOT CONTRACT

3.1 **TYPE OF SALE:** FREE ON BOARD (FOB)

3.2 **PRODUCT TYPE:** GASOIL 0.2%S

3.3 **DELIVERY PERIOD:** OCTOBER 20TH TO OCTOBER 22TH, 2006

3.4 **QUANTITY:**    240,000 BBLS

3.5 **TOLERANCE:**    PLUS/MINUS 10% SELLER'S OPTION

        HOWEVER FOR OPERATIONAL REASONS SELLER MAY REDUCE THE AGREED NOMINATION VOLUME BY UP TO 10 PCT. NO DEATH FREIGHT CLAIM CAN BE MADE AGAINST SELLER IF SELLER PROVIDES AT LEAST THE BASIC NOMINATION LESS 10 PCT. ADDITIONALLITY, BOTH BUYER AND SELLER AGREE THAT NO CLAIM WILL BE SUBMITTED FOR PAYMENT IF THE INITIAL VALUE IS LESS THAN 1,500.00 US.DOLLARS.

3.6 **ORIGIN LOCATION:** PTA CARDON OR ANY OTHER PORT DESIGNATED BY SELLER AND ACCEPTED BY BUYER.

3.7 **QUALITIES:**

| SPEC | MIN | MAX | SPEC UOM | TEST METHOD |
|---|---|---|---|---|
| ACID NUMBER | | 0.5 | MG KOH/GR | D974 |
| APIGRAVITY@60F | | 31.5 | | D287/1298 |
| APPEARANCE | CLEARBRIGH | | N/A | VISUAL |
| ASH CONTENT | | 0.01 | WT PCT | D482 |
| CARBON RAMSBOTTOM | | 0.05 | WT PCT | D524 |
| CETANE INDEX | 45 | | N/A | D976 |
| CETANE NUMBER | | 41 | N/A | D613 |
| CLOUD POINT | | 6 | CELSIUS | D2500 |
| COLOR, ASTM | | 2 | N/A | D1500 |
| CORCU3@122 | | 1 | N/A | D130 |
| DIST10C86 | REPORT | | CELSIUS | D86 |
| DIST50C86 | | 270 | CELSIUS | D86 |
| DIST90C86 | | 355 | CELSIUS | D86 |

**INTRAKAM S.A. DE C.V. CONTRACT SA-130239**

| | | | | |
|---|---|---|---|---|
| DISTFBPC86 | | | CELSIUS | D86 |
| FLASH POINT | 140 | 150 | F | D93 |
| OXIDATION STAB | | 1.6 | GR/M3 | D2274 |
| POUR POINT | | 0 | CELSIUS | D97 |
| SEDEXTRACT | | 0.01 | WT PCT | D473 |
| SULPHUR | | 0.20 | WT PCT | D2622 |
| VIKIN40445 | 3 | 4.5 | CST | D445 |
| WATER AND SED | | 0.05 | VOL PCT | D2709 |

**4. DESTINATION:   SINGAPORE (AS THE ONLY DESTINATION)**
SELLER AGREES TO ENTER INTO THIS CONTRACT BASED ON BUYER'S EXPRESSLY
UNDERTAKING TO DESTINE THE PRODUCT TO THE FINAL DESTINATION AS SHOWN
ABOVE.
BUYER MAY MODIFY FINAL DESTINATION ONLY WITH SELLER'S WRITTEN APPROVAL
GIVEN PRIOR TO THE LOADING DATE   AND SELLER SHALL APPLY A PENALTY TO
BUYER DUE TO THAT MODIFICATION OF FINAL DESTINATION.
BUYER SHALL PROVIDE SELLER, WITHIN THIRTY (30) CALENDAR DAYS FROM THE B/L
DATE, WITH A DISCHARGE PORT CERTIFICATE WHICH MAY CONSIST OF:
(1) AN INDEPENDENT INSPECTOR'S CERTIFICATE OF DISCHARGE OR
(2) THE CORRESPONDING CUSTOMS FEES RECEIPT OR OTHER GOVERNMENT DOCUMENTS
EVIDENCING THE PORT OF DISCHARGE AND THE QUANTITY OF PRODUCT DISCHARGED.
BUYER'S FAILURE TO COMPLY WITH ANY OF THE PROVISIONS OF THIS CLAUSE SHALL
ENTITLE SELLER TO APPLY ANY OF REMEDIES DEFINED IN CLAUSE 15 OF THE PDVSA
FOB GENERAL CONDITIONS OF SALE OR ANY OTHER FURTHER ADMINISTRATIVE
SANCTIONS.

THE DISCHARGE PORT CERTIFICATE SHALL BE SENT TO:

PDVSA PETROLEO S.A.
Contract Administration of Products
La Campiña, Torre Oeste - Piso 7
Av. Libertador, Edif. Petróleos de Venezuela
Caracas, Venezuela 1060
Attn. Mayela Lozada
Fax: 58-212-708-3570

**5. FOB PRICE:**

PRICE TO BE COMPUTED ACCORDING TO THE FOLLOWING FORMULA:

**AVERAGE OF THE MEAN OF PLATT'S SINGAPORE GASOIL 0.2%S MINUS 37.00 US$/MT**

NOTE: FINAL PRICE TO BE ROUNDED TO FOUR DECIMAL PLACES AND SHALL BE
EXPRESSED IN US DOLLARS PER BARREL.

**PRICING PERIOD:**
THE PRICING PERIOD WILL BE THE THREE CONSECUTIVE EFFECTIVE QUOTATIONS
PUBLISHED AFTER THE BILL OF LADING DATE(B/L=0)(I.E. B/L+1, B/L+2, B/L+3).

IF B/L+1 DATE FALLS ON SATURDAY, SUNDAY, HOLIDAY OR A DAY THAT PLATT'S
DOES NOT QUOTE, THEN THE NEXT EFFECTIVE QUOTATION SHOULD BE CONSIDERED
DEEMED B/L+1 DATE FOR PRICE CALCULATION PURPOSES. ALWAYS THREE SEPARATE
QUOTATIONS TO BE USED FOR THE PRICING.

**6. PROVISIONAL INVOICE:**

PROVISIONAL INVOICE SHALL BE ISSUED BY PDVSA AT LEAST FIVE (5) WORKING DAYS BEFORE THE FIRST DAY OF THE LOADING WINDOW ACCORDING TO THE FOLLOWING:

**VOLUME:** 100% OF THE VOLUME NOMINATED

**PRICE:** THE PRICE FORMULA DESCRIBED ABOVE WILL BE USE FOR CALCULATION PURPOSES

**PRICING PERIOD:** THE DAY BEFORE THE INVOICE IS ISSUED. THE SIXTH (6) WORKING DAY BEFORE THE FIRST DAY OF THE LOADING WINDOW.

IF THE PRELIMINARY PAYMENT IS NOT RECEIVED AT LEAST THREE (3) WORKING DAYS BEFORE THE FIRST DAY OF THE LOADING WINDOW, ALL DEMURRAGE OR ADITTIONAL COST WILL BE AT BUYER´S ACCOUNT.

## 7. PAYMENT
### PREPAYMENT
THE PRODUCT DELIVERY HEREUNDER MUST BE PREPAID BY BUYER, BASED ON A PROVISIONAL INVOICE, NAMED ON CLAUSE NUMBER 6, ISSUED BY PDVSA, THREE (3) WORKING DAYS PRIOR TO THE FIRST DAY OF THE LOADING WINDOW, IN DOLLARS OF THE UNITED STATES OF AMERICA WITHOUT DISCOUNT, ALLOWANCE, RETENTION OR DEDUCTION, INCLUDING BANKING FEES OR WIRE TRANSFER FROM COMMERCIAL BANKS, IN INMEDIATELY AVAILABLE FUNDS OPENING BUSINESS INTO SELLERS ACCOUNT IN A BANK DESIGNATED BY SELLER. WHENEVER A DUE DATE FOR PAYMENT FALLS ON A SATURDAY, SUNDAY OR A BANK HOLIDAY IN THE CITY OF NEW YORK, U.S.A., OR IN THE CITY WHERE PAYMENT IS DUE TO BE MADE, PAYMENT SHALL BE MADE ON THE LAST PRECEDING WORKING DATE.
A FINAL INVOICE SHALL BE ISSUED ACCORDING TO CLAUSE 5 OF THIS CONTRACT, BASED ON BILL OF LADING FIGURES. IN THE CASE OF A DIFFERENCE BETWEEN THE PRELIMINARY PAYMENT AND THE FINAL INVOICE DUE TO BUYER OR SELLER, THE PAYMENT SHALL BE PAID WITHIN TEN (10) WORKING DAYS AFTER THE B/L DATE (B/L=0).
NOTE: OPENING BUSINESS MEANS BEFORE 10 AM ON THE DUE DATE.

(SEE CLAUSE 4 OF THE GENERAL CONDITIONS OF SALE)

## 8. LAYTIME:
SELLER SHALL HAVE AN ALLOWED LAYTIME WITHIN OF THIRTY-SIX (36) HOURS TO COMPLETE THE LOADING OF THE QUANTITY OF PRODUCT NOMINATED AND ACCEPTED. ALLOWED LAYTIME SHALL COMMENCE WHEN THE VESSEL IS ALL FAST OR WHEN SIX (6) CONSECUTIVE HOURS HAVE EXPIRED SINCE THE TENDER OF NOTICE OF READINESS (NOR), WHICHEVER FIRST OCCURS, IF THE VESSEL ARRIVES DURING THE ACCEPTED THREE (3) DAYS LOADING RANGE. SELLER TO PROVIDE ONE SAFE BERTH/ONE SAFE PORT FOR LOADING.

(SEE CLAUSE 7 OF THE PDVSA FOB GENERAL CONDITIONS OF SALE)

## 9. INSPECTION:
SELLER TO APPOINT MUTUALLY ACCEPTABLE INDEPENDENT INSPECTOR AT LOAD PORT TO ASCERTAIN QUANTITY AND QUALITY. INDEPENDENT INSPECTOR WILL USE THE LATEST PETROLEUM INDUSTRY´S ACCEPTABLE TEST METHODS AND THE RESULTS TO BE FINAL AND BINDING FOR BOTH PARTIES. TOTAL INSPECTION COST TO BE SHARED EQUALLY BETWEEN BUYER AND SELLER (50/50).

## 10. MARITIME SECURITY REGULATIONS:

A) BUYER SHALL PROCURE THAT THE SHIP COMPLIES WITH THE REQUIREMENTS OF THE INTERNATIONAL SHIP AND PORT FACILITY SECURITY CODE, THE RELEVANT AMENDMENTS TO CHAPTER XI OF SOLAS (COLLECTIVELY REFERRED AS ISPS CODE) AND WITH OTHER LAWS AND REGULATIONS RELATING TO MARITIME SECURITY. ANY COSTS OR EXPENSES INCLUDING DEMURRAGE, RETENTION, DELAY OR ANY ADDITIONAL CHARGE, FEE OR DUTY LEVIED ON THE SHIP AT THE LOADING PORT AND ACTUALLY INCURRED BY SELLER RESULTING DIRECTLY FROM THE FAILURE OF THE SHIP TO COMPLY WITH THE ISPS CODE AND OTHER MARITIME SECURITY REGULATIONS, SHALL BE FOR THE ACCOUNT OF BUYER, INCLUDING ANY DEMURRAGE AT THE LOADING PORT RESULTING DIRECTLY FROM THE SHIP BEING REQUIRED BY THE PORT FACILITY AUTHORITIES TO TAKE ANY ACTION OR ANY SPECIAL OR ADDITIONAL SECURITY MEASURES OR UNDERGO ADDITIONAL INSPECTIONS BY VIRTUE OF THE 10 SHIP'S PREVIOUS PORTS OF CALL AS ESTABLISHED IN THE ISPS CODE.

B) NOTWITHSTANDING ANY PRIOR ACCEPTANCE OF SHIP BY SELLER, IF AT ANY TIME PRIOR TO THE PASSING OF RISK AND THE TITTLE, THE SHIP CEASES TO COMPLY WITH THE REQUIREMENTS OF THE ISPS CODE:

B.A) SELLER SHALL HAVE THE RIGHT NOT TO BERTH SUCH NOMINATED SHIP AND ANY DEMURRAGE RESULTING SHALL NOT BE FOR THE ACCOUNT OF THE SELLER.

B.B) BUYER SHALL BE OBLIGED TO SUBSTITUTE SUCH NOMINATED SHIP COMPLYING WITH THE REQUIREMENTS OF THE ISPS CODE.

C) SHIP AGENTS SHALL COMPLY WITH THE ISPS CODE AND OTHER MARITIME SECURITY REGULATIONS; IN CONSEQUENCE, ANY DELAY BY FAILURE OF COMPLIANCE WILL BE FOR THE ACCOUNT OF BUYER.

D) PRIOR TO LOADING, BUYER SHALL PROVIDE SELLER WITH A COPY OF INTERNATIONAL SHIP SECURITY CERTIFICATE ACCORDING WITH THE ISPS CODE.

E) SELLER SHALL PROCURE THAT THE LOADING PORT/TERMINAL/INSTALLATION COMPLIES WITH THE REQUIREMENTS OF THE ISPS CODE AND OTHER MARITIME SECURITY REGULATIONS. ANY COSTS OR EXPENSES IN RESPECT OF THE SHIP INCLUDING DEMURRAGE, RETENTION, DELAY OR ANY ADDITIONAL CHARGE, FEE OR DUTY LEVIED ON THE SHIP AT THE LOADING PORT AND ACTUALLY INCURRED BY BUYER RESULTING DIRECTLY FROM THE FAILURE OF THE LOADING PORT/TERMINAL/INSTALLATION TO COMPLY WITH THE ISPS CODE AND OTHER MARITIME SECURITY REGULATIONS SHALL BE FOR THE ACCOUNT OF THE SELLER.

F) PRIOR TO LOADING OF THE SHIP, SELLER WILL PROVIDE BUYER WITH A COPY OF INTERNATIONAL PORT SECURITY CERTIFICATE IN ACCORDANCE TO THE ISPS CODE.

G) IF THE MARITIME SECURITY IS AFFECTED BY ANY EVENT OR CIRCUMSTANCE, AS DEFINED IN THE ISPS CODE, NOT IMPUTABLE TO ANY OF THE PARTIES, AND SPECIAL SECURITY MEASURES OR ACTIONS HAVE TO BE TAKEN BY THE PORT AUTHORITIES OR THE SHIP; ANY COST OR EXPENSE FOR DEMURRAGE, RETENTION OR DELAY, MAY BE SHARED BY BUYER AND SELLER IN 50%.

## 11. - NON - COMPLIANCE:

SELLER AND BUYER AGREE THAT WITHIN FIFTEEN (15) CALENDAR DAYS FROM THE CARGO LOADING SCHEDULED DATES, IF BUYER HAS NOT MADE BEST ENDEAVOUR TO LIFT THE CARGO, THE SELLER SHALL IMPOSE THE BUYER A PENALTY PAYMENT TO COVER ALL OPERATIONAL COSTS INCLUDED BUT NOT LIMITED TO: AGENTS, TUGS, MARINE TRANSPORTATION, STORAGE, INSPECTION AND ADMINISTRATIVE FEE AND EXPENSES INCURRED BY THE SELLER IN THE EXECUTION OF THIS CONTRACT DUE TO DELAYS CAUSED BY THE BUYER. THIS PAYMENT IS TO BE CANCELLED WITHIN THE TEN (10) DAYS FOLLOWING THE WRITTEN PARTICIPATION BY SELLER TO THE BUYER. ALSO THE SELLER WILL RESERVE THE RIGHTS TO CANCEL THIS CONTRACT

UNILATERALLY FOR BUYER NON-COMPLIANCE OF ITS OBLIGATION STIPULATED IN THIS CONTRACT.

## 12. - ARBITRATION

ANY CONTROVERSY OR CLAIM RELATING TO THIS AGREEMENT OR TILE BREACH THERE OF SHALL BE SETTLED BY ARBITRATION CONDUCTED IN SPANISH AND ENGLISH LANGUAGE AT THE CITY OF PARIS, FRANCE, OR IN ANY OTHER CITY AGREED BY THE PARTIES, BY THREE ARBITRATORS IN ACCORDANCE WITH THE COMMERCIAL ARBITRATION RULES OF THE INTERNATIONAL CHAMBER OF COMMERCE (ICC). EACH PARTY SHALL APPOINT ONE ARBITRATOR AND THE THIRD ARBITRATOR, WHO SHALL ACT AS A CHAIRMAN, SHALL BE APPOINTED BY THE TWO ALREADY APPOINTED ARBITRATORS WITHIN 30 DAYS COUNTING FROM THE DAY IN WHICH THE LAST ARBITRATOR NAMED BY THE PARTIES WAS APPOINTED. IF THE TWO ARBITRATORS CANNOT AGREE ON THE THIRD ONE, THE THIRD ARBITRATOR SHALL BE APPOINTED BY THE COURT OF ARBITRATION OF THE ICC.

NOTHING IN THIS AGREEMENT SHALL BE CONSTRUED TO PREVENT ANY COURT HAVING JURISDICTION, FROM ISSUING INJUNCTIONS, ATTACHMENT ORDERS OR ORDERS FOR OTHER SIMILAR RELIEF IN AID OF ANY ARBITRATION COMMENCED (OR TO BE COMMENCED) AND WHICH SEEKS THE COLLECTION OF ANY MONEYS OWED TO SELLER JUDGMENT UPON THE AWARD RENDERED BY THE ARBITRATORS MAY BE ENTERED IN ANY COURT HAVING JURISDICTION HEREOF.

## 13. MODIFICATION:

THE TERMS AND CONDITIONS OF THIS AGREEMENT CAN NOT BE MODIFIED OR AMENDED IN ANY WAY EXCEPT BY AGREEMENT OF BOTH PARTIES IN WRITING.

## 14. APPLICABLE LAW:

ALL MATTERS RELATED TO THE VALIDITY, INTERPRETATION OR PERFORMANCE OF THIS CONTRACT SHALL BE GOVERNED BY THE LAWS OF **REPUBLICA BOLIVARIANA DE VENEZUELA**.

(SEE CLAUSE 12 OF THE GENERAL CONDITIONS OF SALE).

## 15. FORCE MAJEURE:

(SEE CLAUSE 9 OF THE GENERAL CONDITIONS OF SALE).

## 16. NOTICES:

### A) PDVSA PETROLEO, S.A.

|  |  | Phone | Fax | E-mail |
|---|---|---|---|---|
| Jose Seba | Trading | 58-212-708-3050 | 58-212-708-3014 | sebaj@pdvsa.com |
| Mayela Lozada | Contract Administration | 58-212-708-3148 | 58-212-708-3570 | lozadamm@pdvsa.com |
| Erwin Burger | Operations | 58-212-708-3119 | 58-212-708-3186 | burgere@pdvsa.com |
| Patricia Lugo | Prepayment | 58-212-708-3614 | 58-212-708-3944 | lugopy@pdvsa.com |
| Miguel Bolívar | Invoicing | 58-212-708-3607 | 58-212-708-3963 | bolivarmj@pdvsa.com |

### B) INTRAKAM S.A.C.V.

|  |  | Phone | Fax | E-mail |
|---|---|---|---|---|
| Cesar Chavez | Commercial | Of: 0052-844-4159161 Cell: 0412-5742437 | 0052(844)4390789 | Cesarchavez@intrakam.com.mx |
| Wilfredo Aro | Commercial | Cel:0412-5756861 | 0052(844)4390789 | wilfredoaro@intrakam.com.mx |
| Cesar Chavez | Operations | Of: 0052-844-4159161 Cell: 0412-5742437 | 0052(844)4390789 | Cesarchavez@intrakam.com.mx |
| Adrian Treviño | Invoicing | Of: 00528111553610 | 0052(844)4390789 | adriantrevino@intrakam.com.mx |

ALL OTHER TERMS AND CONDITIONS EXCEPT AS SET ABOVE, AS PER PDVSA PETROLEO S.A. STANDARD GENERAL CONDITIONS OF SALE FOB, WHICH BUYER DECLARES TO KNOW AND ACCEPT.

WE ARE PLEASED TO HAVE CONCLUDED THIS DEAL WITH **INTRAKAM S.A. de C.V.**

BEST REGARDS,


ASDRUBAL CHAVEZ
COMMERCE & SUPPLY DIRECTOR
PDVSA PETROLEO, S.A.


==================================================================
**PLEASE RETURN THIS PAGE AFTER FILLING THE BLANKS**
==================================================================

_____ ON BEHALF OF **INTRAKAM S.A. de C.V.**
HEREBY      ACKNOWLEDGE      RECEIPT      OF      YOUR      FAX      DATED
_____ ( / /2006) REGARDING THE PARTICULAR
CONDITIONS OF SALE OF THE **CONTRACT N° SA-130239** BETWEEN **PDVSA PETROLEO S.A.** AND **INTRAKAM S.A. de C.V.**


**IF NO CONFIRMATION IS RECEIVED WITHIN THE NEXT THREE (3) DAYS, IT IS UNDERSTOOD THAT THIS SALE AGREEMENT IS FULLY ACCEPTED AS PER THE ABOVE TERMS AND CONDITIONS.**



_____          _____
(SIGNATURE OF THE RECEPTOR)              (SEAL OF THE COMPANY)

EXHIBIT 2

## PDVSA PETROLEO Y GAS, S.A.
## CONTRACT FOR THE SALE OF CRUDE OIL
## AND OR PETROLEUM PRODUCTS
## GENERAL CONDITIONS FOB

The provisions of these General Conditions shall be subordinate to the provisions of the Particular Conditions to the extent that there is any inconsistency.

## CLAUSE 1.   DEFINITIONS

PARTICULAR CONDITIONS OF SALE: Are the terms and conditions negotiated and stipulated in the telex agreement and which together with these General Conditions form the Contract of Sale.

GALLON: A unit of volume equivalent to 231 cubic inches or 3.78541 liters or 0.003785 cubic meters, all measured at 60 F°. (Degrees Fahrenheit).

BARREL: A unit of volume equivalent to 42 gallons or 9,702 cubic inches or 158.987 liters or 0.1590 cubic meters, all measured at 60°F.

METRIC TON: A measure of weight equivalent to 1,000 kilograms or 2,204.62 avoirdupois pounds.

THE BILL OF LADING DATE; The date on which the last cargo hose is disconnected, after loading, without prejudice to the provisions of the Particular Conditions of Sale.

OIL: The crude oil and/or petroleum products purchased and sold hereunder.

RECON: Reconstituted crude. A mixture of crude oil and petroleum products.

DAY: Calendar day.

MONTH: Calendar month.

CALENDAR QUARTER: Period of three (3) consecutive months commencing on January 1st, April 1st, July 1st or October 1st.

API: American Petroleum Institute.

ASTM: American Society for Testing and Materials.

S&W:   Sediment and Water. A material, coexisting with yet foreign to a petroleum liquid, that requires a separate measurement for reasons that include sales accounting. This foreign material may include free water and sediment and emulsified or suspended water and sediment. The method for determining the S&W content of crude oil is stipulated in the Particular Conditions of Sale.

OBQ:   Onboard Quantity. Refers to materials present in a vessel's cargo tanks, void spaces, and/or pipelines before the vessel is loaded. It includes a combination of water, oil, slops, oil residue, oil/water emulsions, sludge and sediment.

ROB:   Remaining Onboard. Refers to material remaining in a vessel's cargo tanks, void spaces, and/or pipelines after the cargo is discharged. ROB includes any combination of water, oil, slops, oil residue, oil water emulsions, sludge and sediment.

TCV:   Total Calculated Volume. The total volume of all petroleum liquids and sediment and water, corrected by the appropriate volume correction factor for the observed temperature and API gravity, relative density, or density to a standard temperature such as 60°F or 15°C and also corrected by the applicable pressure correction factor and meter factor, plus all free water measured at observed temperature and pressure.

VEF:   Vessel Experience Factor. A compilation of the history of the TCV vessel measurements, adjusted for OBQ or ROB, to the TCV shore measurements. Separate VEF's should be developed for both load and discharge terminals. Preferably, information used in calculating a VEF should be based on documents that follow accepted industry standards and practices, such as inspection company reports. Procedure for calculating vessel experience factors is contained in Chapter 17 of the API Manual of Petroleum Measurement Standards.

API/ASTM STANDARDS:

API and ASTM Standards referenced in this Contract are those in effect as of the date of January 1st, 1998. In the event that such Standards are revised or modified or new Standards are issued, the new revised or modified Standards or any amendments thereto shall become applicable after three (3) months from the date on which they were issued, unless either party advises the other of its disagreement within that time.

AGREED LOADING RANGE:

Shall mean a three (3) day period within which the parties agree to have a vessel arrive at the loading port to take delivery of a quantity of Oil which lifting has been nominated and accepted pursuant to Section 5.4 hereof, including any amendment thereto.

CLAUSE 2.    QUANTITY AND QUALITY DETERMINATION

2.1    The quantity and quality of each shipment of Oil shall be determined by Seller at the loading port. Buyer may at its expense witness the quality and quantity determination of each shipment after previous notice in writing to Seller. Moreover, either party shall be entitled to require an independent inspector, mutually acceptable to both parties to witness Seller's quality and quantity determination. The costs of such independent inspector shall be borne equally between Buyer and Seller.

2.2    The quantity of Oil shall be determined by meters in the delivery lines, where meters are available, or by taking the temperature and measuring the content of the shore tanks from which delivery is made, immediately before and immediately after delivery. If delivery meters are used, temperature compensators, when available, shall be employed. Quantity determination shall be in accordance with approved methods as published by the API in the Manual of Petroleum Measurement Standards (hereinafter "API Manual"). The quantity shall be adjusted to an equivalent volume at 60° F in accordance with provisions of the API Manual. In the determination of the quantity of crude oil, full deduction of sediment and water shall be made. Where the Oil is a RECON, deduction for sediment and water shall be made only to the crude oil component of the RECON.

2.3    Samples of the Oil, sufficient for testing, shall be taken from the delivery lines by the use of automatic flow proportional line sampling devices. When these devices are not available, representative samples shall be taken from the shore tanks from which delivery is made (both before and after loading in the case of crude oil). Sampling and testing shall be in accordance with approved methods as published in the API Manual. Qualities for which the API Manual does not specify a test method shall be determined using standard test methods available in the official publications of ASTM. From samples taken, representative portions shall be retained at the loading terminal for a period of at least ninety (90) days after the Bill of Lading Date and corresponding portions shall be placed aboard the vessel in sealed receptacles for delivery to Buyer.

2.4    The independent inspector or Seller (if no independent inspector is designated) shall issue a certificate stating the quantity and quality of each shipment of Oil determined as per the previous provisions of this Clause. Such certificate shall be binding and conclusive between the parties and shall serve as the basis for preparing the relevant shipment's Bill of Lading and price invoice.

2.5     Notwithstanding the foregoing, either party may submit to the other a claim for the quality of the Oil delivered or for the adjustment of the quantity included in the aforesaid certificate provided that such claim complies with the following conditions:

    (a)     The claim is submitted in writing as soon as it becomes known and, in no event later than ninety (90) days from the Bill of Lading Date.

    (b)     The claim is accompanied by documentary evidence showing the basis of the claim and its full particulars, and;

    (c)     In the case of quantity determination, the existence of an alleged shore/vessel quantity discrepancy at loading port determined by the independent inspector, or Seller, provided that:

        'Case A' (vessel with VEF): The discrepancy between (i) the shore TCV and (ii) the vessel's TCV after subtracting the vessel's OBQ and corrected by the vessel's VEF, is higher than 0.30% of the shore TCV.

        'Case B' (vessel without VEF): The discrepancy between (i) the shore TCV and (ii) the vessel's TCV after subtracting the vessel's OBQ, is higher than 0.50% of the shore TCV.

Any claim failing to meet the foregoing conditions shall be barred from recognition and shall be deemed waived and of no effect.

2.6.    The parties agree to the following special claims handling procedures:

    (a)     Where a claim is made concerning the quantity of Oil included in the certificate, and the claim falls under the circumstances described in Section 2.5(c) Case A above, either party shall be entitled to require an independent inspector acceptable to both parties to determine the measurements at the discharge port. Additionally, Seller may require Buyer to furnish Seller with any reports, data or documentation as it may canvass from discharge port agents, inspectors or terminal operators and as may be useful to ascertain the TCV quantity measurements of the vessel at the discharge port. The cost of such independent inspector shall be borne equally between Buyer and Seller.

        Moreover, Seller shall be entitled to designate one or more persons to witness or participate (at Seller's cost) in the vessel's discharge port measurements and to canvass and collect whatever information is pertinent to establish the volume of Oil carried on board the vessel.

(b)     In claims falling under Section 2.5(c) Case A, the claimant shall be recognized the portion of its claim which exceeds 0.30% of the quantity certified to have been delivered pursuant to Section 2.4 to the extent it can demonstrate both: (i) that its claim satisfies the conditions specified in Section 2.5 and; (ii) that the difference between the vessel's TCV at the discharge port (as certified by an independent inspector approved by both parties) and the vessel's TCV at loading port is found not to exceed 0.20% of the vessel's TCV at loading port.

(c)     Claims falling under Section 2.5(c) Case B and those claims falling under Section 2.5(c) Case A which fail to satisfy the condition stipulated in Section 2.6(b)(ii) above, may be considered by the party receiving such claim at its sole discretion, subject to an overall analysis of the evidence which supports such claims, including the relevant voyage analysis of the vessel.

(d)     If a claim is recognized by a party, the payment made by that party shall only include the portion of such claim in excess of 0.30% of the volume certified to have been delivered pursuant to Section 2.4.

(e)     Where a claim is made concerning the quality of the Oil indicated in the certificate such claim shall be settled by reference to the results of certain quality tests to be performed on the Oil samples referred to in Section 2.3 of this Clause. In such event either party may propose the appointment of an independent inspector acceptable to both parties to conduct or witness the said quality tests. The cost of such independent inspector shall be borne equally between Buyer and Seller.

2.7     It is understood and agreed that presentation of a claim pursuant to this Clause shall in no way alter or affect the validity of the quality and quantity certificate issued pursuant to Section 2.4 hereof or release Buyer from its obligation to honour and pay the full amount of the price invoice which Seller issues to Buyer in respect of any Oil shipment.

The foregoing shall not preclude the parties from separately agreeing on the settlement of quality and quantity claims submitted in accordance with the provisions of this Clause.

Where the parties agree to settle a claim made pursuant to this Clause the terms of such settlement shall be put in writing or confirmed by exchange of correspondence and any payment to be made as a result thereof shall be covered either by an amended invoice or a credit/debit note without, in any way, affecting, delaying or hindering the full and timely payment of the price invoice tendered by Seller covering the quantity/quality certificate specified in Section 2.4 above.

2.8    There are no guarantees or warranties expressed or implied of merchantability, fitness or suitability of the Oil for any particular purpose or use or otherwise, which extend beyond the description of the Oil contained in the Particular Conditions of Sale within this Contract and any Attachments thereto.


CLAUSE 3.    PRICE

Buyer shall pay Seller the amount that results from applying the Price specified in the Particular Conditions of Sale to the quantity of Oil certified have been delivered pursuant to Section 2.4.

CLAUSE 4.    PAYMENT-CREDIT TERMS

Except as otherwise expressly agreed between Seller and Buyer in the Particular Conditions of Sale, payment of any Oil sold and delivered hereunder shall be made by Buyer pursuant to the following provisions:

4.1 .    Payment shall be made through an irrevocable documentary letter of credit meeting the requirements specified in Attachment "A" hereto. Such letter of credit must be opened and/or confirmed by a first class international bank acceptable to Seller.

The letter of credit must be received by Seller at least three (3) working days before the first day of the Agreed Loading Range defined in accordance with Section 5.4 below.

4.2    Payment (whether made directly by Buyer or through a documentary letter of credit) must be made in dollars of the United States of America, without any discount, allowance, retention or deduction (including any discount for banking fees or wire transfers) in immediately available funds, into Seller's account in a bank to be designated by Seller.

4.3    Payment must be made within thirty (30) days from the Bill of Lading Date of each shipment.

Whenever a due date falls on a Saturday, Sunday or bank holiday in the city of New York, U.S.A. payment shall be made on the last preceding working day.

The foregoing shall be without prejudice to Seller's right to withhold delivery of any Oil and require prepayment of its price pursuant to the provisions of Section 4.5 below.

Any payment not received by Seller on its due date shall draw interest at the rate of twelve percent (12%) per annum. Furthermore, there shall be an additional administrative handling and collection charge amount of six percent (6%) per annum. All the above shall be calculated on a year of three hundred sixty (360) days. Said interest and charges can be adjusted unilaterally by Seller at any time for deliveries not yet effected.

These interest charges shall be additional to any remedies or claims that Seller may be entitled to pursuant to the provisions of Clause 14.

4.4    In no event shall Buyer be entitled to reduce or postpone payment of the full amount of the price invoice tendered by Seller on the grounds that a dispute exists concerning the quality or quantity of the Oil which the applicable certificate indicates has been delivered or for any other reason or claim.

4.5    In addition to the actions and remedies stipulated in Clause 14 Seller shall be entitled to suspend deliveries of Oil under this Contract or to condition said deliveries to prepayment of the Oil if:

(a) Buyer fails to make full and timely payment of any Oil sold and delivered hereunder or;

(b)    The financial capability of Buyer or its Parent Company or the bank through which it opens or confirms any letters of credit used in its payments to Seller becomes or is likely to become in the judgment of Seller unsatisfactory or impaired, except that in such event Seller may agree with Buyer to reinstate such deliveries subject to Buyer tendering for each shipment a guarantee acceptable to Seller.

4.6    The foregoing provisions of this Clause shall apply, to the extend they are pertinent, to the payment of other moneys which Buyer may be bound to pay Seller under the Contract (demurrage, terminal charges, etc.), unless Seller expressly waives its application for a particular case according to established international oil industry practice.

4.7    Seller's invoice to Buyer may be sent by telex or facsimile. Buyer shall make the corresponding payment in due time.

CLAUSE 5.   DELIVERY - PASSING OF TITLE AND RISK - OIL VOLUME
             NOMINATION

5.1     Deliveries of Oil pursuant to this Contract, shall be made Free On Board
        (FOB) vessels owned or chartered by Buyer, at Seller's terminal identified in
        the Particular Conditions of Sale hereof or at any other terminal indicated
        by Seller.

5.2     Title and risk in the Oil shall pass from Seller to Buyer:

        (a)     If the Oil is sold in bulk, as it passes the vessel's permanent flange
                connection of the delivery hose at the loading port.

        (b)     If the Oil is sold in containers, as it passes the vessel's rail at the
                loading port.

        Hence, no liability shall attach to Seller for any loss, damage or
        contamination affecting the Oil after title and risk thereof have passed to
        Buyer pursuant to the preceding provisions of this Clause.

5.3     Unless otherwise stipulated in the Particular Conditions of Sale, deliveries
        of Oil shall be evenly distributed throughout the Contract term. If during any
        period of time for which Buyer has an obligation to lift a given quantity of
        Oil, Buyer lifts a quantity less than the quantity it had nominated for such
        pen-d, Seller, in addition to other remedies available under this Contract,
        shall not be obliged to supply such shortfall during any subsequent period.

5.3     The procedure for nomination shall be the following:

        (a)     In case of crude oil, Buyer shall notify Seller prior to the tenth (10th)
                day of each month:

                (i)     The quantity of crude oil Buyer proposes to lift during the
                        subsequent month and an estimate of the quantities Buyer
                        proposes to lift during the next three (3) months.

                (ii)    The three (3) day loading range within which Buyer proposes
                        to lift the crude oil.

                (iii)   Seller shall have until the fifteenth (15th) day of the same
                        month, to accept the nomination or to reject it and give a
                        counterproposal. The parties shall thereafter endeavor to
                        agree on a nomination program for the following month
                        acceptable to both.

(c)    In case of petroleum products, Buyer shall notify Seller prior to the tenth (10th) day of each month:

    (i)    The quantity of petroleum products Buyer proposes to lift during the subsequent month and an estimate of the quantities Buyer proposes to lift during the next three (3) months.

    (ii)    The three (3) day loading range within which Buyer proposes to lift the petroleum products.

    (iii)    Seller shall have until the twentieth (20th) day of the same month, to accept the nomination or to reject it and give a counterproposal.
The parties shall thereafter endeavor to agree on a nomination program for the following month acceptable to both.

5.5    The Agreed Loading Range resulting from the procedure set out in the preceding provisions of this Clause may be modified by the express agreement of both Seller and Buyer provided that such agreement is recorded by an exchange of correspondence.

5.6    Except for the provisions of Sections 5.1 and 5.2 above the preceding provisions of this Clause shall not apply to Oil shipments sold on a spot basis.

5.7    Notwithstanding any agreed volume nomination Seller may for operational reasons reduce the actual volume of Oil to be delivered to a particular vessel by up to 10% of the said agreed volume nomination.

CLAUSE 6.  VESSEL NOMINATION

6.1    At least ten (10) days prior to the first day of the Agreed Loading Range, Buyer shall notify Seller of the following:

    (a)    The name and characteristics of the vessel which it nominates to take delivery of the Oil;

    (b)    The date of vessel's arrival within the Agreed Loading Range;

    (c)    Approximate quantity and quality of Oil to be loaded consistent with the quantity and quality of Oil which lifting has been nominated and accepted pursuant to Section 5.4; and

    (d)    The name of the proposed independent inspector (if any). Where the Oil to be delivered consists of a spot purchase made less than ten (10) days before the first day of the Agreed Loading Range, Buyer's notice to Seller shall be made promptly after the purchase is agreed to.

6.2 Seller may either reject or accept Buyer's vessel nomination. If seller rejects the vessel nominated, Buyer shall then take immediate action to nominate another vessel acceptable to Seller.

6.3 Buyer shall be entitled to substitute any vessel nominated according to Section 6.1 by another vessel of similar size and characteristics, without prejudice to Seller's right to accept or reject such new nomination as provided for in Section 6.2 above.

6.4 Any deadweight incurred due to the nomination by Buyer of a vessel whose dimensions are larger than those required to transport the respective cargo shall be for the sole account of Buyer, irrespective of whether the vessel's nomination is accepted by Seller.

6.5 Buyer warrants:

(a) That all vessels used by Buyer to lift the Oil at the loading port mentioned in the Particular Conditions of Sale shall be owned or demised chartered by a member of the International Tanker Owners Pollution Federation Limited (ITOPF), and that each one of said vessels shall carry on board a certificate of insurance, of the kind provided for in the Civil Liability Convention for Oil Pollution Damages, (CLC certificate) issued to it by a signatory state; and

(b) That said vessel shall be covered by insurance for liability for oil pollution, in the maximum amount per incident as there shall be then available through any P&I club in the international group of P&I clubs, including but not limited to such excess pollution liability insurance, in the maximum amount per incident, as there shall be then available.

CLAUSE 7.   LAYTIME

7.1 Seller shall provide the vessel nominated and accepted pursuant to Section 6.1 a safeberth or safe loading buoy with sufficient depth to allow it to approach, depart and lie always safely afloat. However, Seller does not make any representations express or implied concerning navigational conditions in public channels or waterways which vessel must use in order to reach or depart the said safeberth or safe loading buoy and which may require the exercise of special precautions or safety measures.

The vessel's Owner/Operator is understood to have made a thorough check of any navigational conditions as are likely to exist at the approaches of the loading port about the time of its arrival so as to prevent and avoid any hazards or controllable risks.

Buyer shall ensure the vessel upon its arrival at the loading port is in cargoworthy condition and fully equipped to effect loading operations from the terminal facilities both safely and with prompt dispatch and efficiency.

Any risks relating to vessel's failure to be in cargoworthy condition at the time of loading, shall vest entirely on the Buyer, regardless of whether Seller has inspected or not the vessel or whether Seller has given or failed to give Buyer or the vessel any advise concerning the cargoworthy condition of the vessel at the time of loading.

7.2   Seller shall have the right to change the vessel's locations or to request Buyer to do so from one safe berth or safe loading buoy to another at loading port or to anchorage.

Time consumed shifting between berths or to anchorage, at Seller's request, shall be computed as used laytime and Seller shall pay all specific expenses incurred directly as result of such shifts.

7.3   Buyer shall cause the vessel to observe and comply with all applicable regulations in force at the loading port from its arrival at said port, during .loading, and until its departure therefrom.

Buyer shall cause the vessel to vacate the mooring berth or loading buoy as soon as loading operations are completed. Buyer shall compensate Seller for the costs of any demurrage, inefficiency or third party claims incurred by Seller as a result of vessel's failure to promptly vacate the berth or loading buoy as aforesaid (including those costs originating from delays in the docking of others vessels awaiting their loading turns), except where such failure is the result of an event beyond the control of vessel.

7.4   Buyer shall notify Seller (directly by the vessel or through its port agents) approximately 72, 48 and 24 hours in advance, of the vessel's estimated time of arrival (ETA) at the loading port. Buyer shall be relieved of the obligation to notify Seller of the vessel's ETA 72/48 and 24 hours in advance to the extent that at the time the vessel nomination is agreed the vessel is so close to the loading port and to the Agreed Loading Range that vessel is unable to give Seller all ETA notices referred to above.

After the vessel has arrived at the customary anchorage at the loading port and is ready to load, Buyer shall give Seller notice of the vessel's readiness to receive the Oil at the loading port. Any notice of readiness (NOR) tendered from a location other than the customary anchorage point shall be deemed invalid and of no effect.

7.5   Except as otherwise agreed in the Particular Conditions of Sale and regardless of the volume of Oil loaded, Seller shall have an allowed laytime of thirty six (36) hours to complete the loading of the quantity of Oil nominated and accepted. If Seller supplies Oil to the same vessel at more than one (1) port, the allowed laytime shall be increased twelve (12) hours per each additional port. The laytime shall be increased two (2) hours for each additional grade of Oil loaded.

7.6    Laytime shall begin to count in accordance with the following rules:

   a)    Where the vessel arrives at the loading port prior to the first day of the Agreed Loading Range and tenders a NOR to Seller prior to such date, laytime shall begin to count on the sixth hour (06:00) of the first day of the Agreed Loading Range or when the vessel is all fast at its assigned berth and ready in all material respects to begin loading operations, whichever occurs first.

   b)    Where the vessel tenders a NOR to Seller within the Agreed Loading Range, laytime shall begin to count after six (6) hours of such tender or when the vessel is all fast at its assigned berth and ready in all respects to commence loading operations, whichever occurs first.

   c)    Where the vessel tenders a NOR within seven (7) days after the Agreed Loading Range has lapsed, it shall be allowed to load at Seller's convenience and laytime shall begin when the vessel is all fast at its assigned berth and ready in all material respects to commence loading operations.

   d)    Where the vessel arrives at the loading port more than seven (7) days after the Agreed Loading Range has lapsed, Seller shall not be bound to load the vessel, unless Seller, at its discretion, expressly agrees to do so and laytime shall begin when the vessel is all fast at its assigned berth and ready in all material respects to commence loading operations. If Seller decides not to load the vessel, then the quantity of Oil which the vessel failed to lift may, at Seller's discretion, be deducted from any Oil quantity which Seller has agreed to sell and deliver to Buyer under the Contract.

   (e)    If vessel tenders NOR at a place other than the customary anchorage of the loading port and fails to tender NOR upon arrival at such customary anchorage or if vessel fails to give Seller the 72/48 and 24 hours ETA notices, the vessel shall be allowed to load at Seller's convenience and laytime shall begin when the vessel is all fast and ready in all material respects to begin loading operations.

7.7    Laytime or, if the vessel is on demurrage, time on demurrage shall end at each loading port when cargo hoses have been disconnected. Time spent up to four (4) hours after cargo hoses have been disconnected while waiting for cargo papers at each loading port shall not count as used laytime or demurrage if vessel is on demurrage. However, that time in excess of four (4) hours waiting for cargo papers after cargo hoses have been disconnected shall count as used laytime, or demurrage if vessel is on demurrage, provided that during this time no operations for the account of the vessel are being carried out.

7.7     Notwithstanding any other provision hereunder, any time spent for the following purposes or reasons shall not count as used laytime or as demurrage if the vessel is on demurrage:

    (a)    Time spent by the vessel moving from anchorage to the designated berth or loading buoy after it tenders its NOR, including without limitation any time spent on mooring operations and/or waiting for the port pilot or an additional tug boat.

    (b)    Time lost inspecting the vessel or as a result of vessel's preparing to load or for its failure to load the Oil with prompt dispatch and efficiency including delays arising from any breakdown or incapacity of vessel's facilities.

    (c)    Any delay or curtailment of the loading operations attributable to the vessel's agents, master, officers, crew, Buyer, vessel's owner or operator.

    (d)    Time spent lining up or discharging ballast or slops.

    (e)    Time spent waiting for Practique including any customs, immigration or sanitary clearance.

    (f)    Time spent awaiting receipt and approval by Seller of letter of credit that Buyer is required to furnish under the Contract.

    (g)    Delay due to vessel's bunkering if it is not accomplished concurrently with loading operations.

    (h)    Prohibition of night time loading or berthing due to Buyer or vessel owner instructions or port and terminal regulations.

7.9     Laytime consumed or demurrage, if the vessel is on demurrage, due to accidental breakdown or failure of the terminal's loading facilities or equipment shall be reduced by one half.

7.10    Lightering services, if any, shall be for account and risk of Buyer, but if the aforementioned services should be required solely because of Seller's failure to provide a berth as specified in Section 7.1 above, such services shall be for the account and risk of Seller.

7.11    All fees, rates, charges and duties on the vessel and cargo, and all freight charges incurred within the territory of the country where the loading port is located, including but not limited to customs' overtime, port charges and bar tolls shall be for the account of Buyer. However, no special charge shall be made to the vessel for using the berth or loading buoy designated by the loading port terminal.

CLAUSES.    DEMURRAGE

8.1     Seller shall pay Buyer demurrage in dollars of the United States of America
        for the demurrage resulting when the used laytime exceeds the laytime
        allowed to Seller hereunder.

8.2     The demurrage shall be calculated by applying the rate specified in the
        Particular Conditions of Sale for every hour (or pro rata for part thereof) by
        which the used laytime exceeds the laytime allowed to Seller pursuant to
        Clause 7 hereof.

        If the Particular Conditions of Sale do not specified any rate, the demurrage
        rate shall be:

        (a)     The vessel's charter party demurrage rate if the vessel is under a
                voyage charter. However, Seller shall in no event be bound to pay
                Buyer more demurrage than the amount of demurrage Buyer can
                demonstrate has actually been paid to the owner in accordance with
                the terms of the charter party; or

        (b)     The arithmetic average of the demurrage assessments made by two
                recognized New York brokers, for the nominated quantity and route
                utilized, if the vessel is owned by Buyer (or by one of its affiliates) or
                is under a time charter. Said brokers shall be chosen by mutual
                agreement, one to be proposed by Buyer and the other by Seller.
                The rate used by the brokers for the assessment shall be that of the
                first day of the Agreed Loading Range for the particular vessel.

8.3     No demurrage shall be paid for the time during which Seller cannot deliver
        or is delayed in the delivery of all or part of the Oil for reasons which fall
        under the provisions of Section 7.8 or 9.1 or where such demurrage is
        incurred as a result of a fault attributable to the vessel or if the loading is
        suspended for the vessel's purposes.

8.4     No claim for demurrage shall be allowed unless it is submitted in writing to
        Seller together with all pertinent supporting documentation within ninety
        (90) days of the Bill of Lading Date and is accompanied by Buyer's
        calculation of demurrage, amount claimed in dollars of the United States of
        America and copy of the supporting documents of the discharge ports
        which shall include, among other documents that may be requested: the
        charter party or fixture telex showing demurrage rate, claim invoice
        presented by the owner of the vessel, time log/statement of facts issued by
        independent inspector, copies of ETA notices sent to Seller, letter of protest
        and NOR at load and discharge ports, pumping log at discharge ports
        signed by master or chief engineer and a terminal representative or the
        independent inspector.

        Failure by Buyer to submit a demurrage claim as required by this Section
        shall bar such claim from consideration and shall be construed as a waiver
        of such claim by Buyer.

CLAUSE 9.    LIABILITY EXEMPTIONS

9.1    Neither Seller nor Buyer shall be liable for failure to perform any or all of the stipulations of this Contract if their performance has been materially delayed, hindered or prevented by any cause beyond the reasonable control of Seller or Buyer, as the case may be, despite the due diligence of the affected party.

The expression "cause beyond the reasonable control of Seller or Buyer" or "Force Majeure" shall be deemed to include, for example: wars, hostilities, public enemy or belligerent's actions, sabotage, boycott, blockade, revolutions, insurrections, riots or commotions, acts of God, fires, frost or ice, earthquakes, storms, lightning, weather or sea conditions, tidal wave or perils of the sea, navigational accidents, vessel damages or breakdowns, loss of tanker due to sinking, belligerents or governmental confiscation, with or without formal requisition; accidents or closing of ports, docks, dams, channels, river-beds and other maritime or navigational aids; epidemics and quarantines; strikes or agreements among workers, lockouts or other labor disturbances; explosions or accidents caused by fire or other causes to: wells, pipelines, storage deposits, refinery facilities, machinery and other facilities; faults or omissions caused or due to: expropriation, requisition, confiscation or nationalization; embargoes; export or import restrictions, or restrictions of production, rationing or allocation of same, whether imposed by law, decree or regulation, or by insistence, request or instructions of any governmental authority, or organization owned or controlled by any government, or by any person purporting to represent a government; to the interference, restriction or onerous regulations, imposed by any government authority, to whose jurisdiction any of the parties is subject to, whether civil or military, legal or de facto, or which purports to act under any Constitution, Decree, Act or otherwise.

Notwithstanding the above, Buyer shall not be released from its obligation to make payments for Oil delivered hereunder.

9.2    No reduction or suspension in the deliveries or receipt of Oil due to any of the reasons set forth above, shall extend the term of this Contract or terminate same; however, any of the parties may terminate this Contract by written notice to the other, if any of the aforementioned circumstances persist during ninety (90) consecutive days.

9.3    All deliveries or receipts of Oil which do not take place by reasons stated in Section 9.1, shall, unless otherwise agreed, be deducted from the volumes hereunder required to be delivered and received.

9.4    A party affected by a Force Majeure event shall notify the other party as soon as practicable of its occurrence. As soon as a party affected by a Force Majeure event ceases to be so affected and is no longer so prevented from complying with its obligations hereunder, such party shall notify the other party accordingly.

CLAUSE 10.  SUPPLY SHORTAGES

10.1    If, by reason of any of the causes described in Clause 9, or by reason of the refusal or failure of a government or public authority to grant any production permits, whether or not the foregoing occurs at a source of supply named in this Contract, there should occur a shortage of Oil as a consequence of which the quantity of Oil available to Seller decreases so that Seller is unable to fulfill its obligations in effect at such time, Seller may freely withhold, suspend or reduce deliveries under this Contract at its sole judgment, although Seller shall endeavor to arrange an equitable distribution of supplies originating from its own production. Seller shall not be required to purchase Oil, or use Oil acquired, to compensate for shortages resulting from any of the hereinabove mentioned causes.

10.2    In all cases, Seller shall not be required to deliver the shortfalls for the corresponding period, unless both parties mutually agree otherwise in writing.

CLAUSE 11.  INTERPRETATION

11.1    Failure by either party to take action against the other in case of the other party's noncompliance with obligations or conditions set forth in this Contract, shall not be interpreted as a waiver to take action for a subsequent noncompliance of the same or other obligations or conditions.

11.2    Except as provided in the second paragraph of Section 7.3 of these General Conditions, claims between the parties for indirect, incidental or consequential damages shall not be allowed.

CLAUSE 12.  APPLICABLE LAW

All matters related to the validity, interpretation or performance of this Contract shall be governed by the laws of the Republic of Venezuela.

CLAUSE 13.  ARBITRATION

Any controversy or claim relating to this Agreement or the breach thereof shall be settled by arbitration conducted in the English Language by three arbitrators in accordance with the Commercial Arbitration Rules of the International Chamber of Commerce (ICC). Each party shall appoint one Arbitrator and the third arbitrator, who shall act as a Chairman, shall be appointed by the two already appointed arbitrators within 30 days counting from the day in which the last arbitrator named by the parties was appointed. If the two arbitrators do not agree on the third one, the third arbitrator shall be appointed by the Court of Arbitration of the ICC. Nothing in this Agreement shall be construed to prevent any court having jurisdiction, from issuing injunctions, attachment orders or orders for other similar relief in aid of any arbitration commenced (or to be commenced) pursuant to this Clause and which seeks the collection of any moneys owed to Seller pursuant to Clause 3. Judgment upon the award rendered by the Arbitrators may be entered in any Court having jurisdiction hereof. Unless otherwise specified in the Particular Conditions of Sale or otherwise agreed

between the parties such arbitration shall be conducted in the city of Paris, France.

## CLAUSE 14.  BREACH

Subject to Clause 9 hereof, in case of failure of Seller or Buyer to comply with any obligation assumed under this Contract, the other party may, without prejudice to any other rights or recourses available to it, consider such failure as a breach of this Contract and terminate same, or unilaterally suspend its performance until such failure is corrected, and in both cases, may claim direct damages caused by the breach.

## CLAUSE 15.  DESTINATION

Seller agrees to enter into this Contract based on Buyer's express undertaking to give the Oil the use and destination stipulated in the Particular Conditions of Sale. Buyer warrants therefore that the Oil shall be given the use and destination stipulated in the Particular Conditions of Sale.

Buyer may only change the above mentioned use or destination with Seller's written consent. Such consent, unless otherwise agreed by Seller, must be given prior to the loading date and, in any case prior to any change in the use or destination of the Oil.

Any change in the warranted use or destination of the Oil shall entitle Seller to require Buyer to pay the price differential between the Contract price and the price which Seller would have charged, in accordance with its commercial practices for Oil sold to the new destination.

Such right shall accrue regardless of whether Seller has granted or denied Buyer its consent for a change in the use and destination of the Oil.

Seller reserves the right to request from Buyer a discharge certificate for the purpose of verifying the destination of the Oil. For the purposes of this Clause a discharge certificate may consist of: (i) an independent inspector's certificate of discharge, or (ii) the corresponding customs fees receipt or other government document evidencing the port in which the Oil was discharged or (iii) the exemption from customs fees at the port of discharge or (iv) any other document that Seller deems an appropriate substitute thereof.

Buyer's failure to comply with any of the provisions of this Clause shall entitle Seller (without prejudice to any other rights and remedies it may have under the Contract) to cancel the Contract,    suspend further deliveries of Oil under the Contract or dispose of any undelivered Oil as it deems fit.

## CLAUSE 16.  SPECIAL CONDITIONS

Neither party shall allow its agents, representatives or personnel to grant or offer the agents, representatives or personnel of the other, either directly or indirectly, any gifts, loans, gratifications, commissions or fees, personally benefiting the said agents, representatives or personnel or any member of their families,, or any company in which they hold a substantial interest, except for such small scale institutional gifts as are customary and admissible as per standard oil industry practice.

Breach of this obligation shall entail the immediate cancellation of the Contract without prejudice to any other remedies or actions as may be prescribed by law.

Where either party receives any requests from the agents, representatives or personnel of the other party (or from third parties purporting to sot on their behalf) for the granting of any gifts, loans, gratification, commissions or fees precluded by the preceding provisions of this paragraph, it shall promptly notify the other of such request together with such other information as may be required to investigate these circumstances.

## CLAUSE 17.  ASSIGNMENT

Seller may at any time assign this Contract or its total or partial performance hereof to any other company that assumes the obligations of Seller under the terms of the assignment. Formal notice of the assignment shall be rendered to Buyer, expressly indicating thereon the assignee's address. Buyer may assign this Contract or its performance totally or partially, with Seller's prior written consent.

An assignment made in breach of this provision shall be deemed void and shall not release the party effecting such assignment from its responsibilities under the Contract.

Unless otherwise expressly agreed the party assigning all or part of this Contract shall remain bound as guarantor for its assignees' due and timely performance of the assigned Contract obligations.

## CLAUSE18.  NOTICE

Except as otherwise provided, all notices, statements and other communications to be given hereunder by one party to the other, shall be deemed to have been sufficiently given if in writing, or delivered by hand, or sent by telex or facsimile to the address of such other party specified in the Particular Conditions of Sale hereof. Any change of address shall be advised to the other party in writing, with at least fifteen (15) days prior notice.

CLAUSE 19.   EXCEPTIONAL CIRCUMSTANCES

Where exceptional, supervening and unforeseeable market circumstances cause a sustained change in the prevalent market price of the Oil or in oils which are commercially comparable to it in use and specifications and such market price materially diverges from the price which applies under the Contract, the party affected by such changes may request the other to agree to a change in the Contract price so as to put it in alignment with the said prevalent market price during the remaining period of the Contract. Such request shall be made in writing and shall be accompanied by verifiable evidence showing conclusively that the said change in circumstances has occurred. Where such request has been made, the party receiving such request shall begin negotiations to seek an amendment to the Contract price that aligns the Contract price with prevalent market prices. If such negotiations fail to cause an amendment to the Contract within 60 calendar days after the request has been made, the party making the request shall be entitled to suspend purchases or deliveries under the Contract until such time as an agreement is reached or until the Contract expires. Once an agreement is reached the price amendment shall apply to any deliveries made after the date in which the request was tendered. The Contract price shall be deemed to differ materially from the prevalent market price if it diverges by more than 10% from the applicable Contract price at least for a period of three (3) consecutive months. Alternatively where the parties cannot agree that the market conditions do in fact allow for the aforesaid request to be made pursuant to this Clause, either party may require the issue to be submitted to a conflict resolution procedure involving the use of jointly appointed commercial arbitrators, as more specifically provided in Clause 13 of this Contract.

CLAUSE 20.   GENERAL

The present Contract is composed of the Particular Conditions of Sale and the General Conditions of Sale and its attachment "A".

**ATTACHMENT "A"**

## <u>DOCUMENTARY LETTER OF CREDIT</u>

We  **<u>(name of the bank)</u>**  hereby issue our irrevocable documentary letter of credit

**Number:**                                              (number of the letter of credit)

**In favor of:**                                          **PDVSA Petróleo y Gas, S.A.**
División Corporativa de Manufactura y
Mercadeo Edif. PDVSA, Torre Oeste
Av. Libertador, La Campiña
Caracas – Venezuela
 Attn. _____
Phone: (582) 708-
Fax: (582) 708-

**By order and for the account of:**          (name and address of the client).

**Amount:**                                             Approximately **<u>(amount in U.S.$)</u>**

**Covering:**                                           Approximately      ___**(volume)___** of
**<u>(product)</u> .**

**Shipment:**                                           from  ____ **<u>(name and country of
loading port)</u>**  and/or (name and
**<u>country of loading port)</u>**  ____ during
the period: _____ **<u>mm/dd/yy)</u>**
**<u>(mm/dd/yy</u>**
to: **<u>(name and country discharging
port)</u>** and/or **<u>(name and country of
discharging port)</u>**

**Valid:**                                               **<u>(expiration date)</u>** at the counters

Of _____

available by deferred payment via wire transfer in same day funds, 30 days after the date
of the bill of lading, against presentation of the following documents:

Full set 3/3 original clean on board ocean Bills of Lading issued or endorsed to the
order of  **<u>(name of the consignee).</u>**

- Commercial invoice.
- Beneficiary's statement certifying that all other documents have been sent directly to applicant.

Special conditions:

1. All banking charges related to this letter of credit are for the account of our client including correspondent transfer commissions. Beneficiary is to receive full payment as invoiced.

2. Bar-Toll charges, if applicable, are covered by this letter of credit.

3. Documents presented later than twenty one (21) days from the bill of lading date but still within documentary credit validity are acceptable.

4. Should the date of payment of this letter of credit fall on Saturday, Sunday or a bank holiday in the city of New York, United States of America, payment shall be made on the nearest preceding banking day of such city.

5. Originals and/or photocopies of documents are acceptable. Documents presented to us via fax are acceptable.

6. Documents showing quantity in barrels or metric tons are acceptable.

7. Charter party bills of lading are acceptable.

8. Transshipments are prohibited.

9. If during the validity of this letter of credit, any interruption of the issuing bank's business occurs due to an event of force majeure (article 17 uniform customs and practice for documentary credits, revision of 1993), we will fully honor the credit upon resumption of our business activities and therefore will pay, within the following five (5) business days after said resumption of our business, all amounts and claims covered by this letter of credit which were originated during the above mentioned interruption.

10. Name of the bank and officer to whom the documents should be addressed: **(name and address of the bank and person to contact**

11. The present telex is the original operative instrument and will not be followed by any written confirmation.

12. This letter of credit is transferable.


This credit is subject to the Uniform Customs and Practice (UCP) for Documentary Credits 1993 revision of the International Chamber of Commerce Publication 500.
Any matters no covered by the UCP shall be governed by and construed in accordance to the laws of the State of New York, United States of America.
Bank: shall mean the issuing bank if no confirming bank exists, or the confirming bank if it exists.

EXHIBIT 3

| | | |
|---|---|---|
| **JOSE SEBA/SEBAJ/PDV/PDVSA** | Para | OSCAR LABRADOR/LABRADOROL/PDV/PDVSA@PDV, FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, |
| 19/10/2006 11:45 a.m. | cc | LUIS PENA/PENALF/CIE/PDVSA@PDV, LUIS VASQUEZ/VASQUEZLEZ/PDV/PDVSA@PDV |
| | cco | |
| | Asunto | Rm: TeamAniara Q_88.doc |

---

Historial:    ✉ Este mensaje se ha respondido y remitido.

---

Estimados, aquí el barco para el cargo de gasoil 20-22 de octubre,

Saludos,
JJ

----- Remitido por JOSE SEBA/SEBAJ/PDV/PDVSA con fecha 19/10/2006 11:43 a.m. -----



| "Ing. Cesar Chavez" <cesarchavez@intrakam .com .mx> | Para | JOSE SEBA <sebaj@pdvsa.com>, ADAM KAMARA <drkamara@intrakam.com.mx> |
|---|---|---|
| 19/10/2006 10:15 a.m. | cc | <wilfredoaro@intrakam.com.mx>, GILMER GONZALEZ <gonzalezggx@pdvsa.com> |
| | Asunto | TeamAniara Q_88.doc |

Estimado Jose,

Te anexo archivo relacionado con el próximo cargamento.

Quedo atento a tus comentarios.

César Chávez Robles
INTRAKAM S.A. De C.V.
Tel. 00528444159161



TeamAniaraQ_88.doc

### INTERTANKO'S STANDARD TANKER VOYAGE CHARTERING QUESTIONNAIRE 1988 (Version 2)
*(Metric system to be applied, HVPQ reference specified where applicable)*
*Created at Q88.com*

| GENERAL INFORMATION | | HVPQ Ref |
|---|---|---|
| Date Updated: | Oct 11, 2006 | |
| Vessel's name: | Team Aniara | **1.2** |
| IMO number: | 8411528 | **1.3** |
| Vessel's previous name(s): | ANIARA / LEVANT / AVANTI | **1.4-1.7** |
| Flag: | Liberia | **1.8** |
| Port of Registry: | Monrovia | **1.9** |
| Call sign: | ELHT3 | **1.11** |
| Inmarsat phone number: | Mini M - 762 018 446 / 447 | **1.12** |
| Fax number: | Mini M - 762 018 448 | **1.13** |
| Email address: | TeamAniara@blystad.seaservices.net | **1.16** |
| Type of vessel: | Oil / Chemical | **1.17** |
| Type of hull: | Double Bottom | **1.19** |

| OWNERSHIP & OPERATION | | |
|---|---|---|
| Registered owner - Full Style: | Eitzen Chemical (Singapore) Pte Ltd<br>#35-05 Millenia Tower One Temasek<br>Avenue Singapore 039192<br>65 6325 5777<br>cesin@eitzen-group.com | **1.20** |
| Technical operator - Full Style: | Blystad Shipmanagement Ltd.<br>Phoenix House, Phoenix Bussiness Park,<br>Pegasus Avenue, Linwood Road, Paisley<br>PA1 2BH, Scotland,UK<br>+ 44 141 887 6789<br>technical@blystad.co.uk | **1.22** |
| Commercial operator - Full Style: | Sokana Chartering LLC.<br>One Gorham Island, Westport, CT 06880,<br>USA<br>+ 1 203 341 3600<br>teamchartering@sokana.com | **1.25** |
| Disponent owner / Bareboat charterer - Full Style: | N/A<br>same as 1.10 | |
| Number of vessels in disponent owner's fleet: | | |

| BUILDER | | |
|---|---|---|
| Where Built : | Van der Giessen - de Noord,Rotterdam | **1.26** |
| Date Delivered: | Jul 19, 1985 | **1.31** |

| CLASSIFICATION | | |
|---|---|---|
| Vessel's classification society: | Det Norske Veritas | **1.34** |
| Class notation: | Tanker for Oil Products ESP and ,<br>Chemicals EO | **1.35** |
| If Classification society changed, name of previous society? | Lloyds Register | **1.36** |
| If Classification society changed, date of change? | Oct 31, 1989 | **1.37** |
| Last dry-dock: | Oct 11, 2005 | **1.38** |
| Last special survey: | Oct 11, 2005 | **1.41** |

| | | |
|---|---|---|
| Latest CAP Rating (if applicable) | 2 | **1.44** |
| Last annual survey: | Jul 26, 2006 | **1.45** |
| Does the vessel have a statement of compliance issued under the provisions of the Condition Assessment Scheme (CAS)? | Yes | |

## DIMENSIONS

| | | |
|---|---|---|
| LOA (Length Over All): | 178.1 Metres | **1.49** |
| Extreme breadth: | 32.28 Metres | **1.51** |
| KTM (Keel to Masthead): | 47 Metres | **1.54** |
| BCM (Bow to Center Manifold): | 87 Metres | **1.57.1** |
| Lightship parallel body length: | 69 Metres | **1.57.3** |
| Normal ballast parallel body length: | 80.5 Metres | **1.57.6** |
| Parallel body length at Summer DWT: | 89.6 Metres | **1.57.9** |

## TONNAGES

| | | |
|---|---|---|
| Net Tonnage: | 13154 | **1.59** |
| Gross Tonnage: | 25362 | **1.60** |
| Suez Net Tonnage: | 25932.17 | **1.61** |
| Panama Net Tonnage: | 26135 | **1.62** |

## LOADLINE INFORMATION

| | Freeboard | Draft | Deadweight | Displacement | |
|---|---|---|---|---|---|
| Summer: | 5.018 Metres | 11.62 Metres | 40738 Metric Tonnes | 51204 Metric Tonnes | **1.63** |
| Winter: | 5.260 Metres | 11.38 Metres | 39578 Metric Tonnes | 50044 Metric Tonnes | **1.64** |
| Tropical: | 4.776 Metres | 11.86 Metres | 41898 Metric Tonnes | 52364 Metric Tonnes | **1.65** |
| Lightship: | 13.98 Metres | 2.66 Metres | 10466 Metric Tonnes | 10466 Metric Tonnes | **1.66** |
| Normal Ballast Condition: | 10.500 Metres | 6.1 Metres | 25600 Metric Tonnes | 36066 Metric Tonnes | **1.67** |

| | | |
|---|---|---|
| TPC on summer draft: | 47.94 Metric Tonnes | **1.70** |
| Does vessel have Multiple SDWT? | No | **1.72** |
| If yes what is the maximum assigned Deadweight? | Metric Tonnes | **1.73** |
| Air draft (sea level to top of mast/highest point) in normal SBT condition? | 40.900 Metres | **1.74** |

## RECENT OPERATIONAL HISTORY

| | | |
|---|---|---|
| Has vessel been involved in any collision, grounding or pollution incident the past 12 months, full description: | Pollution: No<br>Grounding: No<br>Collision: No | **1.77-1.79** |

## CERTIFICATION

Owners warrant following certificates to be valid throughout the Charter Party period:

| | | |
|---|---|---|
| SOLAS Safety Equipment: | Jun 30, 2010 | **2.2** |
| SOLAS Safety Radio: | Jun 30, 2010 | **2.3** |
| SOLAS Safety Construction: | Jun 30, 2010 | **2.4** |
| Load line: | Jun 30, 2010 | **2.5** |
| IOPPC: | Jun 30, 2010 | **2.6** |
| Safety Management (ISM): | Mar 09, 2008 | **2.8** |
| USCG COC: | Apr 11, 2007 | **2.11** |

| | | |
|---|---|---|
| CLC: | Feb 20, 2007 | **2.13** |
| US COFR: | Sep 24, 2009 | **2.15** |
| Certificate of Fitness (Chemicals): | Jun 30, 2010 | **2.16** |
| Certificate of Fitness (Gas): | Not Applicable | **2.17** |
| Certificate of Class: | Jun 30, 2010 | |
| ISPS ISSC: | Jun 07, 2009 | |

## DOCUMENTATION

| | | |
|---|---|---|
| Does the vessel have the following documents on board? | | |
| International Safety Guide for Oil Tankers & Terminals (ISGOTT): | Yes | **2.28** |
| OCIMF/ICS Ship to Ship Transfer Guide (Petroleum): | Yes | **2.31** |
| Is the vessel entered with ITOPF? | Yes | |

## CREW MANAGEMENT

| | | |
|---|---|---|
| Nationality of Master | POLAND | |
| Nationality of Officers: | Croatian, Filipino, Polish | **3.1** |
| Nationality of Crew: | Filipino, British, Croatian | **3.2** |
| If Officers/Crew employed by a Manning Agency - Full Style: | Officers: Norwegian Crew Management AS Crew: NCM/PTC Division | **3.1 & 3.2** |
| What is the common working language onboard? | English | **3.1** |
| Do key officers understand English? | Yes | |
| In case of Flag Of Convenience (FOC), is the ITF Special Agreement on board? | Yes | |

## STRUCTURAL CONDITION

| | | |
|---|---|---|
| Are cargo tanks coated? | Yes | **7.1** |
| If Yes, specify type of coating: | Marine line & Carbozinc 11 | **7.1.1** |
| If cargo tanks are coated, specify to what extent: | Whole Tank | **7.1.3** |
| Are slop tanks coated? | Yes | |
| If slop tanks are coated, specify to what extent: | Whole Tank | |

## CARGO & BALLAST SYSTEMS

| | | |
|---|---|---|
| If double hull, is vessel fitted with centreline bulkhead in all cargo tanks (solid or perforated)? | Yes ( ) | **8.2** |
| Groups / Tank Capacities | Seg #1: 12350 m3 (1W5C2W)<br>Seg #2: 11157 m3 (3W4C)<br>Seg #3: 13818 m3 (2C4W3C)<br>Seg #4: 11524 m3 (1C5W)<br>Seg #5: 1261 m3 (SLOP P AND SLOP S) | **8.3** |
| Total cubic capacity 98% ex slop tank: | 48849 Cu. Metres | **8.4 & 8.6** |
| Slop tank(s) capacity 98%: | 1261 Cu. Metres | **8.5 & 8.7** |
| SBT or CBT? | SBT | |
| If SBT, what percentage of SDWT can vessel maintain with SBT only? | 36.5 % | **8.14.2** |
| If SBT, does vessel meet the requirements of MARPOL Reg 13(2)? | Yes | **8.14.3** |
| Number of natural segregations with double valve: | 4 | **8.15** |

## CARGO PUMPS

| Number / Capacity / Type: | 5 x 650 Cu. Metres/Hour (Deepwell)<br>10 x 280 Cu. Metres/Hour (Deepwell)<br>2 x 120 Cu. Metres/Hour (Deepwell) | 8.18-8.25 |
|---|---|---|

## GAUGING AND SAMPLING

| | | |
|---|---|---|
| Can tank innage/ullage be read from the CCR? | Yes | 8.48 |
| Can vessel operate under closed conditions in accordance with ISGOTT 7.6.3? | Yes | 8.51 |
| Type of tank gauging system (radar / floating / other) | Floating | 8.51.1 |
| Are high level alarms fitted and operational in cargo tanks? | Yes | 8.54 |

## VAPOUR EMISSION CONTROL AND VENTING

| | | |
|---|---|---|
| Is a vapour return system fitted? | Yes | 8.65 |
| State what type of venting system is fitted: | High Velocity Valves and Vent Risers | 8.67 |
| Max loading rate per midships connection for homogenous cargo? | 3000 Cu. Metres/Hour | 8.79 |

## CARGO MANIFOLDS

| | | |
|---|---|---|
| Does vessel comply with the latest edition of the OCIMF 'Recommendations for Oil Tanker Manifolds and Associated Equipment'? | Yes | 8.80 |
| What is the number of cargo connections per side? | 4 | 8.83 |
| What is the size of cargo connections? | 250 Millimetres | 8.84 |
| What is the material of the manifold? | Stainless Steel | 8.86 |
| Distance between cargo manifold centres: | 2000 Millimetres | 8.93 |
| Distance ships rail to manifold: | 4600 Millimetres | 8.95 |
| Distance main deck to centre of manifold: | 2100 Millimetres | 8.97 |
| Height of manifold connections above the waterline at loaded (Summer Deadweight) condition? | 7.12 Metres | 8.101 |
| Height of manifold connections above the waterline in normal ballast? | 12.6 Metres | 8.102 |
| Is vessel fitted with a stern manifold? | No | 8.104 |
| Number / size reducers: | 2 x 203/305mm (8/12")<br>4 x 203/254mm (8/10")<br>4 x 254/254mm (10/10")<br>4 x 254/305mm (10/12")<br>8 x 254/406mm (10/16") | 8.106-8.110 |

## CARGO HEATING

| | | |
|---|---|---|
| Type of cargo heating system? | Steam heating coils | 8.120 |
| Material of heating system? | Stainless Steel | 8.128 |
| Max load temp: | 70.0 °C / 158.0 °F | |
| Max temp maintain: | 57.2 °C / 135.0 °F | |

## IGS & COW

| | | |
|---|---|---|
| Is an Inert Gas System (IGS) fitted? | Yes | 9.1 |
| Is IGS supplied by flue gas, inert gas (IG) generator and/or nitrogen? | IG Generator | 9.3 |
| Is a Crude Oil Washing (COW) installation fitted? | N/A | 9.17 |

## MOORING ARRANGEMENTS

| | | |
|---|---|---|
| Number / length / diameter of wires: | Forecastle: 4 / 180 / 28<br>Poop: 4 / 180 / 28 | **10.2-5** |
| Breaking strength of wires: | 56 Metric Tonnes | **10.2-5** |
| Number / length / diameter of ropes: | Other Lines<br>Forecastle: 6 / 220 / 64<br>Poop: 6 / 220 / 64 | **10.11-18** |
| Breaking strength of ropes: | None | **10.11-18** |
| Number and brake holding power of winches: | Forecastle: 2 / 33<br>Poop: 2 / 33 | **10.22-10.25** |

How many closed chocks and/or fairleads of enclosed type are fitted on:

| | |
|---|---|
| Focsle: | 8 |
| Main deck fwd: | 2 |
| Main deck aft: | 2 |
| Poop: | 19 |

## SINGLE POINT MOORING (SPM) EQUIPMENT

| | | |
|---|---|---|
| Fairlead size: | 450 Millimetres | **10.48** |
| Does vessel comply with the latest edition of OCIMF 'Recommendations for Equipment Employed in the Mooring of Vessels at Single Point Moorings (SPM)'? | Yes | **10.60** |
| Is vessel fitted with chain stopper(s)? | Yes | **10.61** |
| Number: | 1 | **10.61.1** |
| Type: | Tongue | **10.61.2** |
| SWL: | 200 Metric Tonnes | **10.61.3** |
| Max diameter chain size: | 76 Millimetres | **10.62** |

## LIFTING EQUIPMENT

| | | |
|---|---|---|
| Derrick(s) - Number / SWL: | 0 / 10 Metric Tonnes | **10.75** |
| Crane(s) - Number / SWL: | 1 / 10 Metric Tonnes | **10.76** |

## ENGINE ROOM

| | | |
|---|---|---|
| What type of fuel is used for main propulsion? | HFO 380 | **12.5** |
| What type of fuel is used in the generating plant? | Marine Diesel Oil | **12.14** |

## MISCELLANOUS

| | |
|---|---|
| P & I Club name: | GARD |
| Last three cargoes (Last / 2nd Last / 3rd Last): | Contact owner for details. |
| Last three charterers (Last / 2nd Last / 3rd Last): | Contact owner for details. |
| Last three voyages (Last / 2nd Last / 3rd Last): | Contact owner for details. |
| Date of last SIRE Inspection: | 01 September 2006 - Santos |
| Date of last CDI Inspection: | 29 December 2005 - Montreal |
| Current Oil Major Company Acceptances (TBOOK): | Contact owner for details. |
| Date and place of last Port State Control: | Sep 18, 2006 / Rio Grande |
| Any outstanding deficiencies as reported by any Port State Control? | No |
| If yes, provide details: | NA |

## FOR USA CALLS ONLY

Qualified individual (QI) - Full Style:                ECM Maritime Services LLC
                                                        64 Danbury Road, Wilton, CT 06897
                                                        +1 203 761 6030
                                                        ecmwilton@ecmmaritime.com

Oil Spill Response Organization (OSRO) -Full Style:    National Response Corp.
                                                        3500 Sunrise Highway, Suite T-103, Great
                                                        River, New York 11739
                                                        +1 800 899 4672
                                                        iocdo@nrcc.com

Has owner, manager, or operator signed the Sea Carrier  No
Initiative agreement with US customs concerning drug
smuggling?

Revised: July 2004 (INTERTANKO.com / Q88.com)

# English Translation

## EXHIBIT 3

To:
Cc:
Cco:

Subject: Fw: Team Aniara Q_88.doc

History: This message has been replied to and forwarded.

Dear all, here's the ship for the October 20-22 gasoil shipment.

Regards,
JJ

-------- Forwarded by JOSE SEBA/SEBAJ/PDV/PDVSA dated 10/19/2006 11:43 a.m.----------


To
Cc
Subject TeamAniara Q_88.doc

Dear Jose,

I am attaching the file related with the next shipment.

I am available for any of your comments.

César Chávez Robles
INTRAKAM, S.A. de C.V.

# EXHIBIT 4



**ERWIN BURGER/BURGERE/PDV/PDVSA**

19/10/2006 05:57 p.m.

Para: cesarchavez@intrakam.com.mx

cc: YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, OSCAR LABRADOR/LABRADOROL/PDV/PDVSA@PDV, GONZALO

cco: ERWIN BURGER/BURGERE/PDV/PDVSA

Asunto: TEAM ANIARA - 240,000bbls Gasoil Vzla -Spore.

Historial: ✍ Este mensaje ha sido remitido.

Atn: Mr. Cesar Chavez

Your Vessel TEAM ANIARA is accepted for loading at Cardon terminal our next cargo of 240,000 barrels of Gasoil laydays October 20-22.

According to our General Term & Conditions Documentation instructions shall be sent by Buyer at least 5 working days prior to the first day of the agreed loading range, otherwise the vessel shall be subject to berth, jetty, buoy, loading platform and loading system availability, whichever may be applicable.

I will be handling this cargo, so your cooperation will be highly appreciated.

Best regards,

Erwin Burger
Clean Product Operations
PDVSA
Pho: +58 212 7083119
Mob: +58 412 2224663

# EXHIBIT 5

**PDVSA PETROLEO, S.A.**
CARACAS, DF VENEZUELA

## PROFORMA INVOICE

TO:   INTRAKAM S.A. DE C.V.
ATTN: ADRIAN TREVIÑO
CALLE VALLE DE SALTILLO N° 486,
FRACC. INDUSTRIAL VALLE DE SAL -, TILLO, COAHUILA, MEXICO CP 25240
COAHUILA, MEXICO

FAX:  0052(844)439 0789

OUR CONTRACT NO:  SA130239

| | |
|---|---|
| INVOICE NO: | 380981-0 |
| PAGE NO: | 1 |
| INVOICE SENT DATE: | 10-19-06 |

PAYMENT INSTRUCTIONS:
   PLEASE REFERENCE INVOICE
   JPMORGAN CHASE NEW YORK
   270 PARK AVENUE
   NEW YORK
   NEW YORK, NY 10172, USA
   BANK ACCOUNT NO:
   BANK ASSOC NO:

NO. RIF.        J-001230726

CONTACT:    MAYELA LOZADA
PHONE NO:   0212 7083148

DUE DATE:          10-20-06
PAYMENT TYPE:    WIRE
PAYMENT TERMS:  PREPAY INMEDIATELY

MOVEMENT:  DELIVERY OF GASOIL 0.2 PCT SULPHUR/45 CETANE ON 10/22/2006  FOB ORIGIN
ORIG LOCATION: PUNTA CARDON, PORT, VENEZUELA (DF)
DEST LOCATION: COUNTRY, SINGAPORE
EXPORTER OF RECORD: PDVSA PETROLEO, S.A.
SHIPPING: BY VESSEL  (TEAM ANIARA)
CURRENCY USED: US DOLLAR

| LINE  DESCRIPTION | QTY UOM N/G | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| 0-1    GASOIL 0.2 PCT SULPHUR/45 CETANE | 240,000   BBL N | 66.40 | 15,936,000.00 |
| | | | ------------------ |
| | | | 15,936,000.00 |

INVOICE TOTAL          15,936,000.00

INVOICE COMMENTS:    Payment of the invoice shall be made in U.S. dollars (without  discount, allowance, retention or deduction, including banking fees or wire transfers from commercial banks) to the bank and account No. indicated above in same-day-available funds opening business at the City of New York making reference to the invoice number on your remittance.

HASTA LA SERIE VE N° 76000 - FECHA 01/09/06

# EXHIBIT 6

# PDVSA

**Time Sheet**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Vessel** | TEAM ANTARA | **Next Port** | HOUSTON, PORT, TEXAS, USA | **Final Pier N°** | AZ 4N |
| **Terminal** | PUNTA CARDON, PORT, VENEZUELA | **Date** | November 13th, 2006 | **R.O.B./O.B.Q.** | |
| **Agent** | SEAPORT AGENCIES, S.A. | **Voyage** | | **Cargo Net Time** | 27:20 |
| **Last Port** | NEW YORK, PORT, USA | **Operation** | LOADING | | |

| Port Activities | Initial Date | Final Date | Comments |
|---|---|---|---|
| ARRIVED OF PORT ENTRY | 23/OCT 20:30 | 23/OCT 20:30 | |
| NOR TENDERED/PRESENTED _MTN_ | 23/OCT 20:30 | 23/OCT 20:30 | |
| ANCHOR AWAY UP (ARRIVAL) | 23/OCT 21:45 | 25/OCT 18:58 | |
| MOORING / DOCKING PILOT ON BOARD | 25/OCT 18:58 | 25/OCT 20:00 | |
| FIRST LINE TO SHORE | 25/OCT 20:00 | 25/OCT 20:42 | |
| ALL FAST / DOCKED | 25/OCT 20:42 | 25/OCT 21:45 | |
| GOVERNMENT / AGENT/ INSPECTOR ON BOARD | 25/OCT 22:10 | 25/OCT 22:40 | |
| INITIAL TANKS INSPECTION | 25/OCT 23:20 | 26/OCT 00:20 | |
| NOR ACCEPTED / RECEIVED BY TERMINAL | 25/OCT 21:45 | 25/OCT 21:45 | |
| CARGO ARMS / HOSES CONNECTED | 25/OCT 23:10 | 26/OCT 00:10 | |
| LOADING | 26/OCT 01:30 | 27/OCT 07:00 | |
| FINAL INSPECTION / CALCULATIONS | 27/OCT 07:00 | 27/OCT 09:45 | |
| CARGO ARMS / HOSES DISCONNECTED - B/L DATE | 27/OCT 07:00 | 13/NOV 13:00 | |

| | **BUNKERS** | | **FW** _MTN_ | **DRAFT** _MTR_ | |
|---|---|---|---|---|---|
| | **IFO** | **MDO** | | **FWD** | **AFT** |
| **Arrival** | 542.00 | 167.00 | 85.00 | 5.00 | 7.30 |
| **Sailing** | | | | 10.00 | 10.00 |
| **Taken** | | | | | |

| Product | Vessel Offered Rate | Shore Offered Rate | Accepted Rate | Effective Rate | SHIP QUANTITIES | | | B/L FIGURES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Gross Barrels | Gross Metric Tons | Gross Barrels | Net Barrels | Gross Metric Tons | Net Metric To |
| DIESEL | | 18,000 | 15,725 | 9,628.00 | 263,295 | 0.00 | 263,123 | 263,123 | 35,688.94 | 35,688. |

| Letter of Protest Shore to Master | Letter of Protest Master to Shore |
|---|---|
| ARRIVED AFTER LAYDAYS | NIL |
| ETAS NOT REPORTED OR INCONSISTENCY | |

**Notes**
NIL

| Remarks | Initial Date | Final Date | Comments |
|---|---|---|---|
| ANCHORED-VESSEL ARRIVED AFTER NOMINATED LAY DAYS | 23/OCT 21:45 | 25/OCT 19:30 | LATE ARRIVAL |
| AWAITING PILOT | 25/OCT 19:30 | 25/OCT 20:00 | AWAITING PILOT FOR DOCKED |
| AWAITING PORT AUTHORITIES | 25/OCT 21:45 | 25/OCT 22:10 | AWAITING GOVERNMENT |
| AWAITING SHIP'S ARRANGEMENTS TO START LOADING | 26/OCT 00:20 | 26/OCT 01:30 | SHIP'S ARR. START LOADING |
| SHORE'S CONTROL | 27/OCT 01:40 | 27/OCT 03:50 | SHORE STOP CARGO TANKS PREPARING AND LAB TEST E4 6 |

_Runarn Weiger For Recept only_

**Signature**

| **Master** | **Terminal** | **Agent** | **Inspector** |
|---|---|---|---|
| **Name**  WEGIER RYSZARD J. | JOSE BORREGALES | | |

_DISCREPANCY IN DATE OF B/L RECEIVED_

_B/L ON BOARD 19th NOV AT 0345 CT_

# EXHIBIT 7



**"Ing. Cesar Chavez"**
<cesarchavez@intrakam.com
.mx>

24/10/2006 12:11 p.m.

Para   <silvamgj@pdvsa.com>

cc   <curer@pdvsa.com>, <rosasav@pdvsa.com>, JOSE SEBA
<sebaj@pdvsa.com>, LUIS VASQUEZ
<vasquezlez@pdvsa.com>, <vasquezcl@pdvsa.com>

cco

Asunto   swift payment

| Historial: | ⮩ Este mensaje ha sido remitido. |
|---|---|

Estimada Gabriela Silva,

La confirmación del pago swift a través de una copia se hará el día de
mañana por la mañana a primera hora tiempo de Dubai. Nuestro cliente a
confirmado que la copia se entrega el día de mañana.

Por lo anterior, pueden estar ciertos que el deposito ya ha sido realizado y
que por la diferencia de horario se estará haciendo efectivo el día de
mañana.

Quedo atento a sus comentarios.

Saludos cordiales

César Chávez
INTRAKAM SA de CV
Tel 0052 844 4159161
Mob 0052 844 1811580

# English Translation

**EXHIBIT 7**

Dear Gabriela Silva,

The swift payment confirmation through a copy will be done tomorrow first thing in the morning at Dubai time. Our client has confirmed that the copy is delivered tomorrow.

Due to the foregoing, you can be sure that the deposit has already been done and that due to the time difference it will become effective tomorrow.

Best regards

I am available for any of your comments.

César Chávez
INTRAKAM, S.A. de C.V.

# EXHIBIT 8

| | | |
|---|---|---|
| **ERWIN BURGER/BURGERE/PDV/PDVSA** | Para | cesarchavez@intrakam.com.mx |
| 25/10/2006 11:26 a.m. | cc | GILMER GONZALEZ/GONZALEZGGX/PDV/PDVSA@PDV, RAMON ARIAS/ARIASRY/PDV/PDVSA@PDV, VICTOR DELASCIO/DELASCIOV/MM/PDVSA@PDV, TULIO |
| | cco | ERWIN BURGER/BURGERE/PDV/PDVSA |
| | Asunto | TEAM ANIARA - A/C  INTRAKAMSA LOAD 20-22 OCT-2006 - CARDON |

Atn: Ing César Chávez,


Por medio de la presente le informo que de acuerdo a las normas y procedimientos de la Corporación, para proceder al atraque y carga del buque TEAM ANIARA se requiere que previamente sea recibido la confirmación de pago del producto (Pre-paid) de acuerdo a lo establecido en contrato de compra-venta.; Sin embargo, por instrucciones del Gerencia General de Comercio -Ing. Gilmer Gónzalez y el visto bueno de la Gerencia General de Suministro y Lógistica Ing. Ramón Arias, quienes atendiendo a factores comerciales y operacionales, han autorizado el atraque y carga del buque, pero sin autorización de zarpe hasta que sea recibida la confirmación de pago a través de nuetra Gerencia de Finanzas internacionales.


Es de resaltar que todos los costos operacionales que se puedan generar por este concepto son por cuenta de INTRAKAM S.A.   La pronta confirmación del pago será altamente agradecida.

Una vez más quedamos a su disposición para contribuir al feliz termino de esta operación.

Atentamente,

Erwin Burger
Clean Product Operations
PDVSA
Pho: +58 212 7083119
Mob: +58 412 2224663

# English Translation

**EXHIBIT 8**

To:
Cc:
Cco:
Subject: TEAM ANIARA – A/C INTRAKAMSA LOAD 20-22 OCT-2006-CARDON

Attn: Ing. César Chávez

By means of this letter I inform you that in accordance with the norms and procedures of the Corporation, in order to proceed to the mooring and loading of the TEAM ANIARA ship it is necessary to first receive the product payment confirmation (Pre-paid) in accordance with what is provided in the sale and purchase agreement.; Nonetheless, in accordance with the instructions of the Commerce General Management [*sic*] –Ing. Gilmer González and the approval of the Logistic and Supply General Management Ing Ramón Arias, who taking into consideration commercial and operational factors, have authorized the mooring and loading of the ship, but without authorization to weigh anchor until the payment confirmation is received through our International Finances Management.

It must be noted that all the operational costs that may be created for this reason are on the account of INTRAKAM S.A.. Prompt payment confirmation will be greatly appreciated.

We remain again at your disposition to contribute to the happy ending of this operation.

Sincerely,

Erwin Burger
Clean Product Operations
PDVSA
Pho:
Mob:

# EXHIBIT 9



"Ing. Cesar Chavez"
<cesarchavez@intrakam .com.
mx>

24/10/2006 06:55 p.m.

Para   ERWIN BURGER <burgere@pdvsa.com>

cc    YAMARY GONZALEZ <gonzalezyd@pdvsa.com>,
      FRANCISCO QUEVEDO <quevedofk@pdvsa.com>, JESUS
      ANZOLA <anzolajs@pdvsa.com>, OSCAR LABRADOR

cco

Asunto   Re: Rm: TEAM ANIARA - 240,000bbls Gasoil  Vzla -Spore.

on [DATE], [NAME] at [ADDRESS] wrote:

Atn. Ing. César Chávez,

De acuerdo a nuestra telconv de hace unos minutos, seguidamente le informo sobre
las instrucciones documentales que debemos recibir para poder completar la
nominación al terminal y proceder acordemente con las operaciones de atraque,
carga y zarpe del buque.

Entre los puntos que requerimos se encuentran:

- Destino final de la carga- (Puerto y País).
- Agentes portuarios que atenderán durante las operaciones de carga.
- Inspectores que atenderán los aspectos de calidad y cantidad durante la operación
de carga.
 (informar - procedimiento para toma de muestras, etc)

- Informar detalles del Consignatario ( nombre - dirección, etc)
- Informar cantidad de "Bill of Lading" originales a ser entregados.
- Informar a quienes deben ser entregados los "bill of lading" - Nombre y Dirección

Esta información es escencial para los efectos de concretar la nominación e instruir al
terminal para proceder al embarque.  Tan pronto recibamos sus instrucciones tan
pronto procederemos evitando mayores retrasos y costos.

En caso de requerir mayor información no dude en contactarnos.

Saludos

Erwin Burger
Clean Product Operations
PDVSA
Pho:  +58 212 7083119
Mob: +58 412 2224663

----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 24/10/2006 03:45 p.m. -----
**ERWIN BURGER/BURGERE/PDV/PDVSA** 24/10/2006 03:14 p.m.

Para

cesarchavez@intrakam.com.mx

cc

YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, FRANCISCO
QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, OSCAR
LABRADOR/LABRADOROL/PDV/PDVSA@PDV, VICTOR DELASCIO/DELASCIOV/MM/PDVSA@PDV

Asunto

Rm: TEAM ANIARA - 240,000bbls Gasoil  Vzla -Spore.


At, Ing .César Chávez


Regarding your today message about product's payment details, we really appreciate
that you please send as soon as possible documentation instruction, with following
items:  final destination, agents and inspectors at loading port, consignee details and
all other relevant information that we have to incorporate into internal nomination to
terminal our terminal.

We really appreciate your prompt attention on this matter in oder to reduce any
delay due to this fact.  Remember that according to our General Term & Conditions
Documentation instructions shall be sent by Buyer at least 5 working days prior to
the first day of the agreed loading range, otherwise the vessel Team Aniara shall be
subject to berth, jetty, buoy, loading platform and loading system availability,
whichever may be applicable.


Await yours,

Erwin Burger
Clean Product Operations
PDVSA
Pho:  +58 212 7083119
Mob: +58 412 2224663

----- Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 24/10/2006 01:48 p.m. -----
**"Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>** 24/10/2006 12:11 p.m.

Para

<silvamgj@pdvsa.com>

cc

<curer@pdvsa.com>, <rosasav@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, LUIS VASQUEZ
<vasquezlez@pdvsa.com>, <vasquezcl@pdvsa.com>

Asunto

swift payment


Estimada Gabriela Silva,

La confirmación del pago swift a través de una copia se hará
el día de
mañana por la mañana a primera hora tiempo de Dubai. Nuestro
cliente a
confirmado que la copia se entrega el día de mañana.

Por lo anterior, pueden estar ciertos que el deposito ya ha
sido realizado y
que por la diferencia de horario se estará haciendo efectivo
el día de
mañana.

Quedo atento a sus comentarios.

Saludos cordiales

César Chávez
INTRAKAM SA de CV
Tel 0052 844 4159161
Mob 0052 844 1811580


----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 24/10/2006 03:04 p.m. -----
**ERWIN BURGER/BURGERE/PDV/PDVSA** 24/10/2006 08:57 a.m.

Para

"Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>

cc

YAMARY GONZALEZ <gonzalezyd@pdvsa.com>, JESUS ANZOLA <anzolajs@pdvsa.com>, OSCAR
LABRADOR <labradorol@pdvsa.com>, GONZALO ALARCON <alarconga@pdvsa.com>, FRANCISCO
QUEVEDO <quevedofk@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, VICTOR
DELASCIO/DELASCIOV/MM/PDVSA@PDV

Asunto

Re: Rm: TEAM ANIARA - 240,000bbls Gasoil  Vzla -Spore.Vínculo <
Notes:///0425718100542616/09AEE05D070B1D8E0425720C00716D5
7/9BCD7A0994D684D60425720B004EE68B>

Atn. Ing. César Chávez

Regarding your message we regret to inform you that loading windows agreed on
contract sale is Oct 20-22, however we'll do our best effort to berth the vessel upon
you complete all necessary payment process and documentation instructions be
received, only in that way we could instruct to our terminal accordingly.

Thank in advance

Rgds,

Erwin Burger
Clean Product Operations
PDVSA
Pho:  +58 212 7083119
Mob: +58 412 2224663

**"Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>** 23/10/2006 05:58 p.m.

Para

ERWIN BURGER <burgere@pdvsa.com>

cc

YAMARY GONZALEZ <gonzalezyd@pdvsa.com>, JESUS ANZOLA <anzolajs@pdvsa.com>, OSCAR
LABRADOR <labradorol@pdvsa.com>, GONZALO ALARCON <alarconga@pdvsa.com>, FRANCISCO
QUEVEDO <quevedofk@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>

Asunto

Re: Rm: TEAM ANIARA - 240,000bbls Gasoil  Vzla -Spore.

on [DATE], [NAME] at [ADDRESS] wrote:

```
**************   PDVSA´S INTERNET E-MAIL USE
**************
```
This message may contain information solely  of the interest of PDVSA or
its businesses. Copying,  distribution,  disclosure  or any use  of the
information  contained  in  this  transmission  is permitted  only  to
authorized  parties. If you have  received this e-mail by error, please
destroy it and notify webmaster@pdvsa.com or the sender by reply email.

```
******   USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET
******
```
Esta nota puede contener informacion de interes solo  para PDVSA o  sus
negocios. Solo esta  permitida su  copia, distribucion  o uso a personas
autorizadas. Si recibio esta  nota  por  error,  por  favor destruyala y
notifique al remitente o a webmaster@pdvsa.com.

Dear Erwin Burger,
On teh subject of time frames for the oil pick up, we are asking for a new
window. The pick up will be done between the 24th and 26th of October. I
have now been notified that it is possible you may be unloading the goods on
the 27th, and there is also a slight chance of more delays. The vessel will
be arriving on the 24th of October as scheduled. I need confirmation of the
unloading date, the 27th of October, if not charges for delays will be the
responsibility of PDVSA. I have sent two e-mails to Jose Seba, and have not
received an answer yet, the subject of theses messages was

to formalize the
unloading date. Please I request copnfirmation as soon as
possible so that
the vessel operator trusts mi negotiation.

César Chávez
INTRAKAM SA de CV
Tel 0052 844 4159161
Mob 0052 844 1811580


************** PDVSA´S INTERNET E-MAIL USE
**************
This message may contain information solely  of the interest of PDVSA or
its businesses. Copying,  distribution,  disclosure  or any  use  of the
information  contained  in  this  transmission  is  permitted  only  to
authorized  parties. If you have  received this e-mail by  error, please
destroy it and notify webmaster@pdvsa.com or the sender by reply
email.

****** USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET
******
Esta nota puede contener informacion de interes solo  para  PDVSA o sus
negocios. Solo esta  permitida su  copia, distribucion  o uso a personas
autorizadas. Si recibio esta  nota  por  error,  por  favor destruyala y
notifique al remitente o a webmaster@pdvsa.com.


**Dear Erwin,**

**Herebelow please find the answers required by PDVSA.**

**The only thing we do not understand is about the inspection, as we
understood PDVSA  will make the SGS inspection and present
together with the shipping documents.**

   **All documents should be sent in one lot to their bank (JP
   Morgan/New York)for collection of the funds (cash agaisnt
   documents) to credit Suisse/Geneva. And to send us via
   Intrakam all scanned copiesas soon as the vessel has loaded.**

   **If you need anything else, please do not hesitate to ask any
   time,**

**Best regards,**

**Operatios**

**REF: MT TEAM ANIARA - VOYAGE INSTRUCTION**

CARGO VOLUME: **240'000 BBLS MOLOO 10 PCT**

01 - ROUTE: **AMUAY PUNTA CARDON, VENEZUELA** TO ? **SINGAPORE PORT**

02 - LOADPORT: Insert name of load port. RANGE: Insert Laydays

- CARGO/VOLUME: GAS OIL NBR 2 / Insert quantity 240.000

BBLS. MINIMUM OR MAXIMUM +/- 10%. PLS BE AWARE, THAT ACCORDING

LOAD/DISPORT DRAFT RESTRICCION. ( nil )

03 - DISPORT: Port of Singapore, Singapore ---

MTS SW)

04 - CONSIGNEE: WINTEK INTERNATIONAL PTE LTD

No. 94 Pandan Loop, Pantech Industrial Complex Singapore 128383

05 - VESSEL TO PRESENT TANKS, PUMPS, IN ALL RESPECT READY TO LOAD

ABOVE MENTIONED CARGO.

06 - AGENTS AT LOADPORT): Operations Supervisor
Seaport Agencies, S.A.
Punto Fijo - Venezuela
Office: + 58 269 2466944 (Master)(24 Hours)
Mobile: + 58 416 9657489
Fax:    + 58 269 2472795
ISO 9001 Certified Company
Email: seaportpfo04@seaport.com.ve <http://>  (Direct)
seaportpfo@cantv.net <http://>
Yahoo: luistoledoj
Web site: www.seaport.com.ve <http://>

07 - AGENTS AT DISPORT  : INTERNATIONAL SHIPPING PTE LTD

08 - COMMUNICATIONS: +65 90217691  MR ANG CHEE HEE ( DIRECTOR)

A. SEND TO AGENTS AND ARES SHIPPING DE VENEZUELA

(rsmall@ipnet.com.ve AND Giocondaschilling@ipnet.com.ve)

72/48/24 ETA AND ARRIVAL DRAFT AND DISPLACEMENT NOTICE

# English Translation

**EXHIBIT 9**

To:
Cc:
Cco:
Subject: Re: Fw: TEAM ANIARA – 240,000 bbls Gasoil Vzla-Spore.

on [DATE], [NAME] at [ADDRESS] wrote:

Attn: Ing. César Chávez,

In accordance with the telephone conversation that we had a few minutes ago, I inform you below about the documentary instructions that we have to receive to be able to complete the nomination to the terminal and proceed accordingly with the mooring, loading and weighing of anchor operations of the ship.

Among the items that we require there are:

- The load final destination – (Port and Country).
- Port agents that will attend during the loading operations.
- Inspectors that will attend the quality and quantity aspects during the loading operation. (inform – procedure for taking samples, etc)

- Inform about the details of the consignee (name – address, etc)
- Inform about quantity of Bills of Landing to be delivered.
- Inform to whom the bills of landing must be delivered – Name and Address

This information is essential to concrete the nomination and instruct the terminal to proceed to the shipment. As soon as we'll receive your instructions we will proceed avoiding bigger delays and costs.

Should you need more information, don't hesitate to contact us.

Regards

Erwin Burger
Clean Product Operations

---Forwarded by ERWIN BURGER/BURGERE/PDV/PDVSA dated 10/24/2006 03:45 p.m.---

To:
Cc:
Subject: Fw: TEAM ANIARA –240,000 bbls Gasoil Vzla –Spore.

Attn: Ing César Chávez

-4-

[text of e-mail in English]


---Forwarded by MARIA SILVA/SILVAMGJ/PDV/PDVSA dated 10/24/2006 01:48 p.m.---

To:
Cc:
Subject swift payment

Dear Gabriela Silva,

The swift payment confirmation through a copy will be done tomorrow first thing in the morning at Dubai time. Our client has confirmed that the copy is delivered tomorrow.

Due to the foregoing, you can be sure that the deposit has already been done and that due to the time difference it will become effective tomorrow.

I am available for any of your comments.

Best regards

César Chávez
INTRAKAM, S.A. de C.V.

[Remainder of text in English]

# EXHIBIT 10



**OSCAR LABRADOR/LABRADOROL/P DV/PDVSA**

25/10/2006 10:37 a.m.

Para  ERWIN BURGER/BURGERE/PDV/PDVSA@PDV

cc  VICTOR DELASCIO/DELASCIOV/MM/PDVSA@PDV, ELISAUL MIQUILENA/MIQUILENAEG/MM/PDVSA@PDV

cco

Asunto  Volumen adicional  - Intrakam - Gasoil 0.2%S - CDN

Erwin,

Según conversación telefónica entre Oscar Labrador  ( Programación CCS) y Elisaul Miquilena (Programación CDN), te informo que se puede cargar el +10% de tolerancia (la cual es a opción de PDVSA), sin embargo como te comente se afectaría el cargamento de RECOPE cuyo buque estaría llegando el 27/10/am ó 28-10/am y esperaría aprox. 48 horas esperando por su carga.


Saludos,
Oscar Labrador.

# English Translation

**EXHIBIT 10**

Erwin,

In accordance with a telephone conversation between Oscar Labrador (CCS Programming) and Elisaul Miquilena (CDN Programming), I inform you that it is possible to load the +10% of tolerance (which is at PDVSA's option), however as I told you the RECOPE shipment whose ship is arriving on the 10/27/am or 10-28/am would be affected and it would wait approximately 48 hours for its load.

Regards,
Oscar Labrador

# EXHIBIT 11

**VICTOR DELASCIO/DELASCIOV/MM/ PDVSA**

27/10/2006 10:56 a.m.

Para   "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>

cc   JESUS ANZOLA <anzolajs@pdvsa.com>, ERWIN BURGER <burgere@pdvsa.com>, VICTOR DELASCIO <delasciov@pdvsa.com>, YAMARY GONZALEZ

cco

Asunto   Re: Status of MT " TEAM ANIARA " / To Load 240,000 +/-10% Bbls of     GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela📄

Buenos días.

Se autoriza la carga adicional hasta el 10% sobre la nominación original, como está establecido en el contrato.

Erwin, favor hacer seguimiento e informar. Gracias.

Saludos cordiales,

Victor Delascio
Gte. Operaciones Productos.
Ext. 23172
Cel. 0412-620-4206.

**"Ing. Cesar Chavez"**
**<cesarchavez@intrakam .com.mx>**

27/10/2006 10:03 a.m.

Para ERWIN BURGER <burgere@pdvsa.com>

cc   JOSE SEBA <sebaj@pdvsa.com>, OSCAR LABRADOR <labradorol@pdvsa.com>, MARIA MAYELA LOZADA <lozadamm@pdvsa.com>, YAMARY GONZALEZ <gonzalezyd@pdvsa.com>, JESUS ANZOLA <anzolajs@pdvsa.com>, FRANCISCO QUEVEDO <quevedofk@pdvsa.com>, VICTOR DELASCIO <delasciov@pdvsa.com>

Asunto   Re: Status of MT " TEAM ANIARA " / To Load 240,000 +/-10% Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela

on [DATE], [NAME] at [ADDRESS] wrote:

Atn: Ing. César Chávez

Buenos días

La presente tiene por finalidad solicitar por vía escrita su confirmarción en la necesidad de incrementar el volumen de 240,000 bls +10% a ser embarcado en el buque TEAM ANIARA. Esta confirmación es requerida con carácter de URGENCIA a fin de proceder acordemente en nuestros procesos internos para el otorgamiento del producto, elaboración de documentos y liberación del buque. Todo tiempo extra que pudiese generarse por este motivo sera por cuenta de INTRAKAM.

Por otra parte, seguimos a la espera de su confirmación de pago (swift number) a nuestra Gerencia de Finanzas internacionales. Es muy importante recordar que todo el tiempo de espera por este concepto en su totalidad es por cuenta de INTRAKAM S.A.; por tal razón, orientados a minimizar cualquier retraso o costo adicional para ustedes, les sugerimos presentar la confirmación de pago a la brevedad posible.

Al leer esta nota, mucho le agradecería establecer contacto con mi persona.

Saludos


Erwin Burger
Clean Product Operations
**PDVSA**
Pho:  +58 212 7083119
Mob: +58 412 2224663


----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 27/10/2006 09:04 a.m. -----
**ERWIN BURGER/BURGERE/PDV/PDVSA** 26/10/2006 08:27 a.m.

Para

CESARCHAVEZ@INTRAKAM.COM.MX

cc

JOSE SEBA/SEBAJ/PDV/PDVSA@PDV, OSCAR LABRADOR/LABRADOROL/PDV/PDVSA@PDV, MARIA MAYELA LOZADA/LOZADAMM/PDV/PDVSA@PDV, YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, VICTOR DELASCIO/DELASCIOV/MM/PDVSA@PDV

Asunto

Rm: Status of MT " TEAM ANIARA " / To Load 240,000 Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

Atn: Ing, César Chávez,

Con los buenos días,

Anexo encontrará el reporte de calidades por parte de SGS, el cual le fue transmitido el día de ayer por la noche. Esperamos que esta información se complete la información requerida para proceder al pago del producto.

En caso de duda o requerir información adicional por favor contacteme,

Saludos

Erwin Burger
Clean Product Operations
PDVSA
Pho:  +58 212 7083119
Mob: +58 412 2224663

----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 26/10/2006 08:21 a.m. -----
**"Marquez, Carlos (Punto Fijo)" <Carlos.Marquez@sgs.com>** 25/10/2006 10:50 p.m.

Para

BURGERE@PDVSA.COM, CESARCHAVEZ@INTRAKAM.COM.MX

cc

"Rojas, Wilton (Caracas)" <Wilton.Rojas@sgs.com>, "Prieto, Harold (Caracas)" <Harold.Prieto@sgs.com>, "Otamendi, Maria (Caracas)" <Maria.Otamendi@sgs.com>, "Garcia, Mariluisa (Punto Fijo)" <Mariluisa.Garcia@sgs.com>, "PTF, veoperaciones (Punto Fijo)" <veoperaciones.PTF@sgs.com>, "Guarecuco, Jose (Punto Fijo)" <Jose.Guarecuco@sgs.com>

Asunto

Status of MT " TEAM ANIARA " / To Load 240,000 Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

Good Evening.

Please, find attached shore tanks E2-01 and E2-02 Quality Report of above mentioned vessel.

As per Loading Master information, the Terminal will be requesting pilot for your good vessel TEAM ANIARA about, October 25/2030 hrs, therefore, the estimate time to Commenced Load  will be 26/0100

hrs lt.

We will revert with current times and key meeting report soonest.


Best Regards,

**Carlos Marquez**

**SGS Oil, Gas and Chemical Services**
**Phone office: 58 69 245 01 02 / 245 45 12**
**Mobile: 58 14 6338276**



Information in this email and any attachments is confidential and intended solely for the use of the individual(s) to whom it is addressed or otherwise directed. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the Company.
Finally, the recipient should check this email and any attachments for the presence of viruses. The Company accepts no liability for any damage caused by any virus transmitted by this email.
All SGS services are rendered in accordance with the applicable SGS conditions of service available on request and accessible at http://www.sgs.com/terms_and_conditions.htm
*************** PDVSA´S INTERNET E-MAIL USE **************
This message may contain information solely of the interest of PDVSA or its businesses. Copying, distribution, disclosure or any use of the information contained in this transmission is permitted only to authorized parties. If you have received this e-mail by error, please destroy it and notify webmaster@pdvsa.com or the sender by reply email.

****** USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET ******
Esta nota puede contener informacion de interes solo para PDVSA o sus negocios. Solo esta permitida su copia, distribucion o uso a personas autorizadas. Si recibio esta nota por error, por favor destruyala y notifique al remitente o a webmaster@pdvsa.com.


Estimados Señores,

Debido una demanda mayor de nuestros requerimientos, por esta vía les solicitamos un mayor volumen de carga 240,000 bls + 10% a ser

embarcado en el buque TEAM ANIARA.

Asimismo les comento que estamos cerrando la operaci'on de pago (swift number), en cuanto este realizada les notificaré por esta misma vía.

En espera de ser atendida mi solicitud quedo atento a sus comentarios.

César Chávez
INTRAKAM SA de CV

# English Translation

## EXHIBIT 11

To:
Cc:
Cco:
Subject: Re: Status of MT " TEAM ANIARA " To Load 240,000 +/-10% Bbls of      GASOIL
0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela

Good morning,

The loading of up to 10% over the original nomination, as provided in the contract, is authorized.

Erwin, please follow up and inform. Thanks.

Kind regards,

Victor Delascio
Products Operations Manager


27/10/2006 10:03 a.m.

To: Erwin Burger
Cc:
Subject: Re: Status of MT " TEAM ANIARA " To Load 240,000 +/-10% Bbls of      GASOIL
0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela

 on [DATE], [NAME] at [ADDRESS] wrote:

Attn: Ing. César Chávez

Good morning

The object of this e-mail is to request in writing your confirmation in the necessity to increase
the volume of 240,000 bls +10% to be loaded in the TEAM ANIARA ship. This confirmation is
required as URGENT in order to proceed in accordance with it in our internal processes for the
delivery of the product, elaboration of the documentation and release of the ship. Any extra time
that could be generated due to this reason will be on INTRAKAM's account.

On the other hand, we still await for your payment confirmation (swift number) to our
International Finances Management. It is very important to remind that any waiting time die to
this reason is in its entirety on INTRAKAM's account.; therefore, in order to minimize any delay
or cost to you, we suggest you to produce the payment confirmation at the soonest.

Once you've read these note, I would greatly appreciate if you could get in touch with me.

Regards,

Erwin Burger
Clean Products Operations

---Forwarded by ERWIN BURGER/BURGERE/PDV/PDVSA dated 10/27/2006 09:04 a.m.---

To:
Cc:
Subject: Re: Status of MT " TEAM ANIARA " To Load 240,000 +/-10% Bbls of    GASOIL
0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela / SGS Ref.: OGC-PF 251606-06
Attn: Ing, César Chávez

Good morning,

Attached you will find the qualities report by SGS, which was transmitted yesterday night. We
hope that this information completes the information required to proceed to the payment of the
product.

In case of any doubt or if you require additional information please contact me,

Regards,

Erwin Burger
Clean Products Operations

---Forwarded by ERWIN BURGER/BURGERE/PDV/PDVSA dated 10/26/2006 08:21 a.m.---

[The text of this e-mail is in English]

[After e-mail in English and PDVSA e-mail disclaimer:]

Dear Sirs.,

Due to a greater demand of our requirements, we hereby request a greater load volume 240,000
bls +10% to be loaded in the TEAM ANIARA ship.

I also inform you that we are closing the payment operation (swift number), as long as it will be
done I will give you notice by this same means.

Awaiting for my request to be attended I am available for any of your comments.

César Chávez
INTRAKAM, S.A. de C.V.

EXHIBIT 12

| | | |
|---|---|---|
| ·MARIA SILVA/SILVAMGJ/PDV/PDVSA<br><br>25/10/2006 09:25 a.m. | Para | cesarchavez@intrakam.com.mx |
| | cc | ·<curer@pdvsa.com>, ARCADIO ROSAS/ROSASAV/MM/PDVSA@PDV, JOSE SEBA <sebaj@pdvsa.com>, ·LUIS VASQUEZ <vasquezlez@pdvsa.com>, <vasquezcl@pdvsa.com>, YARELIS PEREZ/PEREZYO/PDV/PDVSA@PDV |
| | cco | |
| | Asunto | Rm: swift payment |

Buenos Días Señores

Favor informar por esta misma vía , el status del pago para levantar el cargamento de Gasoil desde Punta Cardon el cual no se ha realizado aun , pues en las cuentas de PDVSA  al dia de hoy no existe ningún ingreso que avale el pago de dicho cargamento, se les recuerda que este pago es necesario para llevar a cabo el cargamento

En espera de tu pronta respuesta

Saludos

----- Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 25/10/2006 09:16 a.m. -----



| | | |
|---|---|---|
| **"Ing. Cesar Chavez"** <cesarchavez@intrakam.com .mx><br><br>24/10/2006 12:11 p.m. | Para | <silvamgj@pdvsa.com> |
| | cc | <curer@pdvsa.com>, <rosasav@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, LUIS VASQUEZ <vasquezlez@pdvsa.com>, <vasquezcl@pdvsa.com> |
| | Asunto | swift payment |

Estimada Gabriela Silva,

La confirmación del pago swift a través de una copia se hará el día de mañana por la mañana a primera hora tiempo de Dubai. Nuestro cliente a confirmado que la copia se entrega el día de mañana.

Por lo anterior, pueden estar ciertos que el deposito ya ha sido realizado y que por la diferencia de horario se estará haciendo efectivo el día de mañana.

Quedo atento a sus comentarios.

Saludos cordiales

César Chávez
INTRAKAM SA de CV
Tel 0052 844 4159161
Mob 0052 844 1811580

# English Translation

## EXHIBIT 12

From:
Cc:
Cco:
Subject: Fw: swift payment

Good morning gentlemen,

Please advise by these same means the status of the payment to lift the Gasoil shipment from Punta Cardon, which hasn't been done yet, since to date no money received nor any evidence of payment of such shipment exists in the PDVSA accounts, we remind you that this payment is necessary to make the shipment.

Awaiting your prompt response

Regards

---Forwarded by MARIA SILVA/SILVAMGJ/PDV/PDVSA dated 10/25/2006 09:16 a.m.---

To:
Cc:
Subject: SWIFT payment

Dear Gabriela Silva,

The SWIFT payment confirmation through a copy will be done tomorrow first thing in the morning at Dubai time. Our client has confirmed that the copy is delivered tomorrow.

Due to the foregoing, you can be sure that the deposit has already been done and that due to the time difference it will become effective tomorrow.

I am available for any of your comments.

Best regards

César Chávez
INTRAKAM, S.A. de C.V.

EXHIBIT 13

| | |
|---|---|
| **ERWIN BURGER/BURGERE/PDV/PDVSA** | GILMER GONZALEZ/GONZALEZGGX/PDV/PDVSA@PDV, |
| 25/10/2006 11:33 a.m. | Para RAMON ARIAS/ARIASRY/PDV/PDVSA@PDV, TULIO RINCON/RINCONT/EP/PDVSA@PDV, VICTOR FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, |
| | cc JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, OSCAR |
| | cco ERWIN BURGER/BURGERE/PDV/PDVSA |
| | Asunto CASO INTRAKAM : INSTRUCCIONES Y NOMINACIÓN DEL B/T TEAM ANIRA A/C INTRAKAMSA LOAD 20-22 OCT-2006 - CARDON |

Sr. Gilmer Gónzalez
Sr. Ramón Arias

Estimados señores, en atención a sus intrucciones se ha procedido a instruir al Terminal de Cardon para el Atraque y carga del buque TEAM ANIARA a cuenta de INTRAKAM, tal y como lo refleja la nota anexa.

De igual manera, en nota enviada por separado, el Ing. César Chávez (INTRAKAM), ya fue notificado de las acciones tomadas con el buque TEAM ANIARA y de lo relativo a los costos que pudiesen generarse que serán por cuenta de INTRAKAM.

Paralelamente, continuamos en la espera de la confirmación de pago con Finanzas internacionales.

Los mantendremos informados.

Saludos

Erwin Burger
Clean Product Operations
PDVSA
Pho: +58 212 7083119
Mob: +58 412 2224663

----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 25/10/2006 11:02 a.m. -----



| | |
|---|---|
| **ERWIN BURGER/BURGERE/PDV/PDVSA** | JOSE PENA/PENAJG/PDV/PDVSA@PDV, ELISAUL MIQUILENA/MIQUILENAEG/MM/PDVSA@PDV, ISRAEL |
| 25/10/2006 11:03 a.m. | ARTEAGA/ARTEAGAI/MM/PDVSA@PDV, ERWIN AMAYA/AMAYAEU/MM/PDVSA@PDV, DOCUMENTACION SUP/SUPD/MM/PDVSA@PDV, MAY TERM SUP/SUPMT/MM/PDVSA@PDV, LABORATORIO CONTROL/CONTROLL/MM/PDVSA@PDV, JOSE L LOPEZ/LOPEZJLB/MM/PDVSA@PDV, CAROLINA SCHMUCKE/SCHMUCKEC/PDV/PDVSA@PDV, JUAN TREJO/TREJOJ/PDV/PDVSA@PDV, NILYEN GIL/GILNC/PDV/PDVSA@PDV, EDGAR CASTILLO/CASTILLOEW/PDV/PDVSA@PDV, LUZ RIVAS/RIVASLQ/PDV/PDVSA@PDV, MARIA |
| | Para RIVAS/RIVASMG/PDV/PDVSA@PDV, JUAN ARIAS/ARIASJC/PDV/PDVSA@PDV, GERARDO PENA/PENAGN/PDV/PDVSA@PDV, CESAR CAMEJO/CAMEJOCJ/PDV/PDVSA@PDV, RICHARD BORGES/BORGESR/PDV/PDVSA@PDV, |



|  | HAROLD.PRIETO@SGS.COM, ZULEMA.PEREIRA@SGS.COM, CARLOS_MARQUEZ@SGS.COM, WILTON_ROJAS@SGS.COM, VICTOR.BELANDRIA@SGS.COM, SEAPORTPFO04@SEAPORT.COM.VE, SEAPORTPFO@CANTV.NET, JUAN TREJO/TREJOJ/PDV/PDVSA@PDV FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, OSCAR |
|---|---|
| cc | LABRADOR/LABRADOROL/PDV/PDVSA@PDV, GONZALO ALARCON/ALARCONGA/PDV/PDVSA@PDV, VICTOR DELASCIO/DELASCIOV/MM/PDVSA@PDV, TULIO RINCON/RINCONT/EP/PDVSA@PDV |
| Asunto | INSTRUCCIONES Y NOMINACIÓN DEL B/T TEAM ANIRA A/C INTRAKAMSA LOAD 20-22 OCT-2006 - CARDON |

Buenas días señores,

A continuación se encuentra la nominación del B/T TEAM ANIARA, el cual se encuentra nominado para tomar 240,000 barriles de GASOIL 0.2%S con destino a SINGAPORE, SINGAPORE en ventana de Carga Oct 20-22,2006 - CARDON

Favor tomar en cuenta las siguientes observaciones importantes :

**1.- Se autoriza el atraque y carga del buque de acuerdo a nominación anexa.**
**2.- El buque deberá permancer fondeado hasta la confirmación de Finanzas internacionales sobre el pago del producto.**
**3.- Todo el tiempo por espera de esta confirmación será por cuenta del Cliente.**
**4.- NINGÚN TIPO DE DOCUMENTO PODRÁ SER ENTREGADO O REMITIDO AL CLIENTE HASTA QUE SEA AUTORIZADO POR ESTA MISMA VIA, a excepción de los analisis de los tanques de tierra emitidos por el inspector.**
**5.- Los detalles del Consignatario serán completados a la brevedad en la REV#1 de esta nominación.**

**Instrucciones para la toma de muestras:**

La compañía inspectora SGS se encuentra plenamente autorizada para:

AA)  tomar y retirar de las instalaciones de la refinería muestras de la compuesta final a bordo y tanques de tierra para su análisis

**Agentes:  SEAPORT AGENCIES, S.A.**

Debe informar al terminal de Cardon los ETA´s a las 72 horas, 48 horas y 24 horas.
Debe enviar copia de "todos" los documentos inmediatamente después del zarpe a las siguientes personas:

Ing. César Chávez
INTRAKAM S.A.
Email: cesarchavez@intrakam.com.mx
tel:    0052 844 4159161
fax:    0052 844 4390789

**\* \*SGS**
Debe informar inmediatamente al operador de guardia +58-412-6204211 o al operador
Erwin Burger +58-212-7083119 o celular +58-412-2224663 si:

- La diferencia tierra / buque excede el 0.3% (con factor de experiencia) o el 0.5% (sin factor de experiencia)
- Si el producto no cumple con alguna de las calidades incluidas en esta nominación.

En caso de duda o requerir mayor información no dude en contactarme.

Saludos,

Erwin Burger
Clean Product Operations
PDVSA
Pho: +58 212 7083119
Mob: +58 412 2224663

```
-----------------------------------------------------------------
SYSTEM: PW*STARS        PDVSA PETROLEO, S.A.
                        MANUFACTURA Y MERCADEO
                        LOADING INSTRUCTIONS
RUN DATE: 25/10/06                         RUN TIME: 10:27AM
-----------------------------------------------------------------
PUERTO DE CARGA         PUNTA CARDON, PORT, VENEZUELA (025114)
BUQUE                   TEAM ANIARA
RANGO DE CARGA          OCT-20-2006  HASTA: OCT-22-2006
RUTA                    164640
AGENTE                  SEAPORT AGENCIES, S.A.
-----------------------------------------------------------------
           VOLUMEN TOTAL A CARGAR POR CALIDADES
PRODUCTO                         VOLUME (UOM)      VOLUME (QTY)
-----------------------------------------------------------------
GASOIL 0.2 PCT SULPHUR/45 CETANE   BARRILES         240,000.00
(42515)
-----------------------------------------------------------------
TOTAL                                               240,000.00
-----------------------------------------------------------------
*****************************************************************
CLIENTE                 INTRAKAM S.A. DE C.V.
NO. CONTRATO            SA130239
CONSIGNADOR             PDVSA PETROLEO, S.A.
CONSIGNATARIO           WINTEK INTERNATIONAL PTE LTD
EXPORTADOR REGISTRO     PDVSA PETROLEO, S.A.
```

```
TIPO DE VENTA          FOB ORIGIN
*******************************************************************
------------------------------------------------------------------
                         PARCELA #1
------------------------------------------------------------------
NO. DESPACHO           410051
NOMBRE DE PRODUCTO     GASOIL 0.2 PCT SULPHUR/45 CETANE
VOLUME                  240,000.00 BARRILES
TOLERANCIA CONTRATO    MAS O MENOS 0%
DESTINO                SINGAPORE,PORT
INSPECTOR              SGS OIL, GAS & CHEMICALS SERVICES VENEZUELA
                       (13)
GASTOS DE INSPECCION   SPLIT 50/50


------------------------------------------------------------------


CALIDAD GARANTIZADA
ESPEC. DE CALIDAD         UM      METODO     TIPO      MIN     MAX
API GRAVITY            N/A        D287/1298  REPORT     N/A     N/A
@60F(15.5C)
ASH CONTENT            WT PCT     D482       N/A        N/A     .01
CARBON RAMSBOTTOM      WT PCT     D524       N/A        N/A     .35
CETANE INDEX           N/A        D4737/D976 N/A         45     N/A
CLOUD POINT            CELSIUS    D2500      N/A        N/A      10
COLOR, ASTM            N/A        D1500      N/A        N/A     3.0
CORROSION, CU,         N/A        D130       N/A        N/A       2
3HRS@122F(50C)
DISTILLATION 50 PCT    CELSIUS    D86        N/A        N/A     290
RECOVERED
DISTILLATION 90 PCT    CELSIUS    D86        N/A        N/A     360
RECOVERED
DISTILLATION FBP       CELSIUS    D86        REPORT     N/A     N/A
DISTILLATION IBP       CELSIUS    D86        REPORT     N/A     N/A
FLASH POINT, PM        F          D93        N/A        140     N/A
SULPHUR CONTENT        WT PCT     D2622D4294 N/A        N/A      .2
VISCOSITY KINEMATIC    CST        D445       N/A        2.0     5.8
@ 40C
WATER AND SEDIMENT     VOL PCT    D2709      N/A        N/A      .1


INSTRUCCIONES DE DOCUMENTACION
PUERTO DE CARGA

DISTRIBUCION DE LOS DOCUMENTOS
   N/A
COMENTARIOS DEL MOVIMIENTO
   N/A
COMENTARIOS DE LA DOCUMENTACION

                    INSTRUCCIONES DE DOCUMENTACION
==================================================================
DESTINATARIO      :SINGAPORE,PORT
CONSIGNATARIO     :WINTEK INTERNATIONAL PTE LTD

DOCUMENTOS                                 ORIGINALES    COPIAS

==================================================================
CERTIFICADO DE CALIDAD                         1            5
CERTIFICADO DE CANTIDAD HIDROCARBURO           1            5
CERTIFICADO DE ORIGEN                          1            5
CONOCIMIENTO DE EMBARQUE                        3            5
```

```
HOJA DE TIEMPO                              1          5
MANIFIESTO DE CARGA                         1          5
RECIBO DE DOCUMENTOS                        1          5
RECIBO DE MUESTRAS                          1          5
REPORTE DE ULLAGE HIDROCARBURO              1          5
```

DISTRIBUCION DE DOCUMENTACION POR DESTINATARIO
=====================================================================
PARA :  CAPITAN DEL BUQUE

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| MANIFIESTO DE CARGA | 0 | 1 |
| CERTIFICADO DE ORIGEN | 0 | 1 |
| RECIBO DE MUESTRAS | 0 | 1 |
| CONOCIMIENTO DE EMBARQUE | 0 | 1 |
| RECIBO DE DOCUMENTOS | 0 | 1 |
| CERTIFICADO DE CALIDAD | 0 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 0 | 1 |
| HOJA DE TIEMPO | 0 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 0 | 1 |

PARA :  CONSIGNEE VIA CAPITAN DEL BUQUE

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| MANIFIESTO DE CARGA | 0 | 1 |
| CERTIFICADO DE ORIGEN | 0 | 1 |
| RECIBO DE MUESTRAS | 0 | 1 |
| CONOCIMIENTO DE EMBARQUE | 0 | 1 |
| RECIBO DE DOCUMENTOS | 0 | 1 |
| CERTIFICADO DE CALIDAD | 0 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 0 | 1 |
| HOJA DE TIEMPO | 0 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 0 | 1 |

```
PARA :  CONSIGNEE VIA COURIER
ATT  :  TO BE ADVISE
DIR  :  WINTEK INTERNATIONAL PTE LTD - NO. 94 PANDAN LOOP, PANTECH
        INDUSTRIAL COMPLEX SINGAPORE 128383
```

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| MANIFIESTO DE CARGA | 1 | 1 |
| CERTIFICADO DE ORIGEN | 1 | 1 |
| RECIBO DE MUESTRAS | 1 | 1 |
| CONOCIMIENTO DE EMBARQUE | 3 | 1 |
| RECIBO DE DOCUMENTOS | 1 | 1 |
| CERTIFICADO DE CALIDAD | 1 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 1 | 1 |
| HOJA DE TIEMPO | 1 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 1 | 1 |

```
PARA :  PDVSA ARCHIVO CARACAS
ATT  :  SRA NORA GAÑAN
DIR  :  EDIF. PDVSA - TORRE ESTE. PISO 9. LA CAMPIÑA. CARACAS
TLF  :  +58-212-708-7012
EMAIL:  GANANN@PDVSA.COM
```

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| MANIFIESTO DE CARGA | 0 | 1 |
| CERTIFICADO DE ORIGEN | 0 | 1 |
| RECIBO DE MUESTRAS | 0 | 1 |
| CONOCIMIENTO DE EMBARQUE | 0 | 1 |
| RECIBO DE DOCUMENTOS | 0 | 1 |
| CERTIFICADO DE CALIDAD | 0 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 0 | 1 |
| HOJA DE TIEMPO | 0 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 0 | 1 |

PARA :  CONTABILIDAD DE PETROLEOS

ATT  :  SR MIGUEL BOLIVAR
DIR  :  EDIF. PDVSA - TORRE ESTE. PISO 1. LA CAMPIÑA. CARACAS
TLF  :  +58-212-7083607
EMAIL:  BOLIVARMJ@PDVSA.COM

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| MANIFIESTO DE CARGA | 0 | 1 |
| CERTIFICADO DE ORIGEN | 0 | 1 |
| RECIBO DE MUESTRAS | 0 | 1 |
| CONOCIMIENTO DE EMBARQUE | 0 | 1 |
| RECIBO DE DOCUMENTOS | 0 | 1 |
| CERTIFICADO DE CALIDAD | 0 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 0 | 1 |
| HOJA DE TIEMPO | 0 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 0 | 1 |

FIN DE TEXTO

# English Translation

## EXHIBIT 13

To:
Cc:
Cco:
Subject: INTAKAM CASE : INSTRUCTION AND NOMINATION OF THE B/T TEAM
ANIRA A/C INTRAKAMSA LOAD 20-22 OCT-2006 – CARDON

Mr. Gilmer González
Mr. Ramón Arias

Dear Sirs., in attention to your instructions we have proceeded to instruct the Cardon Terminal
for the mooring and loading of the TEAM ANIARA ship on the account of INTRAKAM, as
reflected in the attached note.

Likewise, in a separately sent note, Ing. César Chávez (INTRAKAM) was already notified that
the actions taken with the TEAM ANIARA ship as well as what concerns the costs which might
be generated and which shall be on INTRAKAM's account.

In the meantime we are still waiting fort the payment confirmation with International Finances.

We will keep you informed.

Regards

Erwin Burger
Clean Products Operations


---Forwarded by ERWIN BURGER/BURGERE/PDV/PDVSA dated 10/25/2006 11:02 a.m.---

To:
Cc:
Subject:

Good morning gentlemen,

Below please find the nomination of the B/T TEAM ANIARA, which is nominated to take
240,000 barrels of GASOIL 0.2%S directed to SINGAPORE, SINGAPORE in Charge window
Oct 20-22. 2006 – CARDON

**Please take into account the following important observations:**

**1.- The mooring and loading of the ship is authorized in accordance with the annexed
nomination.**

**2.-** The ship shall remain anchored until the confirmation of International Finances about the payment of the product.

**3.-** All the waiting time of this confirmation shall be on the Client's account.

**4.- NO TYPE OF DOCUMENT MAY BE DELIVERED OR FORWARDED TO THE CLIENT UNTIL IT IS AUTHORIZED BY THIS SAME WAY,** with exception of the analysis of the ground tanks issued by the inspector.

**5.-** The details of the consignee shall be completed as soon as possible in the REV#1 of this nomination.

**Instructions to take samples:**

The inspection company SGS is completely authorized to:

AA) take and retrieve from the refinery's installations samples of the final composition on board and land tanks for its analysis.

**Agents: SEAPORT AGENCIES, S.A.**

Must inform to the Cardon terminal the ETA's at 72 hours, 48 hours and 24 hours.
Must send copies of **"all"** the documents immediately after the departure to the following people:

César Chávez
INTRAKAM, S.A. de C.V.

**\* \*SGS**
Must immediately inform the operator on duty +58-412-6204211 or the operator Erwin Burger +58-212-7083119 or cell phone +58-412-2224663 if:

- The difference land/ship exceeds 0.3% (with experience factor) or 0.50% (without experience factor)
- If the product does not comply any of the qualities indicated in this nomination.

In case of any doubt or should you require more information, don't hesitate to contact me.

Regards,

Erwin Burger
Clean Product Operations

---

| SYSTEM: PW*STARS | PDVSA PETROLEO, S.A. |
| --- | --- |
| | MANUFACTURA Y MERCADEO |
| | LOADING INSTRUCTIONS |
| RUN DATE: 25/10/06 | RUN TIME: 10:27/M |

| | |
|---|---|
| LOADING PORT | PUNTA CARDON, PORT, VENEZUELA (025114) |
| SHIP | TEAM ANIARA |
| RANGE OF LOADING | OCT-20-2006      UNTIL: OCT-22-2006 |
| ROUTE | 164640 |
| AGENT | SEAPORT AGENCIES, S.A. |

### TOTAL VOLUME TO LOAD BY QUALITIES

| PRODUCT | VOLUME (UOM) | VOLUME (QTY) |
|---|---|---|
| GASOIL 0.2 PCT SULPHUR/45 CETANE (42515) | BARRELS | 240,000.00 |
| TOTAL | | 240,000.00 |

| | |
|---|---|
| CLIENT | INTRAKAM S.A. DE C.V. |
| NO. CONTRACT | SA130239 |
| CONSIGNOR | PDVSA PETROLEO, S.A. |
| CONSIGNEE | WINTEK INTERNATIONAL PTE LTD |
| REGISTER EXPORTER | PDVSA PETROLEO, S.A. |
| TYPE OF SALE | FOB ORIGIN |

### PARCEL #1

| | |
|---|---|
| NO. DISPATCH | 410051 |
| NAME OF PRODUCT | GASOIL 0.2 PCT SULPHUR/45 CETANE |
| VOLUME | 240,000.00 BARRELS |
| CONTRACT TOLERANCE | PLUS OR MINUS 0% |
| DESTINATION | SINGAPORE, PORT |
| INSPECTOR | SGS OIL, GAS & CHEMICALS SERVICES VENEZUELA (13) |
| INSPECTION COSTS | SPLIT 50/50 |

GUARANTEED QUALITY

| QUALITY SPECS. | UM | METHOD | TYPE | MIN | MAX |
|---|---|---|---|---|---|
| API GRAVITY @60F(15.5C) | N/A | D287/1298 | REPORT | N/A | N/A |
| ASH CONTENT | WT PCT | D482 | N/A | N/A | .01 |
| CARBON RAMSBOTTOM | WT PCT | D524 | N/A | N/A | .35 |
| CETANE INDEX | N/A | D4737/D976 | N/A | 45 | N/A |
| CLOUD POINT | CELSIUS | D2500 | N/A | N/A | 10 |
| COLOR, ASTM | N/A | D1500 | N/A | N/A | 3.0 |
| CORROSION, CU, | N/A | D130 | N/A | N/A | 2 |

3HRS@122F(50C)

| | | | | | |
|---|---|---|---|---|---|
| DISTILLATION 50 PCT RECOVERED | CELSIUS | D86 | N/A | N/A | 290 |
| DISTILLATION 90 PCT RECOVERED | CELSIUS | D86 | N/A | N/A | 360 |
| DISTILLATION FBP | CELSIUS | D86 | REPORT | N/A | N/A |
| DISTILLATION IBP | CELSIUS | D86 | REPORT | N/A | N/A |
| FLASH POINT, PM | F | D93 | N/A | 140 | N/A |
| SULPHUR CONTENT | WT PCT | D2622D4294 | N/A | N/A | .2 |
| VISCOSITY KINEMATIC @ 40C | CST | D445 | N/A | 2.0 | 5.8 |
| WATER AND SEDIMENT | VOL PCT | D2709 | N/A | N/A | .1 |

DOCUMENTATION INSTRUCTIONS
PORT OF LOADING

DOCUMENT DISTRIBUTION
N/A

MOVEMENT COMMENTS
N/A

DOCUMENTATION COMMENTS

## DOCUMENTATION INSTRUCTIONS

| ADDRESSEE | : SINGAPORE, PORT |
|---|---|
| CONSIGNEE | : WINTEK INTERNATIONAL PTE LTD |

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| QUALITY CERTIFICATE | 1 | 5 |
| HYDROCARBON QUANTITY CERTIFICATE | 1 | 5 |
| ORIGIN CERTIFICATE | 1 | 5 |
| BILL OF LADING | 3 | 5 |
| TIME SHEET | 1 | 5 |
| SHIP'S MANIFEST | 1 | 5 |
| RECEIPT OF DOCUMENTS | 1 | 5 |
| RECEIPT OF SAMPLES | 1 | 5 |
| HYDROCARBON ULLAGE REPORT | 1 | 5 |

## DOCUMENTATION DISTRIBUTION BY ADDRESSEE

TO    :    SHIP CAPTAIN

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 0 | 1 |
| ORIGIN CERTIFICATE | 0 | 1 |
| RECEIPT OF SAMPLES | 0 | 1 |
| SHIP'S MANIFEST | 0 | 1 |
| RECEIPT OF DOCUMENTS | 0 | 1 |
| QUALITY CERTIFICATE | 0 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 0 | 1 |
| TIME SHEET | 0 | 1 |
| HYDROCARBON ULLAGE REPORT | 0 | 1 |

TO    :    CONSIGNEE VIA SHIP CAPTAIN

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 0 | 1 |
| ORIGIN CERTIFICATE | 0 | 1 |
| RECEIPT OF SAMPLES | 0 | 1 |
| SHIP'S MANIFEST | 0 | 1 |
| RECEIPT OF DOCUMENTS | 0 | 1 |
| QUALITY CERTIFICATE | 0 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 0 | 1 |
| TIME SHEET | 0 | 1 |
| HYDROCARBON ULLAGE REPORT | 0 | 1 |

TO    :    CONSIGNEE VIA COURIER
ATT   :    TO BE ADVISE
DIR   :    WINTEK INTERNATIONAL PTE LTD - NO. 94 PANDAN LOOP, PANTECH
           INDUSTRIAL COMPLEX SINGAPORE 128383

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 1 | 1 |
| ORIGIN CERTIFICATE | 1 | 1 |
| RECEIPT OF SAMPLES | 1 | 1 |
| SHIP'S MANIFEST | 3 | 1 |
| RECEIPT OF DOCUMENTS | 1 | 1 |
| QUALITY CERTIFICATE | 1 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 1 | 1 |
| TIME SHEET | 1 | 1 |
| HYDROCARBON ULLAGE REPORT | 1 | 1 |

TO    :    PDVSA FILE CARACAS
ATT   :    SRA NORA GAÑAN

-14-

DIR    :   EDIF. PDVSA - TORRE ESTE. PISO 9. LA CAMPIÑA. CARACAS
TLF    :   +58-212-708-7012
EMAIL  :   GANANN@PDVSA.COM

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 0 | 1 |
| ORIGIN CERTIFICATE | 0 | 1 |
| RECEIPT OF SAMPLES | 0 | 1 |
| SHIP'S MANIFEST | 0 | 1 |
| RECEIPT OF DOCUMENTS | 0 | 1 |
| QUALITY CERTIFICATE | 0 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 0 | 1 |
| TIME SHEET | 0 | 1 |
| HYDROCARBON ULLAGE REPORT | 0 | 1 |

TO     :   PETROLEUM ACCOUNTING
ATT    :   SR MIGUEL BOLIVAR
DIR    :   EDIF. PDVSA - TORRE ESTE. PISO 1. LA CAMPIÑA. CARACAS
TLF    :   +58-212-7083607
EMAIL  :   BOLIVARMJ@PDVSA.COM

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 0 | 1 |
| ORIGIN CERTIFICATE | 0 | 1 |
| RECEIPT OF SAMPLES | 0 | 1 |
| SHIP'S MANIFEST | 0 | 1 |
| RECEIPT OF DOCUMENTS | 0 | 1 |
| QUALITY CERTIFICATE | 0 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 0 | 1 |
| TIME SHEET | 0 | 1 |
| HYDROCARBON ULLAGE REPORT | 0 | 1 |

END OF TEXT

EXHIBIT 14



**"Ing. Cesar Chavez"**
**<cesarchavez@intrakam .com.**
**mx>**

25/10/2006 11:34 a.m.

Para  ERWIN BURGER <burgere@pdvsa.com>

cc  GILMER GONZALEZ <gonzalezggx@pdvsa.com>, RAMON ARIAS <ariasry@pdvsa.com>, VICTOR DELASCIO <delasciov@pdvsa.com>, TULIO RINCON

cco

Asunto  Re: TEAM ANIARA - A/C  INTRAKAMSA LOAD 20-22 OCT-2006 - CARDON

on [DATE], [NAME] at [ADDRESS] wrote:

Atn: Ing César Chávez,

Por medio de la presente le informo que de acuerdo a las normas y procedimientos de la Corporación, para proceder al atraque y carga del buque TEAM ANIARA se requiere que previamente sea recibido la confirmación de pago del producto (Pre-paid) de acuerdo a lo establecido en contrato de compra-venta.; Sin embargo, por instrucciones del Gerencia General de Comercio -Ing. Gilmer Gónzalez y el visto bueno de la Gerencia General de Suministro y Lógistica Ing. Ramón Arías, quienes atendiendo a factores comerciales y operacionales, han autorizado el atraque y carga del buque, pero sin autorización de zarpe hasta que sea recibida la confirmación de pago a través de nuetra Gerencia de Finanzas internacionales.

Es de resaltar que todos los costos operacionales que se puedan generar por este concepto son por cuenta de INTRAKAM S.A.   La pronta confirmación del pago será altamente agradecida.

Una vez más quedamos a su disposición para contribuir al feliz termino de esta operación.

Atentamente,

Erwin Burger
Clean Product Operations
PDVSA
Pho: +58 212 7083119
Mob: +58 412 2224663
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  PDVSA´S INTERNET E-MAIL USE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message may contain information solely  of the interest of PDVSA or
its businesses. Copying,  distribution,  disclosure  or any  use  of the information   contained  in  this  transmission  is  permitted  only  to authorized  parties. If you have  received this e-mail by  error, please destroy it and notify webmaster@pdvsa.com or the sender by reply email.

****** USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET
******

Esta nota puede contener informacion de interes solo  para  PDVSA o sus

negocios. Solo esta  permitida su  copia, distribucion  o uso a personas autorizadas. Si recibio esta  nota  por  error,  por  favor destruyala y notifique al remitente o a webmaster@pdvsa.com.

Estimado Erwin,

Perfectamente entendido sus comentarios.

Por otra parte requerimos de ustedes el tank shore analysis de manera urgente.

César Chávez
INTRAKAM SA de CV

# English Translation

**EXHIBIT 14**

To:
Cc:
Cco:
Subject: TEAM ANIARA – A/C INTRAKAMSA LOAD 20-22 OCT-2006-CARDON
on [DATE], [NAME] at [ADDRESS] wrote:

Attn: Ing. César Chávez

By means of this letter I inform you that in accordance with the norms and procedures of the Corporation, in order to proceed to the mooring and loading of the TEAM ANIARA ship it is necessary to previously receive the product payment confirmation (Pre-paid) in accordance with what provided in the sale and purchase agreement.; Nonetheless, in accordance with the instructions of the Commerce General Management [sic] –Ing. Gilmer González and the approval of the Logistic and Supply General Management Ing Ramón Arias, who taking into consideration commercial and operational factors, have authorized the mooring and loading of the ship, but without authorization to weigh anchor until the payment confirmation is received through our International Finances Management.

It must be noted that all the operational costs that may be created for this reason are on the account of INTRAKAM S.A.. Prompt payment confirmation will be greatly appreciated.

We remain again at your disposition to contribute to the happy ending of this operation.

Sincerely,

Erwin Burger
Clean Product Operations
PDVSA
Pho:
Mob:

[Legal disclaimer of PDVSA e-mails]

Dear Erwin,

Your comments are perfectly understood.

On the other hand we urgently need from you the tank shore analysis.

César Chávez
INTRAKAM, S.A. de C.V.

EXHIBIT 15



**"Ing. Cesar Chavez"**
<cesarchavez@intrakam.com
.mx>

26/10/2006 11:47 a.m.

| | |
|---|---|
| Para | MARIA SILVA <silvamgj@pdvsa.com> |
| cc | <curer@pdvsa.com>, ARCADIO ROSAS <rosasav@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, LUIS VASQUEZ <vasquezlez@pdvsa.com>, <vasquezcl@pdvsa.com>, YARELIS PEREZ <perezyo@pdvsa.com> |
| cco | |
| Asunto | Re: Rm: swift payment / 2do Request |

| Historial: | ⇖ Este mensaje ha sido remitido. |
|---|---|

on [DATE], [NAME] at [ADDRESS] wrote:

Buenos Días Señores

Favor informar por esta misma vía , el status del pago para levantar el cargamento de Gasoil desde Punta Cardon el cual no se ha realizado aun , pues en **las cuentas de PDVSA al dia de hoy no existe ningún ingreso** que avale el pago de dicho cargamento, se les recuerda que este pago es necesario para llevar a cabo el cargamento

En espera de tu pronta respuesta

Saludos

----- Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 26/10/2006 10:21 a.m. -----

**MARIA SILVA/SILVAMGJ/PDV/PDVSA** 25/10/2006 09:25 a.m.

Para

cesarchavez@intrakam.com.mx

cc

<curer@pdvsa.com>, ARCADIO ROSAS/ROSASAV/MM/PDVSA@PDV, JOSE SEBA <sebaj@pdvsa.com>, LUIS VASQUEZ <vasquezlez@pdvsa.com>, <vasquezcl@pdvsa.com>, YARELIS PEREZ/PEREZYO/PDV/PDVSA@PDV

Asunto

Rm: swift payment

Buenos Días Señores

Favor informar por esta misma vía , el status del pago para levantar el cargamento de Gasoil desde Punta Cardon el cual no se ha realizado aun , pues en las cuentas de PDVSA  al dia de hoy no existe ningún ingreso que avale el pago de dicho cargamento, se les recuerda que este pago es necesario para llevar a cabo el cargamento

En espera de tu pronta respuesta

Saludos

----- Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 25/10/2006 09:16 a.m. -----
**"Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>** 24/10/2006 12:11 p.m.

Para

<silvamgj@pdvsa.com>

cc

<curer@pdvsa.com>, <rosasav@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, LUIS VASQUEZ
<vasquezlez@pdvsa.com>, <vasquezcl@pdvsa.com>

Asunto

swift payment

Estimada Gabriela Silva,

La confirmación del pago swift a través de una copia se hará el día de
mañana por la mañana a primera hora tiempo de Dubai. Nuestro cliente a
confirmado que la copia se entrega el día de mañana.

Por lo anterior, pueden estar ciertos que el deposito ya ha sido realizado y
que por la diferencia de horario se estará haciendo efectivo el día de
mañana.

Quedo atento a sus comentarios.

Saludos cordiales

César Chávez
INTRAKAM SA de CV
Tel 0052 844 4159161
Mob 0052 844 1811580

*************** PDVSA´S INTERNET E-MAIL USE ***************
This message may contain information solely of the interest of PDVSA or
its businesses. Copying, distribution, disclosure or any use of the
information contained in this transmission is permitted only to
authorized parties. If you have received this e-mail by error, please
destroy it and notify webmaster@pdvsa.com or the sender by reply email.

****** USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET
 ******

Esta nota puede contener informacion de interes solo  para  PDVSA o  sus
negocios. Solo esta  permitida su  copia, distribucion  o uso a personas
autorizadas. Si recibio esta  nota  por  error,  por  favor destruyala y
notifique al remitente o a webmaster@pdvsa.com.

Estimada María,

Nuestro cliente me ha confirmado que el deposito ya fue realizado, por la
diferencia de horario la copia del banco la tendra Usted mañana sin falta.

Quedo atento a sus comentarios

César Chávez
INTRAKAM SA de CV

# English Translation

## EXHIBIT 15

To:
Cc:
Cco:
Subject: Re: Fw: swift payment / 2<sup>nd</sup> Request

History: This message has been forwarded.

on [DATE], [NAME] at [ADDRESS] wrote:

Good morning gentlemen,

Please inform by these same means the status of the payment to lift the Gasoil shipment from Punta Cardon, which hasn't been done yet, since **to date no money received evidencing the payment of such shipment exists in the PDVSA accounts**, we remember to you that this payment is necessary to make the shipment.

Awaiting your prompt response

Regards

---Forwarded by MARIA SILVA/SILVAMGJ/PDV/PDVSA dated 10/26/2006 10:21 a.m.---

To:
Cc:
Subject: Fw: swift payment

Good morning gentlemen,

Please advise by these same means the status of the payment to lift the Gasoil shipment from Punta Cardon, which hasn't been done yet, since to date no money received evidencing the payment of such shipment exists in the PDVSA accounts, we remember to you that this payment is necessary to make the shipment.

Awaiting your prompt response

Regards

---Forwarded by MARIA SILVA/SILVA MGJ/PDV/PDVSA dated 10/25/2006 09:16 a.m.---

To:
Cc:
Subject. Swift payment

Dear Gabriela Silva,

-17-

The swift payment confirmation through a copy will be done tomorrow first thing in the morning at Dubai time. Our client has confirmed that the copy is delivered tomorrow.

Due to the foregoing, you can be sure that the deposit has already been done and that due to the time difference it will become effective tomorrow.

Best regards

I am available for any of your comments.

César Chávez
INTRAKAM, S.A. de C.V.

[Legal disclaimer of PDVSA e-mails]

Dear María,

Our client has confirmed to me that the deposit was already made, due to the time difference you will definitely have the bank's copy tomorrow.

I am available for any of your comments.

César Chávez
INTRAKAM, S.A. de C.V.

# EXHIBIT 16

| | | |
|---|---|---|
| **ERWIN BURGER/BURGERE/PDV/PDVSA**<br><br>27/10/2006 11:10 a.m. | Para | JOSE PENA/PENAJG/PDV/PDVSA@PDV, ELISAUL MIQUILENA/MIQUILENAEG/MM/PDVSA@PDV, ISRAEL ARTEAGA/ARTEAGAI/MM/PDVSA@PDV, ERWIN FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, |
| | cc | JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, OSCAR |
| | cco | ERWIN BURGER/BURGERE/PDV/PDVSA |
| | Asunto | Rm: REV#1: INSTRUCCION IMPORTANTE!!  B/T TEAM ANIRA - CARGAMENTO DE GASOIL 0.2%S PARA INTRAKAM SA VENTANA 20-22 OCT-2006 - CARDON |

Buenos días señores,

En virtud de que el buque ha finalizado operaciones en terminal, y hasta la fecha no se ha recibido confirmación de pago, el terminal queda autorizado a proceder a fondear el buque a espera de instrucciones. Ningún tipo de documentación podrá ser entregado hassta recibir confirmación de CyS.

Saludos,

Erwin Burger
Clean Product Operations
PDVSA
Pho:  +58 212 7083119
Mob: +58 412 2224663

----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 27/10/2006 10:59 a.m. -----

| | | |
|---|---|---|
| **ERWIN BURGER/BURGERE/PDV/PDVSA**<br><br>27/10/2006 09:04 a.m. | Para | JOSE PENA/PENAJG/PDV/PDVSA@PDV, ELISAUL MIQUILENA/MIQUILENAEG/MM/PDVSA@PDV, ISRAEL ARTEAGA/ARTEAGAI/MM/PDVSA@PDV, ERWIN AMAYA/AMAYAEU/MM/PDVSA@PDV, DOCUMENTACION SUP/SUPD/MM/PDVSA@PDV, MAY TERM SUP/SUPMT/MM/PDVSA@PDV, LABORATORIO CONTROL/CONTROLL/MM/PDVSA@PDV, JOSE L LOPEZ/LOPEZJLB/MM/PDVSA@PDV, CAROLINA SCHMUCKE/SCHMUCKEC/PDV/PDVSA@PDV, JUAN TREJO/TREJOJ/PDV/PDVSA@PDV, NILYEN GIL/GILNC/PDV/PDVSA@PDV, EDGAR CASTILLO/CASTILLOEW/PDV/PDVSA@PDV, LUZ RIVAS/RIVASLQ/PDV/PDVSA@PDV, MARIA RIVAS/RIVASMG/PDV/PDVSA@PDV, JUAN ARIAS/ARIASJC/PDV/PDVSA@PDV, GERARDO PENA/PENAGN/PDV/PDVSA@PDV, CESAR CAMEJO/CAMEJOCJ/PDV/PDVSA@PDV, RICHARD BORGES/BORGESR/PDV/PDVSA@PDV, HAROLD.PRIETO@SGS.COM, ZULEMA.PEREIRA@SGS.COM, CARLOS_MARQUEZ@SGS.COM, WILTON_ROJAS@SGS.COM, VICTOR.BELANDRIA@SGS.COM, SEAPORTPFO04@SEAPORT.COM.VE, SEAPORTPFO@CANTV.NET, JUAN TREJO/TREJOJ/PDV/PDVSA@PDV FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, OSCAR |

cc LABRADOR/LABRADOROL/PDV/PDVSA@PDV, GONZALO
ALARCON/ALARCONGA/PDV/PDVSA@PDV, VÍCTOR
DELASCIO/DELASCIOV/MM/PDVSA@PDV, TULIO
RINCON/RINCONT/EP/PDVSA@PDV, OSWALDO
HERNANDEZ/HERNANDEZOQ/PDV/PDVSA@PDV

Asunto REV#1: INSTRUCCION IMPORTANTE!! B/T TEAM ANIRA -
CARGAMENTO DE GASOIL 0.2%S PARA INTRAKAM SA
VENTANA 20-22 OCT-2006 - CARDON

Buenas días señores,

A continuación se encuentra la primera revisión de la nominación del B/T TEAM ANIARA, el
cual
se encuentra nominado para levantar 240,000 +/- 10% barriles de Gasoil 0.45S a opción de
PDVSA para
nuestro cliente INTRAKAM con ventana 20-22/10, 2006.

**En concordancia con el mensaje (anexo) emitido por la Srta. Yamary Gónzalez, se
confirma que el volumen
total a ser embarcado será de 264,000 bbls (240,000 + 10%).**

Dado las particularidades especiales de este cargamento, se agradece tomar en cuenta las
siguientes
observaciones importantes:

**1.- Una vez finalizada la operación de carga e inspección de cantidad, el buque procederá
al área de fondeo
a espera de la confirmación de Comercio y Suministro (Caracas) dado el visto bueno
previa confirmación
del nuestra Gerencia de Finanzas internacionales sobre el pago del producto.**

**2.- Todo el tiempo por espera de esta confirmación será por cuenta del Cliente.**

**3.- NINGUN TIPO DE DOCUMENTO PODRÁ SER ENTREGADO O REMITIDO AL CLIENTE
HASTA QUE SEA
AUTORIZADO POR ESTA MISMA VIA. (inluyendo los resultados volumetricos y calidades)**

**4.- Se recomienda dar aviso a las autoridades portuarias para la custodia del mencionado
buque y prohibir
el permizo de zarpe hasta obtener confirmación de PDVSA.**

**ATN: SEAPORT AGENCIES. informar debidamente a sus principales de las acciones
tomadas por PDVSA.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \*
**Esta revisión se refiere a la cantidad del producto a ser embarcada, las
cuales se
mencionan a continuación:**

```
------------------------------------------------------------------
SYSTEM: PW*STARS        PDVSA PETROLEO, S.A.
                        MANUFACTURA Y MERCADEO
                        LOADING INSTRUCTIONS
RUN DATE: 27/10/06                        RUN TIME: 08:29AM
------------------------------------------------------------------
PUERTO DE CARGA         PUNTA CARDON, PORT, VENEZUELA (025114)
BUQUE                   TEAM ANIARA
RANGO DE CARGA          OCT-20-2006  HASTA: OCT-22-2006
RUTA                    164640
AGENTE                  SEAPORT AGENCIES, S.A.
------------------------------------------------------------------
           VOLUMEN TOTAL A CARGAR POR CALIDADES
PRODUCTO                          VOLUME (UOM)      VOLUME (QTY)
------------------------------------------------------------------
GASOIL 0.2 PCT SULPHUR/45 CETANE      BARRILES         264,000.00
(42515)
------------------------------------------------------------------
TOTAL                                                  264,000.00
------------------------------------------------------------------
******************************************************************
CLIENTE                 INTRAKAM S.A. DE C.V.
NO. CONTRATO            SA130239
CONSIGNADOR             PDVSA PETROLEO, S.A.
CONSIGNATARIO           WINTEK INTERNATIONAL PTE LTD
EXPORTADOR REGISTRO     PDVSA PETROLEO, S.A.
TIPO DE VENTA           FOB ORIGIN
******************************************************************
------------------------------------------------------------------
                        PARCELA #1
------------------------------------------------------------------
NO. DESPACHO            410051
NOMBRE DE PRODUCTO      GASOIL 0.2 PCT SULPHUR/45 CETANE
VOLUME                      264,000.00 BARRILES
TOLERANCIA CONTRATO     MAS O MENOS 0%
DESTINO                 SINGAPORE,PORT
INSPECTOR               SGS OIL, GAS & CHEMICALS SERVICES VENEZUELA
                        (13)
GASTOS DE INSPECCION    SPLIT 50/50
```

**El resto de la información contenida en esta nominación permanece sin cambios**

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * *
```

En caso de duda por favor contactarnos,


Saludos,


Erwin Burger
Clean Product Operations
PDVSA
Pho: +58 212 7083119
Mob: +58 412 2224663

----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 27/10/2006 08:26 a.m. -----

**YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA**

26/10/2006 09:11 p.m.

| | |
|---|---|
| Para | JOSE PENA/PENAJG/PDV/PDVSA@PDV, ELISAUL MIQUILENA/MIQUILENAEG/MM/PDVSA@PDV, ISRAEL ARTEAGA/ARTEAGAI/MM/PDVSA@PDV, ERWIN AMAYA/AMAYAEU/MM/PDVSA@PDV, DOCUMENTACION SUP/SUPD/MM/PDVSA@PDV, MAY TERM SUP/SUPMT/MM/PDVSA@PDV, LABORATORIO CONTROL/CONTROLL/MM/PDVSA@PDV, JOSE L LOPEZ/LOPEZJLB/MM/PDVSA@PDV, CAROLINA SCHMUCKE/SCHMUCKEC/PDV/PDVSA@PDV, JUAN TREJO/TREJOJ/PDV/PDVSA@PDV, NILYEN GIL/GILNC/PDV/PDVSA@PDV, EDGAR CASTILLO/CASTILLOEW/PDV/PDVSA@PDV, LUZ RIVAS/RIVASLQ/PDV/PDVSA@PDV, MARIA RIVAS/RIVASMG/PDV/PDVSA@PDV, JUAN ARIAS/ARIASJC/PDV/PDVSA@PDV, GERARDO PENA/PENAGN/PDV/PDVSA@PDV, CESAR CAMEJO/CAMEJOCJ/PDV/PDVSA@PDV, RICHARD BORGES/BORGESR/PDV/PDVSA@PDV, harold.prieto@sgs.com, "Pereira, Zulema (Caracas)" <Zulema.Pereira@sgs.com>, victor.belandria@sgs.com, wilton.rojas@sgs.com, carlos.marquez@sgs.com, jose.guarecuco@sgs.com, presidencia@seaport.com.ve, gerencia@seaport.com.ve, opsdept@seaport.com.ve, seaportpfo@seaport.com.ve, seaportmbo@seaport.com.ve, seaportpbl@cantv.net, SEAPORTPFO@CANTV.NET, seaportpfo04@seaport.com.ve, seaportpfo@cantv.net |
| cc | OSCAR LABRADOR/LABRADOROL/PDV/PDVSA@PDV, FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, OSWALDO HERNANDEZ/HERNANDEZOQ/PDV/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, ERWIN BURGER/BURGERE/PDV/PDVSA@PDV, VICTOR DELASCIO/DELASCIOV/MM/PDVSA@PDV, GILMER GONZALEZ/GONZALEZGGX/PDV/PDVSA@PDV |
| Asunto | INSTRUCCION IMPORTANTE!! B/T TEAM ANIRA - CARGAMENTO DE GASOIL 0.2%S PARA INTRAKAM SA VENTANA 20-22 OCT-2006 - CARDON |

Buenas noches señores,

Siguiendo las instrucciones de la Gerencia de Comercio y Operaciones se instruye al terminal de Punta Cardón a dejar atracado al B/T TEAM ANIARA, esperando por la confirmación del pago del cargamento y un 10% adicional sobre los 240,000 barriles nominados, para un total de 264,000 barriles.

El B/T TEAM ANIARA tiene un estimado para completar su carga original (240,000 barriles) a las 22:00 horas del día de hoy 26 de octubre. Por lo tanto **"TODAS"** las demoras generadas en espera del 10% adicional, así como la confirmación del pago serán por cuenta de nuestro cliente INTRAKAM.

A primera hora del día de mañana el señor Erwin Burger estará enviando la nominación corregida con estos cambios.

Saludos,
Yamary González

Operaciones de Productos Blancos
Ext. 93-23-115
----- Remitido por YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA con fecha 26/10/2006 08:52 p.m. -----



**ERWIN BURGER/BURGERE/PDV/PDVSA**

25/10/2006 11:03 a.m.

|  |  |
|---|---|
| Para | JOSE PENA/PENAJG/PDV/PDVSA@PDV, ELISAUL MIQUILENA/MIQUILENAEG/MM/PDVSA@PDV, ISRAEL ARTEAGA/ARTEAGAI/MM/PDVSA@PDV, ERWIN AMAYA/AMAYAEU/MM/PDVSA@PDV, DOCUMENTACION SUP/SUPD/MM/PDVSA@PDV, MAY TERM SUP/SUPMT/MM/PDVSA@PDV, LABORATORIO CONTROL/CONTROLL/MM/PDVSA@PDV, JOSE L LOPEZ/LOPEZJLB/MM/PDVSA@PDV, CAROLINA SCHMUCKE/SCHMUCKEC/PDV/PDVSA@PDV, JUAN TREJO/TREJOJ/PDV/PDVSA@PDV, NILYEN GIL/GILNC/PDV/PDVSA@PDV, EDGAR CASTILLO/CASTILLOEW/PDV/PDVSA@PDV, LUZ RIVAS/RIVASLQ/PDV/PDVSA@PDV, MARIA RIVAS/RIVASMG/PDV/PDVSA@PDV, JUAN ARIAS/ARIASJC/PDV/PDVSA@PDV, GERARDO PENA/PENAGN/PDV/PDVSA@PDV, CESAR CAMEJO/CAMEJOCJ/PDV/PDVSA@PDV, RICHARD BORGES/BORGESR/PDV/PDVSA@PDV, HAROLD.PRIETO@SGS.COM, ZULEMA.PEREIRA@SGS.COM, CARLOS_MARQUEZ@SGS.COM, WILTON_ROJAS@SGS.COM, VICTOR.BELANDRIA@SGS.COM, SEAPORTPFO04@SEAPORT.COM.VE, SEAPORTPFO@CANTV.NET, JUAN TREJO/TREJOJ/PDV/PDVSA@PDV |
| cc | FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, OSCAR LABRADOR/LABRADOROL/PDV/PDVSA@PDV, GONZALO ALARCON/ALARCONGA/PDV/PDVSA@PDV, VICTOR DELASCIO/DELASCIOV/MM/PDVSA@PDV, TULIO RINCON/RINCONT/EP/PDVSA@PDV |
| Asunto | INSTRUCCIONES Y NOMINACIÓN DEL B/T TEAM ANIRA A/C INTRAKAMSA LOAD 20-22 OCT-2006 - CARDON |

Buenas días señores,

A continuación se encuentra la nominación del B/T TEAM ANIARA, el cual se encuentra nominado para tomar 240,000 barriles de GASOIL 0.2%S con destino a SINGAPORE, SINGAPORE en ventana de Carga Oct 20-22,2006 - CARDON

Favor tomar en cuenta las siguientes observaciones importantes  :

**1.- Se autoriza el atraque y carga del buque de acuerdo a nominación anexa.**
**2.- El buque deberá permancer fondeado hasta la confirmación de Finanzas internacionales sobre el pago del producto.**
**3.- Todo el tiempo por espera de esta confirmación será por cuenta del Cliente.**
**4.- NINGÚN TIPO DE DOCUMENTO PODRÁ SER ENTREGADO O REMITIDO AL CLIENTE HASTA QUE SEA AUTORIZADO POR ESTA MISMA VIA, a excepción de los analisis de los tanques de**

**tierra emitidos por el inspector.**
**5.- Los detalles del Consignatario serán completados a la brevedad en la REV#1 de esta nominación.**


**Instrucciones para la toma de muestras:**

La compañía inspectora SGS se encuentra plenamente autorizada
para:

AA)  tomar y retirar de las instalaciones de la refinería muestras de
la compuesta final a bordo y tanques de tierra para su análisis


**Agentes:**  SEAPORT AGENCIES, S.A.

Debe informar al terminal de Cardon los ETA´s a las 72 horas, 48 horas y 24 horas.
Debe enviar copia de **"todos"** los documentos inmediatamente después del zarpe a las siguientes
personas:

Ing. César Chávez
INTRAKAM S.A.
Email: cesarchavez@intrakam.com.mx
tel:    0052 844 4159161
fax:   0052 844 4390789



**\* \*SGS**
Debe informar inmediatamente al operador de guardia +58-412-6204211 o al operador
Erwin Burger +58-212-7083119 o celular +58-412-2224663 si:

- La diferencia tierra / buque excede el 0.3% (con factor de experiencia) o el 0.5% (sin factor de
experiencia)
- Si el producto no cumple con alguna de las calidades incluidas en esta nominación.


En caso de duda o requerir mayor información no dude en contactarme.

Saludos,


Erwin Burger
Clean Product Operations
PDVSA
Pho:  +58 212 7083119
Mob: +58 412 2224663



```
-----------------------------------------------------------------
SYSTEM: PW*STARS          PDVSA PETROLEO, S.A.
                          MANUFACTURA Y MERCADEO
                          LOADING INSTRUCTIONS
RUN DATE: 25/10/06                      RUN TIME: 10:27AM
```

```
------------------------------------------------------------------
PUERTO DE CARGA      PUNTA CARDON, PORT, VENEZUELA (025114)
BUQUE                TEAM ANIARA
RANGO DE CARGA       OCT-20-2006 HASTA: OCT-22-2006
RUTA                 164640
AGENTE               SEAPORT AGENCIES, S.A.
------------------------------------------------------------------
           VOLUMEN TOTAL A CARGAR POR CALIDADES
PRODUCTO                          VOLUME (UOM)     VOLUME (QTY)
------------------------------------------------------------------
GASOIL 0.2 PCT SULPHUR/45 CETANE     BARRILES       240,000.00
(42515)
------------------------------------------------------------------
TOTAL                                               240,000.00
------------------------------------------------------------------

******************************************************************
CLIENTE              INTRAKAM S.A. DE C.V.
NO. CONTRATO         SA130239
CONSIGNADOR          PDVSA PETROLEO, S.A.
CONSIGNATARIO        WINTEK INTERNATIONAL PTE LTD
EXPORTADOR REGISTRO  PDVSA PETROLEO, S.A.
TIPO DE VENTA        FOB ORIGIN
******************************************************************
------------------------------------------------------------------
                          PARCELA #1
------------------------------------------------------------------
NO. DESPACHO         410051
NOMBRE DE PRODUCTO   GASOIL 0.2 PCT SULPHUR/45 CETANE
VOLUME               240,000.00 BARRILES
TOLERANCIA CONTRATO  MAS O MENOS 0%
DESTINO              SINGAPORE, PORT
INSPECTOR            SGS OIL, GAS & CHEMICALS SERVICES VENEZUELA
                     (13)
GASTOS DE INSPECCION SPLIT 50/50

------------------------------------------------------------------
```

CALIDAD GARANTIZADA

| ESPEC. DE CALIDAD | UM | METODO | TIPO | MIN | MAX |
|---|---|---|---|---|---|
| API GRAVITY @60F(15.5C) | N/A | D287/1298 | REPORT | N/A | N/A |
| ASH CONTENT | WT PCT | D482 | N/A | N/A | .01 |
| CARBON RAMSBOTTOM | WT PCT | D524 | N/A | N/A | .35 |
| CETANE INDEX | N/A | D4737/D976 | N/A | 45 | N/A |
| CLOUD POINT | CELSIUS | D2500 | N/A | N/A | 10 |
| COLOR, ASTM | N/A | D1500 | N/A | N/A | 3.0 |
| CORROSION, CU, 3HRS@122F(50C) | N/A | D130 | N/A | N/A | 2 |
| DISTILLATION 50 PCT RECOVERED | CELSIUS | D86 | N/A | N/A | 290 |
| DISTILLATION 90 PCT RECOVERED | CELSIUS | D86 | N/A | N/A | 360 |
| DISTILLATION FBP | CELSIUS | D86 | REPORT | N/A | N/A |
| DISTILLATION IBP | CELSIUS | D86 | REPORT | N/A | N/A |
| FLASH POINT, PM | F | D93 | N/A | 140 | N/A |
| SULPHUR CONTENT | WT PCT | D2622D4294 | N/A | N/A | .2 |
| VISCOSITY KINEMATIC @ 40C | CST | D445 | N/A | 2.0 | 5.8 |
| WATER AND SEDIMENT | VOL PCT | D2709 | N/A | N/A | .1 |

```
INSTRUCCIONES DE DOCUMENTACION
PUERTO DE CARGA

DISTRIBUCION DE LOS DOCUMENTOS
   N/A
COMENTARIOS DEL MOVIMIENTO
   N/A
COMENTARIOS DE LA DOCUMENTACION

                    INSTRUCCIONES DE DOCUMENTACION
=================================================================
DESTINATARIO       :SINGAPORE,PORT
CONSIGNATARIO      :WINTEK INTERNATIONAL PTE LTD

DOCUMENTOS                               ORIGINALES    COPIAS

=================================================================
CERTIFICADO DE CALIDAD                       1            5
CERTIFICADO DE CANTIDAD HIDROCARBURO          1            5
CERTIFICADO DE ORIGEN                         1            5
CONOCIMIENTO DE EMBARQUE                       3            5
HOJA DE TIEMPO                                 1            5
MANIFIESTO DE CARGA                            1            5
RECIBO DE DOCUMENTOS                           1            5
RECIBO DE MUESTRAS                             1            5
REPORTE DE ULLAGE HIDROCARBURO                 1            5

              DISTRIBUCION DE DOCUMENTACION POR DESTINATARIO
=================================================================
PARA :  CAPITAN DEL BUQUE

DOCUMENTOS                               ORIGINALES    COPIAS

=================================================================
MANIFIESTO DE CARGA                           0            1
CERTIFICADO DE ORIGEN                         0            1
RECIBO DE MUESTRAS                            0            1
CONOCIMIENTO DE EMBARQUE                       0            1
RECIBO DE DOCUMENTOS                           0            1
CERTIFICADO DE CALIDAD                         0            1
CERTIFICADO DE CANTIDAD HIDROCARBURO           0            1
HOJA DE TIEMPO                                 0            1
REPORTE DE ULLAGE HIDROCARBURO                 0            1


PARA :  CONSIGNEE VIA CAPITAN DEL BUQUE

DOCUMENTOS                               ORIGINALES    COPIAS

=================================================================
MANIFIESTO DE CARGA                           0            1
CERTIFICADO DE ORIGEN                         0            1
RECIBO DE MUESTRAS                            0            1
CONOCIMIENTO DE EMBARQUE                       0            1
RECIBO DE DOCUMENTOS                           0            1
CERTIFICADO DE CALIDAD                         0            1
CERTIFICADO DE CANTIDAD HIDROCARBURO           0            1
HOJA DE TIEMPO                                 0            1
REPORTE DE ULLAGE HIDROCARBURO                 0            1


PARA :  CONSIGNEE VIA COURIER
ATT  :  TO BE ADVISE
```

DIR  :  WINTEK INTERNATIONAL PTE LTD - NO. 94 PANDAN LOOP, PANTECH
        INDUSTRIAL COMPLEX SINGAPORE 128383

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| MANIFIESTO DE CARGA | 1 | 1 |
| CERTIFICADO DE ORIGEN | 1 | 1 |
| RECIBO DE MUESTRAS | 1 | 1 |
| CONOCIMIENTO DE EMBARQUE | 3 | 1 |
| RECIBO DE DOCUMENTOS | 1 | 1 |
| CERTIFICADO DE CALIDAD | 1 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 1 | 1 |
| HOJA DE TIEMPO | 1 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 1 | 1 |


PARA :  PDVSA ARCHIVO CARACAS
ATT  :  SRA NORA GAÑAN
DIR  :  EDIF. PDVSA - TORRE ESTE. PISO 9. LA CAMPIÑA. CARACAS
TLF  :  +58-212-708-7012
EMAIL:  GANANN@PDVSA.COM

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| MANIFIESTO DE CARGA | 0 | 1 |
| CERTIFICADO DE ORIGEN | 0 | 1 |
| RECIBO DE MUESTRAS | 0 | 1 |
| CONOCIMIENTO DE EMBARQUE | 0 | 1 |
| RECIBO DE DOCUMENTOS | 0 | 1 |
| CERTIFICADO DE CALIDAD | 0 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 0 | 1 |
| HOJA DE TIEMPO | 0 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 0 | 1 |


PARA :  CONTABILIDAD DE PETROLEOS

ATT  :  SR MIGUEL BOLIVAR
DIR  :  EDIF. PDVSA - TORRE ESTE. PISO 1. LA CAMPIÑA. CARACAS
TLF  :  +58-212-7083607
EMAIL:  BOLIVARMJ@PDVSA.COM

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| MANIFIESTO DE CARGA | 0 | 1 |
| CERTIFICADO DE ORIGEN | 0 | 1 |
| RECIBO DE MUESTRAS | 0 | 1 |
| CONOCIMIENTO DE EMBARQUE | 0 | 1 |
| RECIBO DE DOCUMENTOS | 0 | 1 |
| CERTIFICADO DE CALIDAD | 0 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 0 | 1 |
| HOJA DE TIEMPO | 0 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 0 | 1 |


FIN DE TEXTO

# English Translation

## EXHIBIT 16

To:
Cc:
Cco:
Subject: Fw: REV#1: IMPORTANT INSTRUCTION!! B/T TEAM ANIRA – GASOIL 0.2%S
SHIPMENT FOR INTRAKAM SA WINDOW 20-22 OCT-2006 – CARDON

Good morning gentlemen,

Since the ship has finalized operations in the terminal and to date no payment confirmation has
been received, the terminal is authorized to proceed to anchor [fondear] the ship in the awaiting
for instructions. No type of documentation may be delivered until confirmation from CyS is
received.

Regards,

Erwin Burger
Clean Product Operations

---Forwarded by ERWIN BURGER/BURGERE/PDV/PDVSA dated 10/27/2006 10:59 a.m.---

To:
Cc:
Subject: REV#1: IMPORTANT INSTRUCTION!! B/T TEAM ANIRA – GASOIL 0.2%S
SHIPMENT FOR INTRAKAM SA WINDOW 20-22 OCT-2006 – CARDON

Good morning gentlemen,

Below please find the first revision of the nomination of the B/T TEAN ANIARA, which is
nominated to lift 240,000 */+ 10% barrels of 0.45S Gasoil at the option of PDVSA for our client
INTRAKAM with window 20-22/10, 2006.

In accordance with the (attached) message sent by Ms. Yamary González, the volume to be
loaded is confirmed to be 264,000 bbls (240,000 + 10%).
Due to the particular characteristics of this shipment, taking note of the following important
observations is appreciated:

1.- Once the loading operation and the quantity inspection are terminated, the ship will proceed
to the anchoring [fondeo] area awaiting for the confirmation of Commerce and Supply (Caracas)
giving the approval after the confirmation of our International Finances Management on the
payment of the product.

2.- All the waiting time for this confirmation shall be on the Client's account.

-19-

3.- NO DOCUMENT SHALL BE DELIVERED OR FORWARDED TO THE CLIENT UNTIL IT IS AUTHORIZED BY THIS SAME CHANNEL. (including the volumetric results and qualities).

4.- It is recommended to notify the port authorities for such ship's custody and to deny the sailing permit until confirmation by PDVSA is obtained.

ATTN: SEAPORT SERVICES. Properly inform its principals of the actions taken by PDVSA.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This revision refers to the quantity of product to be loaded, which is referred below:

| SYSTEM: PW*STARS | PDVSA PETROLEO, S.A. MANUFACTURA Y MERCADEO LOADING INSTRUCTIONS | |
|---|---|---|
| RUN DATE: 27/10/06 | | RUN TIME: 08:29AM |
| PORT OF LOADING | PUNTA CARDON, PORT, VENEZUELA (025114) | |
| SHIP | TEAM ANIARA | |
| LOADING RANGE | OCT-20-2006        UNTIL: OCT-22-2006 | |
| ROUTE | 164640 | |
| AGENT | SEAPORT AGENCIES, S.A. | |

| TOTAL VOLUME TO LOAD BY QUALITIES | | |
|---|---|---|
| PRODUCT | VOLUME (UOM) | VOLUME (QTY) |
| GASOIL 0.2 PCT SULPHUR/45 CETANE (42515) | BARRELS | 264,000.00 |
| TOTAL | | 264,000.00 |

| CLIENT | INTRAKAM S.A. DE C.V. |
|---|---|
| CONTRACT NO. | SA130239 |
| CONSIGNOR | PDVSA PETROLEO, S.A. |
| CONSIGNEE | WINTEK INTERNATIONAL PTE LTD. |
| REGISTER EXPORTER | PDVSA PETROLEO, S.A. |
| TYPE OF SALE | FOB ORIGIN |

PARCEL #1

-20-

| | |
|---|---|
| NO. DISPATCH | 410051 |
| NAME OF PRODUCT | GASOIL 0.2 PCT SULPHUR/45 CETANE |
| VOLUME | 264,000.00 BARRILES |
| CONTRACT TOLERANCE | PLUS OR MINUS 0% |
| DESTINATION | SINGAPORE, PORT |
| INSPECTOR | SGS OIL, GAS & CHEMICALS SERVICES VENEZUELA (13) |
| INSPECTION COSTS | SPLIT 50/50 |

**The rest of the information contained in this nomination remains without changes.**
**************************************************************************************
************************

In case of any doubt, please contact us.

Regards,

Erwin Burger
Clean Product Operations


---Forwarded by ERWIN BURGER/BURGERE/PDV/PDVSA dated 10/27/2006 08:26 a.m.---

Good evening gentlemen,

Following the instructions of the Commerce and Operations Management we instruct the Punta Cardon terminal to leave the B/T TEAM ANIARA anchored awaiting for the confirmation of the payment of the shipment and an additional 10% over the nominated 240,000 barrels, for a total of 264,000 barrels.

The B/T TEAM ANIARA has an estimate to terminate its original load (240,000 barrels) at 22:00 hours of today, October 26. Therefore **"ALL"** the delays generated in expectation of the additional 10%, as well as the payment confirmation shall be on the account of our client INTRAKAM.

Tomorrow morning Mr. Erwin Burger will be sending the corrected nomination with these changes.

Regards,
Yamary González

---Forwarded by YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA dated 10/26/2006 08:52 p.m.---

Good morning gentlemen,

Below please find the nomination of the B/T TEAM ANIARA, which is nominated to take 240,000 barrels of GASOIL 0.2%S directed to SINGAPORE, SINGAPORE in Charge window Oct 20-22. 2006 – CARDON

**Please take into account the following important observations:**

**1.- The mooring and loading of the ship is authorized in accordance with the annexed nomination.**
**2.- The ship shall remain anchored [fondeado] until the confirmation of International Finances about the payment of the product.**
**3.- All the waiting time of this confirmation shall be on the Client's account.**
**4.- NO TYPE OF DOCUMENT MAY BE DELIVERED OR FORWARDED TO THE CLIENT UNTIL IT IS AUTHORIZED BY THIS SAME WAY, with exception of the analysis of the ground tanks issued by the inspector.**
**5.- The details of the consignee shall be completed as soon as possible in the REV#1 of this nomination.**

**Instructions to take samples:**

The inspection company SGS is completely authorized to:

AA) take and retrieve from the refinery's installations samples of the final composition on board and land tanks for its analysis.

**Agents: SEAPORT AGENCIES, S.A.**

Must inform to the Cardon terminal the ETA's at 72 hours, 48 hours and 24 hours.
Must send copies of **"all"** the documents immediately after the departure to the following people:

César Chávez
INTRAKAM, S.A. de C.V.

**\* \*SGS**
Must immediately inform the operator on duty +58-412-6204211 or the operator Erwin Burger +58-212-7083119 or cell phone +58-412-2224663 if:

- The difference land/ship exceeds 0.3% (with experience factor) or 0.50% (without experience factor)
- If the product does not comply any of the qualities indicated in this nomination.

In case of any doubt or should you require more information, don't hesitate to contact me.

Regards,

Erwin Burger
Clean Product Operations

| SYSTEM: PW*STARS | PDVSA PETROLEO, S.A. |
|---|---|
| | MANUFACTURA Y MERCADEO |
| | LOADING INSTRUCTIONS |
| RUN DATE: 25/10/06 | RUN TIME: 10:27/M |
| LOADING PORT | PUNTA CARDON, PORT, VENEZUELA (025114) |
| SHIP | TEAM ANIARA |
| RANGE OF LOADING | OCT-20-2006    UNTIL: OCT-22-2006 |
| ROUTE | 164640 |
| AGENT | SEAPORT AGENCIES, S.A. |

### TOTAL VOLUME TO LOAD BY QUALITIES

| PRODUCT | VOLUME (UOM) | VOLUME (QTY) |
|---|---|---|
| GASOIL 0.2 PCT SULPHUR/45 CETANE (42515) | BARRELS | 240,000.00 |
| TOTAL | | 240,000.00 |

| CLIENT | INTRAKAM S.A. DE C.V. |
|---|---|
| NO. CONTRACT | SA130239 |
| CONSIGNOR | PDVSA PETROLEO, S.A. |
| CONSIGNEE | WINTEK INTERNATIONAL PTE LTD |
| REGISTER EXPORTER | PDVSA PETROLEO, S.A. |
| TYPE OF SALE | FOB ORIGIN |

### PARCEL #1

| NO. DISPATCH | 410051 |
|---|---|
| NAME OF PRODUCT | GASOIL 0.2 PCT SULPHUR/45 CETANE |
| VOLUME | 240,000.00 BARRELS |
| CONTRACT TOLERANCE | PLUS OR MINUS 0% |
| DESTINATION | SINGAPORE, PORT |
| INSPECTOR | SGS OIL, GAS & CHEMICALS SERVICES VENEZUELA (13) |
| INSPECTION COSTS | SPLIT 50/50 |

-23-

GUARANTEED QUALITY

| QUALITY SPECS. | UM | METHOD | TYPE | MIN | MAX |
|---|---|---|---|---|---|
| API GRAVITY @60F(15.5C) | N/A | D287/1298 | REPORT | N/A | N/A |
| ASH CONTENT | WT PCT | D482 | N/A | N/A | .01 |
| CARBON RAMSBOTTOM | WT PCT | D524 | N/A | N/A | .35 |
| CETANE INDEX | N/A | D4737/D976 | N/A | 45 | N/A |
| CLOUD POINT | CELSIUS | D2500 | N/A | N/A | 10 |
| COLOR, ASTM | N/A | D1500 | N/A | N/A | 3.0 |
| CORROSION, CU, 3HRS@122F(50C) | N/A | D130 | N/A | N/A | 2 |
| DISTILLATION 50 PCT RECOVERED | CELSIUS | D86 | N/A | N/A | 290 |
| DISTILLATION 90 PCT RECOVERED | CELSIUS | D86 | N/A | N/A | 360 |
| DISTILLATION FBP | CELSIUS | D86 | REPORT | N/A | N/A |
| DISTILLATION IBP | CELSIUS | D86 | REPORT | N/A | N/A |
| FLASH POINT, PM | F | D93 | N/A | 140 | N/A |
| SULPHUR CONTENT | WT PCT | D2622D4294 | N/A | N/A | .2 |
| VISCOSITY KINEMATIC @ 40C | CST | D445 | N/A | 2.0 | 5.8 |
| WATER AND SEDIMENT | VOL PCT | D2709 | N/A | N/A | .1 |

DOCUMENTATION INSTRUCTIONS
PORT OF LOADING

DOCUMENT DISTRIBUTION
N/A

MOVEMENT COMMENTS
N/A

DOCUMENTATION COMMENTS

DOCUMENTATION INSTRUCTIONS

| ADDRESSEE | : SINGAPORE, PORT | | |
|---|---|---|---|
| CONSIGNEE | : WINTEK INTERNATIONAL PTE LTD | | |

| DOCUMENTS | | ORIGINALS | COPIES |
|---|---|---|---|
| QUALITY CERTIFICATE | | 1 | 5 |
| HYDROCARBON QUANTITY CERTIFICATE | | 1 | 5 |

| | | |
|---|---|---|
| ORIGIN CERTIFICATE | 1 | 5 |
| BILL OF LADING | 3 | 5 |
| TIME SHEET | 1 | 5 |
| SHIP'S MANIFEST | 1 | 5 |
| RECEIPT OF DOCUMENTS | 1 | 5 |
| RECEIPT OF SAMPLES | 1 | 5 |
| HYDROCARBON ULLAGE REPORT | 1 | 5 |

## DOCUMENTATION DISTRIBUTION BY ADDRESSEE

TO     :    SHIP CAPTAIN

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 0 | 1 |
| ORIGIN CERTIFICATE | 0 | 1 |
| RECEIPT OF SAMPLES | 0 | 1 |
| SHIP'S MANIFEST | 0 | 1 |
| RECEIPT OF DOCUMENTS | 0 | 1 |
| QUALITY CERTIFICATE | 0 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 0 | 1 |
| TIME SHEET | 0 | 1 |
| HYDROCARBON ULLAGE REPORT | 0 | 1 |

TO     :    CONSIGNEE VIA SHIP CAPTAIN

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 0 | 1 |
| ORIGIN CERTIFICATE | 0 | 1 |
| RECEIPT OF SAMPLES | 0 | 1 |
| SHIP'S MANIFEST | 0 | 1 |
| RECEIPT OF DOCUMENTS | 0 | 1 |
| QUALITY CERTIFICATE | 0 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 0 | 1 |
| TIME SHEET | 0 | 1 |
| HYDROCARBON ULLAGE REPORT | 0 | 1 |

TO    :    CONSIGNEE VIA COURIER
ATT   :    TO BE ADVISE
DIR   :    WINTEK INTERNATIONAL PTE LTD - NO. 94 PANDAN LOOP, PANTECH
           INDUSTRIAL COMPLEX SINGAPORE 128383

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 1 | 1 |

| | | |
|---|---|---|
| ORIGIN CERTIFICATE | 1 | 1 |
| RECEIPT OF SAMPLES | 1 | 1 |
| SHIP'S MANIFEST | 3 | 1 |
| RECEIPT OF DOCUMENTS | 1 | 1 |
| QUALITY CERTIFICATE | 1 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 1 | 1 |
| TIME SHEET | 1 | 1 |
| HYDROCARBON ULLAGE REPORT | 1 | 1 |

TO       :    PDVSA FILE CARACAS
ATT      :    SRA NORA GAÑAN
DIR      :    EDIF. PDVSA - TORRE ESTE. PISO 9. LA CAMPIÑA. CARACAS
TLF      :    +58-212-708-7012
EMAIL  :    GANANN@PDVSA.COM

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 0 | 1 |
| ORIGIN CERTIFICATE | 0 | 1 |
| RECEIPT OF SAMPLES | 0 | 1 |
| SHIP'S MANIFEST | 0 | 1 |
| RECEIPT OF DOCUMENTS | 0 | 1 |
| QUALITY CERTIFICATE | 0 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 0 | 1 |
| TIME SHEET | 0 | 1 |
| HYDROCARBON ULLAGE REPORT | 0 | 1 |

TO       :    PETROLEUM ACCOUNTING
ATT      :    SR MIGUEL BOLIVAR
DIR      :    EDIF. PDVSA - TORRE ESTE. PISO 1. LA CAMPIÑA. CARACAS
TLF      :    +58-212-7083607
EMAIL  :    BOLIVARMJ@PDVSA.COM

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 0 | 1 |
| ORIGIN CERTIFICATE | 0 | 1 |
| RECEIPT OF SAMPLES | 0 | 1 |
| SHIP'S MANIFEST | 0 | 1 |
| RECEIPT OF DOCUMENTS | 0 | 1 |
| QUALITY CERTIFICATE | 0 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 0 | 1 |
| TIME SHEET | 0 | 1 |
| HYDROCARBON ULLAGE REPORT | 0 | 1 |

END OF TEXT

# EXHIBIT 17

| | | |
|---|---|---|
| **ERWIN BURGER/BURGERE/PDV/PDVSA** | Para | CESARCHAVEZ@INTRAKAM.COM.MX |
| 27/10/2006 09:20 a.m. | cc | JOSE SEBA/SEBAJ/PDV/PDVSA@PDV, OSCAR LABRADOR/LABRADOROL/PDV/PDVSA@PDV, MARIA MAYELA LOZADA/LOZADAMM/PDV/PDVSA@PDV, |
| | cco | ERWIN BURGER/BURGERE/PDV/PDVSA |
| | Asunto | Status of MT " TEAM ANIARA " / To Load 240,000 +/-10% Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela |

Atn: Ing. César Chávez

Buenos días

La presente tiene por finalidad solicitar por vía escrita su confirmación en la necesidad de incrementar el volumen de 240,000 bls +10% a ser embarcado en el buque TEAM ANIARA. Esta confirmación es requerida con carácter de URGENCIA a fin de proceder acordemente en nuestros procesos internos para el otorgamiento del producto, elaboración de documentos y liberación del buque. Todo tiempo extra que pudiese generarse por este motivo sera por cuenta de INTRAKAM.

Por otra parte, seguimos a la espera de su confirmación de pago (swift number) a nuestra Gerencia de Finanzas internacionales. Es muy importante recordar que todo el tiempo de espera por este concepto en su totalidad es por cuenta de INTRAKAM S.A.; por tal razón, orientados a minimizar cualquier retraso o costo adicional para ustedes, les sugerimos presentar la confirmación de pago a la brevedad posible.

Al leer esta nota, mucho le agradecería establecer contacto con mi persona.

Saludos

Erwin Burger
Clean Product Operations
**PDVSA**
Pho: +58 212 7083119
Mob: +58 412 2224663

----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 27/10/2006 09:04 a.m. -----

| | | |
|---|---|---|
| **ERWIN BURGER/BURGERE/PDV/PDVSA** | Para | CESARCHAVEZ@INTRAKAM.COM.MX |
| 26/10/2006 08:27 a.m. | cc | JOSE SEBA/SEBAJ/PDV/PDVSA@PDV, OSCAR LABRADOR/LABRADOROL/PDV/PDVSA@PDV, MARIA MAYELA LOZADA/LOZADAMM/PDV/PDVSA@PDV, YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, VICTOR DELASCIO/DELASCIOV/MM/PDVSA@PDV |
| | Asunto | Rm: Status of MT " TEAM ANIARA " / To Load 240,000 Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06 |

Atn: Ing, César Chávez,

Con los buenos días,

Anexo encontrará el reporte de calidades por parte de SGS, el cual le fue transmitido el día de ayer por la noche. Esperamos que esta información se complete la información requerida para proceder al pago del producto.

En caso de duda o requerir información adicional por favor contacteme,

Saludos

Erwin Burger
Clean Product Operations
PDVSA
Pho: +58 212 7083119
Mob: +58 412 2224663

----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 26/10/2006 08:21 a.m. -----



| | "Marquez, Carlos (Punto Fijo)" <Carlos.Marquez@sgs.com> 25/10/2006 10:50 p.m. | Para | BURGERE@PDVSA.COM, CESARCHAVEZ@INTRAKAM.COM.MX |
| --- | --- | --- | --- |
| | | cc | "Rojas, Wilton (Caracas)" <Wilton.Rojas@sgs.com>, "Prieto, Harold (Caracas)" <Harold.Prieto@sgs.com>, "Otamendi, Maria (Caracas)" <Maria.Otamendi@sgs.com>, "Garcia, Mariluisa (Punto Fijo)" <Mariluisa.Garcia@sgs.com>, "PTF, veoperaciones (Punto Fijo)" <veoperaciones.PTF@sgs.com>, "Guarecuco, Jose (Punto Fijo)" <Jose.Guarecuco@sgs.com> |
| | | Asunto | Status of MT " TEAM ANIARA " / To Load 240,000 Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06 |

Good Evening.

Please, find attached shore tanks E2-01 and E2-02 Quality Report of above mentioned vessel.

As per Loading Master information, the Terminal will be requesting pilot for your good vessel TEAM ANIARA about, October 25/2030 hrs, therefore, the estimate time to Commenced Load will be 26/0100 hrs lt.

We will revert with current times and key meeting report soonest.

Best Regards,

**Carlos Marquez**

**SGS Oil, Gas and Chemical Services**
**Phone office: 58 69 245 01 02 / 245 45 12**

**Mobile: 58 14 6338276**

Information in this email and any attachments is confidential and
intended solely for the use of the individual(s) to whom it is addressed
or otherwise directed. Please note that any views or opinions presented
in this email are solely those of the author and do not necessarily
represent those of the Company.
Finally, the recipient should check this email and any attachments for
the presence of viruses. The Company accepts no liability for any damage
caused by any virus transmitted by this email.
All SGS services are rendered in accordance with the applicable SGS
conditions of service available on request and accessible at
http://www.sgs.com/terms_and_conditions.htm



MT TEAM ANIRA QUALITY REPORT.pdf

# English Translation

**EXHIBIT 17**

To:
Cc:
Cco:
Subject: Re: Status of MT " TEAM ANIARA " To Load 240,000 +/-10% Bbls of GASOIL 0.2
PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela


Attn: Ing. César Chávez

Good morning

The object of this e-mail is to request in writing your confirmation in the necessity to increase
the volume of 240,000 bls +10% to be loaded in the TEAM ANIARA ship. This confirmation is
required as URGENT in order to proceed in accordance with it in our internal processes for the
delivery of the product, elaboration of the documentation and release of the ship. Any extra time
that could be generated due to this reason will be on INTRAKAM's account.

On the other hand, we still await for your payment confirmation (swift number) to our
International Finances Management. It is very important to remind that any waiting time die to
this reason is in its entirety on INTRAKAM's account.; therefore, in order to minimize any delay
or cost to you, we suggest you to produce the payment confirmation at the soonest.

Once you've read these note, I would greatly appreciate if you could get in touch with me.

Regards,

Erwin Burger
Clean Products Operations

---Forwarded by ERWIN BURGER/BURGERE/PDV/PDVSA dated 10/27/2006 09:04 a.m.---

To:
Cc:
Subject: Re: Status of MT " TEAM ANIARA " To Load 240,000 +/-10% Bbls of      GASOIL
0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela / SGS Ref.: OGC-PF 251606-06

Attn: Ing, César Chávez

Good morning,

Attached you will find the qualities report by SGS, which was transmitted yesterday night. We
hope that this information completes the information required to proceed to the payment of the
product.

In case of any doubt or if you require additional information please contact me,

Regards,

Erwin Burger
Clean Products Operations

[remainder of text in English]

# EXHIBIT 18



|  | MARIA MAYELA LOZADA/LOZADAMM/PDV/P DVSA  | Para | cesarchavez@intrakam.com.mx |
|--|--|--|--|
|  | 27/10/2006 11:08 a.m. | cc | MARIA SILVA/SILVAMGJ/PDV/PDVSA@PDV, ERWIN BURGER/BURGERE/PDV/PDVSA@PDV, MARIA MONTANA/MONTANAMI/PDV/PDVSA@PDV, HUMBERTO FERRIN/FERRINH/PDV/PDVSA@PDV |
|  |  | cco |  |
|  |  | Asunto | VESSEL " TEAM ANIARA " / To Load 240,000 +/-10% Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela |

Buenos días Sr Chavez: le informamos que en virtud de que le fue autorizada la carga del volumen adicional de Gasoil (hasta un máximo de 264.000 bbls) a bordo del buque TEAM ANIARA, se le estará enviando hoy mismo una Factura proforma para que cancele el monto adicional que se generó por el incremento del volumen a cargar.

De igual forma estamos aun a la espera de la confirmación de prepago.

Saludos,
Mayela Lozada
Administrador de Contratos de Productos
Comercio y Suministro
Telf: 212-7083148
Fax:: 212-7083570
—— Remitido por MARIA MAYELA LOZADA/LOZADAMM/PDV/PDVSA con fecha 10/27/2006 11:01 AM ——

|  | VICTOR DELASCIOV/DELASCIOV/MM/ PDVSA  | Para | "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx> |
|--|--|--|--|
|  | 10/27/2006 10:56 AM | cc | JESUS ANZOLA <anzolajs@pdvsa.com>, ERWIN BURGER <burgere@pdvsa.com>, VICTOR DELASCIO <delasciov@pdvsa.com>, YAMARY GONZALEZ <gonzalezyd@pdvsa.com>, OSCAR LABRADOR <labradorol@pdvsa.com>, MARIA MAYELA LOZADA <lozadamm@pdvsa.com>, FRANCISCO QUEVEDO <quevedofk@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, GILMER GONZALEZ/GONZALEZGGX/PDV/PDVSA@PDV, RAMON ARIAS/ARIASRY/PDV/PDVSA@PDV, ERWIN AMAYA/AMAYAEU/MM/PDVSA@PDV |
|  |  | Asunto | Re: Status of MT " TEAM ANIARA " / To Load 240,000 +/-10% Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela |

Buenos días.

Se autoriza la carga adicional hasta el 10% sobre la nominación original, como está establecido en el contrato.

Erwin, favor hacer seguimiento e informar. Gracias.

Saludos cordiales,

# English Translation

**EXHIBIT 18**

To:
Cc:
Cco:
Subject: VESSEL "TEAM ANIARA" / To Load 240,000 +/-10% Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon Venezuela

Good morning Mr. Chávez: we inform you that since the loading of the extra volume of Gasoil was authorized (up to a maximum of 264,000 bbls) on board the ship TEAM ANIARA, we shall be sending you today a proforma invoice to cancel the additional amount that was generated by the increase in the volume to load.

In any case we are still awaiting the prepayment confirmation.

Regards,
Mayela Lozada
Product Contracts Manager

---Forwarded by MARIA MAYELA LOZADA/LOZADAMM/PDV/PDVSA dated 10/27/2006 11.01 AM---

To:
Cc:
Subject: Re: Status of MT " TEAM ANIARA " To Load 240,000 +/-10% Bbls of       GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela

Good morning,

The loading of up to 10% over the original nomination, as provided in the contract, is authorized.

Erwin, please follow up and inform. Thanks.

Kind regards,

# EXHIBIT 19



**"Ing. Cesar Chavez"**
<cesarchavez@intrakam.com.mx>
27/10/2006 11:36 a.m.

Para ·MARIA MAYELA LOZADA <lozadamm@pdvsa.com>

cc ·MARIA SILVA <silvamgj@pdvsa.com>, ·ERWIN BURGER <burgere@pdvsa.com>, ·MARIA MONTANA <montanami@pdvsa.com>, HUMBERTO FERRIN <ferrinh@pdvsa.com>

cco

Asunto Re: VESSEL " TEAM ANIARA " / To Load 240,000 +/-10% Bbls of      GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela

on [DATE], [NAME] at [ADDRESS] wrote:

```
>
>
> Buenos días Sr Chavez: le informamos que en virtud de que le fue autorizada
> la carga del volumen adicional de Gasoil (hasta un máximo de 264.000 bbls)
> a bordo del buque TEAM ANIARA, se le estará enviando hoy mismo una Factura
> proforma para que cancele el monto adicional que se generó por el
> incremento del volumen a cargar.
>
> De igual forma estamos aun a la espera de la confirmación de prepago.
>
> Saludos,
> Mayela Lozada
> Administrador de Contratos de Productos
> Comercio y Suministro
> Telf: 212-7083148
> Fax:: 212-7083570
> ----- Remitido por MARIA MAYELA LOZADA/LOZADAMM/PDV/PDVSA con fecha
> 10/27/2006 11:01 AM -----
>
>               VICTOR
>               DELASCIO/DELASCIO
>               V/MM/PDVSA                                       Para
>                               "Ing. Cesar Chavez"
>               10/27/2006 10:56  <cesarchavez@intrakam.com.mx>
>               AM                                              cc
>                               JESUS ANZOLA <anzolajs@pdvsa.com>,
>                               ERWIN BURGER <burgere@pdvsa.com>,
>                               VICTOR DELASCIO
>                               <delasciov@pdvsa.com>, YAMARY
>                               GONZALEZ <gonzalezyd@pdvsa.com>,
>                               OSCAR LABRADOR
>                               <labradorol@pdvsa.com>, MARIA
>                               MAYELA LOZADA <lozadamm@pdvsa.com>,
>                               FRANCISCO QUEVEDO
>                               <quevedofk@pdvsa.com>, JOSE SEBA
>                               <sebaj@pdvsa.com>, GILMER
>                               GONZALEZ/GONZALEZGGX/PDV/PDVSA@PDV,
>                               RAMON ARIAS/ARIASRY/PDV/PDVSA@PDV,
>                               ERWIN AMAYA/AMAYAEU/MM/PDVSA@PDV
>                                                              Asunto
>                               Re: Status of MT " TEAM ANIARA " /
>                               To Load 240,000 +/-10% Bbls of
>                               GASOIL 0.2 PCT SULPHUR/45 CETANE at
>                               Punta Cardon, Venezuela(Document
>                               link: MARIA MAYELA LOZADA)
>
>
```

```
>
>
>
>
>
>
>
>
> Buenos días.
>
> Se autoriza la carga adicional hasta el 10% sobre la nominación original,
> como está establecido en el contrato.
>
> Erwin, favor hacer seguimiento e informar. Gracias.
>
>
>
> Saludos cordiales,
>
> Victor Delascio
> Gte. Operaciones Productos.
> Ext. 23172
> Cel. 0412-620-4206.
>
>
>
> "Ing. Cesar Chavez"
> <cesarchavez@intrakam.com.mx>
>                                                                    Para
>                                      ERWIN BURGER
> 27/10/2006 10:03 a.m.                 <burgere@pdvsa.com>
>                                                                    cc
>                                      JOSE SEBA <sebaj@pdvsa.com>,
>                                      OSCAR LABRADOR
>                                      <labradorol@pdvsa.com>, MARIA
>                                      MAYELA LOZADA
>                                      <lozadamm@pdvsa.com>, YAMARY
>                                      GONZALEZ
>                                      <gonzalezyd@pdvsa.com>, JESUS
>                                      ANZOLA <anzolajs@pdvsa.com>,
>                                      FRANCISCO QUEVEDO
>                                      <quevedofk@pdvsa.com>, VICTOR
>                                      DELASCIO <delasciov@pdvsa.com>
>                                                                    Asunto
>                                      Re: Status of MT " TEAM ANIARA
>                                      " / To Load 240,000 +/-10% Bbls
>                                      of        GASOIL 0.2 PCT
>                                      SULPHUR/45 CETANE at Punta
>                                      Cardon, Venezuela
>
>
>
>
>
>
>
>
>
>
>
> on [DATE], [NAME] at [ADDRESS] wrote:
```

> 
> 
> Atn: Ing. César Chávez
> 
> 
> Buenos días
> 
> La presente tiene por finalidad solicitar por vía escrita su confirmarción
> en la necesidad de incrementar el volumen de 240,000 bls +10% a ser
> embarcado en el buque TEAM ANIARA.  Esta confirmación  es requerida con
> carácter de URGENCIA a fin de proceder acordemente en nuestros procesos
> internos para el otorgamiento del producto, elaboración de documentos y
> liberación del buque. Todo tiempo extra que pudiese generarse por este
> motivo sera por cuenta de INTRAKAM.
> 
> Por otra parte, seguimos a la espera de su confirmación de pago (swift
> number) a nuestra Gerencia de Finanzas internacionales.  Es muy importante
> recordar que todo el tiempo de espera por este concepto en su totalidad es
> por cuenta de INTRAKAM S.A.; por tal razón, orientados a minimizar
> cualquier retraso o costo adicional para ustedes, les sugerimos presentar
> la confirmación de pago a la brevedad posible.
> 
> Al leer esta nota, mucho le agradecería establecer contacto con mi persona.
> 
> Saludos
> 
> 
> Erwin Burger
> Clean Product Operations
> PDVSA
> Pho:  +58 212 7083119
> Mob: +58 412 2224663
> 
> 
> 
> ----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 27/10/2006
> 09:04 a.m. -----
> ERWIN BURGER/BURGERE/PDV/PDVSA 26/10/2006 08:27 a.m.
> 
>                                                                    Para
> 
> CESARCHAVEZ@INTRAKAM.COM.MX
> 
>                                                                    cc
> 
> JOSE SEBA/SEBAJ/PDV/PDVSA@PDV, OSCAR LABRADOR/LABRADOROL/PDV/PDVSA@PDV,
> MARIA MAYELA LOZADA/LOZADAMM/PDV/PDVSA@PDV, YAMARY
> GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV,
> FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, VICTOR
> DELASCIO/DELASCIOV/MM/PDVSA@PDV
> 
>                                                                    Asunto
> 
> Rm: Status of MT " TEAM ANIARA " / To Load 240,000 Bbls of GASOIL 0.2 PCT
> SULPHUR/45 CETANE at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06
> 
> 
> 
> Atn: Ing, César Chávez,
> 
> Con los buenos días,

```
>
> Anexo encontrará el reporte de calidades por parte de SGS, el cual le fue
> transmitido el día de ayer por la noche. Esperamos que esta información se
> complete la información requerida para proceder al pago del producto.
>
> En caso de duda o requerir información adicional por favor contacteme,
>
> Saludos
>
> Erwin Burger
> Clean Product Operations
> PDVSA
> Pho:  +58 212 7083119
> Mob: +58 412 2224663
>
>
>
>
>
> ----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 26/10/2006
> 08:21 a.m. -----
> "Marquez, Carlos (Punto Fijo)" <Carlos.Marquez@sgs.com> 25/10/2006 10:50
> p.m.
>
>                                                              Para
>
> BURGERE@PDVSA.COM, CESARCHAVEZ@INTRAKAM.COM.MX
>
>                                                                cc
>
> "Rojas, Wilton (Caracas)" <Wilton.Rojas@sgs.com>, "Prieto, Harold
> (Caracas)" <Harold.Prieto@sgs.com>, "Otamendi, Maria (Caracas)"
> <Maria.Otamendi@sgs.com>, "Garcia, Mariluisa (Punto Fijo)"
> <Mariluisa.Garcia@sgs.com>, "PTF, veoperaciones (Punto Fijo)"
> <veoperaciones.PTF@sgs.com>, "Guarecuco, Jose (Punto Fijo)"
> <Jose.Guarecuco@sgs.com>
>
>                                                             Asunto
>
> Status of MT " TEAM ANIARA " / To Load 240,000 Bbls of GASOIL 0.2 PCT
> SULPHUR/45 CETANE at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06
>
>
>
>
> Good Evening.
>
> Please, find attached shore tanks E2-01 and E2-02 Quality Report of above
> mentioned vessel.
>
> As per Loading Master information, the Terminal will be requesting pilot
> for your good vessel TEAM ANIARA about, October 25/2030 hrs, therefore, the
> estimate time to Commenced Load  will be 26/0100 hrs lt.
>
> We will revert with current times and key meeting report soonest.
>
>
> Best Regards,
>
> Carlos Marquez
>
```

```
> SGS Oil, Gas and Chemical Services
> Phone office: 58 69 245 01 02 / 245 45 12
> Mobile: 58 14 6338276
>
>
>
>
> Information in this email and any attachments is confidential and
> intended solely for the use of the individual(s) to whom it is addressed
> or otherwise directed. Please note that any views or opinions presented
> in this email are solely those of the author and do not necessarily
> represent those of the Company.
> Finally, the recipient should check this email and any attachments for
> the presence of viruses. The Company accepts no liability for any damage
> caused by any virus transmitted by this email.
> All SGS services are rendered in accordance with the applicable SGS
> conditions of service available on request and accessible at
> http://www.sgs.com/terms_and_conditions.htm
> ***************  PDVSA'S INTERNET E-MAIL USE  ***************
> This message may contain information solely  of the interest of PDVSA or
> its businesses. Copying,  distribution,  disclosure  or any  use of the
> information  contained  in this  transmission  is  permitted  only  to
> authorized  parties. If you have  received this e-mail by  error, please
> destroy it and notify webmaster@pdvsa.com or the sender by reply email.
>
> ******  USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET  ******
> Esta nota puede contener informacion de interes solo  para  PDVSA o  sus
> negocios. Solo esta  permitida su  copia, distribucion  o uso a personas
> autorizadas. Si recibio esta  nota  por  error,  por  favor destruyala y
> notifique al remitente o a webmaster@pdvsa.com.
>
>
>
> Estimados Señores,
>
> Debido una demanda mayor de nuestros requerimientos, por esta vía les
> solicitamos un mayor volumen  de carga  240,000 bls + 10% a ser embarcado
> en el buque TEAM ANIARA.
>
> Asimismo les comento que estamos cerrando la operaci¹on de pago (swift
> number), en cuanto este realizada les notificaré por esta misma vía.
>
> En espera de ser atendida mi solicitud quedo atento a sus comentarios.
>
> César Chávez
> INTRAKAM SA de CV
>
>
>
> ***************  PDVSA'S INTERNET E-MAIL USE  ***************
> This message may contain information solely  of the interest of PDVSA or
> its businesses. Copying,  distribution,  disclosure  or any  use  of the
> information  contained  in this  transmission  is  permitted  only  to
> authorized  parties. If you have  received this e-mail by  error, please
> destroy it and notify webmaster@pdvsa.com or the sender by reply email.
>
> ******  USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET  ******
> Esta nota puede contener informacion de interes solo  para  PDVSA o  sus
> negocios. Solo esta  permitida su  copia, distribucion  o uso a personas
> autorizadas. Si recibio esta  nota  por  error,  por  favor destruyala y
> notifique al remitente o a webmaster@pdvsa.com.
```

Buenos Días Mayela,

Muy bien, gracias por notificarme.

El pago esta en proceso, más tarde le notifico la transferencia.

Saludos

César Chávez
INTRAKAM SA de CV

# English Translation

# EXHIBIT 19

To:
Cc:
Cco:
Subject: VESSEL "TEAM ANIARA" / To Load 240,000 +/-10% Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon Venezuela

on [DATE], [NAME] at [ADDRESS] wrote:

> Good morning Mr. Chávez: we inform you that since the loading of the extra volume of Gasoil was authorized (up to a maximum of 264,000 bbls) on board the ship TEAM ANIARA, we shall be sending you today a proforma invoice to cancel the additional amount that was generated by the increase in the volume to load.

> In any case we are still awaiting the prepayment confirmation.

> Regards,
> Mayela Lozada
> Product Contracts Manager

---Forwarded by MARIA MAYELA LOZADA/LOZADAMM/PDV/PDVSA dated 10/27/2006 11.01 AM---

To:
Cc:
Subject: Re: Status of MT " TEAM ANIARA " To Load 240,000 +/-10% Bbls of    GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela

Good morning,

The loading of up to 10% over the original nomination, as provided in the contract, is authorized.

Erwin, please follow up and inform. Thanks.

Kind regards,


To: Erwin Burger
Cc:
Subject: Re: Status of MT " TEAM ANIARA " To Load 240,000 +/-10% Bbls of    GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela

on [DATE], [NAME] at [ADDRESS] wrote:

Attn: Ing. César Chávez

Good morning

The object of this e-mail is to request in writing your confirmation in the necessity to increase the volume of 240,000 bls +10% to be loaded in the TEAM ANIARA ship. This confirmation is required as URGENT in order to proceed in accordance with it in our internal processes for the delivery of the product, elaboration of the documentation and release of the ship. Any extra time that could be generated due to this reason will be on INTRAKAM's account.

On the other hand, we still await for your payment confirmation (swift number) to our International Finances Management. It is very important to remind that any waiting time die to this reason is in its entirety on INTRAKAM's account.; therefore, in order to minimize any delay or cost to you, we suggest you to produce the payment confirmation at the soonest.

Once you've read these note, I would greatly appreciate if you could get in touch with me.

Regards,

Erwin Burger
Clean Products Operations


---Forwarded by ERWIN BURGER/BURGERE/PDV/PDVSA dated 10/27/2006 08:27 a.m.---


To:
Cc:
Subject: Re: Status of MT " TEAM ANIARA " To Load 240,000 Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela / SGS Ref.: OGC-PF 251606-06

Attn: Ing, César Chávez

Good morning,

Attached you will find the qualities report by SGS, which was transmitted yesterday night. We hope that this information completes the information required to proceed to the payment of the product.

In case of any doubt or if you require additional information please contact me,

Regards,

Erwin Burger
Clean Products Operations

[After an e-mail in English and a PDVSA e-mail disclaimer:]

Dear Sirs.,

Due to a greater demand of our requirements, we hereby request a greater load volume 240,000 bls +10% to be loaded in the TEAM ANIARA ship.

I also inform you that we are closing the payment operation (swift number), as long as it will be done I will give you notice by this same means.

Awaiting for my request to be attended I am available for any of your comments.

César Chávez
INTRAKAM, S.A. de C.V.

[After a PDVSA e-mail disclaimer:]

Good morning Mayela,

Very well, thank you telling me.

The payment is in process, I will give you notice of the transfer later.

Regards

César Chávez
INTRAKAM, S.A. de C.V.

# EXHIBIT 20



p LaserJet *3030*

FAX MARIA MONTANA
582127084789
Oct-30-2006    09:45

---

## Informe llamadas fax

| Trab. | Fecha | Hora | Tipo | Identificación | Duración | Páginas | Resultado |
|-------|-------|------|------|----------------|----------|---------|-----------|
| 263 | 10/30/2006 | 09:44:57 | Enviar | 0200528444390789 | 0:54 | 1 | Correcto |

---

PDVSA PETROLEO, S.A.
CARACAS, DF VENEZUELA

PROFORMA INVOICE

TO:  INTRAKAM S.A. DE C.V.
ATTN: ADRIAN TREVIÑO
CALLE VALLE DE SALTILLO Nº 466,
FRACC. INDUSTRIAL VALLE DE SAL -, TILLO, COAHUILA, MEXICO CP 25240
COAHUILA, MEXICO

FAX:  0052(844)439 0788

OUR CONTRACT NO:  SA130239

INVOICE NO:    381700-0
PAGE NO:    1
INVOICE SENT DATE:    10-30-06

PAYMENT INSTRUCTIONS:
PLEASE REFERENCE INVOICE
JPMORGAN CHASE NEW YORK
270 PARK AVENUE
NEW YORK
NEW YORK, NY 10172, USA
BANK ACCOUNT NO:
BANK ASSOC NO:

NO. RIF:    J-001230728

CONTACT:    MAYELA LOZADA
PHONE NO:    0212 7083148

DUE DATE:    10-30-06
PAYMENT TYPE:    WIRE
PAYMENT TERMS:    PREPAY IMMEDIATELY

MOVEMENT: DELIVERY OF GASOIL 0.2 PCT SULPHUR/45 CETANE ON 10/22/2006  FOB ORIGIN
ORIG LOCATION:  PUNTA CARDON, PORT, VENEZUELA (DF)
DEST LOCATION: SINGAPORE,PORT
EXPORTER OF RECORD: PDVSA PETROLEO, S.A.
SHIPPING:  BY VESSEL  (TEAM ANIARA)
CURRENCY USED: US DOLLAR

| LINE | DESCRIPTION | QTY | UOM | N/G | RATE | AMOUNT |
|------|-------------|-----|-----|-----|------|--------|
| 0-1 | GASOIL 0.2 PCT SULPHUR/45 CETANE | 264,000 | BBL | N | 65.1557 | 17,201,368.80 |
| | | | | | | 17,201,368.80 |

INVOICE TOTAL    17,201,368.80

INVOICE COMMENTS:    Payment of the invoice shall be made in U.S. dollars (without  discount, allowance,
retention or deduction, including banking fees or wire transfers from commercial banks) to
the bank and account No. indicated above in same-day-available funds opening business
at the City of New York making reference to the invoice number on your remittance.

# EXHIBIT 21



**"Ing. Cesar Chavez"**
**<cesarchavez@intrakam .com.mx>**
27/10/2006 01:24 p.m.

Para MARIA MAYELA LOZADA <lozadamm@pdvsa.com>

cc  MARIA SILVA <silvamgj@pdvsa.com>, ERWIN BURGER <burgere@pdvsa.com>, MARIA MONTANA <montanami@pdvsa.com>, HUMBERTO FERRIN

cco

Asunto Re: VESSEL " TEAM ANIARA " / To Load 240,000 +/-10% Bbls of        GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela

on [DATE], [NAME] at [ADDRESS] wrote:

```
>
>
> Buenos días Sr Chavez: le informamos que en virtud de que le fue autorizada
> la carga del volumen adicional de Gasoil (hasta un máximo de 264.000 bbls)
> a bordo del buque TEAM ANIARA, se le estará enviando hoy mismo una Factura
> proforma para que cancele el monto adicional que se generó por el
> incremento del volumen a cargar.
>
> De igual forma estamos aun a la espera de la confirmación de prepago.
>
> Saludos,
> Mayela Lozada
> Administrador de Contratos de Productos
> Comercio y Suministro
> Telf: 212-7083148
> Fax:: 212-7083570
> ----- Remitido por MARIA MAYELA LOZADA/LOZADAMM/PDV/PDVSA con fecha
> 10/27/2006 11:01 AM -----
>
>
>               VICTOR
>               DELASCIO/DELASCIO
>               V/MM/PDVSA                                      Para
>                                       "Ing. Cesar Chavez"
>               10/27/2006 10:56        <cesarchavez@intrakam.com.mx>
>               AM                                              cc
>                                       JESUS ANZOLA <anzolajs@pdvsa.com>,
>                                       ERWIN BURGER <burgere@pdvsa.com>,
>                                       VICTOR DELASCIO
>                                       <delasciov@pdvsa.com>, YAMARY
>                                       GONZALEZ <gonzalezyd@pdvsa.com>,
>                                       OSCAR LABRADOR
>                                       <labradorol@pdvsa.com>, MARIA
>                                       MAYELA LOZADA <lozadamm@pdvsa.com>,
>                                       FRANCISCO QUEVEDO
>                                       <quevedofk@pdvsa.com>, JOSE SEBA
>                                       <sebaj@pdvsa.com>, GILMER
>                                       GONZALEZ/GONZALEZGGX/PDV/PDVSA@PDV,
>                                       RAMON ARIAS/ARIASRY/PDV/PDVSA@PDV,
>                                       ERWIN AMAYA/AMAYAEU/MM/PDVSA@PDV
>                                                              Asunto
>                                       Re: Status of MT " TEAM ANIARA " /
>                                       To Load 240,000 +/-10% Bbls of
>                                       GASOIL 0.2 PCT SULPHUR/45 CETANE at
>                                       Punta Cardon, Venezuela(Document
>                                       link: MARIA MAYELA LOZADA)
>
>
```

```
>
>
>
>
>
>
>
>
> Buenos días.
>
> Se autoriza la carga adicional hasta el 10% sobre la nominación original,
> como está establecido en el contrato.
>
> Erwin, favor hacer seguimiento e informar. Gracias.
>
>
>
> Saludos cordiales,
>
> Victor Delascio
> Gte. Operaciones Productos.
> Ext. 23172
> Cel. 0412-620-4206.
>
>
>
> "Ing. Cesar Chavez"
> <cesarchavez@intrakam.com.mx>                                    Para
>                                          ERWIN BURGER
>                                           <burgere@pdvsa.com>
> 27/10/2006 10:03 a.m.                                            cc
>                                          JOSE SEBA <sebaj@pdvsa.com>,
>                                          OSCAR LABRADOR
>                                          <labradorol@pdvsa.com>, MARIA
>                                          MAYELA LOZADA
>                                          <lozadamm@pdvsa.com>, YAMARY
>                                          GONZALEZ
>                                          <gonzalezyd@pdvsa.com>, JESUS
>                                          ANZOLA <anzolajs@pdvsa.com>,
>                                          FRANCISCO QUEVEDO
>                                          <quevedofk@pdvsa.com>, VICTOR
>                                          DELASCIO <delasciov@pdvsa.com>
>                                                               Asunto
>                                          Re: Status of MT " TEAM ANIARA
>                                          " / To Load 240,000 +/-10% Bbls
>                                          of         GASOIL 0.2 PCT
>                                          SULPHUR/45 CETANE at Punta
>                                          Cardon, Venezuela
>
>
>
>
>
>
>
>
>
>
>
>
>
> on [DATE], [NAME] at [ADDRESS] wrote:
```

> 
> 
> Atn: Ing. César Chávez
> 
> 
> Buenos días
> 
> La presente tiene por finalidad solicitar por vía escrita su confirmarción
> en la necesidad de incrementar el volumen de 240,000 bls +10% a ser
> embarcado en el buque TEAM ANIARA.  Esta confirmación  es requerida con
> carácter de URGENCIA a fin de proceder acordemente en nuestros procesos
> internos para el otorgamiento del producto, elaboración de documentos y
> liberación del buque. Todo tiempo extra que pudiese generarse por este
> motivo sera por cuenta de INTRAKAM.
> 
> Por otra parte, seguimos a la espera de su confirmación de pago (swift
> number) a nuestra Gerencia de Finanzas internacionales.  Es muy importante
> recordar que todo el tiempo de espera por este concepto en su totalidad es
> por cuenta de INTRAKAM S.A.; por tal razón, orientados a minimizar
> cualquier retraso o costo adicional para ustedes, les sugerimos presentar
> la confirmación de pago a la brevedad posible.
> 
> Al leer esta nota, mucho le agradecería establecer contacto con mi persona.
> 
> Saludos
> 
> 
> Erwin Burger
> Clean Product Operations
> PDVSA
> Pho:  +58 212 7083119
> Mob: +58 412 2224663
> 
> 
> 
> ----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 27/10/2006
> 09:04 a.m. -----
> ERWIN BURGER/BURGERE/PDV/PDVSA 26/10/2006 08:27 a.m.
> 
>                                                                    Para
> 
> CESARCHAVEZ@INTRAKAM.COM.MX
> 
>                                                                      cc
> 
> JOSE SEBA/SEBAJ/PDV/PDVSA@PDV, OSCAR LABRADOR/LABRADOROL/PDV/PDVSA@PDV,
> MARIA MAYELA LOZADA/LOZADAMM/PDV/PDVSA@PDV, YAMARY
> GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV,
> FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, VICTOR
> DELASCIO/DELASCIOV/MM/PDVSA@PDV
> 
>                                                                  Asunto
> 
> Rm: Status of MT " TEAM ANIARA " / To Load 240,000 Bbls of GASOIL 0.2 PCT
> SULPHUR/45 CETANE at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06
> 
> 
> 
> Atn: Ing, César Chávez,
> 
> Con los buenos días,

```
>
> Anexo encontrará el reporte de calidades por parte de SGS, el cual le fue
> transmitido el día de ayer por la noche. Esperamos que esta información se
> complete la información requerida para proceder al pago del producto.
>
> En caso de duda o requerir información adicional por favor contacteme,
>
> Saludos
>
> Erwin Burger
> Clean Product Operations
> PDVSA
> Pho:  +58 212 7083119
> Mob: +58 412 2224663
>
>
>
>
> ----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 26/10/2006
> 08:21 a.m. -----
> "Marquez, Carlos (Punto Fijo)" <Carlos.Marquez@sgs.com> 25/10/2006 10:50
> p.m.
>
>                                                                    Para
>
> BURGERE@PDVSA.COM, CESARCHAVEZ@INTRAKAM.COM.MX
>
>                                                                    cc
>
> "Rojas, Wilton (Caracas)" <Wilton.Rojas@sgs.com>, "Prieto, Harold
> (Caracas)" <Harold.Prieto@sgs.com>, "Otamendi, Maria (Caracas)"
> <Maria.Otamendi@sgs.com>, "Garcia, Mariluisa (Punto Fijo)"
> <Mariluisa.Garcia@sgs.com>, "PTF, veoperaciones (Punto Fijo)"
> <veoperaciones.PTF@sgs.com>, "Guarecuco, Jose (Punto Fijo)"
> <Jose.Guarecuco@sgs.com>
>
>                                                                    Asunto
>
> Status of MT " TEAM ANIARA " / To Load 240,000 Bbls of GASOIL 0.2 PCT
> SULPHUR/45 CETANE at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06
>
>
>
>
> Good Evening.
>
> Please, find attached shore tanks E2-01 and E2-02 Quality Report of above
> mentioned vessel.
>
> As per Loading Master information, the Terminal will be requesting pilot
> for your good vessel TEAM ANIARA about, October 25/2030 hrs, therefore, the
> estimate time to Commenced Load  will be 26/0100 hrs lt.
>
> We will revert with current times and key meeting report soonest.
>
>
> Best Regards,
>
> Carlos Marquez
>
```

> SGS Oil, Gas and Chemical Services
> Phone office: 58 69 245 01 02 / 245 45 12
> Mobile: 58 14 6338276
>
>
>
>
> Information in this email and any attachments is confidential and
> intended solely for the use of the individual(s) to whom it is addressed
> or otherwise directed. Please note that any views or opinions presented
> in this email are solely those of the author and do not necessarily
> represent those of the Company.
> Finally, the recipient should check this email and any attachments for
> the presence of viruses. The Company accepts no liability for any damage
> caused by any virus transmitted by this email.
> All SGS services are rendered in accordance with the applicable SGS
> conditions of service available on request and accessible at
> http://www.sgs.com/terms_and_conditions.htm
> ***************  PDVSA´S INTERNET E-MAIL USE  ***************
> This message may contain information solely  of the interest of PDVSA or
> its businesses. Copying,  distribution,  disclosure  or any  use  of the
> information   contained  in  this  transmission  is  permitted  only  to
> authorized  parties. If you have  received this e-mail by  error, please
> destroy it and notify webmaster@pdvsa.com or the sender by reply email.
>
> ******  USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET  ******
> Esta nota puede contener informacion de interes solo  para  PDVSA o  sus
> negocios. Solo esta  permitida su  copia, distribucion  o uso a personas
> autorizadas. Si recibio esta  nota  por  error,  por  favor destruyala y
> notifique al remitente o a webmaster@pdvsa.com.
>
>
>
> Estimados Señores,
>
> Debido una demanda mayor de nuestros requerimientos, por esta vía les
> solicitamos un mayor volumen  de carga  240,000 bls + 10% a ser embarcado
> en el buque TEAM ANIARA.
>
> Asimismo les comento que estamos cerrando la operaci¹on de pago (swift
> number), en cuanto este realizada les notificaré por esta misma vía.
>
> En espera de ser atendida mi solicitud quedo atento a sus comentarios.
>
> César Chávez
> INTRAKAM SA de CV
>
>
>
> ***************  PDVSA´S INTERNET E-MAIL USE  ***************
> This message may contain information solely  of the interest of PDVSA or
> its businesses. Copying,  distribution,  disclosure  or any  use  of the
> information   contained  in  this  transmission  is  permitted  only  to
> authorized  parties. If you have  received this e-mail by  error, please
> destroy it and notify webmaster@pdvsa.com or the sender by reply email.
>
> ******  USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET  ******
> Esta nota puede contener informacion de interes solo  para  PDVSA o  sus
> negocios. Solo esta  permitida su  copia, distribucion  o uso a personas
> autorizadas. Si recibio esta  nota  por  error,  por  favor destruyala y
> notifique al remitente o a webmaster@pdvsa.com.

Estimada Mayela,

Por medio de la presente le comunico, que el pago por ser efectivo se demoro en el banco por procesos burocraticos debido a las nuevas leyes contra el lavado de dinero, como es una cantidad grande, exigieron muchos documentos y se nos fueron dos dias presentando todos los documentos certificados tal y como ellos lo deseaban. Ya esta el dinero listo y solo esperabamos el swift cuando del departamento legal exigieron nuevos documentos a presentar. Acabamos de terminar ahora y nos prometieron que el Lunes sale directo a PDVSA.

Por tal motivo, queremos reiterarles, que nos haremos cargo de los gastos de demoras del barco Team Aniara y le hemos ofrecido un bono al Capitan para que este tranquilo.

Lamentablemente tendremos que resumir actividades el Lunes, que Dios mediante terminaremos con la operacion y el barco seguira su rumbo.

Por lo pronto aprendida la leccion y de ahora en adelante creditos documentarios son mucho mas faciles desde Europa.


Cordiales saludos,


César Chávez
INTRAKAM SA de CV

# English Translation

## EXHIBIT 21

To:
Cc:
Cco:
Subject: VESSEL "TEAM ANIARA" / To Load 240,000 +/-10% Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon Venezuela

on [DATE], [NAME] at [ADDRESS] wrote:


Good morning Mr. Chávez: we inform you that since the loading of the extra volume of Gasoil was authorized (up to a maximum of 264,000 bbls) on board the ship TEAM ANIARA, we shall be sending you today a proforma invoice to cancel the additional amount that was generated by the increase in the volume to load.

In any case we are still awaiting the prepayment confirmation.

Regards,
Mayela Lozada
Product Contracts Manager

---Forwarded by MARIA MAYELA LOZADA/LOZADAMM/PDV/PDVSA dated 10/27/2006 11.01 AM---

To:
Cc:
Subject: Re: Status of MT " TEAM ANIARA " To Load 240,000 +/-10% Bbls of      GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela

Good morning,

The loading of up to 10% over the original nomination, as provided in the contract, is authorized.

Erwin, please follow up and inform. Thanks.

Kind regards,

Victor Delascio
Products Operations Manager


Attn: Ing. César Chávez

Good morning

The object of this e-mail is to request in writing your confirmation in the necessity to increase the volume of 240,000 bls +10% to be loaded in the TEAM ANIARA ship. This confirmation is required as URGENT in order to proceed in accordance with it in our internal processes for the delivery of the product, elaboration of the documentation and release of the ship. Any extra time that could be generated due to this reason will be on INTRAKAM's account.

On the other hand, we still await for your payment confirmation (swift number) to our International Finances Management. It is very important to remind that any waiting time die to this reason is in its entirety on INTRAKAM's account.; therefore, in order to minimize any delay or cost to you, we suggest you to produce the payment confirmation at the soonest.

Once you've read these note, I would greatly appreciate if you could get in touch with me.

Regards,

Erwin Burger
Clean Products Operations


---Forwarded by ERWIN BURGER/BURGERE/PDV/PDVSA dated 10/27/2006 09:04 a.m.---


To:
Cc:
Subject: Re: Status of MT " TEAM ANIARA " To Load 240,000 Bbls of GASOIL 0.2 PCT SULPHUR/45 CETANE at Punta Cardon, Venezuela / SGS Ref.: OGC-PF 251606-06

Attn: Ing, César Chávez

Good morning,

Attached you will find the qualities report by SGS, which was transmitted yesterday night. We hope that this information completes the information required to proceed to the payment of the product.

In case of any doubt or if you require additional information please contact me,

Regards,

Erwin Burger
Clean Products Operations


[After an e-mail in English and a PDVSA e-mail disclaimer:]

Dear Sirs.,

Due to a greater demand of our requirements, we hereby request a greater load volume 240,000 bls +10% to be loaded in the TEAM ANIARA ship.

I also inform you that we are closing the payment operation (swift number), as long as it will be done I will give you notice by this same means.

Awaiting for my request to be attended I am available for any of your comments.

César Chávez
INTRAKAM, S.A. de C.V.

[After a PDVSA e-mail disclaimer:]

Dear Mayela,

I hereby inform you that the payment to be done was delayed in the bank due to bureaucratic processes due to the new anti-money laundering laws, since it is a big sum, they requested many documents and we lost two days submitting all the certified documents as they were requesting. The money is ready and we were only waiting for the swift when the legal department requested new documents to be submitted. We just finished and they promised us that it will be out directly to PDVSA on Monday.

For this reason, we want to reiterate to you that we will take care of the expenses for delays of the Team Aniara ship and we have offered the Captain a bonus for him to be calm.

Unfortunately we will have to resume activities on Monday, that God willing we will finish with the operation and the ship will continue with its course.

Meanwhile, lesson learned and from now on documentary credits are much easier from Europe.

Kind regards,

César Chávez
INTRAKAM, S.A. de C.V.

# EXHIBIT 22



| "Ing. Cesar Chavez" <cesarchavez@intrakam .com. mx> 30/10/2006 07:28 a.m. | Para | ERWIN BURGER <burgere@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, MARIA MAYELA LOZADA <lozadamm@pdvsa.com>, YAMARY GONZALEZ ADAM KAMARA <drkamara@intrakam.com.mx>, <wilfredoaro@intrakam.com.mx> |
|---|---|---|
| | cc | |
| | cco | |
| | Asunto | INCONSISTENCIAS |

Historial:          📇 Este mensaje ha sido respondido.

APRECIADO, ERWIN.

TENEMOS INCONSISTENCIAS EN LOS REPORTES DE PDVSA, Y, LOS DE SGS. EN CUANTO A
LOS BARRILES CARGADOS EN EL BARCO,Y, ADEMAS, LO ,MAS GRAVE, EN LA FORMULA DE
PRECIO, URGE ME ACLAREN, ANTES DE QUE ELABOREN EL BL, Y FACTUREN MAL.

POR LO DEMAS TE CONFIRMO, QUE HOY SE REALIZA PAGO A PDVSA Y RECIBEN SU
SWIFTS BANCARIO.

SALUDOS

CESAR CHÁVEZ
INTRAKAM SA DE CV

# English Translation

# EXHIBIT 22

History:        This message has been replied to.

Dear Erwin,

We have inconsistencies in the PDVSA and the SGS reports with respect to the loaded barrels in the ship and furthermore, the more serious, in the price formula, it is urgent that you clarity this to me before you elaborate the BL and invoice incorrectly.

As for the rest, I confirm you that payment to PDVSA will be done today and that you will receive your bank swift.

Regards,

César Chávez
INTRAKAM, S.A. de C.V.

# EXHIBIT 23

| | | |
|---|---|---|
| **ERWIN BURGER/BURGERE/PDV/PD VSA** | Para | "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx> |
| 30/10/2006 09:41 a.m. | cc | JESUS ANZOLA <anzolajs@pdvsa.com>, ERWIN BURGER <burgere@pdvsa.com>, ADAM KAMARA <drkamara@intrakam.com.mx>, YAMARY GONZALEZ |
| | cco | |
| | Asunto | Re: INCONSISTENCIAS |

Ing. César Chávez,

En atención a su nota y de acuerdo a lo conversado en el día hoy, le informo que tras consultar con el personal del Terminal, estos confirman que la cantidad que ellos tienen para la elaboración de documentos es de 263,123 Bbls.  No existe una diferencia de aporx. 6,000 bbls.  Sin embsargo, estoy a la espera de todos los reportes oficiales para determinar las diferencias.

En cuanto a la fórmula de precio, este punto ya fue remitido a nuestra compañera Mayela Lozada, quien con gusto atenderá esta situación y le informará a la brevedad.

Por otra parte, es importante resaltar que tomando en cuenta la diferencia de usos horarios, y estando los bancos Europeos abiertos con más de 6 horas mucho ayudaría para agilizar todo este proceso, que nos fuese facilitado el Swift number para el rastreo del pago.

Una vez más quedamos a la espera de su pronta respuesta.

Saludos

Erwin Burger
Clean Product Operations
PDVSA
Pho: +58 212 7083119
Mob: +58 412 2224663

"Ing. Cesar Chavez"
<cesarchavez@intrakam .com.mx>

| | | |
|---|---|---|
| 30/10/2006 07:28 a.m. | Para | ERWIN BURGER <burgere@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, MARIA MAYELA LOZADA <lozadamm@pdvsa.com>, YAMARY GONZALEZ <gonzalezyd@pdvsa.com>, JESUS ANZOLA <anzolajs@pdvsa.com>, FRANCISCO QUEVEDO <quevedofk@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com> |
| | cc | ADAM KAMARA <drkamara@intrakam.com.mx>, <wilfredoaro@intrakam.com.mx> |
| | Asunto | INCONSISTENCIAS |

APRECIADO, ERWIN.

TENEMOS INCONSISTENCIAS EN LOS REPORTES DE PDVSA, Y, LOS DE SGS. EN CUANTO A
LOS BARRILES CARGADOS EN EL BARCO,Y, ADEMAS, LO ,MAS GRAVE, EN LA FORMULA DE
PRECIO, URGE ME ACLAREN, ANTES DE QUE ELABOREN EL BL, Y FACTUREN MAL.

POR LO DEMAS TE CONFIRMO, QUE HOY SE REALIZA PAGO A PDVSA Y RECIBEN SU
SWIFTS BANCARIO.

SALUDOS

CESAR CHÁVEZ
INTRAKAM SA DE CV

# English Translation

## EXHIBIT 23

To:
Cc:
Cco:
Subject: Re: Inconsistencies

Ing. César Chávez,

In connection with your note and in accordance with what we said today, I inform you that after consulting with the Terminal personnel, they confirmed that the quantity that they have for the elaboration of documents is 263,123 Bbls. There isn't a difference of approximately 6,000 bbls. However, I am waiting for all the official reports to determine the differences.

As for the price formula, this point was already transmitted to our colleague Mayela Lozada who will be glad to take care of this situation and inform you as soon as possible.

On the other hand, it is important to note that taking into account the difference of time zones and since the European banks are open with more than 6 hours, it would help very useful to speed up this process if you could give us the Swift number to track the payment.

Again, we are waiting for your prompt response.

Regards,
Erwin Burger
Clean Products Operations


To:
Cc:
Subject: INCONSISTENCIES


Dear Erwin,

We have inconsistencies in the PDVSA and the SGS reports with respect to the loaded barrels in the ship and furthermore, the more serious, in the pricing formula, it is urgent that you clarity this to me before you elaborate the BL and invoice incorrectly.

As for the rest, I confirm you that payment to PDVSA will be done today and that you will receive your bank swift.

Regards,

César Chávez
INTRAKAM, S.A. de C.V.

# EXHIBIT 24



**"Ing. Cesar Chavez"**
**<cesarchavez@intrakam .com.**
**mx>**

30/10/2006 03:00 p.m.

Para   MARIA MAYELA LOZADA <lozadamm@pdvsa.com>

cc   ERWIN BURGER <burgere@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, GILMER GONZALEZ <gonzalezggx@pdvsa.com>, CARLOS VASQUEZ

cco

Asunto   Re: INCONSISTENCIAS EN FORMULA DE PRECIO

on [DATE], [NAME] at [ADDRESS] wrote:

>
> Sr. Chavez: buenos días, le informo que cuando es un PREPAGO se emite un
> Factura Proforma, la cual se le envió la semana pasada para que usted
> pudiera realizar el pago antes de la carga del buque. Al momento de aplicar
> el precio era basado en estimados,  no teniamos cifras finales para
> aplicarlas. Por eso los calculos que Usted nos envia no coinciden debido a
> que lo que establece el contrato es lo siguiente:
> 6. PROVISIONAL INVOICE:
> PROVISIONAL  INVOICE  SHALL  BE ISSUED BY PDVSA AT LEAST FIVE (5) WORKING
> DAYS  BEFORE  THE  FIRST  DAY  OF  THE  LOADING  WINDOW  ACCORDING TO THE
> FOLLOWING:
> VOLUME: 100% OF THE VOLUME NOMINATED
> PRICE:  THE  PRICE  FORMULA  DESCRIBED  ABOVE WILL BE USE FOR CALCULATION
> PURPOSES
> PRICING  PERIOD:  THE  DAY  BEFORE  THE  INVOICE IS ISSUED. THE SIXTH (6)
> WORKING DAY BEFORE THE FIRST DAY OF THE LOADING WINDOW.
> IF  THE  PRELIMINARY  PAYMENT  IS NOT RECEIVED AT LEAST THREE (3) WORKING
> DAYS  BEFORE  THE  FIRST  DAY  OF  THE  LOADING  WINDOW, ALL DEMURRAGE OR
> ADITTIONAL COST WILL BE AT BUYER´S ACCOUNT.
> 7. PAYMENT
> PREPAYMENT
> THE  PRODUCT  DELIVERY  HEREUNDER  MUST  BE  PREPAID BY BUYER, BASED ON A
> PROVISIONAL INVOICE, NAMED ON CLAUSE NUMBER 6, ISSUED BY PDVSA, THREE (3)
> WORKING  DAYS PRIOR TO THE FIRST DAY OF THE LOADING WINDOW, IN DOLLARS OF
> THE  UNITED  STATES  OF AMERICA WITHOUT DISCOUNT, ALLOWANCE, RETENTION OR
> DEDUCTION, INCLUDING BANKING FEES OR WIRE TRANSFER FROM COMMERCIAL BANKS,
> IN INMEDIATELY AVAILABLE FUNDS OPENING BUSINESS INTO SELLERS ACCOUNT IN A
> BANK  DESIGNATED  BY  SELLER.  WHENEVER A DUE DATE FOR PAYMENT FALLS ON A
> SATURDAY, SUNDAY OR A BANK HOLIDAY IN THE CITY OF NEW YORK, U.S.A., OR IN
> THE  CITY  WHERE  PAYMENT IS DUE TO BE MADE, PAYMENT SHALL BE MADE ON THE
> LAST PRECEDING WORKING DATE. A FINAL INVOICE SHALL BE ISSUED ACCORDING TO
> CLAUSE  5  OF THIS CONTRACT, BASED ON BILL OF LADING FIGURES. IN THE CASE
> OF A DIFFERENCE BETWEEN THE PRELIMINARY PAYMENT AND THE FINAL INVOICE DUE
> TO  BUYER  OR  SELLER,  THE  PAYMENT SHALL BE PAID WITHIN TEN (10) WORKING
> DAYS AFTER THE B/L DATE (B/L=0).
> NOTE: OPENING BUSINESS MEANS BEFORE 10 AM ON THE DUE DATE.
>
> Como puede ver la primera Factura Proforma se emitió el 19 de Octubre 2006
> a los fines de que Usted pudiera pagar el estimado, basados en el volumen
> contractual de 240.000 bbls.
>
> Por eso no puede tener las cifras iguales pues los cálculos que Usted me
> envió es utilizando las cifras de lo que ya ha cargado el buque al dia de
> hoy y el prepago hubo que enviarlo el 19 de Octubre.
>
> Tenemos que esperar tener el B/L definitivo firmado por el Capitan del
> buque para poder aplicar la fórmula definitiva y emitirle la FACTURA
> DEFINITIVA donde finalmente quedará definido el monto final de la fatura y
> seguir los procedimientos del contrato.

```
>
> Saludos,
> Mayela Lozada
> Administrador de Contratos de Productos
> Comercio y Suministro
> Telf: 212-7083148
> Fax:: 212-7083570
>
>
>
>
>               "Ing. Cesar
>
>               Chavez"
>
>               <cesarchavez@intr                             Para
>
>               akam.com.mx>           MARIA MAYELA LOZADA
>
>                                      <lozadamm@pdvsa.com>
>
>               10/30/2006 10:27                             cc
>
>               AM
>
>                                                          Asunto
>
>                                      Re: INCONSISTENCIAS EN FORMULA DE
>
>                                      PRECIO
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
> on [DATE], [NAME] at [ADDRESS] wrote:
>
>>
>>
>> Buenos días Sr Chavez: por favor le agradezco nos aclare cual es la
>> inconsistencia que Usted ve con la Fórmula de Precio para poder revisar
> si
>> hubiese algún problema. Pero le adelanto que la Fórmula Contractual  es
> FOB
>> CARDON: SINGAPORE GASOIL/N°2 PLATT´S MINUS 37.00 US$/TM y esa es la que
>> está cargada en nuestro sistema para calcular la factura del prepago.
>>
>> Estamos a la espera del mismo.
>>
>> Saludos,
```

```
>> Mayela Lozada
>> Administrador de Contratos de Productos
>> Comercio y Suministro
>> Telf: 212-7083148
>> Fax:: 212-7083570
>>
>>
>>
>>
>>          "Ing. Cesar
>>
>>          Chavez"                                                    Para
>>
>>          <cesarchavez@intr                                          Para
>>
>>          akam.com.mx>        ERWIN BURGER <burgere@pdvsa.com>,
>>
>>                              JOSE SEBA <sebaj@pdvsa.com>, MARIA
>>
>>          10/30/2006 07:28    MAYELA LOZADA <lozadamm@pdvsa.com>,
>>
>>          AM                  YAMARY GONZALEZ
>>
>>                              <gonzalezyd@pdvsa.com>, JESUS
>>
>>                              ANZOLA <anzolajs@pdvsa.com>,
>>
>>                              FRANCISCO QUEVEDO
>>
>>                              <quevedofk@pdvsa.com>, CARLOS
>>
>>                              VASQUEZ <vasquezcl@pdvsa.com>
>>
>>                                                                      cc
>>
>>                              ADAM KAMARA
>>
>>                              <drkamara@intrakam.com.mx>,
>>
>>                              <wilfredoaro@intrakam.com.mx>
>>
>>                                                                  Asunto
>>
>>                              INCONSISTENCIAS
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>> APRECIADO, ERWIN.
```

>>
>> TENEMOS INCONSISTENCIAS EN LOS REPORTES DE PDVSA, Y, LOS DE SGS. EN
> CUANTO
>> A
>> LOS BARRILES CARGADOS EN EL BARCO,Y, ADEMAS, LO ,MAS GRAVE, EN LA FORMULA
>> DE
>> PRECIO, URGE ME ACLAREN, ANTES DE QUE ELABOREN EL BL, Y FACTUREN MAL.
>>
>> POR LO DEMAS TE CONFIRMO, QUE HOY SE REALIZA PAGO A PDVSA Y RECIBEN SU
>> SWIFTS BANCARIO.
>>
>> SALUDOS
>>
>> CESAR CHÁVEZ
>> INTRAKAM SA DE CV
>>
>>
>>
>>
>> *************** PDVSA´S INTERNET E-MAIL USE ***************
>> This message may contain information solely of the interest of PDVSA or
>> its businesses. Copying, distribution, disclosure or any use of the
>> information contained in this transmission is permitted only to
>> authorized parties. If you have received this e-mail by error, please
>> destroy it and notify webmaster@pdvsa.com or the sender by reply email.
>>
>> ****** USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET ******
>> Esta nota puede contener informacion de interes solo para PDVSA o sus
>> negocios. Solo esta permitida su copia, distribucion o uso a personas
>> autorizadas. Si recibio esta nota por error, por favor destruyala y
>> notifique al remitente o a webmaster@pdvsa.com.
>
> Buenos días María,
>
> Con relación a las observaciones que hemos detectado, (que podemos estar
> equivocados) le presento la siguiente información.
>
> El convenio que acordamos fue aplicar la fórmula de precios siguiente:
>
> Gasoil 2 menos US$/TM 37,00 Singapore. Pero la Proforma (invoice) No. 015
> que recibimos de INTRAKAM menciona un precio predeterminado de 66,40
> US$/TM,
> el cual discrepa del obtenido por la aplicación de la fórmula antes
> mencionada y acordada, como veremos a continuación:
>
>
>
> Tomemos como base el volumen del informe de SGS: 263.295 Bbls. y su
> equivalente de 35.708.068 TM, en el mismo informe. Esto indica que SGS
> definió una densidad a partir de la cual se establece que cada Tonelada
> Métrica equivale a 7,37 Barriles. (Si 263.295 Bbls. equivalen a 35.708.068
> TM; 1 TM = 7,37 Bbls.) Multiplicando 7,37 Bbls. x 66,40 US$/Bbl = 489,37
> US$/TM.
>
>
> A.- En este caso, el monto total de la operación en base al total de
> barriles por SGS sería:
>
> 263.295 Bbls x 66,40 US$/Bbl = US$ 17.482.788,00.
>

> 
> B.- Aplicando la fórmula de precio acordada, de Singapore Gasoil 2 - 37.00
> US$/TM, hacemos un promedio del valor de los últimos tres días (70,51 +
> 69,39 + 71,00 = 210,90 / 3 = 70,30) y lo multiplicamos por la equivalencia
> indicada por SGS de 1 TM = 7,37 Bbls. (70,30 x 7,37 = 518,11 US$/TM) menos
> el descuento de 37,00 US$/TM (581,11 - 37,00) = 481,11 US$/TM.
> 
> En consecuencia, la diferencia entre A y B es de 489,37 - 481,11 = 8,26
> US$/TM. Y el costo del barril es (US$/TM 481,11 / 7,37 Bbls/TM = 65,2795
> US$/Bbl).
> 
> 
> 
> En este caso, el total es: 35.708,068 TM x 481,11 US$/TM = US$
> 17.179.508,00.
> 
> 
> 
> La diferencia es de 17.482.788,00 -17.179.508,00 = US$ 303.280,00.
> 
> 
> 
> NOTA: Calculando el monto de la discrepancia de 6.284 Bbls x 65,2795
> US$/Bbl
> = US$ 410.216,37 que sumados a la anterior, son: 303.280,00 + 410.216,37 =
> US$ 713.496,37.
> 
> Por lo anterior, es muy importante para nosotros aclarar esta situación
> antes de que ustedes elaboren el conocimiento de embarque (B/L) y que
> pudiera traernos un descalabro.
> 
> Sinembargo me tranquiliza la respuesta de Erwin Burger, ya que al hablar
> con
> el día de hoy me comento que las diferecias que pudieran surgir se pueden
> aclarar sin problema que lo más importante es el pago en este momento.. A lo
> cual estamos abocados en este momento y hoy sin falta debe quedar cerrada
> la
> operación.
> 
> Saludos
> 
> 
> 
> César Chávez
> INTRAKAM SA de CV
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> *************** PDVSA´S INTERNET E-MAIL USE ***************
> This message may contain information solely of the interest of PDVSA or

> its businesses. Copying,  distribution,  disclosure  or any  use  of the
> information   contained  in  this  transmission  is  permitted  only  to
> authorized  parties. If you have  received this e-mail by  error, please
> destroy it and notify webmaster@pdvsa.com or the sender by reply email.
>
> ******  USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET  ******
> Esta nota puede contener informacion de interes solo  para  PDVSA o  sus
> negocios. Solo esta  permitida su  copia, distribucion  o uso a personas
> autorizadas. Si recibio esta  nota  por  error,  por  favor destruyala y
> notifique al remitente o a webmaster@pdvsa.com.

Estimada Maria,

Se dio la orden de enviar 17.139,840 US$ al banco de PDVSA, cualquier
discrepancia se puede organizar despues de emitidos los BL y SGS finales.

El barco debe zarpar mañana en cuanto PDVSA reciba en su cuenta la
confirmacion,

Cordiales saludos,

César Chávez
INTAKAM SA de CV

# English Translation

## EXHIBIT 24

To:
Cc:
Cco:
Subject: Re: INCONSISTENCIES IN THE PRICING FORMULA
on [DATE], [NAME] at [ADDRESS] wrote:

Mr Chávez: good morning, I inform you that when it is a PREPAYMENT a Proforma Invoice is
issued, which was sent last week for you to be able to make the payment before the loading of
the ship. At the moment of applying the price it was based on estimates, we didn't have the final
amounts to apply. That's why the calculations that you send us do not coincide since what the
contract provides is the following

[Contractual language in English]

As you can see, the first Proforma Invoice was issued on October 19, 2006 in order for you to be
able to pay the estimate, based on the contractual volume of 240,000 bbls.

This is why that can't have the same numbers since the calculations that you sent me use the
numbers from what was already loaded into the ship as of today and prepayment had to be sent
on October 19.

We have to wait to have the definitive B/L signed by the Captain of the ship to be able to apply
the definitive formula and issue the DEFINITIVE INVOICE where finally the final amount of
the invoice will be defined and follow the procedures of the contract.

Regards,
Mayela Lozada
Products Contracts Manager

To:
Cc:
Subject: Re: INCONSISTENCIES IN THE PRICING FORMULA

on [DATE], [NAME] at [ADDRESS] wrote:

Good morning Mr. Chávez: I will be thankful if you could clarify to us what is the inconsistency
that you see with the Pricing Formula to be able to review if there were to be a problem.
However I tell you in advance that the Contract Formula is FOB CARDON: SINGAPORE
GASOIL/N°2 PLATT'S MINUS 37.00 US$/TM and that is the one that is loaded into our
system to calculate the prepayment invoice.

We are waiting it.

Regards,

-39-

Mayela Lozada
Products Contracts Manager

To:
Cc:
Subject: INCONSISTENCIES

Dear Erwin,

We have inconsistencies in the PDVSA and the SGS reports with respect to the loaded barrels in the ship and furthermore, the more serious, in the pricing formula, it is urgent that you clarity this to me before you elaborate the BL and invoice incorrectly.

As for the rest, I confirm you that payment to PDVSA will be done today and that you will receive your bank swift.

Regards,

César Chávez
INTRAKAM, S.A. de C.V.

[After a PDVSA e-mail disclaimer:]

Good morning Maria,

In connection with the observations that we have detected (we may be wrong) I present you the following information.

Our agreement was to apply the following pricing formula:

Gasoil 2 minus US$/TM 37,00 Singapore. But the Proforma (invoice) No. 015 that we received from INTRAKAM mentions a predetermined price of 66,40 US$/TM, which differs from the one obtained through the application of the aforementioned agreed formula as you will now see:

Let's take as a basis the volume from the SGS inform: 263.295 Bbls. And its equivalent of 35.708.068 TM, in the same inform. This indicates that SGS defined a density from which it is established that each Metric Ton is equivalent to 7,37 Barrels. (If 263.295 Bbls. Are equivalent to 35.708,068 TM; 1 TM = 7,37 Bbls.) Multiplying 7,37 Bbls x 66,40 US$/Bbl = 489,37 US$/TM.

A.- In this case, the total amount of the operation based on the total barrels by SGS would be: 263.295 Bbls x 66,40 US$/Bbl = US$ 17.482.788,00.

B.- Applying the agreed pricing formula, we mae from Singapore Gasoil 2 – 37.00 US$/TM an average of the value of the last three days (70,51 + 69,39 + 71,00 = 210,90 / 3 = 70,30= and we multiply it by the equivalence indicated in SGS of 1 TM = 7,37 Bbls. (70,30 x 7,37 = 518,11 US$/TM) minus the discount of 37,00 US$/TM (581,11 – 37,00) = 481,11 US$/TM,

As a consequence, the difference between A and B is 489,37 – 481,11 = 8,26 US$/TM. And the cost of the barrel is (US$/TM 481,11 / 7,37 Bbls/TM = 65,2795 US$/Bbl).

In this case, the total is 35.708,068 TM x 481, 11 US$/TM = US$ 17.179.508,00.

The difference is 17.482.788,00 – 17.179.508,00 = US$ 303.208,00.

NOTE; Calculating the amount of the discrepancy of 6.284 Bbls x 65,2795 US$/Bbl = US$ 410.216,37 that summed to the foregoing are: 303.208,00 + 410.216,37 = US$ 713.496,37.

Due to the foregoing,  it is very important for us to clarify this situation before you elaborate the bill of landing (B/L) and that it could bring us a great loss.

However Erwin Burger's response calms me since today while speaking with him, he told me that the differences that may arise can be clarifies without any problem and that the most important at this moment is payment. We are completely dedicated to payment and today without excuse the transaction must be closed.


Regards

César Chávez
INTRAKAM, S.A. de C.V.

[After a PDVSA e-mail disclaimer:]

Dear Maria,

The order to send 17.139,840 US$ to the PDVSA bank was given, any discrepancy can be organized after the final BL and SGS have been issued.

The ship must leave tomorrow as soon as PDVSA receives the confirmation in its account.

Kind regards,

César Chávez
INTRAKAM, S.A. de C.V.

EXHIBIT 25



**HUMBERTO
FERRIN/FERRINH/PDV/PDV
SA**

31/10/2006 11:39 a.m.

Para   ·MARIA SILVA/SILVAMGJ/PDV/PDVSA@PDV

cc   CARLOS VASQUEZ/VASQUEZCL/PDV/PDVSA@PDV,
ARCADIO ROSAS/ROSASAV/MM/PDVSA@PDV, ·MARIA
MAYELA LOZADA/LOZADAMM/PDV/PDVSA@PDV

cco

Asunto   Rm: Pago pendiente INTRAKAM Buque TEAM ANIARA

Historial:              🖅  Este mensaje ha sido remitido.

FYI


Humberto Ferrín
Products Contract Administration Manager
PDVSA Petróleo SA
Phone office 58 212 708 1390
Fax Number 58 212 708 3570


------ Remitido por HUMBERTO FERRIN/FERRINH/PDV/PDVSA con fecha 31/10/2006 11:38 a.m. ------



**MARIA MAYELA
LOZADA/LOZADAMM/PDV/P
DVSA**

31/10/2006 10:48 a.m.

Para   "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>

cc   HUMBERTO FERRIN/FERRINH/PDV/PDVSA@PDV

Asunto   Pago pendiente INTRAKAM Buque TEAM ANIARA


Buenos días Sr Chavez: recibí la información donde Usted informa que el pago lo recibiremos por
17.139.840 USD, pero ese monto no cubre el total de la factura Proforma de 17.201.368,80 USD que
debemos recibir como prepago, por lo que el Buque no podría zarpar sin ese pago total de la Proforma.

A pesar de que el Contrato no lo contempla, estamos sacando los cálculos estimados con los barriles que
finalmente cargó el Buque, pero las cotizaciones definitivas aún no han transcurrido, debido a que la
fecha de B/L es 27 de Octubre, los días de preciación para la Factura Definitiva son 30 y 31 de Octubre y
el 01 de Noviembre (los tres inclusive).

Gasoil N°2 Singapore Platt's / $/MT

|          |            |
|----------|------------|
| 26-Oct-06 | 540.9992 |
| 27-Oct-06 | 526.0046 |
| 30-Oct-06 | 527.4220 |
|          |            |
| AVERAGE  | 531.4753   |

Utilizando las tres cotizaciones más cercanas al B/L 26,27 y 30 Oct (arriba detalladas), nos da un precio
total de 67.0607 USD/BBL, lo que daría un total a pagar de 17.656.747,01 USD.

Debemos regirnos por el Contrato y por tal motivo es necesario que PDVSA reciba al menos el monto
total que se le envió con la segunda factura proforma N°381700-0 por la cantidad de 17.201.368,80 USD

17.139.840,00 USD pago que Usted ofreció
17.201.368,80 USD monto de la Proforma N°381700-0
     61.628,80 USD

Esos 61.628,80 USD son necesarios para cubrir el monto de la Proforma para poder autorizar el zarpe del Buque. Hasta este momento Finanzas Internacionales me informó que PDVSA no ha recibido ningún pago de parte de Ustedes.

Estamos a la espera del pago que cubre el total de la Factura Proforma N°381700-0.

Saludos,
Mayela Lozada
Administrador de Contratos de Productos
Comercio y Suministro
Telf: 212-7083148
Fax:: 212-7083570

"Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>



| | | |
|---|---|---|
| **"Ing. Cesar Chavez"** <cesarchavez@intrakam.com.mx> 10/30/2006 03:00 PM | Para | MARIA MAYELA LOZADA <lozadamm@pdvsa.com> |
| | cc | ERWIN BURGER <burgere@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, GILMER GONZALEZ <gonzalezggx@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com> |
| | Asunto | Re: INCONSISTENCIAS EN FORMULA DE PRECIO |

Estimada Maria,

Se dio la orden de enviar 17.139,840 US$ al banco de PDVSA, cualquier discrepancia se puede organizar despues de emitidos los BL y SGS finales.

El barco debe zarpar mañana en cuanto PDVSA reciba en su cuenta la confirmacion,

Cordiales saludos,

César Chávez
INTAKAM SA de CV

# English Translation

## EXHIBIT 25

To:
Cc:
Cco:
Subject: Fw: Pending payment INTRAKAM Ship TEAM ANIARA

History: This message has been forwarded

FYI

Huberto Ferrín
Products Contract Administration Manager

---Forwarded by HUMBERTO FERRIN/FERRINNH/PDV/PDVSA dated 10/31/2006 11:38---

To:
Cc:
Cco:
Subject: Pending payment INTRAKAM Ship TEAM ANIARA

Good morning Mr. Chávez: I received the information where you inform that we will receive payment for 17.139.840 USD, but this amount does not cover the total of the Proforma invoice of 17.201.368,80 USD that we have to receive as prepayment for which the Ship will not be able to sail without the total payment of the Proforma invoice.

Even if the Contract does not contemplate this, we are doing the estimate calculations with the barrels that finally the Ship loaded, but the definitive quotations have not yet passed since the date of B/L is October 27, the days for pricing of the Definitive Invoice are October 30 and 31 and November 1 (the three inclusive).

Gasoil N°2 Singapore Platt's / $/MT

| | |
|---|---|
| Oct-26-06 | 540.9992 |
| Oct-27-06 | 526.0046 |
| Oct-30-06 | 527.4220 |
| | |
| AVERAGE | 531.4753 |

Using the three closer quotations to the B/L 26, 27 and 30 Oct (detailed above), this gives us a total price of 67.0607 USD/BBL, which would give us a total to pay of 17.656.747,01 USD.

We must act in accordance with the Contract and therefore it's necessary that PDVSA receives at least the total amount that was sent with the second Proforma invoice N°381700-0 for the amount of 17.201.368,80 USD

17.139.840,00 USD payment that you offered
17.201.368,80 USD amount of the Proforma invoice N°381700-0
     61.628,80 USD

Those 61.628,80 USD are necessary to cover the amount of the Proforma invoice to be able to authorize the departure of the ship. Until this moment, International Finances informed me that PDVSA has not received any payment by you.

We are expecting the payment that covers the total of the Proforma Invoice N°381700-0.

Regards,
Mayela Lozada
Products Contracts Manager

To:
Cc:
Subject: Re: INCONSISTENCIES IN THE PRICING FORMULA

Dear Maria,

The order to send 17.139,840 US$ to the PDVSA bank was given, any discrepancy can be organized after the final BL and SGS have been issued.

The ship must leave tomorrow as soon as PDVSA receives the confirmation in its account.

Kind regards,

César Chávez
INTRAKAM, S.A. de C.V.

EXHIBIT 26



**HIPOLITO SUAREZ/SUAREZHY/PDV/PDVSA**

31/10/2006 06:21 p.m.

Para   ERWIN BURGER/BURGERE/PDV/PDVSA@PDV

cc     JUAN TREJO/TREJOJ/PDV/PDVSA@PDV, JAVIER MAVAREZ/MAVAREZJJ/PDV/PDVSA@PDV, ELISAUL MIQUILENA/MIQUILENAEG/MM/PDVSA@PDV, ALEXIS

cco

Asunto  Rm: REV#1: INSTRUCCION IMPORTANTE!!  B/T TEAM ANIRA - CARGAMENTO DE GASOIL 0.2%S PARA INTRAKAM SA VENTANA 20-22 OCT-2006 - CARDON

Historial:        🔁 Este mensaje se ha respondido y remitido.

Buenas tardes señor Burger, tal como conversado por teléfono en la tarde del día de hoy con usted y con el señor Oswaldo Hernández, se necesita urgentemente que se resuelva la situación planteada con el  MT TEAM ANIARA, el cual levantó un cargamento de GASOIL 0.2%S para el cliente INTRAKAM  S.A. DE C.V. y que por no tener las instrucciones de la carta de crédito disponibles el buque permanece fondeado desde el día 26 de Octubre a las 14:10 horas.La imposibilidad de generar una solución en forma inmediata a la situación planteada nos estará conduciendo lamentablemente a posibles sanciones administrativas tanto por parte del SENIAT y por parte del MENPET, debido a que se está haciendo el cierre del mes y estos Entes no han recibido todavía de nosotros la documentación correspondiente.

Saludos...



Hipólito Suárez-Analista de Volúmenes y Tiempos Cardón
Ext. 91-72232

—— Remitido por HIPOLITO SUAREZ/SUAREZHY/PDV/PDVSA con fecha 31/10/2006 06:15 p.m. ——



**DOCUMENTACION SUP/SUPD/MM/PDVSA**

31/10/2006 06:12 p.m.

Para   HIPOLITO SUAREZ/SUAREZHY/PDV/PDVSA@PDV

cc

Asunto  Rm: REV#1: INSTRUCCION IMPORTANTE!!  B/T TEAM ANIRA - CARGAMENTO DE GASOIL 0.2%S PARA INTRAKAM SA VENTANA 20-22 OCT-2006 - CARDON

ACA TU REQUERIMIENTO

Saludos...

----- Remitido por DOCUMENTACION SUP/SUPD/MM/PDVSA con fecha 31/10/2006 06:11 p.m. ——

**ERWIN BURGER/BURGERE/PDV/PDVSA**

27/10/2006 11:10 a.m.

JOSE PENA/PENAJG/PDV/PDVSA@PDV, ELISAUL MIQUILENA/MIQUILENAEG/MM/PDVSA@PDV, ISRAEL ARTEAGA/ARTEAGAI/MM/PDVSA@PDV, ERWIN AMAYA/AMAYAEU/MM/PDVSA@PDV, DOCUMENTACION SUP/SUPD/MM/PDVSA@PDV, MAY TERM SUP/SUPMT/MM/PDVSA@PDV, LABORATORIO CONTROL/CONTROLL/MM/PDVSA@PDV, JOSE L LOPEZ/LOPEZJLB/MM/PDVSA@PDV, CAROLINA SCHMUCKE/SCHMUCKEC/PDV/PDVSA@PDV, JUAN TREJO/TREJOJ/PDV/PDVSA@PDV, NILYEN GIL/GILNC/PDV/PDVSA@PDV, EDGAR CASTILLO/CASTILLOEW/PDV/PDVSA@PDV, LUZ RIVAS/RIVASLQ/PDV/PDVSA@PDV, MARIA

Para RIVAS/RIVASMG/PDV/PDVSA@PDV, JUAN
ARIAS/ARIASJC/PDV/PDVSA@PDV, GERARDO
PENA/PENAGN/PDV/PDVSA@PDV, CESAR
CAMEJO/CAMEJOCJ/PDV/PDVSA@PDV, RICHARD
BORGES/BORGESR/PDV/PDVSA@PDV,
HAROLD.PRIETO@SGS.COM,
ZULEMA.PEREIRA@SGS.COM,
CARLOS_MARQUEZ@SGS.COM,
WILTON_ROJAS@SGS.COM,
VICTOR.BELANDRIA@SGS.COM,
SEAPORTPFO04@SEAPORT.COM.VE,
SEAPORTPFO@CANTV.NET, JUAN
TREJO/TREJOJ/PDV/PDVSA@PDV

cc FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV,
JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, YAMARY
GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, OSCAR
LABRADOR/LABRADOROL/PDV/PDVSA@PDV, GONZALO
ALARCON/ALARCONGA/PDV/PDVSA@PDV, VICTOR
DELASCIO/DELASCIOV/MM/PDVSA@PDV, TULIO
RINCON/RINCONT/EP/PDVSA@PDV, OSWALDO
HERNANDEZ/HERNANDEZOQ/PDV/PDVSA@PDV,
HUMBERTO FERRIN/FERRINH/PDV/PDVSA@PDV, MARIA
MAYELA LOZADA/LOZADAMM/PDV/PDVSA@PDV

Asunto Rm: REV#1: INSTRUCCION IMPORTANTE!! B/T TEAM
ANIRA - CARGAMENTO DE GASOIL 0.2%S PARA
INTRAKAM SA VENTANA 20-22 OCT-2006 - CARDON

Buenos días señores,

En virtud de que el buque ha finalizado operaciones en terminal, y hasta la fecha no se ha recibido
confirmación de pago, el terminal queda autorizado a proceder a fondear el buque a espera de
instrucciones. Ningún tipo de documentación podrá ser entregado hassta recibir confirmación de CyS.

Saludos,

Erwin Burger
Clean Product Operations
PDVSA
Pho: +58 212 7083119
Mob: +58 412 2224663

----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 27/10/2006 10:59 a.m. -----

ERWIN
BURGER/BURGERE/PDV/P
DVSA

27/10/2006 09:04 a.m.

JOSE PENA/PENAJG/PDV/PDVSA@PDV, ELISAUL
MIQUILENA/MIQUILENAEG/MM/PDVSA@PDV, ISRAEL
ARTEAGA/ARTEAGAI/MM/PDVSA@PDV, ERWIN
AMAYA/AMAYAEU/MM/PDVSA@PDV, DOCUMENTACION
SUP/SUPD/MM/PDVSA@PDV, MAY TERM
SUP/SUPMT/MM/PDVSA@PDV, LABORATORIO
CONTROL/CONTROLL/MM/PDVSA@PDV, JOSE L
LOPEZ/LOPEZJLB/MM/PDVSA@PDV, CAROLINA
SCHMUCKE/SCHMUCKEC/PDV/PDVSA@PDV, JUAN
TREJO/TREJOJ/PDV/PDVSA@PDV, NILYEN
GIL/GILNC/PDV/PDVSA@PDV, EDGAR

|       |                                                                                                 |
|-------|-------------------------------------------------------------------------------------------------|
| Para  | CASTILLO/CASTILLOEW/PDV/PDVSA@PDV, LUZ RIVAS/RIVASLQ/PDV/PDVSA@PDV, MARIA RIVAS/RIVASMG/PDV/PDVSA@PDV, JUAN ARIAS/ARIASJC/PDV/PDVSA@PDV, GERARDO PENA/PENAGN/PDV/PDVSA@PDV, CESAR CAMEJO/CAMEJOCJ/PDV/PDVSA@PDV, RICHARD BORGES/BORGESR/PDV/PDVSA@PDV, HAROLD.PRIETO@SGS.COM, ZULEMA.PEREIRA@SGS.COM, CARLOS_MARQUEZ@SGS.COM, WILTON_ROJAS@SGS.COM, VICTOR.BELANDRIA@SGS.COM, SEAPORTPFO04@SEAPORT.COM.VE, SEAPORTPFO@CANTV.NET, JUAN TREJO/TREJOJ/PDV/PDVSA@PDV |
| cc    | FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, OSCAR LABRADOR/LABRADOROL/PDV/PDVSA@PDV, GONZALO ALARCON/ALARCONGA/PDV/PDVSA@PDV, VICTOR DELASCIO/DELASCIOV/MM/PDVSA@PDV, TULIO RINCON/RINCONT/EP/PDVSA@PDV, OSWALDO HERNANDEZ/HERNANDEZOQ/PDV/PDVSA@PDV |
| Asunto| REV#1: INSTRUCCION IMPORTANTE!!  B/T TEAM ANIRA - CARGAMENTO DE GASOIL 0.2%S PARA INTRAKAM SA VENTANA 20-22 OCT-2006 - CARDON |

Buenas días señores,

A continuación se encuentra la primera revisión de la nominación del B/T TEAM ANIARA, el cual
se encuentra nominado para levantar 240,000 +/- 10% barriles de Gasoil 0.45S a opción de PDVSA para
nuestro cliente INTRAKAM con ventana 20-22/10, 2006.

**En concordancia con el mensaje (anexo) emitido por la Srta. Yamary Gónzalez, se confirma que el volumen
total a ser embarcado será de 264,000 bbls (240,000 + 10%).**

**Dado las particularidades especiales de este cargamento, se agradece tomar en cuenta las siguientes
observaciones importantes:**

**1.- Una vez finalizada la operación de carga e inspección de cantidad, el buque procederá al área de fondeo
a espera de la confirmación de Comercio y Suministro (Caracas) dado el visto bueno previa confirmación
del nuestra Gerencia de Finanzas internacionales sobre el pago del producto.**

**2.- Todo el tiempo por espera de esta confirmación será por cuenta del Cliente.**

**3.- NINGUN TIPO DE DOCUMENTO PODRÁ SER ENTREGADO O REMITIDO AL CLIENTE HASTA QUE SEA
AUTORIZADO POR ESTA MISMA VIA. (inluyendo los resultados volumetricos y calidades)**

**4.- Se recomienda dar aviso a las autoridades portuarias para la custodia del mencionado**

**buque y prohibir
el permizo de zarpe hasta obtener confirmación de PDVSA.**

**ATN: SEAPORT AGENCIES. informar debidamente a sus principales de las acciones
tomadas por PDVSA.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \*

**Esta revisión se refiere a la cantidad del producto a ser embarcada, las cuales se
mencionan a continuación:**

```
-------------------------------------------------------------------
SYSTEM: PW*STARS        PDVSA PETROLEO, S.A.
                        MANUFACTURA Y MERCADEO
                        LOADING INSTRUCTIONS
RUN DATE: 27/10/06                      RUN TIME: 08:29AM
-------------------------------------------------------------------
PUERTO DE CARGA        PUNTA CARDON, PORT, VENEZUELA (025114)
BUQUE                  TEAM ANIARA
RANGO DE CARGA         OCT-20-2006  HASTA: OCT-22-2006
RUTA                   164640
AGENTE                 SEAPORT AGENCIES, S.A.
-------------------------------------------------------------------
            VOLUMEN TOTAL A CARGAR POR CALIDADES
PRODUCTO                         VOLUME (UOM)      VOLUME (QTY)
-------------------------------------------------------------------
GASOIL 0.2 PCT SULPHUR/45 CETANE    BARRILES        264,000.00
(42515)
-------------------------------------------------------------------
TOTAL                                               264,000.00
-------------------------------------------------------------------
*******************************************************************
CLIENTE                INTRAKAM S.A. DE C.V.
NO. CONTRATO           SA130239
CONSIGNADOR            PDVSA PETROLEO, S.A.
CONSIGNATARIO          WINTEK INTERNATIONAL PTE LTD
EXPORTADOR REGISTRO    PDVSA PETROLEO, S.A.
TIPO DE VENTA          FOB ORIGIN
*******************************************************************
-------------------------------------------------------------------
                         PARCELA #1
-------------------------------------------------------------------
NO. DESPACHO           410051
NOMBRE DE PRODUCTO     GASOIL 0.2 PCT SULPHUR/45 CETANE
VOLUME                  264,000.00 BARRILES
TOLERANCIA CONTRATO    MAS O MENOS 0%
DESTINO                SINGAPORE,PORT
INSPECTOR              SGS OIL, GAS & CHEMICALS SERVICES VENEZUELA
                       (13)
GASTOS DE INSPECCION   SPLIT 50/50
```

**El resto de la información contenida en esta nominación permanece sin
cambios**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \*

En caso de duda por favor contactarnos,

Saludos,

Erwin Burger
Clean Product Operations
PDVSA
Pho: +58 212 7083119
Mob: +58 412 2224663

----- Remitido por ERWIN BURGER/BURGERE/PDV/PDVSA con fecha 27/10/2006 08:26 a.m. -----

**YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA**

26/10/2006 09:11 p.m.

| | |
|---|---|
| Para | JOSE PENA/PENAJG/PDV/PDVSA@PDV, ELISAUL MIQUILENA/MIQUILENAEG/MM/PDVSA@PDV, ISRAEL ARTEAGA/ARTEAGAI/MM/PDVSA@PDV, ERWIN AMAYA/AMAYAEU/MM/PDVSA@PDV, DOCUMENTACION SUP/SUPD/MM/PDVSA@PDV, MAY TERM SUP/SUPMT/MM/PDVSA@PDV, LABORATORIO CONTROL/CONTROLL/MM/PDVSA@PDV, JOSE L LOPEZ/LOPEZJLB/MM/PDVSA@PDV, CAROLINA SCHMUCKE/SCHMUCKEC/PDV/PDVSA@PDV, JUAN TREJO/TREJOJ/PDV/PDVSA@PDV, NILYEN GIL/GILNC/PDV/PDVSA@PDV, EDGAR CASTILLO/CASTILLOEW/PDV/PDVSA@PDV, LUZ RIVAS/RIVASLQ/PDV/PDVSA@PDV, MARIA RIVAS/RIVASMG/PDV/PDVSA@PDV, JUAN ARIAS/ARIASJC/PDV/PDVSA@PDV, GERARDO PENA/PENAGN/PDV/PDVSA@PDV, CESAR CAMEJO/CAMEJOCJ/PDV/PDVSA@PDV, RICHARD BORGES/BORGESR/PDV/PDVSA@PDV, harold.prieto@sgs.com, "Pereira, Zulema (Caracas)" <Zulema.Pereira@sgs.com>, victor.belandria@sgs.com, wilton.rojas@sgs.com, carlos.marquez@sgs.com, jose.guarecuco@sgs.com, presidencia@seaport.com.ve, gerencia@seaport.com.ve, opsdept@seaport.com.ve, seaportpfo@seaport.com.ve, seaportmbo@seaport.com.ve, seaportpbl@cantv.net, SEAPORTPFO@CANTV.NET, seaportpfo04@seaport.com.ve, seaportpfo@cantv.net |
| cc | OSCAR LABRADOR/LABRADOROL/PDV/PDVSA@PDV, FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, OSWALDO HERNANDEZ/HERNANDEZOQ/PDV/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, ERWIN BURGER/BURGERE/PDV/PDVSA@PDV, VICTOR DELASCIO/DELASCIOV/MM/PDVSA@PDV, GILMER GONZALEZ/GONZALEZGGX/PDV/PDVSA@PDV |
| Asunto | INSTRUCCION IMPORTANTE!! B/T TEAM ANIRA - CARGAMENTO DE GASOIL 0.2%S PARA INTRAKAM SA VENTANA 20-22 OCT-2006 - CARDON |

Buenas noches señores,

Siguiendo las instrucciones de la Gerencia de Comercio y Operaciones se instruye al terminal de Punta Cardón a dejar atracado al B/T TEAM ANIARA, esperando por la confirmación del pago del cargamento y un 10% adicional sobre los 240,000 barriles nominados, para un total de 264,000 barriles.

El B/T TEAM ANIARA tiene un estimado para completar su carga original (240,000 barriles) a las 22:00 horas del día de hoy 26 de octubre. Por lo tanto "TODAS" las demoras generadas en espera del 10% adicional, así como la confirmación del pago serán por cuenta de nuestro cliente INTRAKAM.

A primera hora del día de mañana el señor Erwin Burger estará enviando la nominación corregida con estos cambios.

Saludos,
Yamary González
Operaciones de Productos Blancos
Ext. 93-23-115
----- Remitido por YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA con fecha 26/10/2006 08:52 p.m. -----



ERWIN
BURGER/BURGERE/PDV/P
DVSA

25/10/2006 11:03 a.m.

Para

JOSE PENA/PENAJG/PDV/PDVSA@PDV, ELISAUL MIQUILENA/MIQUILENAEG/MM/PDVSA@PDV, ISRAEL ARTEAGA/ARTEAGAI/MM/PDVSA@PDV, ERWIN AMAYA/AMAYAEU/MM/PDVSA@PDV, DOCUMENTACION SUP/SUPD/MM/PDVSA@PDV, MAY TERM SUP/SUPMT/MM/PDVSA@PDV, LABORATORIO CONTROL/CONTROLL/MM/PDVSA@PDV, JOSE L LOPEZ/LOPEZJLB/MM/PDVSA@PDV, CAROLINA SCHMUCKE/SCHMUCKEC/PDV/PDVSA@PDV, JUAN TREJO/TREJOJ/PDV/PDVSA@PDV, NILYEN GIL/GILNC/PDV/PDVSA@PDV, EDGAR CASTILLO/CASTILLOEW/PDV/PDVSA@PDV, LUZ RIVAS/RIVASLQ/PDV/PDVSA@PDV, MARIA RIVAS/RIVASMG/PDV/PDVSA@PDV, JUAN ARIAS/ARIASJC/PDV/PDVSA@PDV, GERARDO PENA/PENAGN/PDV/PDVSA@PDV, CESAR CAMEJO/CAMEJOCJ/PDV/PDVSA@PDV, RICHARD BORGES/BORGESR/PDV/PDVSA@PDV, HAROLD.PRIETO@SGS.COM, ZULEMA.PEREIRA@SGS.COM, CARLOS_MARQUEZ@SGS.COM, WILTON_ROJAS@SGS.COM, VICTOR.BELANDRIA@SGS.COM, SEAPORTPFO04@SEAPORT.COM.VE, SEAPORTPFO@CANTV.NET, JUAN TREJO/TREJOJ/PDV/PDVSA@PDV FRANCISCO QUEVEDO/QUEVEDOFK/PDV/PDVSA@PDV, JESUS ANZOLA/ANZOLAJS/PDV/PDVSA@PDV, YAMARY GONZALEZ/GONZALEZYD/EP/PDVSA@PDV, OSCAR

cc

LABRADOR/LABRADOROL/PDV/PDVSA@PDV, GONZALO ALARCON/ALARCONGA/PDV/PDVSA@PDV, VICTOR DELASCIO/DELASCIOV/MM/PDVSA@PDV, TULIO RINCON/RINCONT/EP/PDVSA@PDV

Asunto

INSTRUCCIONES Y NOMINACIÓN DEL B/T TEAM ANIRA A/C INTRAKAMSA LOAD 20-22 OCT-2006 - CARDON

Buenas días señores,

A continuación se encuentra la nominación del B/T TEAM ANIARA, el cual se encuentra nominado para tomar 240,000 barriles de GASOIL 0.2%S con destino a SINGAPORE, SINGAPORE en ventana de Carga Oct 20-22,2006 - CARDON

Favor tomar en cuenta las siguientes observaciones importantes  :

**1.- Se autoriza el atraque y carga del buque de acuerdo a nominación anexa.**
**2.- El buque deberá permancer fondeado hasta la confirmación de Finanzas internacionales sobre el pago del producto.**
**3.- Todo el tiempo por espera de esta confirmación será por cuenta del Cliente.**
**4.- NINGÚN TIPO DE DOCUMENTO PODRÁ SER ENTREGADO O REMITIDO AL CLIENTE HASTA QUE SEA AUTORIZADO POR ESTA MISMA VIA, a excepción de los analisis de los tanques de tierra emitidos por el inspector.**
**5.- Los detalles del Consignatario serán completados a la brevedad en la REV#1 de esta nominación.**

**Instrucciones para la toma de muestras:**

La compañía inspectora SGS se encuentra plenamente autorizada para:

AA)  tomar y retirar de las instalaciones de la refinería muestras de la compuesta final a bordo y tanques de tierra para su análisis

**Agentes:**  SEAPORT AGENCIES, S .A.

Debe informar al terminal de Cardon los ETA´s a las 72 horas, 48 horas y 24 horas.
Debe enviar copia de **"todos"** los documentos inmediatamente después del zarpe a las siguientes personas:

Ing. César Chávez
INTRAKAM S.A.
Email: cesarchavez@intrakam.com.mx
tel:    0052 844 4159161
fax:   0052 844 4390789

**\* \*SGS**
Debe informar inmediatamente al operador de guardia +58-412-6204211 o al operador
Erwin Burger +58-212-7083119 o celular +58-412-2224663 si:

- La diferencia tierra / buque excede el 0.3% (con factor de experiencia) o el 0.5% (sin factor de experiencia)
- Si el producto no cumple con alguna de las calidades incluidas en esta nominación.

En caso de duda o requerir mayor información no dude en contactarme.

Saludos,

Erwin Burger
Clean Product Operations
PDVSA
Pho: +58 212 7083119
Mob: +58 412 2224663

```
------------------------------------------------------------------
SYSTEM: PW*STARS        PDVSA PETROLEO, S.A.
                        MANUFACTURA Y MERCADEO
                        LOADING INSTRUCTIONS
RUN DATE: 25/10/06                      RUN TIME: 10:27AM
------------------------------------------------------------------
PUERTO DE CARGA         PUNTA CARDON, PORT, VENEZUELA (025114)
BUQUE                   TEAM ANIARA
RANGO DE CARGA          OCT-20-2006  HASTA: OCT-22-2006
RUTA                    164640
AGENTE                  SEAPORT AGENCIES, S.A.
------------------------------------------------------------------
        VOLUMEN TOTAL A CARGAR POR CALIDADES
PRODUCTO                         VOLUME (UOM)    VOLUME (QTY)
------------------------------------------------------------------
GASOIL 0.2 PCT SULPHUR/45 CETANE    BARRILES        240,000.00
(42515)
------------------------------------------------------------------
TOTAL                                               240,000.00
------------------------------------------------------------------
******************************************************************
CLIENTE                 INTRAKAM S.A. DE C.V.
NO. CONTRATO            SA130239
CONSIGNADOR            PDVSA PETROLEO, S.A.
CONSIGNATARIO          WINTEK INTERNATIONAL PTE LTD
EXPORTADOR REGISTRO    PDVSA PETROLEO, S.A.
TIPO DE VENTA          FOB ORIGIN
******************************************************************
------------------------------------------------------------------
                        PARCELA #1
------------------------------------------------------------------
NO. DESPACHO           410051
NOMBRE DE PRODUCTO     GASOIL 0.2 PCT SULPHUR/45 CETANE
VOLUME                 240,000.00 BARRILES
TOLERANCIA CONTRATO    MAS O MENOS 0%
DESTINO                SINGAPORE,PORT
INSPECTOR              SGS OIL, GAS & CHEMICALS SERVICES VENEZUELA
                       (13)
GASTOS DE INSPECCION   SPLIT 50/50
------------------------------------------------------------------
```

```
CALIDAD GARANTIZADA
ESPEC. DE CALIDAD       UM      METODO     TIPO      MIN    MAX
API GRAVITY            N/A      D287/1298  REPORT     N/A    N/A
@60F(15.5C)
ASH CONTENT            WT PCT   D482       N/A        N/A    .01
CARBON RAMSBOTTOM      WT PCT   D524       N/A        N/A    .35
CETANE INDEX          N/A       D4737/D976 N/A         45    N/A
```

| CLOUD POINT | CELSIUS | D2500 | N/A | N/A | 10 |
|---|---|---|---|---|---|
| COLOR, ASTM | N/A | D1500 | N/A | N/A | 3.0 |
| CORROSION, CU, 3HRS@122F(50C) | N/A | D130 | N/A | N/A | 2 |
| DISTILLATION 50 PCT RECOVERED | CELSIUS | D86 | N/A | N/A | 290 |
| DISTILLATION 90 PCT RECOVERED | CELSIUS | D86 | N/A | N/A | 360 |
| DISTILLATION FBP | CELSIUS | D86 | REPORT | N/A | N/A |
| DISTILLATION IBP | CELSIUS | D86 | REPORT | N/A | N/A |
| FLASH POINT, PM | F | D93 | N/A | 140 | N/A |
| SULPHUR CONTENT | WT PCT | D2622D4294 | N/A | N/A | .2 |
| VISCOSITY KINEMATIC @ 40C | CST | D445 | N/A | 2.0 | 5.8 |
| WATER AND SEDIMENT | VOL PCT | D2709 | N/A | N/A | .1 |

```
INSTRUCCIONES DE DOCUMENTACION
PUERTO DE CARGA

DISTRIBUCION DE LOS DOCUMENTOS
   N/A
COMENTARIOS DEL MOVIMIENTO
   N/A
COMENTARIOS DE LA DOCUMENTACION
```

### INSTRUCCIONES DE DOCUMENTACION

```
====================================================================
DESTINATARIO       :SINGAPORE,PORT
CONSIGNATARIO      :WINTEK INTERNATIONAL PTE LTD
```

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| CERTIFICADO DE CALIDAD | 1 | 5 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 1 | 5 |
| CERTIFICADO DE ORIGEN | 1 | 5 |
| CONOCIMIENTO DE EMBARQUE | 3 | 5 |
| HOJA DE TIEMPO | 1 | 5 |
| MANIFIESTO DE CARGA | 1 | 5 |
| RECIBO DE DOCUMENTOS | 1 | 5 |
| RECIBO DE MUESTRAS | 1 | 5 |
| REPORTE DE ULLAGE HIDROCARBURO | 1 | 5 |

### DISTRIBUCION DE DOCUMENTACION POR DESTINATARIO

```
====================================================================
PARA :  CAPITAN DEL BUQUE
```

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| MANIFIESTO DE CARGA | 0 | 1 |
| CERTIFICADO DE ORIGEN | 0 | 1 |
| RECIBO DE MUESTRAS | 0 | 1 |
| CONOCIMIENTO DE EMBARQUE | 0 | 1 |
| RECIBO DE DOCUMENTOS | 0 | 1 |
| CERTIFICADO DE CALIDAD | 0 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 0 | 1 |
| HOJA DE TIEMPO | 0 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 0 | 1 |

PARA :  CONSIGNEE VIA CAPITAN DEL BUQUE

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| MANIFIESTO DE CARGA | 0 | 1 |
| CERTIFICADO DE ORIGEN | 0 | 1 |
| RECIBO DE MUESTRAS | 0 | 1 |
| CONOCIMIENTO DE EMBARQUE | 0 | 1 |
| RECIBO DE DOCUMENTOS | 0 | 1 |
| CERTIFICADO DE CALIDAD | 0 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 0 | 1 |
| HOJA DE TIEMPO | 0 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 0 | 1 |

PARA :  CONSIGNEE VIA COURIER
ATT  :  TO BE ADVISE
DIR  :  WINTEK INTERNATIONAL PTE LTD - NO. 94 PANDAN LOOP, PANTECH
        INDUSTRIAL COMPLEX SINGAPORE 128383

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| MANIFIESTO DE CARGA | 1 | 1 |
| CERTIFICADO DE ORIGEN | 1 | 1 |
| RECIBO DE MUESTRAS | 1 | 1 |
| CONOCIMIENTO DE EMBARQUE | 3 | 1 |
| RECIBO DE DOCUMENTOS | 1 | 1 |
| CERTIFICADO DE CALIDAD | 1 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 1 | 1 |
| HOJA DE TIEMPO | 1 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 1 | 1 |

PARA :  PDVSA ARCHIVO CARACAS
ATT  :  SRA NORA GAÑAN
DIR  :  EDIF. PDVSA - TORRE ESTE. PISO 9. LA CAMPIÑA. CARACAS
TLF  :  +58-212-708-7012
EMAIL:  GANANN@PDVSA.COM

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|
| MANIFIESTO DE CARGA | 0 | 1 |
| CERTIFICADO DE ORIGEN | 0 | 1 |
| RECIBO DE MUESTRAS | 0 | 1 |
| CONOCIMIENTO DE EMBARQUE | 0 | 1 |
| RECIBO DE DOCUMENTOS | 0 | 1 |
| CERTIFICADO DE CALIDAD | 0 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 0 | 1 |
| HOJA DE TIEMPO | 0 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 0 | 1 |

PARA :  CONTABILIDAD DE PETROLEOS

ATT  :  SR MIGUEL BOLIVAR
DIR  :  EDIF. PDVSA - TORRE ESTE. PISO 1. LA CAMPIÑA. CARACAS
TLF  :  +58-212-7083607
EMAIL:  BOLIVARMJ@PDVSA.COM

| DOCUMENTOS | ORIGINALES | COPIAS |
|---|---|---|

| | | |
|---|---|---|
| MANIFIESTO DE CARGA | 0 | 1 |
| CERTIFICADO DE ORIGEN | 0 | 1 |
| RECIBO DE MUESTRAS | 0 | 1 |
| CONOCIMIENTO DE EMBARQUE | 0 | 1 |
| RECIBO DE DOCUMENTOS | 0 | 1 |
| CERTIFICADO DE CALIDAD | 0 | 1 |
| CERTIFICADO DE CANTIDAD HIDROCARBURO | 0 | 1 |
| HOJA DE TIEMPO | 0 | 1 |
| REPORTE DE ULLAGE HIDROCARBURO | 0 | 1 |

FIN DE TEXTO

# English Translation

**EXHIBIT 26**

To:
Cc:
Cco:
Subject: Fw: REV#1: IMPORTANT INSTRUCTION!! B/T TEAM ANIRA – GASOIL 0.2%S
SHIPMENT FOR INTRAKAM SA WINDOW 20-22 OCT-2006 – CARDON

History: This message has been replied to and forwarded

Good afternoon Mr. Burger, as discussed on the telephone during today's afternoon with you and
Mr. Oswaldo Hernández, the situation caused by the MT TEAM ANIARA, which lifted a
shipment of GASOIL 0.2%S for the client INTRAKAM S.A. DE C.V. and that remains
anchored since October 26 at 14:00 hours since it doesn't have the available instructions of the
letter of credit, must be resolved urgently. The impossibility to create an immediate solution to
the situation in question will unfortunately lead us to possible administrative sanctions from both
the SENIAT and the MENPET, since the month closing is being performed and this Entities
have not received from our part the corresponding documentation.

Regards

Hipólito Suárez – Volumes and Times Analyst Cardón

---Forwarded by HIPOLITO SUAREZ/SUAREZHY/PDV/PDVSA dated 10/31/2006 06:15
p.m.---

To:
Cc:
Subject: Fw: REV#1: IMPORTANT INSTRUCTION!! B/T TEAM ANIARA – GASOIL 0.2%S
SHIPMENT FOR INTRAKAM SA WINDOW 20-22 OCT-2006 – CARDON

BELOW PLEASE FIND WHAT YOU REQUESTED

Regards...

---Forwarded by DOCUMENTATION SUP/SUPD/MM/PDVSA dated 10/31/2006 06:11 p.m.---

To:
Cc:
Subject: Fw: REV#1: IMPORTANT INSTRUCTION!! B/T TEAM ANIARA – GASOIL 0.2%S
SHIPMENT FOR INTRAKAM SA WINDOW 20-22 OCT-2006 – CARDON

Good morning gentlemen,

-44-

Since the ship has finalized operations in the terminal and to date no payment confirmation has been received, the terminal is authorized to proceed to anchor the ship while awaiting instructions. No type of documentation may be delivered until confirmation from CyS is received.

Regards,

Erwin Burger
Clean Product Operations

---Forwarded by ERWIN BURGER/BURGERE/PDV/PDVSA dated 10/27/2006 10:59 a.m.---

To:
Cc:
Subject: REV#1: IMPORTANT INSTRUCTION!! B/T TEAM ANIRA -- GASOIL 0.2%S SHIPMENT FOR INTRAKAM SA WINDOW 20-22 OCT-2006 -- CARDON

Good morning gentlemen,

Below please find the first revision of the nomination of the B/T TEAN ANIARA, which is nominated to lift 240,000 */+ 10% barrels of 0.45S Gasoil at the option of PDVSA for our client INTRAKAM with window 20-22/10, 2006.

In accordance with the (attached) message sent by Ms. Yamary González, the volume to be loaded is confirmed to be 264,000 bbls (240,000 + 10%).
Due to the particular characteristics of this shipment, taking note of the following important observations is appreciated:

1.- Once the loading operation and the quantity inspection are terminated, the ship will proceed to the anchoring [fondeo] area awaiting for the confirmation of Commerce and Supply (Caracas) giving the approval after the confirmation of our International Finances Management on the payment of the product.

2.- All the waiting time for this confirmation shall be on the Client's account.

3.- NO DOCUMENT SHALL BE DELIVERED OR FORWARDED TO THE CLIENT UNTIL IT IS AUTHORIZED BY THIS SAME CHANNEL. (including the volumetric results and qualities).

4.- It is recommended to notify the port authorities for such ship's custody and to deny the sailing permit until confirmation by PDVSA is obtained.

ATTN: SEAPORT SERVICES. Properly inform its principals of the actions taken by PDVSA.

*******************************************************************************
***********************

-45-

**This revision refers to the quantity of product to be loaded, which is referred below:**

| SYSTEM: PW*STARS | PDVSA PETROLEO, S.A.<br>MANUFACTURA Y MERCADEO<br>LOADING INSTRUCTIONS | |
|---|---|---|
| RUN DATE: 27/10/06 | | RUN TIME: 08:29AM |
| PORT OF LOADING | PUNTA CARDON, PORT, VENEZUELA (025114) | |
| SHIP | TEAM ANIARA | |
| LOADING RANGE | OCT-20-2006     UNTIL: OCT-22-2006 | |
| ROUTE | 164640 | |
| AGENT | SEAPORT AGENCIES, S.A. | |

### TOTAL VOLUME TO LOAD BY QUALITIES

| PRODUCT | VOLUME (UOM) | VOLUME (QTY) |
|---|---|---|
| GASOIL 0.2 PCT SULPHUR/45 CETANE (42515) | BARRELS | 264,000.00 |
| TOTAL | | 264,000.00 |

| | |
|---|---|
| CLIENT | INTRAKAM S.A. DE C.V. |
| CONTRACT NO. | SA130239 |
| CONSIGNOR | PDVSA PETROLEO, S.A. |
| CONSIGNEE | WINTEK INTERNATIONAL PTE LTD. |
| REGISTER EXPORTER | PDVSA PETROLEO, S.A. |
| TYPE OF SALE | FOB ORIGIN |

### PARCEL #1

| | |
|---|---|
| NO. DISPATCH | 410051 |
| NAME OF PRODUCT | GASOIL 0.2 PCT SULPHUR/45 CETANE |
| VOLUME | 264,000.00 BARRILES |
| CONTRACT TOLERANCE | PLUS OR MINUS 0% |
| DESTINATION | SINGAPORE, PORT |
| INSPECTOR | SGS OIL, GAS & CHEMICALS SERVICES VENEZUELA (13) |
| INSPECTION COSTS | SPLIT 50/50 |

**The rest of the information contained in this nomination remains without changes.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In case of any doubt, please contact us.

Regards,

Erwin Burger
Clean Product Operations


---Forwarded by ERWIN BURGER/BURGERE/PDV/PDVSA dated 10/27/2006 08:26 a.m.---

Good evening gentlemen,

Following the instructions of the Commerce and Operations Management we instruct the Punta Cardon terminal to leave the B/T TEAM ANIARA anchored awaiting for the confirmation of the payment of the shipment and an additional 10% over the nominated 240,000 barrels, for a total of 264,000 barrels.

The B/T TEAM ANIARA has an estimate to terminate its original load (240,000 barrels) at 22:00 hours of tday, October 26. Therefore **"ALL"** the delays generated in expectation of the additional 10%, as well as the payment confirmation shall be on the account of our client INTRAKAM.

Tomorrow morning Mr. Erwin Burger will be sending the corrected nomination with these changes.

Regards,
Yamary González

---Forwarded by YAMARI GONZALEZ/GONZALEZYD/EP/PDVSA dated 10/26/2006 08:52 p.m.---


Good morning gentlemen,

Below please find the nomination of the B/T TEAM ANIARA, which is nominated to take 240,000 barrels of GASOIL 0.2%S directed to SINGAPORE, SINGAPORE in Charge window Oct 20-22. 2006 – CARDON

**Please take into account the following important observations:**

**1.- The mooring and loading of the ship is authorized in accordance with the annexed nomination.**

**2.- The ship shall remain anchored [fondeado] until the confirmation of International Finances about the payment of the product.**
**3.- All the waiting time of this confirmation shall be on the Client's account.**
**4.- NO TYPE OF DOCUMENT MAY BE DELIVERED OR FORWARDED TO THE CLIENT UNTIL IT IS AUTHORIZED BY THIS SAME WAY, with exception of the analysis of the ground tanks issued by the inspector.**
**5.- The details of the consignee shall be completed as soon as possible in the REV#1 of this nomination.**

## Instructions to take-samples:

The inspection company SGS is completely authorized to:

AA) take and retrieve from the refinery's installations samples of the final composition on board and land tanks for its analysis.

## Agents: SEAPORT AGENCIES, S.A.

Must inform to the Cardon terminal the ETA's at 72 hours, 48 hours and 24 hours.
Must send copies of **"all"** the documents immediately after the departure to the following people:

César Chávez
INTRAKAM, S.A. de C.V.

## * *SGS
Must immediately inform the operator on duty +58-412-6204211 or the operator Erwin Burger +58-212-7083119 or cell phone +58-412-2224663 if:

- The difference land/ship exceeds 0.3% (with experience factor) or 0.50% (without experience factor)
- If the product does not comply any of the qualities indicated in this nomination.

In case of any doubt or should you require more information, don't hesitate to contact me.

Regards,

Erwin Burger
Clean Product Operations

---

| SYSTEM: PW*STARS | PDVSA PETROLEO, S.A. |
| --- | --- |
| | MANUFACTURA Y MERCADEO |
| | LOADING INSTRUCTIONS |
| RUN DATE: 25/10/06 | RUN TIME: 10:27/M |

| LOADING PORT | PUNTA CARDON, PORT, VENEZUELA (025114) |
| SHIP | TEAM ANIARA |
| RANGE OF LOADING | OCT-20-2006    UNTIL: OCT-22-2006 |
| ROUTE | 164640 |
| AGENT | SEAPORT AGENCIES, S.A. |

### TOTAL VOLUME TO LOAD BY QUALITIES

| PRODUCT | VOLUME (UOM) | VOLUME (QTY) |
|---|---|---|
| GASOIL 0.2 PCT SULPHUR/45 CETANE (42515) | BARRELS | 240,000.00 |
| TOTAL | | 240,000.00 |

| CLIENT | INTRAKAM S.A. DE C.V. |
| NO. CONTRACT | SA130239 |
| CONSIGNOR | PDVSA PETROLEO, S.A. |
| CONSIGNEE | WINTEK INTERNATIONAL PTE LTD |
| REGISTER EXPORTER | PDVSA PETROLEO, S.A. |
| TYPE OF SALE | FOB ORIGIN |

### PARCEL #1

| NO. DISPATCH | 410051 |
| NAME OF PRODUCT | GASOIL 0.2 PCT SULPHUR/45 CETANE |
| VOLUME | 240,000.00 BARRELS |
| CONTRACT TOLERANCE | PLUS OR MINUS 0% |
| DESTINATION | SINGAPORE, PORT |
| INSPECTOR | SGS OIL, GAS & CHEMICALS SERVICES VENEZUELA (13) |
| INSPECTION COSTS | SPLIT 50/50 |

### GUARANTEED QUALITY

| QUALITY SPECS. | UM | METHOD | TYPE | MIN | MAX |
|---|---|---|---|---|---|
| API GRAVITY @60F(15.5C) | N/A | D287/1298 | REPORT | N/A | N/A |
| ASH CONTENT | WT PCT | D482 | N/A | N/A | .01 |
| CARBON RAMSBOTTOM | WT PCT | D524 | N/A | N/A | .35 |
| CETANE INDEX | N/A | D4737/D976 | N/A | 45 | N/A |
| CLOUD POINT | CELSIUS | D2500 | N/A | N/A | 10 |
| COLOR, ASTM | N/A | D1500 | N/A | N/A | 3.0 |
| CORROSION, CU, | N/A | D130 | N/A | N/A | 2 |

-49-

3HRS@122F(50C)

| | | | | | |
|---|---|---|---|---|---|
| DISTILLATION 50 PCT RECOVERED | CELSIUS | D86 | N/A | N/A | 290 |
| DISTILLATION 90 PCT RECOVERED | CELSIUS | D86 | N/A | N/A | 360 |
| DISTILLATION FBP | CELSIUS | D86 | REPORT | N/A | N/A |
| DISTILLATION IBP | CELSIUS | D86 | REPORT | N/A | N/A |
| FLASH POINT, PM | F | D93 | N/A | 140 | N/A |
| SULPHUR CONTENT | WT PCT | D2622D4294 | N/A | N/A | .2 |
| VISCOSITY KINEMATIC @ 40C | CST | D445 | N/A | 2.0 | 5.8 |
| WATER AND SEDIMENT | VOL PCT | D2709 | N/A | N/A | .1 |

DOCUMENTATION INSTRUCTIONS
PORT OF LOADING

DOCUMENT DISTRIBUTION
N/A

MOVEMENT COMMENTS
N/A

DOCUMENTATION COMMENTS


## DOCUMENTATION INSTRUCTIONS

ADDRESSEE         : SINGAPORE, PORT
CONSIGNEE         : WINTEK INTERNATIONAL PTE LTD

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| QUALITY CERTIFICATE | 1 | 5 |
| HYDROCARBON QUANTITY CERTIFICATE | 1 | 5 |
| ORIGIN CERTIFICATE | 1 | 5 |
| BILL OF LADING | 3 | 5 |
| TIME SHEET | 1 | 5 |
| SHIP'S MANIFEST | 1 | 5 |
| RECEIPT OF DOCUMENTS | 1 | 5 |
| RECEIPT OF SAMPLES | 1 | 5 |
| HYDROCARBON ULLAGE REPORT | 1 | 5 |


## DOCUMENTATION DISTRIBUTION BY ADDRESSEE

TO      :    SHIP CAPTAIN

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 0 | 1 |
| ORIGIN CERTIFICATE | 0 | 1 |
| RECEIPT OF SAMPLES | 0 | 1 |
| SHIP'S MANIFEST | 0 | 1 |
| RECEIPT OF DOCUMENTS | 0 | 1 |
| QUALITY CERTIFICATE | 0 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 0 | 1 |
| TIME SHEET | 0 | 1 |
| HYDROCARBON ULLAGE REPORT | 0 | 1 |

TO     :     CONSIGNEE VIA SHIP CAPTAIN

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 0 | 1 |
| ORIGIN CERTIFICATE | 0 | 1 |
| RECEIPT OF SAMPLES | 0 | 1 |
| SHIP'S MANIFEST | 0 | 1 |
| RECEIPT OF DOCUMENTS | 0 | 1 |
| QUALITY CERTIFICATE | 0 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 0 | 1 |
| TIME SHEET | 0 | 1 |
| HYDROCARBON ULLAGE REPORT | 0 | 1 |

TO     :     CONSIGNEE VIA COURIER
ATT   :     TO BE ADVISE
DIR   :     WINTEK INTERNATIONAL PTE LTD - NO. 94 PANDAN LOOP, PANTECH
                INDUSTRIAL COMPLEX SINGAPORE 128383

| DOCUMENTS | ORIGINALS | COPIES |
|---|---|---|
| BILL OF LADING | 1 | 1 |
| ORIGIN CERTIFICATE | 1 | 1 |
| RECEIPT OF SAMPLES | 1 | 1 |
| SHIP'S MANIFEST | 3 | 1 |
| RECEIPT OF DOCUMENTS | 1 | 1 |
| QUALITY CERTIFICATE | 1 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 1 | 1 |
| TIME SHEET | 1 | 1 |
| HYDROCARBON ULLAGE REPORT | 1 | 1 |

TO     :     PDVSA FILE CARACAS
ATT   :     SRA NORA GAÑAN

-51-

```
DIR    :   EDIF. PDVSA - TORRE ESTE. PISO 9. LA CAMPIÑA. CARACAS
TLF    :   +58-212-708-7012
EMAIL  :   GANANN@PDVSA.COM
```

| DOCUMENTS | ORIGINALS | COPIES |
|-----------|-----------|--------|
| BILL OF LADING | 0 | 1 |
| ORIGIN CERTIFICATE | 0 | 1 |
| RECEIPT OF SAMPLES | 0 | 1 |
| SHIP'S MANIFEST | 0 | 1 |
| RECEIPT OF DOCUMENTS | 0 | 1 |
| QUALITY CERTIFICATE | 0 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 0 | 1 |
| TIME SHEET | 0 | 1 |
| HYDROCARBON ULLAGE REPORT | 0 | 1 |

```
TO     :   PETROLEUM ACCOUNTING
ATT    :   SR MIGUEL BOLIVAR
DIR    :   EDIF. PDVSA - TORRE ESTE. PISO 1. LA CAMPIÑA. CARACAS
TLF    :   +58-212-7083607
EMAIL  :   BOLIVARMJ@PDVSA.COM
```

| DOCUMENTS | ORIGINALS | COPIES |
|-----------|-----------|--------|
| BILL OF LADING | 0 | 1 |
| ORIGIN CERTIFICATE | 0 | 1 |
| RECEIPT OF SAMPLES | 0 | 1 |
| SHIP'S MANIFEST | 0 | 1 |
| RECEIPT OF DOCUMENTS | 0 | 1 |
| QUALITY CERTIFICATE | 0 | 1 |
| HYDROCARBON QUANTITY CERTIFICATE | 0 | 1 |
| TIME SHEET | 0 | 1 |
| HYDROCARBON ULLAGE REPORT | 0 | 1 |

END OF TEXT

# EXHIBIT 27



"Ing. Cesar Chavez"
<cesarchavez@intrakam .com.
mx>

31/10/2006 06:19 p.m.

Para  MARIA MAYELA LOZADA <lozadamm@pdvsa.com>,
ERWIN BURGER <burgere@pdvsa.com>

cc

cco

Asunto  Team Aniara

Estimada María,

Ya nos aviso nuestro cliente que definitivamente termina el procedimiento
mañana y el barco podra salir al fin.

Ya resolvio todo los puntos faltantes,

Gracias por su paciencia y mañana mismo le trasmitimos todo lo que nos envie
el comprador,

Cordiales saludos

César Chávez

# English Translation

**EXHIBIT 27**

To:
Cc:
Cco:
Subject: Team Aniara

Dear María,

Our client has notified us that he will definitely terminate the proceeding tomorrow and that the ship will be finally able to depart.

He resolved the pending points,

Thank you for your patience and we will send you tomorrow everything we receive from the buyer,

Kind regards

César Chávez

# EXHIBIT 28



**HUMBERTO FERRIN/FERRINH/PDV/PDV SA**

02/11/2006 08:43 a.m.

Para   "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>

·MARIA MAYELA LOZADA <lozadamm@pdvsa.com>, ARCADIO ROSAS <rosasav@pdvsa.com>, ·MARIA SILVA <silvamgj@pdvsa.com>, CARLOS VASQUEZ
cc    <vasquezcl@pdvsa.com>, GILMER GONZALEZ/GONZALEZGGX/PDV/PDVSA@PDV, CAROLA BEJARANO/BEJARANOCC/PDV/PDVSA@PDV, ·MARIA SILVA/SILVAMGJ/PDV/PDVSA@PDV

cco

Asunto  Re: Rm: Pago pendiente INTRAKAM Buque TEAM ANIARA/ 4to request

Buenos días Sr. Chavez,
No nos queda claro con su e-mail si el pago que se va a recibir en las cuentas de PDVSA cubrirá la totalidad de la ultima Proforma emitida, la cual asciende a USD  17.201.368,80.
En caso de recibir un monto menor al estipulado,  lamentablemente no se podrá autorizar el zarpe de su barco hasta no completar el monto adeudado y le recordamos que las demoras causadas hasta este momento no pueden ser imputables a PDVSA.

Quedamos a su disposición ante cualquier duda que tenga al respecto.


Saludos,



Humberto Ferrín
Products Contract Administration Manager
PDVSA Petróleo SA
Phone office 58 212 708 1390
Fax Number 58 212 708 3570


"Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>



**"Ing. Cesar Chavez"
<cesarchavez@intrakam.com
.mx>**

01/11/2006 02:11 p.m.

Para  MARIA SILVA <silvamgj@pdvsa.com>

CARLOS VASQUEZ <vasquezcl@pdvsa.com>, ARCADIO
cc    ROSAS <rosasav@pdvsa.com>, MARIA MAYELA LOZADA <lozadamm@pdvsa.com>, HUMBERTO FERRIN <ferrinh@pdvsa.com>

Asunto  Re: Rm: Pago pendiente INTRAKAM Buque TEAM ANIARA/ 4to request



on [DATE], [NAME] at [ADDRESS] wrote:


Buenos Días Señores

Favor informar por esta misma vía , el status del pago para levantar el cargamento de Gasoil desde Punta Cardon el cual no se ha realizado aun , pues en **las cuentas**

**de PDVSA  al dia de hoy no existe ningún ingreso** que avale el pago de dicho cargamento, se les recuerda que este pago es necesario para llevar a cabo el cargamento..

En espera de sus comentarios y  pronta respuesta

Saludos


----- Remitido por HUMBERTO FERRIN/FERRINH/PDV/PDVSA con fecha 31/10/2006 11:38 a.m. -----
**MARIA MAYELA LOZADA/LOZADAMM/PDV/PDVSA** 31/10/2006 10:48 a.m.

Para

"Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>

cc

HUMBERTO FERRIN/FERRINH/PDV/PDVSA@PDV

Asunto

Pago pendiente INTRAKAM Buque TEAM ANIARAVínculo <
Notes:///04256CE100582029/9EAA48E94868DACB042571D20058172
5/2C74754F80DC5A9E042572170068BACE>



Buenos días Sr Chavez: recibí la información donde Usted informa que el pago lo recibiremos por 17.139.840 USD, pero ese monto no cubre el total de la factura Proforma de 17.201.368,80 USD que debemos recibir como prepago, por lo que el Buque no podría zarpar sin ese pago total de la Proforma.

A pesar de que el Contrato no lo contempla, estamos sacando los cálculos estimados con los barriles que finalmente cargó el Buque, pero las cotizaciones definitivas aún no han transcurrido, debido a que la fecha de B/L es 27 de Octubre, los días de preciación para la Factura Definitiva son 30 y 31 de Octubre y el 01 de Noviembre (los tres inclusive).

Gasoil N°2 Singapore Platt's / $/MT

| | |
|---|---|
| 26-Oct-06 | 540.9992 |
| 27-Oct-06 | 526.0046 |
| 30-Oct-06 | 527.4220 |
| AVERAGE | 531.4753 |

Utilizando las tres cotizaciones más cercanas al B/L 26,27 y 30 Oct (arriba detalladas), nos da un precio total de 67.0607 USD/BBL, lo que daría un total a pagar de 17.656.747,01 USD.

Debemos regirnos por el Contrato y por tal motivo es necesario que PDVSA reciba al menos el monto total que se le envió con la segunda factura proforma N°381700-0 por la cantidad de 17.201.368,80 USD

17.139.840,00 USD pago que Usted ofreció
<u>17.201.368,80 USD</u> monto de la Proforma N°381700-0
    61.628,80 USD

Esos 61.628,80 USD son necesarios para cubrir el monto de la Proforma para poder autorizar el zarpe del Buque. Hasta este momento Finanzas Internacionales me informó que PDVSA no ha recibido ningún pago de parte de Ustedes.

Estamos a la espera del pago que cubre el total de la Factura Proforma N°381700-0.

Saludos,
Mayela Lozada
Administrador de Contratos de Productos
Comercio y Suministro
Telf: 212-7083148
Fax:: 212-7083570


**"Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>** 10/30/2006 03:00 PM

Para

MARIA MAYELA LOZADA <lozadamm@pdvsa.com>

cc

ERWIN BURGER <burgere@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, GILMER GONZALEZ <gonzalezggx@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com>

Asunto

Re: INCONSISTENCIAS EN FORMULA DE PRECIO


Estimada Maria,

Se dio la orden de enviar 17.139,840 US$ al banco de PDVSA, cualquier
discrepancia se puede organizar despues de emitidos los BL y SGS finales.

El barco debe zarpar mañana en cuanto PDVSA reciba en su cuenta la

confirmacion,

Cordiales saludos,

César Chávez
INTAKAM SA de CV

\*\*\*\*\*\*\*\*\*\*\*\*\*\* PDVSA´S INTERNET E-MAIL USE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message may contain information solely of the interest of PDVSA or
its businesses. Copying, distribution, disclosure or any use of the information contained in this transmission is permitted only to authorized parties. If you have received this e-mail by error, please destroy it and notify webmaster@pdvsa.com or the sender by reply email.

\*\*\*\*\*\* USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET \*\*\*\*\*\*

Esta nota puede contener informacion de interes solo para PDVSA o sus
negocios. Solo esta permitida su copia, distribucion o uso a personas autorizadas. Si recibio esta nota por error, por favor destruyala y notifique al remitente o a webmaster@pdvsa.com.

Estimada María,

Nuestras negociaciones no han resultado como lo habiamos externado, les solicitamos una disculpa por ello. Asimismo, les notificamos que la operación se estará cerrando entre la tarde de hoy y el día de mañana.

Saludos

César Chávez
INTRAKAM SA de CV

# English Translation

**EXHIBIT 28**

To: Ing. Cesar Chavez <cesarchavez@intrakam.com.mx>; MARIA MAYELA LOZADA
<lozaamm@pdvsa.com>, ARCADIO ROSAS <rosasav
Cc:
Subject: Intrakam pending payment Ship Team Aniara

Good morning Mr. Chávez,

It is not clear to us from your e-mail if the payment that will be received in PDVSA's accounts
will cover the last Proforma invoice that was issued in the amount of USD 17.201.368,80.
If we receive a smaller amount than that stipulated, we unfortunately will not be able to
authorize the departure of your ship until the outstanding amount is received and we remind you
that the delays until now cannot be attributed to PDVSA.

We are available to discuss any concerns that you may have regarding this matter.

Regards,

Humberto Ferrín
Products Contract Administration Manager
PDVSA Petróleo SA


To:
Cc:
Subject: Re: Fw: Pending payment INTRAKAM Ship TEAM ANIARA/4th request

on [DATE], [NAME] at [ADDRESS] wrote:

Good morning gentlemen,

Please inform by e-mail of the status of the payment required to lift the Gasoil shipment from
Punta Cardon, as this hasn't been completed yet. To date no money has been received in
PDVSA's accounts evidencing the payment for this shipment. We want to remind you that such
payment is necessary to make the shipment.

We await your prompt response and comments.

Regards

---Forwarded by HUMBERTO FERRIN/FERRINH/PDV/PDVSA dated 10/31/2006 11:38 a.m.---
--

To:
Cc:

Subject: Pending payment INTRAKAM Ship TEAM ANIARA

Good morning Mr. Chávez: I received the information where you informed me that we will receive payment in the amount of 17,139,840 USD, but this amount does not cover the total amount of the Proforma invoice of 17,201,368.80 USD that we have to receive as prepayment. Therefore the Ship will not be able to sail unless we receive the total payment specified by the Proforma invoice.

Even though the Contract does not contemplate it, we are making an estimated calculation based on the barrels that were actually loaded into the Ship. We do not yet have an exact quote because the date of the B/L is October 27, and the days for pricing the Definitive Invoice are October 30 and 31 and November 1 (inclusive).

Gasoil N°2 Singapore Platt's / $/MT

| | |
|---|---|
| Oct-26-06 | 540.9992 |
| Oct-27-06 | 526.0046 |
| Oct-30-06 | 527.4220 |
| | |
| AVERAGE | 531.4753 |

Using the closest three quotations to the B/L 26, 27 and 30 Oct (detailed above), gives us a total price of 67.0607 USD/BBL, which would make the total payment of 17,656,747.01 USD.

We must act in accordance with the Contract, and it is therefore necessary that PDVSA receive at least the total amount of the second Proforma invoice N°381700-0 in the amount of 17,201,368.80 USD

17,139,840.00 USD payment that you offered
17,201,368.80 USD amount of Proforma invoice N°381700-0
      61,628.80 USD

The remaining 61,628.80 USD is necessary to cover the amount of the Proforma invoice in order for us to be able to authorize the departure of the ship. Until now, the Department of International Finance has informed me that PDVSA has not received any payment from you.

We are awaiting payment that covers the total amount of Proforma Invoice N°381700-0.

Regards,
Mayela Lozada
Products Contracts Manager

To:
Cc:
Subject: Re: INCONSISTENCIES IN THE PRICING FORMULA

Dear Maria,

We gave the order to send 17,139,840 US$ to PDVSA's bank. Any discrepancy can be resolved after the final BL and SGS have been issued.

The ship must leave tomorrow as soon as PDVSA receives the confirmation in its account.

Kind regards,

César Chávez
INTRAKAM, S.A. de C.V.


[Legal disclaimer of PDVSA e-mails]


Dear María,

Our negotiations have not proceeded as we had indicated. We apologize for that. In addition, we notify you that the transaction will be closing either this afternoon or tomorrow.

Regards,

César Chávez
INTRAKAM, S.A. de C.V.

# EXHIBIT 29



**"Ing. Cesar Chavez"**
**<cesarchavez@intrakam.com**
**.mx>**

02/11/2006 05:35 p.m.

Para: MARIA MAYELA LOZADA <lozadamm@pdvsa.com>, MARIA SILVA <silvamgj@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com>, LUIS VASQUEZ <vasquezlez@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>

cc: ERWIN BURGER <burgere@pdvsa.com>, ARCADIO ROSAS <rosasav@pdvsa.com>, GILMER GONZALEZ <gonzalezggx@pdvsa.com>

cco

Asunto: Team Aniara

| Historial: | ↪ Este mensaje ha sido remitido. |
|---|---|

Estimados Señores,

Una vez más me disculpo, pero nuestros clientes nos han quedado mal. Sinembargo, nuestro interes continua hoy más que nunca y ya hemos contactado un cliente extremadamente seguro, que nos permitirá cumplir con el compromiso adquirido.

Por lo anterior, solicito cambio de destino para llevar el producto a Ecuador.

Saludos

CESAR CHAVEZ
INTRAKAM SA DE CV

# English Translation

**EXHIBIT 29**

To:
Cc:
Cco:
Subject: Team Aniara

History: This message has been forwarded.

Dear Sirs,

I apologize again, but our clients have failed to perform.  Nonetheless, we are still very interested in this transaction and we have already contacted another client of whom we are very sure, which will allow us to honor our commitment.

Due to the foregoing, I request that we change the destination of the product to Ecuador.

Regards,

CÉSAR CHÁVEZ
INTRAKAM, S.A. de C.V.

# EXHIBIT 30



**"Ing. Cesar Chavez"**
<cesarchavez@intrakam.com
.mx>

03/11/2006 10:00 p.m.

Para ·MARIA SILVA <silvamgj@pdvsa.com>

cc ·MARIA MAYELA LOZADA <lozadamm@pdvsa.com>, ERWIN BURGER <burgere@pdvsa.com>, GILMER GONZALEZ <gonzalezggx@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, ADAM KAMARA <drkamara@intrakam.com.mx>

cco

Asunto  Fwd: Fw: I.C.P.O. DE Dynoil, Team Aniara

ESTIMADA MARIA,

LE INFORMO QUE EL DÍA DE HOY  DYNOIL, LES HA ENVIADO UN FIRME, CERRANDO LA
COMPRA DEL CARGAMENTO DE DIESEL, POR MEDIO DE UN I.C.P.O ., Y, QUE
AMANECIENDO EL LUNES EN VENEZUELA, EL BANCO DEL COMPRADOR DEBERA DE HABER
PAGADO A PDVSA, EN EL J.P.MORGAN CHASSE DE NEW YORK, EL MONTO DEL CARGAMENTO
DEL BUQUE EN DISTRESS.

CESAR CHÁVEZ
INTRAKAM SA DE CV

 - ICPO TO ADVANCEŠMT_11-03-06.pdf



Date:  **November 3rd, 2006**

To:    Advanced Engineering Development LTD / Intracam S.A. de C.V.

Att:   Mrs. Irini Nicoletos (Director)

## IRREVOCABLE CORPORATE PURCHASE ORDER - ICPO

### No. Intrk / Advan / PDV / Team Aniara D-2 No. 015

We, **Dynoil L.L.C.**, a Delaware Limited Liability Company, formed in the State of Delaware, USA, under N° **3999644** with offices in Newport Beach, CA 92658 (PO Box 11866), represented by **A. Vernon Wright**, Passport N° 038629409, with full legal and corporate authority and responsibility, hereby state and represent, confirm that we are ready willing and able, to purchase the commodity **Diesel D2 Low Sulfhur (max 0.02 % wt total Sulphur)**, as per the specification and in the quantity and for price as specified in the terms and conditions as stated below. from Petroleos de Venezuela S.A. – PDVSA.

1.  **Product Description:**

    | | |
    |---|---|
    | End Seller: | **Advanced Engineering Development LTD / Intracam S.A. de C.V.** |
    | Seller (Suplier): | Petroleos de Venezuela S.A. (PDVSA) |
    | Origin: | Venezuela / PDVSA System |
    | Product: | DIESEL – D2 |
    | Specifications: | Sulphur **0.02% max** - Cetane 45 min, and as per contract. |
    | Quantity: | **35'708.07 MT (Already loaded n the M/T Team Aniara berh at Punta Cardon Terminal )** |
    | Term: | **Spot** |
    | Delivery: | **CIF** |

2.  **Terms and Conditions:**

    | | |
    |---|---|
    | Loading Port: | **Punta Cardon Terminal (PDVSA System)** |
    | Port of Destiny: | TBA on Monday November 6th, 2006 |
    | Price: | **CIF** – TBA on Monday November 6th, 2006 |
    | Payment: | Guarantied by one hundred and ten percent (1100%) Irrevocable, and Comfirm, Documentary Letter of Credit in Favor to PDVSA. |
    | Inspection: | All ready done by SGS |
    | Procedure: | As per contract. |

3.  **End Buyer Bank Coordinates:**

    | | |
    |---|---|
    | Bank name: | Credit Suisse |
    | Address: | Trade Finance Service Center |
    | | Place Cornivan, Rue de Lausanne 17-19 |
    | | 1211  Geneve 2 - CH |

---

**DYNOIL LLC**
**P.O. BOX 11866 NEWPORT BEACH, CA 92658**
**Telephone: (949) 584-6198  Facsimile: (949) 448-0515**
e-mail: a.v.wright@dynoil.com
web site: www.dynoil.org
Page 1

PDVSA
October 12, 2006
Page 2

| | |
|---|---|
| Account Name: | **Dynoil LLC** |
| Swift: | CRESCHZZ12A |
| Bank Officer Name: | Mr. Guy Barras |
| Bank Officer Phone: | +41-22-393-2581 |
| Bank Officer Fax: | +41-22-393-2334 |
| Email: | guy.barras@credit-suisse |

Advanced Engineering Development LTD / Intracam S.A. de C.V. and/or PDVSA is by means of this I.C.P.O. fully authorized to proceed with a soft probe of our financial capability contacting our bank officer.

We warrant that this I.C.P.O. N° <u>No. Intrk / Advan / PDV / Team Aniara D-2 No. 015,</u> is the only one we accept as valid as of today.

For any questions about this deal, please contact our representative in Venezuela, the **Eng. Víctor Gómez** (Phones: (0212) 959.1610 / 959.8476 / 959.7561  or (0414) 794.1985 / e-mail: <u>vigomez@gmail.com</u> )

Sincerely,

By and on behalf of **DYNOIL LLC**

Sincerely,
By and on behalf of

> Dynoil LLC,
> Registration # 3999644
> Delaware Limited Liability
> Company
> July 13, 2005

| | |
|---|---|
| Name: | **A. Vernon Wright** |
| Title: | **President (CEO)** |
| Passport N°: | ██████ |
| Country: | United States of America |
| Expiration Date: | September 13, 2013 |

**DYNOIL LLC**
P.O. BOX 11866, NEWPORT BEACH, CA 92658
TELEPHONE:  (949) 584-6198  FACSIMILE:  (949) 448-0515
EMAIL:  <u>A.V.WRIGHT@DYNOIL.COM</u>
WEB SITE:  <u>WWW.DYNOIL.ORG</u>

# English Translation

**EXHIBIT 30**

To:
Cc:
Cco:
Subject: Fwd: Fw: I.C.P.O. DE Dynoil, Team Aniara

DEAR MARÍA,

I INFORM YOU THAT TODAY, DYNOIL, HAS SENT YOU A FIRM OFFER, CLOSING THE PURCHASE OF THE DIESEL SHIPMENT, THROUGH AN I.C.P.O., AND THAT BY MONDAY MORNING (VENEZUELA TIME), THE PURCHASER'S BANK SHALL HAVE PAID TO PDVSA, IN J.P. MORGAN CHASE OF NEW YORK, THE AMOUNT OF THE CARGO OF THE SHIP IN DISTRESS.

CÉSAR CHÁVEZ
INTRAKAM, S.A. de C.V.

[Attachment – ICPO TO ADVANCESMT_11-03-06.pdf]

# EXHIBIT 31



| | |
|---|---|
| **"Ing. Cesar Chavez"** <cesarchavez@intrakam.com.mx> 06/11/2006 05:20 p.m. | **Para** HUMBERTO FERRIN <ferrinh@pdvsa.com>, MARIA SILVA <silvamgj@pdvsa.com>, MARIA MAYELA LOZADA <lozadamm@pdvsa.com> |
| | **cc** CARLOS VASQUEZ <vasquezcl@pdvsa.com>, GILMER GONZALEZ <gonzalezggx@pdvsa.com>, <wilfredoaro@intrakam.com.mx>, ADAM KAMARA <drkamara@intrakam.com.mx> |
| | **cco** |
| | **Asunto** Dynoil |

ESTIMADOS SENORES,
RECIBIDO DE DYNOIL, esperamos y seguimos trabajando,

SALUDOS,


CESAR CHAVEZ


This is to confirm that Dynoil will open its purchase letter of credit by no later than close of business Tuesday, November 7, 2006.  Dynoil is prepared to cover any demurrage incurred from said date to the sailing of the cargo under Dynoil's Bill of Lading.


Please have PDVSA confirm in writing that the cargo on Team Aniara is Dynoil's cargo.


Best,


For and on behalf of Dynoil LLC.

A.       Vernon Wright




A. Vernon Wright

Chief Executive Officer

Dynoil L.L.C.

a Delaware Limited Liability Company

P.O. Box 11866

Newport Beach, California 92658

Telephone: (949) 584-6198 (Direct)

Telephone: (949) 203-8602

Facsimile: (949) 448-0515 (Direct)

E-Mail: a.v.wright@dynoil.com    (Direct)

Facsimile: (949) 203-8602

Facsimile: (208) 975-5833

Web Page: www.dynoil.org <http://www.dynoil.org/>

- image001.jpg



# A. Vernon Wright

Dynoil
Chief Executive Officer

Tel:   1-949-584-6198
Fax:  1-949-448-0515
a.v.wright@dynoil.com
Web: www.dynoil.org
P.O. Box 11866
Newport Beach, CA 92658

# English Translation

**EXHIBIT 31**

To:
Cc:
Cco:
Subject: Dynoil

DEAR SIRS,
RECEIVED FROM DYNOIL, we are waiting and we will keep working,

REGARDS,

CESAR CHAVEZ

[text in English]

EXHIBIT 32



**"Ing. Cesar Chavez"**
<cesarchavez@intrakam.com.mx>

08/11/2006 06:47 p.m.

Para   ·MARIA SILVA <silvamgj@pdvsa.com>, ·MARIA MAYELA LOZADA <lozadamm@pdvsa.com>, HUMBERTO FERRIN <ferrinh@pdvsa.com>

cc   GILMER GONZALEZ <gonzalezggx@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>

cco

Asunto   Desistimiento Team Aniara

---

| Historial: | ✍ Este mensaje ha sido remitido. |
|---|---|

Estimados Señores,

Debido a distintas circusntancias y principalmente a la falta de seriedad del cliente final, nuestra empresa se ve en la penosa necesidad de manifestarles EL DESESTIMIENTO DEL CARGAMENTO que se nos habia aprobado. Esta incomoda medida se toma después de haber agotado distintas alternativas. Sinembargo, el motivo principal es darle una solución al problema y evitar se sigan generando mayores gastos.

Nos reiteramos a sus apreciables ordenes y en espera de una nueva oportunidad.

Saludos cordiales

César Chávez
INTRAKAM SA de CV

# English Translation

**EXHIBIT 32**

To:
Cc:
Cco:
Subject: Abandonment Team Aniara

History: This message has been forwarded.

Dear Sirs,

Due to several circumstances and mainly to the lack of seriousness of our final client, our company is in the distressing situation of having to tell you of the ABANDONMENT OF THE SHIPMENT that had been approved for us. This uncomfortable measure is being taken after having pursued other alternatives. Nonetheless, the principal reason for doing this is to provide a final solution to the problem and to avoid creating further expenses.

We make ourselves available at your convenience and we await a new opportunity.

Kind regards

César Chávez
INTRAKAM, S.A. de C.V.

# EXHIBIT 33



| | |
|---|---|
| "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx> 10/11/2006 05:40 p.m. | **Para** MARIA SILVA <silvamgj@pdvsa.com>, HUMBERTO FERRIN <ferrinh@pdvsa.com>, MARIA MAYELA LOZADA <lozadamm@pdvsa.com> |
| | **cc** ERWIN BURGER <burgere@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, GILMER GONZALEZ <gonzalezggx@pdvsa.com> |
| | **cco** |
| | **Asunto** Team Aniara Muskat |

Estimados Senores:

1. La carta de crédito en el banco de PDVSA en  condiciones CIF
2. Por favor que alguien de PDVSA se comunique con el armador y organize el CP y garantize su flete, nosotros garantizamos las demoras.
3. Que el Senor Edwin Burger sea notificado que Muskat es el ususario final y lo llamará para organizar documentos etc y salida del barco

Cordiales saludos,

Cesar Chávez
INTRAkAM SA de CV

# English Translation

**EXHIBIT 33**

To:
Cc:
Cco:
Subject: Team Aniara Muskat

Dear Sirs:

1. The letter of credit in PDVSA's bank in CIF conditions
2. Please have someone from PDVSA get in touch with the ship owner and organize the CP and guarantee its freight. We guarantee any delays.
3. Please notify Mr. Edwin Burger that Muskat is the final user and it will call him to organize documents etc and the departure of the ship.

Kind regards,

César Chávez
INTRAKAM, S.A. de C.V.

# EXHIBIT 34



**"Ing. Cesar Chavez"**
<cesarchavez@intrakam.co
m.mx>

11/11/2006 10:52 a.m.

Para ·MARIA SILVA <silvamgj@pdvsa.com>

cc    ARCADIO ROSAS <rosasav@pdvsa.com>, GILMER
GONZALEZ <gonzalezggx@pdvsa.com>

cco

Asunto  FW: Letter of Credit  Team Aniara

```
------ Mensaje reenviado
De: Ing. Cesar Chavez <cesarchavez@intrakam.com.mx>
Fecha: Fri, 10 Nov 2006 15:31:00 -0600
Para: MARIA SILVA <silvamgj@pdvsa.com>, MARIA MAYELA LOZADA
<lozadamm@pdvsa.com>, HUMBERTO FERRIN <ferrinh@pdvsa.com>, CARLOS VASQUEZ
<vasquezcl@pdvsa.com>
CC: ERWIN BURGER <burgere@pdvsa.com>, GILMER GONZALEZ
<gonzalezggx@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>
Asunto: Letter of Credit  Team Aniara
```

Estimados Senores,


Esta es la copia de la carta de crédito para PDVSA del Team Aniara, todo
esta en movimiento.

Por favor avisar estar al tanto para que verifiquen la acreditación de la
carta.

Saludos cordiales

César Chávez
INTRAKAM SA de CV


`------ Fin del mensaje reenviado`

□ - A087a2a6d-13d0-Šf40166cfcf1.PDF

## Standby Letter of Credit Application

Created by:  LOVEBANK          On:  11/10/06  11:02          Current Status:            Incomplete
Released to:  Standby LCs to US (GTS)                        Date of Last Activity: 11/10/2006  12:47:1
Applicant Reference Number:   PDVSA-1                        Bank Reference:            651762
                                                            Date/Time Printed:     11/10/06  12:47

Please open an Irrevocable Standby Letter of Credit under the terms set forth below.

Special Instructions to the Issuing Bank staff only:

Applicant Party:                          Beneficiary:
MUSKET CORPORATION                        PDVSA PETROLEO S.A.
1601 N. PENNSYLVANIA
PO BOX 26210
OKLAHOMA CITY, OK 73126

                                          Currency / Amount: US 17,000,000.00
Advising Bank:
JPMOGAN CHASE
                                          Drafts drawn on: JPMORGAN CHASE
                                          Expiry date:  12/11/2006
                                          Expiry place:

The opening of this credit, substantially in the form requested herein, is subject to the
terms and conditions as set forth in the continuing commercial letter of credit and security
agreement to which we agree.  All credits will be subject to the UCP500 unless otherwise
requested.

Documents Required:
Referenced Documents covering 35.708 mt (thirty five thousand seven
hundred and eight metric tons) D2 Diesel Oil.

One (1) original and three (3) copies of the Commercial Invoice, based on
the loaded quantity and quality by SGS report.  Showing name of vessel,
date of completion, discharge quantity and state of delivery.
Full set of three (3) original and non-negotiable copies of Bill of
Lading,  The B/L to be signed in original by the owner and master of
vesssel issued or endorsed to the order or to the Buyer showing
destination.
One (1) original and three(3) copies of the Certificate of Quantity issued
at the discharge port.
One (1) original and three (3) copies of the Certificate of Quality issued
at the discharge port.
One (1) original and three (3) copies of the Certificate of Origin by the
oil company
One (1) original and three (3) copies of the Master's Receipt of samples,
One (1) original of the Ullage report issued at loading terminal,
One (1) original and three (3) copies of the Cleanliness Report at loading
port
Statement signed by authorized representative of PDVSA PETROLEO
S.A.stating the the above referenced documents were delivered to Musket

Page 1 of 2

## Standby Letter of Credit Application

Corporation and that payment has not been paid under the payment terms and remains unpaid at the time of drawing.

Other terms and conditions:
1.  All banking charges related to this letter of credit are for the account of issuer, including correspondent transfer commissions. Beneficiary is to receive full payment as invoiced.
2.  Bar-Toll charges, if applicable, are covered by this letter of credit.
3.  Documents presented later that twenty one (21) days from the bill of lading date but still within documentary credit validity are acceptable.
4. Should the date of payment of this letter of credit fall on Saturday, Sunday, or a bank holiday in the city of New York, United States of America, payment shall be made on the nearest preceding banking day of such city.
5.  Originals and/or photocopies of documents are acceptable.  Documents presented to us via fax are acceptable.
6.  Documents showing quantity in barrels or metric tons are acceptable.
7.  Charter party bills of lading are acceptable.
8.  Transshipments are prohibited.
9.  If during the validity of this letter of credit, any interruptions of the issuing bank's business occurs due to an event of force majeure (article 17 uniform customs and practice for documentary credits, revision of 1993) we will fully honor the credit upon resumption of our business activities and there fore will pay, within the following five (5) business days after said resumption of our business, all amounts and claims covered by this letter of credit which were originated during the above mentioned interruption.
10.  Name of the bank and officer to whom the documents should be addressed:  JPMorgan Chase Bank, Attn:  Mr. John Munger, Mail Code OK1-1070, 100 N. Broadway, Oklahoma City, OK 73102, USA
11.  The present telex is the original operative instrument and will not be followed by any written confirmation.

# English Translation

**EXHIBIT 34**

To:
Cc:
Cco:
Subject: FW: Letter of Credit Team Aniara

-----Forwarded message
From:
Date:
To:
CC:
Subject: Letter of Credit Team Aniara

Dear Sirs,

This is the copy of the letter of credit for PDVSA for the Team Aniara. Everything is progressing.

Please check and verify the accreditation of the letter of credit.

Kind regards,

César Chávez
INTRAKAM, S.A. de C.V.

--- End of forwarded message

[Attached PDF file]

# EXHIBIT 35



| | | |
|---|---|---|
| MARIA SILVA/SILVAMGJ/PDV/PDVSA | Para | cesarchavez@intrakam.com.mx |
| 11/11/2006 01:17 p.m. | cc | GILMER GONZALEZ <gonzalezggx@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com>, ARCADIO ROSAS/ROSASAV/MM/PDVSA@PDV, HUMBERTO FERRIN/FERRINH/PDV/PDVSA@PDV |
| | cco | |
| | Asunto | Rm: Letter of Credit Team Aniara |

**Buenas Tardes**

La carta de credito aceptada por PDVSA deber ser **Stand - By e irrevocable,** Intrakam debe estar claro que la empresa que esta registrada ante esta corporación es Intrakam y el contrato fue firmado con ustedes por lo que el **aplicante** debe **Intrakam** independientemente que MUSKAT sea el cliente final con la mercancía, le recordamos que nuestro riesgo financiero es directamente con su empresa, sin embargo la segunda opción podría ser Muskat on Behalf of Intrakam, amparando unos volúmenes 240.000 bbls de Gasoil +/- 10% por un total de US$ 17.201.368,80 +/- 10% según re-facturacion 381700-1.

A continuación les remito el formato que debe ser utilizado para la apertura de la carta de credito y los banco confirmadores que son aceptados por PDVSA



Confirming banks accepted by PDVSA.xls



Last Format Standby Letter of credit NUEVO.doc

Es importante tomar en cuenta que si siguen las pautas de los formatos sin eliminar y/o agregar cláusulas la apertura de la carta de credito se hace de manera eficiente y rápida, te sugiero tomar en cuenta esto al momento de la apertura de la misma al igual que los bancos aceptados por PDVSA.

Saludos

María Gabriela Silva
International Finance Operations Deparment PDVSA Petróleo S.A
Phone: 58 212 7083936
Fax:     58 212 7083944/3964

—— Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 11/11/2006 12:24 p.m. ——



| | | |
|---|---|---|
| "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx> | Para | MARIA SILVA <silvamgj@pdvsa.com>, ARCADIO ROSAS <rosasav@pdvsa.com> |
| 11/11/2006 10:58 a.m. | cc | GILMER GONZALEZ <gonzalezggx@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com> |
| | Asunto | Letter of Credit Team Aniara |

Estimada Maria,

## CONFIRMING BANKS ACCEPTED BY PDVSA

| | |
|---|---|
| AUSTRALIA & NEW ZELAND BANKING (ANZ BANK) | AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | AUSTRALIA |
| NATIONAL AUSTRALIA BANK | AUSTRALIA |
| WESTPAC BANKING CORPORATION | AUSTRALIA |
| FORTIS BANK( ANTES GENERALE BANK) | BELGIUM/ THE NETHERLANDS |
| KBC BANK ( ANTES KREDIETBANK) | BELGIUM |
| BANK OF MONTREAL | CANADA |
| BANK OF NOVA SCOTIA | CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | CANADA |
| ROYAL BANK OF CANADA | CANADA |
| TORONTO DOMINION BANK | CANADA |
| DEN DANSKE BANK | DENMARK |
| MERITA BANK | FINLAND |
| BNP PARIBAS | PARIS, NY, GENEVA |
| CREDIT AGRICOLE /BANQUE INDOSUEZ | FRANCE |
| CREDIT COMMERCIAL FRANCE | FRANCE |
| GROUPE DES BANQUES POPULAIRES | FRANCE |
| SOCIETE GENERALE | PARIS, NY |
| COMMERZBANK | GERMANY |
| DEUTSCHE BANK | GERMANY |
| DRESDNER BANK | GERMANY |
| HAMBUEGISCHE LANDESBANK | GERMANY |
| HYPOVEREINSBANK (ANTES BAYERISCHE HYPO UND VEREINSBANK) | GERMANY |
| LANDESBANK BADEN WUERTTEMBERG | GERMANY |
| ALLIED IRISH BANK | IRELAND |
| BANK OF IRLEAND | IRELAND |
| BANK HAPOALIM | ISRAEL |
| BANK LEUMI | ISRAEL |
| UNICREDITO ITALIANO (ANTES Crédito Italiano) | ITALY |
| BANCO COMERCIAL PORTUGUES | PORTUGAL |
| CAIXA GENRAL DEPOSITOS | PORTUGAL |
| OVERSEA CHINESE BANKING CORP | SINGAPORE |
| OVERSEAS UNION BANK | SINGAPORE |
| UNITED OVERSEAS BANK | SINGAPORE |
| BANCO BILBAO VIZCAYA-ARGENTARIA | SPAIN |
| BANCO SANTANDER CENTRAL HISPANOAMERICANO | SPAIN |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA | SPAIN |
| FORENINGBANKEN | SWEDEN |
| SKANDINAVISKA ENSKILDA BANKEN | SWEDEN |
| SVENSKA HANDELSBANKEN | SWEDEN |
| CREDIT SWISS FIRST BOSTON | SWITZERLAND |

| | |
|---|---|
| UNION BANK OF SWITZERLAND (UBS AG) | SWITZERLAND |
| BANK OF TAIWAN | TAIWAN |
| ABN AMRO BANK | THE NETHERLANDS |
| ING BANK NV (Banque Bruselles-full branch) | THE NETHERLANDS |
| RABOBANK GROUP | THE NETHERLANDS |
| ABBEY NATIONAL PLC | U.K |
| ALLIANCE & LEICESTER | U.K |
| BANK OF SCOTLAND | U.K |
| BARCLAYS | U.K |
| HALIFAX | U.K |
| HSBC BANK PLC | U.K |
| LLOYDS BANK | U.K |
| NATIONAL WESTMINSTER GROUP | U.K |
| ROYAL BANK OF SCOTLAND | U.K |
| STANDARD CHARTERED BANK | U.K, NY |
| WOOL WICH BUILDING SOCIETY | U.K |
| BANK OF AMERICA (*) | U.S.A. |
| BANK OF NEW YORK (*) | U.S.A. |
| BANKERS TRUST CORP (*) | U.S.A. |
| CITIBANK (*) | U.S.A. |
| MBNA INTERNATIONAL BANK (*) | U.S.A. |
| BANCO MERCANTIL | VENEZUELA |
| MBNA INTERNATIONAL BANK (*) | U.S.A. |
| THE CHASE MANHATTAN BANK (*) | U.S.A. |
| BANCO LATINOAMERICANO DE EXPORTACIONES S.A. (BLADEX) | PANAMA |
| SUMITOMO MITSUI BANK | |
| BNP PARIBAS | U.K |
| NATEXYS BANK | |

NOTA:  (*) INCLUYE SOLO LOS BANCOS Y NO LA CORPORACIONES, DADO QUE EL FDIC SOPORTA
SOLAMENTE A LAS INSTITUCIONES BANCARIAS ANTE CUALQUIER EVENTUALIDAD

## "STANDBY" LETTER OF CREDIT

We __(name of the bank)__ hereby issue our irrevocable stand-by letter of credit

| | |
|---|---|
| **Number:** | **(Number of the letter of credit)** |
| **In favor of:** | **(Name and address of the beneficiary)** |
| **By order and for account of:** | **(name and address of the client)** |
| **Amount:** | Approximately _____ **(amount in US$)** ____ |
| **Covering:** | Approximately __**(volume)**__ of __**(product)**__. |
| **Shipment:** | From **(name and country of the loading port)** |
| | To **(name(s) and country(ies) of the unloading port)** |
| | During the period **(Month-Day-Year to Month-Day-Year)** |
| **Valid:** | **(expiration date)** **(BL + 45 days)** __ at the counters of _____. |

available for payment at sight against certificate in the form of letter or tested fax or tested telex, issued by __**(name of the beneficiary)**__, reading:

**Quote**

### "Certificate"

"We ____**(name of the beneficiary)**____ hereby certify that _____**(name of the client)**____ has failed to pay us on due date the amount of ____**(amount in letters)** **(US$** ____**)** for the shipment of __**(volume)**__ of __**(product)**__ from __**(loading port)**__ to __**(destination port)**__ shipped on ____**(date of the bill of lading)**__ on vessel **(name of the vessel)**__. Therefore, we demand payment of said amount in same day funds via wire transfer in the account number __**(account number)**__ in __**(name of the PDVSA Petroleos S.A´s bank including location city)**__."

**Unquote**

We _____**(name of the bank)**____ engage by this letter of credit to irrevocably and absolutely pay to ____**(name of the beneficiary)**____, within three (3) banking days from the date of delivery to us of the mentioned "certificate" in same day funds, without need for any proof concerning the accuracy of any statement made in said certificate and irrespective of whether ___**(name of the client)**___ has become subject to any bankruptcy, reorganization or insolvency proceeding.

**Special conditions**

1.   All banking charges related to this letter of credit are for the account of our client including correspondent transfer commissions, Beneficiary is to receive full payment as invoiced.

2.    Should the date of payment of this letter of credit fall on Saturday, Sunday or a bank holiday in the city of New York, United States of America, payment shall be made on the nearest preceding banking day of such city.

3.    The amount to be credited to __**(name of the beneficiary)**__ 's account is to include delay interest at a rate of 12% per annum plus 6% per annum as administrative and handling charges based on a year of 360 days, to count from the due date of the invoice issued by __**(name of the beneficiary)**__ ,    until the date of the actual payment by __**(name of the bank)**__ .

4.    Name of the bank and officer to whom the "certificate" should be addressed: **(name of the bank, address and person to contact)**        .

5.    This telex is the operative instrument and no mail confirming will follow.

6.    Confirming or advising bank must effect no changes or additions to the content of this letter of credit.

7.    Full payment of this letter of credit shall only be deposited into the account designated in the "certificate". If __**(name of the bank)**__ is instructed to deposit the payment into an account whose beneficiary is different than **(name of the beneficiary)**  , __**(name of the bank)**__ shall notify __**(name of the beneficiary)**__ before making such deposit.

8.    If during the validity of this letter of credit, any interruption of the issuing bank's business occurs due to an event of force majeure (article 17 uniform customs and practice for documentary credits, revision of 1995), we will fully honor the credit upon resumption of our business activities and, therefore, will pay, within the following five (5) business days after said resumption of our business, all amounts and claims covered by this letter of credit which were originated during the above mentioned interruption.

7.    This letter of credit is not transferable.

This credit is subject to the Uniform Custom and Practice (UCP) for Documentary Credits 1993 revision of the International Chamber of Commerce Publication 500.

Any matters not covered by the UCP shall be governed by and construed in accordance to the laws of the State of New York, United States of America.

Bank:  shall mean the issuing bank if no confirming bank exists, or the confirming bank should it exists.

# English Translation

## EXHIBIT 35

To:
cc.
cco:
Subject: Fw: Letter of Credit Team Aniara

Good Afternoon

The letter of credit accepted by PDVSA must be **Stand-By and irrevocable**. Intrakam must be clear that the company that is registered with this corporation is Intrakam and that the contract was signed with you, and this is the reason why the **applicant** must be **Intrakam,** irrespective of the fact that MUSKAT is the final client. We remind you that our financial risk is directly with your company. Nonetheless, the second option could be "Muskat on Behalf of Intrakam", covering volumes of 240,000 bbls of Gasoils +/-10% for a total of US$ 17,201,368.80 +/-10% according to invoice 381700-1.

I am sending you below the format that must be used for the opening of the letter of credit and the confirming banks that are accepted by PDVSA

[Attached file]

[Attached file]

It is important to note that if you follow the guidelines of the format without deleting and/or adding clauses, the opening of the letter of credit will be done in an efficient and fast way. I suggest you to take this into account when opening the letter of credit, as well as the list of banks accepted by PDVSA.

Regards

María Gabriela Silva
International Finance Operations Department PDVSA Petróleo S.A.

To:
cc.
cco:
Subject: Letter of Credit Team Aniara

Dear Maria,

[Attachment in English with Note in Spanish that follows]

Note:  (*) Includes only the banks and not the corporations, since the FDIC supports only banking institutions in the event of an adverse situation.

[Attachment]

# EXHIBIT 36



| **HUMBERTO** | Para | "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx> |
| **FERRIN/FERRINH/PDV/PDV** | | |
| **SA** | cc | ERWIN BURGER <burgere@pdvsa.com>, GILMER |
| 13/11/2006 10:02 a.m. | | GONZALEZ <gonzalezggx@pdvsa.com>, JOSE SEBA |
| | | <sebaj@pdvsa.com>, MARIA SILVA |
| | cco | |
| | Asunto | Re: Team Aniara Muskat |

Buenos días Sr. Chavez,

Con relación a su e-mail anexo y en aras de poder facilitar todo este proceso y brindarles el apoyo necesario , requerimos que Ud. nos haga llegar, por esta misma vía, las nuevas instrucciones documentarias  del cargamento, similares a las que ya Intrakam nos hizo llegar en su oportunidad y en caso que hubiese un cambio de destino y/o consignee nos lo indique en su comunicación.
Asimismo le notifico que la  Sra. Mayela Lozada está de reposo  y el Administrador de Contartos asignado a este cargamento es el Sr. Carlos Orellana.
(e-mail:  orellanac@pdvsa.com, Tel. 708 4032)

Saludos,


Humberto Ferrín
Products Contract Administration Manager
PDVSA Petróleo SA
Phone office 58 212 708 1390
Fax Number 58 212 708 3570


"Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>



| **"Ing. Cesar Chavez"** | | MARIA SILVA <silvamgj@pdvsa.com>, HUMBERTO |
| <cesarchavez@intrakam .com | | FERRIN <ferrinh@pdvsa.com>, MARIA MAYELA LOZADA |
| .mx> | Para | <lozadamm@pdvsa.com> |
| 10/11/2006 05:40 p.m. | | ERWIN BURGER <burgere@pdvsa.com>, CARLOS |
| | cc | VASQUEZ <vasquezcl@pdvsa.com>, JOSE SEBA |
| | | <sebaj@pdvsa.com>, GILMER GONZALEZ |
| | | <gonzalezggx@pdvsa.com> |
| | Asunto | Team Aniara Muskat |


Estimados Senores:

1. La carta de crédito en el banco de PDVSA en  condiciones CIF
2. Por favor que alguien de PDVSA se comunique con el armador y organize el CP y garantize su flete, nosotros garantizamos las demoras.
3. Que el Senor Edwin Burger sea notificado que Muskat es el ususario final y lo llamará para organizar documentos etc y salida del barco


Cordiales saludos,

Cesar Chávez

INTRAkAM SA de CV

# English Translation

## EXHIBIT 36

To:
Cc:
Cco:
Subject: Re: Team Aniara Muskat

Good morning Mr. Chavez,

In connection with your attached e-mail and in order to facilitate this process and give you the necessary support, we require that you send us by e-mail, the new documentary instructions of the shipment, similar to those that Intrakam sent to us previously and, in the event that there is a change of destination and/or consignee, we ask that you let us know in your communication. Likewise I notify you that Ms. Mayele Lozada is on out of the office and the Contracts Manager assigned to this shipment is Mr. Carlos Orellana.
(e-mail: orellanac@pdvsa.com, Tel 708 4032)

Regards

Humberto Ferrín
Products Contract Administration Manager

To:
Cc:
Subject: Team Aniara Muskat

Dear Sirs:

1. The letter of credit in PDVSA's bank in CIF conditions
2. Please have someone from PDVSA get in touch with the ship owner and organize the CP and guarantee its freight. We guarantee any delays.
3. Please notify Mr. Edwin Burger that Muskat is the final user and it will call him to organize documents etc and the departure of the ship.

Kind regards,

César Chávez
INTRAKAM, S.A. de C.V.

EXHIBIT 37



**"Ing. Cesar Chavez"**
**<cesarchavez@intrakam.com.mx>**

13/11/2006 10:39 a.m.

Para   HUMBERTO FERRIN <ferrinh@pdvsa.com>

cc   ERWIN BURGER <burgere@pdvsa.com>, GILMER GONZALEZ <gonzalezggx@pdvsa.com>, JOSE SEBA <sebaj@pdvsa.com>, MARIA SILVA <silvamgj@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com>, CARLOS ORELLANA <orellanac@pdvsa.com>, LUIS VASQUEZ <vasquezlez@pdvsa.com>

cco

Asunto   Re: Team Aniara Muskat

on [DATE], [NAME] at [ADDRESS] wrote:

>
> Buenos días Sr. Chavez,
>
> Con relación a su e-mail anexo y en aras de poder facilitar todo este
> proceso y brindarles el apoyo necesario , requerimos que Ud. nos haga
> llegar, por esta misma vía, las nuevas instrucciones documentarias  del
> cargamento, similares a las que ya Intrakam nos hizo llegar en su
> oportunidad y en caso que hubiese un cambio de destino y/o consignee nos lo
> indique en su comunicación.
> Asimismo le notifico que la  Sra. Mayela Lozada está de reposo  y el
> Administrador de Contartos  asignado a este cargamento es el Sr. Carlos
> Orellana.
> (e-mail:  orellanac@pdvsa.com, Tel. 708 4032)
>
> Saludos,
>
>
>
> Humberto Ferrín
> Products Contract Administration Manager
> PDVSA Petróleo SA
> Phone office 58 212 708 1390
> Fax Number 58 212 708 3570
>
>
>
>
>
>
>                "Ing. Cesar
>
>                Chavez"
>
>                <cesarchavez@intr                                    Para
>
>                akam.com.mx>        MARIA SILVA <silvamgj@pdvsa.com>,
>
>                                   HUMBERTO FERRIN
>
>                10/11/2006 05:40   <ferrinh@pdvsa.com>, MARIA MAYELA
>
>                p.m.               LOZADA <lozadamm@pdvsa.com>
>
>                                                                    cc
>
>                                   ERWIN BURGER <burgere@pdvsa.com>,

```
>
>                                    CARLOS VASQUEZ
>
>                                    <vasquezcl@pdvsa.com>, JOSE SEBA
>
>                                    <sebaj@pdvsa.com>, GILMER GONZALEZ
>
>                                    <gonzalezggx@pdvsa.com>
>
>                                                            Asunto
>
>                                    Team Aniara Muskat
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
> Estimados Senores:
>
> 1. La carta de crédito en el banco de PDVSA en  condiciones CIF
> 2. Por favor que alguien de PDVSA se comunique con el armador y organize el
> CP y garantize su flete, nosotros garantizamos las demoras.
> 3. Que el Senor Edwin Burger sea notificado que Muskat es el ususario final
> y lo llamará para organizar documentos etc y salida del barco
>
>
> Cordiales saludos,
>
> Cesar Chávez
> INTRAkAM SA de CV
>
>
>
>
> ***************  PDVSA´S INTERNET E-MAIL USE  **************
> This message may contain information solely  of the interest of PDVSA or
> its businesses. Copying,  distribution,  disclosure  or any  use  of the
> information   contained  in  this  transmission  is  permitted  only  to
> authorized  parties. If you have  received this e-mail by  error, please
> destroy it and notify webmaster@pdvsa.com or the sender by reply email.
>
> ******  USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET  ******
> Esta nota puede contener informacion de interes solo para  PDVSA o  sus
> negocios. Solo esta  permitida su  copia, distribucion  o uso a personas
> autorizadas. Si recibio esta  nota  por  error,  por  favor destruyala y
> notifique al remitente o a webmaster@pdvsa.com.
```

Estimado Humberto,

Te notifico el cambio de destino del Team Aniara

Destino: Houston, Texas, USA

End user: MUSKAT CORPORATION
1061 N PENNSYLVANIA AV.
OKLAHOMA CITY, OK 73120

Ya le envio instrucciones para la documentacion,

Gracias y saludos,

Cesar Chávez
INTRAKAM SA de CV
0412-5742437

# English Translation

**EXHIBIT 37**

To:
Cc:
Cco:
Subject: Re: Team Aniara Muskat

On [DATE], [NAME] at [ADDRESS] wrote:

Good morning Mr. Chavez,

In connection with your attached e-mail and in order to facilitate this process and give you the necessary support, we require that you send us by e-mail, the new documentary instructions of the shipment, similar to those that Intrakam sent to us previously and, in the event that there is a change of destination and/or consignee, we ask that you let us know in your communication. Likewise I notify you that Ms. Mayele Lozada is on out of the office and the Contracts Manager assigned to this shipment is Mr. Carlos Orellana.
(e-mail: orellanac@pdvsa.com, Tel 708 4032)

Regards

Humberto Ferrín
Products Contract Administration Manager


To:
Cc:
Subject: Team Aniara Muskat

Dear Sirs:

1. The letter of credit in PDVSA's bank in CIF conditions
2. Please have someone from PDVSA get in touch with the ship owner and organize the CP and guarantee its freight. We guarantee any delays.
3. Please notify Mr. Edwin Burger that Muskat is the final user and it will call him to organize documents etc and the departure of the ship.

Kind regards,

César Chávez
INTRAKAM, S.A. de C.V.

[PDVSA e-mail disclaimer]

Dear Humberto,

I notify about the change of the destination of Team Aniara.

Destination: Houston, Texas, USA

End user: MUSKAT CORPORATION
1061 N PENNSYLVANIA AV.
OKLAHOMA CITY, OK 73120

I will send you the instructions for the documentation,

Thanks and regards,

César Chávez
INTRAKAM, S.A. de C.V.

EXHIBIT 38



**"Ing. Cesar Chavez"**
<cesarchavez@intrakam.com
.mx>

13/11/2006 11:04 a.m.

Para  HUMBERTO FERRIN <ferrinh@pdvsa.com>, CARLOS
ORELLANA <orellanac@pdvsa.com>

cc  MARIA SILVA <silvamgj@pdvsa.com>, ERWIN BURGER
<burgere@pdvsa.com>, CARLOS VASQUEZ
<vasquezcl@pdvsa.com>

cco

Asunto  PDVSA Documents Team Aniara

Estimado Humberto,

Aqui abajo sirvase encontrar las instrucciones para la documentacion,
solo quedo a la espera de la ultima cifra de PDVSA.

Cordiales saludos,


Notify:          Justin Long / Daniel Parkhurst

Consignee:       Musket Corp

Address:          10601 N Pennsylvania Av., Oklahoma City, OK 73120

Saludos


César Chávez
INTRAKAM

# English Translation

**EXHIBIT 38**

To:
Cc:
Cco:
Subject: PDVSA Documents Team Aniara

Dear Humberto,

Below please find the instructions for the documentation. I am just waiting for the latest amount from PDVSA.

Kind regards,

[text in English]

EXHIBIT 39



| | | |
|---|---|---|
| **MARIA SILVA/SILVAMGJ/PDV/PDVSA** | Para | "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx> |
| 13/11/2006 02:11 p.m. | cc | HUMBERTO FERRIN/FERRINH/PDV/PDVSA@PDV, MARIA SILVA/SILVAMGJ/PDV/PDVSA@PDV, CARLOS ORELLANA/ORELLANAC/PDV/PDVSA@PDV, ·LUIS PENA/PENALF/CIE/PDVSA@PDV, JOSE SEBA/SEBAJ/PDV/PDVSA@PDV |
| | cco | |
| | Asunto | Rm: Team Aniara Muskat |

Ing Chavez,  les sugiero tomar en cuenta esta formula para el monto total de la  apertura de la carta de credito.

Saludos


María Gabriela Silva
International Finance Operations Deparment PDVSA Petróleo S.A
Phone: 58 212 7083936
Fax:     58 212 7083944/3964

----- Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 13/11/2006 02:08 p.m. -----

| | | |
|---|---|---|
| **CARLOS VASQUEZ/VASQUEZCL/PDV /PDVSA** | Para | "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx> |
| 13/11/2006 01:31 p.m. | cc | HUMBERTO FERRIN/FERRINH/PDV/PDVSA@PDV, MARIA SILVA/SILVAMGJ/PDV/PDVSA@PDV, CARLOS ORELLANA/ORELLANAC/PDV/PDVSA@PDV, LUIS PENA/PENALF/CIE/PDVSA@PDV, JOSE SEBA/SEBAJ/PDV/PDVSA@PDV |
| | Asunto | Team Aniara Muskat |

Estimado Ing. Chavez:
La formula de precios, teniendo en cuenta el cambio de destino a USGC es Gasoil 0.2% USGC
Waterborne Platt´s Mid (cpg) - 15,71 cpg
Saludos,
Carlos Vásquez

# English Translation

**EXHIBIT 39**

To.
Cc:
Cco:
Subject: Fw: Team Aniara Muskat

Ing Chávez, I suggest you to take into account this formula in order to determine the total amount of the letter of credit.

Regards,

María Gabriela Silva
International Finance Operations Department PDVSA Petróleo S.A
[Phone/Fax number]

---Forwarded by MARIA SILVA/SILVAMGJ/PDV/PDVSA dated 11/13/2006 02:08 p.m.---

To:
Cc:
Subject: Team Aniara Muskat

Dear Ing. Chavez:

The pricing formula taking in to account the change of destination to USGC is Gasoil 0.2% USGC Waterborne Platt's Mid (cpg) – 15,71 cpg

Regards,
Carlos Vásquez

# EXHIBIT 40



**"Ing. Cesar Chavez"**
<cesarchavez@intrakam.com.mx>

13/11/2006 03:12 p.m.

Para  ·ERWIN BURGER <burgere@pdvsa.com>, ·MARIA SILVA <silvamgj@pdvsa.com>

cc  CARLOS VASQUEZ <vasquezcl@pdvsa.com>

cco

Asunto  Team Aniara

| Historial: | ⤵ Este mensaje ha sido remitido. |
| --- | --- |

Estimados Señores,

Por favor si alguien de Operaciones se puede comunicar con

ADANIEL PARKHERSH AL 1 (405)
3026592 y Sr. RAVI RANDIS de Operaciones de Muskat al Tel en USA + 1 405
3026560 para liberar el Team Aniara,

Ya la copia de la LC la tenemos en cualquier momento.

saludos,

César Chávez
INTRAKAM SA de CV

# English Translation

**EXHIBIT 40**

To:
Cc:
Cco:
Subject: Team Aniara

History: This message has been forwarded.

Dear Sirs,

Please let me know if there is someone from Operations that can get in touch with:

ADANIEL PARKHERSH TO 1 (405)
3026592 and Mr. RAVI RANDIS from Muskat Operations at the following telephone number in the USA +1 405 3026560 to release the Team Aniara.

We will have the copy of the LC any minute now.

Regards,

César Chávez
INTRAKAM, S.A. de C.V.

EXHIBIT 41



"Justin Long "
<justinl@loves .com>
13/11/2006 04:03 p.m.

Para  <BURGERE@PDVSA.COM>

cc  "Ravi Ramdas" <Ravir@loves.com>, "Daniel Parkhurst"
<danielp@loves.com>

cco

Asunto  Nomination for Team Aniara

Hello Erwin,

Disport for the Team Aniara is Magellan Galena Park, Houston, Texas.  USA.

Please send copy of Bill of Lading to (the original to remain onboard the ship):

Atten: Justin Long
10601 North Pennsylvania
Oklahoma City, Oklahoma 73120


Regards,

**Justin D. Long**
Musket Corporation
o 405|302|6791
c 405|971|4984
f 405|463|3791
yahoo: justindlong

PDVMUSIMP1110.doc



**MUSKET**

**11/10/2006\*\*\*REVISED**

To: Musket      Daniel Parkhurst          danielp@loves.com
    SGS
    Erwin Burger                        58-212-708-3119, BURGERE@PDVSA.COM
    Musket      Chris Barrow            Expeditor
    Musket      Liz Fleming             lizf@loves.com


From:   Justin Long
Fax:    (405)463-3791
Email:  justinl@loves.com

Confirming the following discharge nomination:
Musket Reference Numbers:  Nom. PDVMUSIMP1110
Vessel:  **"Team Aniara"**
Basis for Measurement: **Magellan GP Shore tank upgauge**
Origin: Venezuela, PDVSA


Discharge:
**Magellan GP:**
260 MB 86g
 to be discharged into tank 375)

Quality: Seller to provide loadport shore tank C of A's to the Musket scheduler with the following specifications.  Inspection company shall pull composite samples of each grade for retain. In addition, please run the following analysis on a vessel composite sample **PRIOR TO DISCHARGE AT MAGELLAN GP:**


*Full Colonial 86g slate.*



Discharge windows:           11/13-15/06
Current ETA Corpus:          11/15/2006
Overtime approved:  Yes, if necessary to expedite the vessel.
On site expedition:   Yes, if requested by receiving or transferring party.
Agent:          NA
Marine Tech:    Chris Barrow to represent Musket at discharge
Inspection Company: **SGS**
Hot shot:       Yes, if necessary.
Vessel details: Q88 sent and Magellan GP has confirmed approval.

*Please note reporting instructions below!!!*

1. Cost for quantity inspection at discharge:   PDVSA/Musket even split at Magellan GP.
2. Cost for quality inspection:     PDVSA/Musket even split at Magellan GP for vessel comp.
3. Please include in your summary email:
   a. If vessel/shore volume difference is in excess of .5% with VEF and 1% without VEF.
   b. If free water exceeds 50 barrels for barges and 200 barrels for tankers.
   c. If cargo R.O.B. exceeds 100 barrels.
   d. Please notify Musket scheduler if shore tank becomes live during load/discharge.
4. Please notify immediately in case of:
**Accidents:**  Damage to property, injury to personnel, spills or near accidents.

**Justin Long**
office      (405)302-6791
cell        (405)971-4984
fax         (405)463-3791
justinl@loves.com

**Daniel Parkhurst**
office      (405)302-6592
cell        (405) 397-7966
danielp@loves.com

**5. Please send a copy of all outturn results including load port shore tank certification and quantity to danielp@loves.com, lizf@loves.com, justinl@loves.com, rondaw@loves.com.**

6. Send the invoice, containing the Inspection Purchase Order number & Nomination number, a hard copy report and Musket's nominating email to the Measurement Specialist as follows:

*Liz Fleming – Musket Corporation*
*lizf@loves.com*

EXHIBIT 42



| | | |
|---|---|---|
| **ERWIN BURGER/BURGERE/PDV/P DVSA** | Para | "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx> |
| 13/11/2006 04:05 p.m. | cc | ERWIN BURGER <burgere@pdvsa.com>, MARIA SILVA <silvamgj@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com>, VICTOR |
| | cco | ERWIN BURGER/BURGERE/PDV/PDVSA |
| | Asunto | Re: Team Aniara |

Estimado Sr. Chávez,

En atención a su solicitud de contactar a personal de la empresa MUSKAT, debo informarle que para efectos de compra-venta y operaciones la empresa responsable desde el punto de vista de PDVSA es INTRAKAM, por tal motivo, no estamos autorizados a realizar contacto con otra empresa.

De igual forma, cumplimos con informar que la LOC no ha sido confirmada por nuestra Gerencia de Finanzas, por tal motivo no podemos liberar el cargamento.

Adicionalmente, las instrucciones documentales recibidas no estan completas, requerimos que sean enviadas en su totalidad para evitar cualquier error u omisión en las mismas

Destino

QUOTE

Notify:          Justin Long / Daniel Parkhurst

Consignee:    Musket Corp

Address:        10601 N Pennsylvania Av., Oklahoma City, OK 73120
UNQUOTE

Quedo a la espera de su respuesta.

Saludos


Erwin Burger
Clean Product Operations
PDVSA
Pho: +58 212 7083119
Mob: +58 412 2224663
"Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>




| | | |
|---|---|---|
| **"Ing. Cesar Chavez"** <cesarchavez@intrakam .com .mx> | Para | ERWIN BURGER <burgere@pdvsa.com>, MARIA SILVA <silvamgj@pdvsa.com> |
| 13/11/2006 03:12 p.m. | cc | CARLOS VASQUEZ <vasquezcl@pdvsa.com> |
| | Asunto | Team Aniara |

Estimados Señores,

Por favor si alguien de Operaciones se puede comunicar con

ADANIEL PARKHERSH AL 1 (405)
3026592 y Sr. RAVI RANDIS de Operaciones de Muskat al Tel en USA + 1 405
3026560 para liberar el Team Aniara,

Ya la copia de la LC la tenemos en cualquier momento.

saludos,

César Chávez
INTRAKAM SA de CV

# English Translation

**EXHIBIT 42**

To:
Cc:
Cco:
Subject: RE: Team Aniara

Dear Mr. Chávez,

In connection with your request to contact personnel from the MUSKAT company, I must inform you that for purposes of the purchase and sale and operations, the responsible company from PDVSA's point of view is INTRAKAM. Therefore, we are not authorized to contact any other company.

Likewise we are informing you that the LOC has not been confirmed by our Department of Finance, and for that reason we cannot release the shipment.

In addition, the documentary instructions that we received are not complete. We require them to be sent in their entirety to avoid any error or omission.

Destination

[text in English]

I am waiting for your response.

Regards,

Erwin Burger
Clean Product Operations

To:
Cc:
Cco:
Subject: Team Aniara

Dear Sirs,

Please let me know if there is someone from Operations that can get in touch with:

ADANIEL PARKHERSH TO 1 (405)
3026592 and Mr. RAVI RANDIS from Muskat Operations at the following telephone number in the USA +1 405 3026560 to release the Team Aniara.

We will have the copy of the LC any minute now.

Regards,

César Chávez
INTRAKAM, S.A. de C.V.

# EXHIBIT 43



**MARIA SILVA/SILVAMGJ/PDV/PDVSA**

14/11/2006 08:38 a.m.

Para  cesarchavez@intrakam.com.mx

cc    GILMER GONZALEZ <gonzalezggx@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com>, ARCADIO ROSAS/ROSASAV/MM/PDVSA@PDV, HUMBERTO

cco

Asunto  Rm: Letter of Credit Team Aniara

Buenos Días Señores

Favor informar acerca del status de la carta de credito, pues a la fecha no hemos tenido ningún tipo de información sobre la apertura de la misma

En espera de su pronta respuesta

Saludos

María Gabriela Silva
International Finance Operations Deparment PDVSA Petróleo S.A
Phone: 58 212 7083936
Fax:    58 212 7083944/3964

----- Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 14/11/2006 08:36 a.m. -----



**MARIA SILVA/SILVAMGJ/PDV/PDVSA**

11/11/2006 01:17 p.m.

Para  cesarchavez@intrakam.com.mx

cc    GILMER GONZALEZ <gonzalezggx@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com>, ARCADIO ROSAS/ROSASAV/MM/PDVSA@PDV, HUMBERTO FERRIN/FERRINH/PDV/PDVSA@PDV

Asunto  Rm: Letter of Credit Team Aniara

Buenas Tardes

        La carta de credito aceptada por PDVSA deber ser **Stand - By e irrevocable** ,Intrakam debe estar claro que la empresa que esta registrada ante esta corporación es Intrakam y el contrato fue firmado con ustedes por lo que el **aplicante debe Intrakam**  independientemente que MUSKAT sea el cliente final con la mercancia, le recordamos que nuestro riesgo financiero es directamente con su empresa , sin embargo la segunda opción podría ser Muskat  on Behalf of Intrakam, amparando unos volúmenes 240.000 bbls de Gasoil +/- 10% por un total de US$ 17.201.368,80 +/- 10%  según re-facturacion  381700-1.

A continuación les remito el formato que debe ser utilizado para la apertura de la carta de credito y los banco confirmadores que son aceptados por PDVSA



Confirming banks accepted by PDVSA.xls

Last Format Standby Letter of credit NUEVO.doc

Es importante tomar en cuenta que si siguen las pautas de los formatos sin eliminar y/o agregar cláusulas la apertura de la carta de credito se hace de manera eficiente y rápida , te sugiero tomar en cuenta esto al

momento de la apertura de la misma al igual que los bancos aceptados por PDVSA.


Saludos



María Gabriela Silva
International Finance Operations Deparment PDVSA Petróleo S.A
Phone: 58 212 7083936
Fax:      58 212 7083944/3964

----- Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 11/11/2006 12:24 p.m. -----



| "Ing. Cesar Chavez" <cesarchavez@intrakam .com .mx><br>11/11/2006 10:58 a.m. | Para | MARIA SILVA <silvamgj@pdvsa.com>, ARCADIO ROSAS <rosasav@pdvsa.com> |
| --- | --- | --- |
| | cc | GILMER GONZALEZ <gonzalezggx@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com> |
| | Asunto | Letter of Credit Team Aniara |


Estimada Maria,

Te anexo una copia de Standby Letter of Credit Aplication del Team Aniara.

Espero sus comentarios

César Chávez
INTRAKAM SA de CV

- A087a2a6d-13d0-Šf40166c[1].PDF

## CONFIRMING BANKS ACCEPTED BY PDVSA

| | |
|---|---|
| AUSTRALIA & NEW ZELAND BANKING (ANZ BANK) | AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | AUSTRALIA |
| NATIONAL AUSTRALIA BANK | AUSTRALIA |
| WESTPAC BANKING CORPORATION | AUSTRALIA |
| FORTIS BANK( ANTES GENERALE BANK) | BELGIUM/ THE NETHERLANDS |
| KBC BANK ( ANTES KREDIETBANK) | BELGIUM |
| BANK OF MONTREAL | CANADA |
| BANK OF NOVA SCOTIA | CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | CANADA |
| ROYAL BANK OF CANADA | CANADA |
| TORONTO DOMINION BANK | CANADA |
| DEN DANSKE BANK | DENMARK |
| MERITA BANK | FINLAND |
| BNP PARIBAS | PARIS, NY, GENEVA |
| CREDIT AGRICOLE /BANQUE INDOSUEZ | FRANCE |
| CREDIT COMMERCIAL FRANCE | FRANCE |
| GROUPE DES BANQUES POPULAIRES | FRANCE |
| SOCIETE GENERALE | PARIS, NY |
| COMMERZBANK | GERMANY |
| DEUTSCHE BANK | GERMANY |
| DRESDNER BANK | GERMANY |
| HAMBUEGISCHE LANDESBANK | GERMANY |
| HYPOVEREINSBANK (ANTES BAYERISCHE HYPO UND VEREINSBANK) | GERMANY |
| LANDESBANK BADEN WUERTTEMBERG | GERMANY |
| ALLIED IRISH BANK | IRELAND |
| BANK OF IRLEAND | IRELAND |
| BANK HAPOALIM | ISRAEL |
| BANK LEUMI | ISRAEL |
| UNICREDITO ITALIANO (ANTES Crédito Italiano) | ITALY |
| BANCO COMERCIAL PORTUGUES | PORTUGAL |
| CAIXA GENRAL DEPOSITOS | PORTUGAL |
| OVERSEA CHINESE BANKING CORP | SINGAPORE |
| OVERSEAS UNION BANK | SINGAPORE |
| UNITED OVERSEAS BANK | SINGAPORE |
| BANCO BILBAO VIZCAYA-ARGENTARIA | SPAIN |
| BANCO SANTANDER CENTRAL HISPANOAMERICANO | SPAIN |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA | SPAIN |
| FORENINGBANKEN | SWEDEN |
| SKANDINAVISKA ENSKILDA BANKEN | SWEDEN |
| SVENSKA HANDELSBANKEN | SWEDEN |
| CREDIT SWISS FIRST BOSTON | SWITZERLAND |

| | |
|---|---|
| UNION BANK OF SWITZERLAND (UBS AG) | SWITZERLAND |
| `ANK OF TAIWAN | TAIWAN |
| ABN AMRO BANK | THE NETHERLANDS |
| ING BANK NV (Banque Bruselles-full branch) | THE NETHERLANDS |
| RABOBANK GROUP | THE NETHERLANDS |
| ABBEY NATIONAL PLC | U.K |
| ALLIANCE & LEICESTER | U.K |
| BANK OF SCOTLAND | U.K |
| BARCLAYS | U.K |
| HALIFAX | U.K |
| HSBC BANK PLC | U.K |
| LLOYDS BANK | U.K |
| NATIONAL WESTMINSTER GROUP | U.K |
| ROYAL BANK OF SCOTLAND | U.K |
| STANDARD CHARTERED BANK | U.K, NY |
| WOOL WICH BUILDING SOCIETY | U.K |
| BANK OF AMERICA (*) | U.S.A. |
| BANK OF NEW YORK (*) | U.S.A. |
| BANKERS TRUST CORP (*) | U.S.A. |
| CITIBANK (*) | U.S.A. |
| \BNA INTERNATIONAL BANK (*) | U.S.A. |
| BANCO MERCANTIL | VENEZUELA |
| MBNA INTERNATIONAL BANK (*) | U.S.A. |
| THE CHASE MANHATTAN BANK (*) | U.S.A. |
| BANCO LATINOAMERICANO DE EXPORTACIONES S.A. (BLADEX) | PANAMA |
| SUMITOMO MITSUI BANK | |
| BNP PARIBAS | U.K |
| NATEXYS BANK | |

NOTA: (*) INCLUYE SOLO LOS BANCOS Y NO LA CORPORACIONES, DADO QUE EL FDIC SOPORTA SOLAMENTE A LAS INSTITUCIONES BANCARIAS ANTE CUALQUIER EVENTUALIDAD

## "STANDBY" LETTER OF CREDIT

We __(name of the bank)__ hereby issue our irrevocable stand-by letter of credit

| | |
|---|---|
| **Number:** | **(Number of the letter of credit)** |
| **In favor of:** | **(Name and address of the beneficiary)** |
| **By order and for account of:** | **(name and address of the client)** |
| **Amount:** | Approximately _____ **(amount in US$)** |
| **Covering:** | Approximately __**(volume)**__ of __**(product)**__. |
| **Shipment:** | From **(name and country of the loading port)** To **(name(s) and country(ies) of the unloading port)** During the period **(Month-Day-Year to Month-Day-Year)** |
| **Valid:** | **(expiration date)  (BL + 45 days)__** at the counters of _____. |

available for payment at sight against certificate in the form of letter or tested fax or tested telex, issued by __(name of the beneficiary)__, reading:

**Quote**

### "Certificate"

"We __(name of the beneficiary)__ hereby certify that _____**(name of the client)**__ has failed to pay us on due date the amount of ____**(amount in letters) (US$_____)** for the shipment of __**(volume)**__ of __**(product)**__ from __**(loading port)**__ to __**(destination port)**__ shipped on _____**(date of the bill of lading)__** on vessel **(name of the vessel)__**. Therefore, we demand payment of said amount in same day funds via wire transfer in the account number __**(account number)**__ in __**(name of the PDVSA Petroleos S.A´s bank including location city)**__."

**Unquote**

We _____**(name of the bank)____** engage by this letter of credit to irrevocably and absolutely pay to ____**(name of the beneficiary)____**, within three (3) banking days from the date of delivery to us of the mentioned "certificate" in same day funds, without need for any proof concerning the accuracy of any statement made in said certificate and irrespective of whether __**(name of the client)____** has become subject to any bankruptcy, reorganization or insolvency proceeding.

**Special conditions**

1.  All banking charges related to this letter of credit are for the account of our client including correspondent transfer commissions, Beneficiary is to receive full payment as invoiced.

2.  Should the date of payment of this letter of credit fall on Saturday, Sunday or a bank holiday in the city of New York, United States of America, payment shall be made on the nearest preceding banking day of such city.

3.  The amount to be credited to __**(name of the beneficiary)**__'s account is to include delay interest at a rate of 12% per annum plus 6% per annum as administrative and handling charges based on a year of 360 days, to count from the due date of the invoice issued by __**(name of the beneficiary)**__, until the date of the actual payment by __**(name of the bank)**__.

4.  Name of the bank and officer to whom the "certificate" should be addressed: **(name of the bank, address and person to contact)**____.

5.  This telex is the operative instrument and no mail confirming will follow.

6.  Confirming or advising bank must effect no changes or additions to the content of this letter of credit.

7.  Full payment of this letter of credit shall only be deposited into the account designated in the "certificate". If __**(name of the bank)**__ is instructed to deposit the payment into an account whose beneficiary is different than **(name of the beneficiary)**, __**(name of the bank)**__ shall notify __**(name of the beneficiary)**__ before making such deposit.

8.  If during the validity of this letter of credit, any interruption of the issuing bank's business occurs due to an event of force majeure (article 17 uniform customs and practice for documentary credits, revision of 1995), we will fully honor the credit upon resumption of our business activities and, therefore, will pay, within the following five (5) business days after said resumption of our business, all amounts and claims covered by this letter of credit which were originated during the above mentioned interruption.

7.  This letter of credit is not transferable.

This credit is subject to the Uniform Custom and Practice (UCP) for Documentary Credits 1993 revision of the International Chamber of Commerce Publication 500.

Any matters not covered by the UCP shall be governed by and construed in accordance to the laws of the State of New York, United States of America.

Bank: shall mean the issuing bank if no confirming bank exists, or the confirming bank should it exists.

# English Translation

**EXHIBIT 43**

To:
Cc:
Cco:
Subject: Fw: Letter of Credit Team Aniara

Good morning Sirs,

Please inform us of the status of the letter of credit, since to date we have not received any information about its opening.

We await your prompt response.

Regards

María Gabriela Silva
International Finance Operations Department PDVSA Petróleo S.A
[Phone/Fax]

---Forwarded by MARIA SILVA/SILVAMGJ/PDV/PDVSA dated 11/14/2006 08:36 a.m.---

To:
Cc:
Subject: Fw: Letter of Credit Team Aniara

Good Afternoon

      The letter of credit accepted by PDVSA must be **Stand-By and irrevocable**. Intrakam must be clear that the company that is registered with this corporation is Intrakam and that the contract was signed with you, and this is the reason why the **applicant** must be **Intrakam,** irrespective of the fact that MUSKAT is the final client. We remind you that our financial risk is directly with your company. Nonetheless, the second option could be "Muskat on Behalf of Intrakam", covering volumes of 240,000 bbls of Gasoils +/-10% for a total of US$ 17,201,368.80 +/-10% according to invoice 381700-1.

I am sending you below the format that must be used for the opening of the letter of credit and the confirming banks that are accepted by PDVSA

[Attached file]

[Attached file]

It is important to note that if you follow the guidelines of the format without deleting and/or adding clauses, the opening of the letter of credit will be done in an efficient and fast way.  I

suggest you to take this into account when opening the letter of credit, as well as the list of banks accepted by PDVSA.

Regards

María Gabriela Silva
International Finance Operations Department PDVSA Petróleo S.A.
[Telephone/Fax]

---Forwarded by MARIA SILVA/SILVAMGJ/PDV/PDVSA dated 11/11/2006 12:24 p.m.---

To:
Cc:
Subject: Letter of Credit Team Aniara

Dear Maria,

I am attaching a copy of the Standby Letter of Credit Application of the Team Aniara.

I am waiting for your comments

César Chávez
INTRAKAM, S.A. de C.V.

 [Attachment in English with Note in Spanish that follows]

Note:  (*) Includes only the banks and not the corporations, since the FDIC supports only banking institutions in the event of an adverse situation.

[Attachment]

# EXHIBIT 44

**JPMorganChase** ⬤

JPMorgan Chase Bank, N.A.
Global Trade Services
One Chase Tower
Mail Code IL1-0236
Chicago, IL 60670
Tel: (800) 634-1969    Fax: (312) 954-0203
SWIFT: CHASUS33
Telex: IT7420120 CMBUI

*telef.*
*(800) 6341969*
*(813) N 32633  lin Daffes*
*(813) 432817 (fourdes)*

## FAX COVER

FAX NO.  (405) 749-9112
*( 405) 463-3758*

ATTN:  BETTY PROUDFOOT

DATE:  NOVEMBER 14, 2006

RE:  SIGNED COPY OF THE LETTER OF CREDIT.

FROM: EMY SOSA
E-MAIL ADDRESS- PH-312 954-2898
Emelia M Sosa/IL/ONE@JPMCHASE

FAX NO. (312) 954-2438 & 954-5986

NO. OF PAGES 4 PLUS COVER

*Phone: Regina Brone .1. Brunie JPuchase /    Kevin Watts.*
*(813) Y325232 /-.    (312) 9341885*

THANKS.

# JPMorganChase

JPMorgan Chase Bank, N.A.
c/o JPMorgan Treasury Services
Global Trade Services
10420 Highland Manor Drive
Tampa, FL 33610

NOV 14, 2006
OUR L/C NO.: CTCS-651908
APPLICANT REF. NO.: PDVSA-2

IRREVOCABLE STANDBY LETTER OF CREDIT NO. CTCS-651908

BENEFICIARY:
PDVSA PETROLEO Y GAS, S.A.    → PDVSA, PETROKO.
DIVISION CORPORATIVA DE MANUFACTURA Y MERCADEO
EDIF. PDVSA, TORRE OESTE
AV. LIBERTADOR, LA CAMPINA
CARACAS, VENEZUELA

GENTLEMEN:

BY THE ORDER OF:

APPLICANT:    → O.1
MUSKET CORPORATION
10601 N. PENNSYLVANIA (73120)
P.O. BOX 26210
OKLAHOMA CITY, OK 73126
UNITED STATES

WE HEREBY ISSUE IN FAVOR OF PDVSA PETROLEO Y GAS, S.A. OUR IRREVOCABLE
STANDBY LETTER OF CREDIT NO: CTCS-651908 FOR THE ACCOUNT OF MUSKET
CORPORATION FOR AN AMOUNT OR AMOUNTS NOT TO EXCEED IN THE AGGREGATE US
$16,400,000.00 +/- 10% (SIXTEEN MILLION FOUR HUNDRED THOUSAND AND 00/100
U.S. DOLLARS PLUS/MINUS TEN PERCENT) AVAILABLE BY YOUR DRAFTS AT SIGHT ON
JPMORGAN CHASE BANK, N.A., CHICAGO, IL EFFECTIVE NOVEMBER 14, 2006 AND
EXPIRING AT OUR OFFICE ON DECEMBER 29, 2006.

FUNDS UNDER THIS CREDIT ARE AVAILABLE AGAINST YOUR DRAFT(S) AS HEREIN
ABOVE SET FORTH MARKED "DRAWN UNDER JPMORGAN CHASE BANK, N.A. LETTER OF
CREDIT NO. CTCS-651908" AND ACCOMPANIED BY THE FOLLOWING:

BENEFICIARY'S SIGNED AND DATED STATEMENT: "WE, PDVSA PETROLEO Y GAS, S.A.,
HEREBY CERTIFY THAT MUSKET CORPORATION HAS FAILED TO PAY US ON DUE DATE
THE AMOUNT OF U.S. $16,400,000.00 PLUS +/- 10% (SIXTEEN MILLION FOUR
HUNDRED THOUSAND AND 00/100 U.S. DOLLARS PLUS AND MINUS TEN PERCENT) FOR
THE SHIPMENT OF MT35,708 OF D2 DIESEL OIL FROM PUNTA CARDON, VENEZUELA :
HOUSTON, TEXAS, USA SHIPPED ON VESSEL M/T TEAM ANIARA." THEREFORE, WE

148420 Emelia Soms

240·000X    35.708 NT X 7,37 = 263.107,96.

Page 1 of 3

35.708 NT  →7 267 810
35. 086,14

**JPMorganChase**

JPMorgan Chase Bank, N.A.
c/o JPMorgan Treasury Services
Global Trade Services
10420 Highland Manor Drive
Tampa, FL 33610

NOV 14, 2006
OUR L/C NO.: CTCS-651908
APPLICANT REF. NO.: PDVSA-2

DEMAND PAYMENT OF SAID AMOUNT IN SAME DAY FUNDS VIA WIRE TRANSFER TO OUR
ACCOUNT PDVSA PETROLEO S.A., JPMORGAN CHASE BANK, N.A., NEW YORK 270 PARK
AVE., NEW YORK 10172, ACCOUNT NUMBER 0011992765 ROUTER 022000021 SWIFT:
CHASUS33.

WE ENGAGE WITH THE BENEFICIARY THAT DRAFTS DRAWN UNDER AND IN CONFORMITY
WITH THE TERMS AND CONDITIONS OF THIS CREDIT WILL BE DULY HONORED ON
PRESENTATION IF PRESENTED ON OR BEFORE THE EXPIRATION AT OUR COUNTERS AT
300 SOUTH RIVERSIDE PLAZA, MAIL CODE IL1-0236, ATTN: STANDBY LETTER OF
CREDIT UNIT, CHICAGO, IL 60606-0236.  THE ORIGINAL LETTER OF CREDIT MUST
ACCOMPANY THE DOCUMENTS REQUIRED UNDER THIS CREDIT FOR ENDORSEMENT.

ALL BANKING CHARGES RELATED TO THIS LETTER OF CREDIT ARE FOR THE ACCOUNT
OF THE APPLICANT. PAYMENTS WILL BE MADE TO THE BENEFICIARY WITHOUT
DEDUCTION OF ANY BANK FEE.

IF THIS CREDIT EXPIRES DURING AN INTERRUPTION OF BUSINESS AS A RESULT OF
ONE OR MORE OF THE OCCURRENCES SPECIFIED IN ARTICLE 17 OF PUBLICATION 500,
IT SHALL BE DEEMED AUTOMATICALLY EXTENDED TO THE DAY OCCURING 30 CALENDA.
DAYS AFTER THE PLACE FOR PRESENTATION RE-OPENS FOR BUSINESS.

IN ACCORDANCE WITH UCP500 ARTICLES 4 AND 15, OUR OBLIGATION TO HONOR
DRAFTS DRAWN AND DOCUMENTS PRESENTED UNDER AND IN CONFORMITY WITH THE
TERMS AND CONDITIONS OF THIS CREDIT IS INDEPENDENT OF THE UNDERLYING
TRANSACTION AND WE ARE NOT RESPONSIBLE FOR ACCURACY OF ANY STATEMENT MADE
IN ANY DOCUMENT REQUIRED, IRRESPECTIVE OF WHETHER THE APPLICANT HAS BECOME
SUBJECT TO ANY BANKRUPTCY, REORGANIZATION OR INSOLVENCY PROCEEDING.

THIS LETTER OF CREDIT SETS FORTH IN FULL THE TERMS OF OUR UNDERTAKING, AND
SUCH UNDERTAKING SHALL NOT IN ANY WAY BE MODIFIED, AMENDED OR AMPLIFIED BY
REFERENCE TO ANY DOCUMENT, INSTRUMENT OR AGREEMENT REFERRED TO HEREIN OR
IN WHICH THIS LETTER OF CREDIT IS REFERRED TO OR TO WHICH THIS LETTER OF
CREDIT RELATES, AND ANY SUCH REFERENCE SHALL NOT BE DEEMED TO INCORPORATE
HEREIN BY REFERENCE ANY DOCUMENT, INSTRUMENT OR AGREEMENT.

THIS LETTER OF CREDIT IS GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH THE
LAWS OF THE STATE OF NEW YORK, AND, EXCEPT AS OTHERWISE EXPRESSLY STAT.
HEREIN, TO THE UNIFORM RULES FOR DOCUMENTARY CREDITS, ICC PUBLICATION NO.

145426 Emelia Sosa

Page 2 of 3

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
c/o JPMorgan Treasury Services
Global Trade Services
10420 Highland Manor Drive
Tampa, FL 33610

NOV 14, 2006
OUR L/C NO.: CTCS-651908
APPLICANT REF. NO.: PDVSA-2

500, 1993 REVISION, AND IN THE EVENT OF ANY CONFLICT, THE LAWS OF THE
STATE OF NEW YORK WILL CONTROL, WITHOUT REGARD TO PRINCIPLES OF CONFLICT
OF LAWS.

PLEASE ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO THE
ATTENTION OF THE STANDBY LETTER OF CREDIT UNIT, 300 S. RIVERSIDE PLAZA,
MAIL CODE IL1-0236, CHICAGO, IL 60606-0236, INCLUDING THE LETTER OF CREDIT
NUMBER MENTIONED ABOVE.   FOR TELEPHONE ASSISTANCE, PLEASE CONTACT THE
STANDBY CLIENT SERVICE UNIT AT 1-800-634-1969, SELECT OPTION 1, AND HAVE
THIS LETTER OF CREDIT NUMBER AVAILABLE.

*E. Albores*
_____
AUTHORIZED SIGNATURE

145426 Emelia Sosa

# EXHIBIT 45



·MARIA SILVA/SILVAMGJ/PDV/PDVSA

14/11/2006 06:08 p.m.

Para    cesarchavez@intrakam.com.mx

cc      gonzalezggx@pdvsa.com, vasquezcl@pdvsa.com, rosasav@pdvsa.com, ferrinh@pdvsa.com, burgere@pdvsa.com, CARLOS ORELLANA/ORELLANAC/PDV/PDVSA@PDV, ARCADIO ROSAS/ROSASAV/MM/PDVSA@PDV

- cco

Asunto    Rm: LC issued to PDVSA Team Aniara

Buenas Tardes Cesar ,

Hemos recibido la carta de credito aperturada por el JPMORGAN , sin embargo el aplicante de dicha carta es una empresa desconocido por PDVSA ; MUSKET CORPORATION ,la cual  no mantiene relaciones comerciales con PDVSA , a lo que la carta de credito no es valida para Finanzas , le recuerdo una vez mas que el riesgo financiero con PDVSA es la empresa INTRAKAM , por lo que es necesario enmendar

1.- Nombre del Aplicante : Borrar Musket e Insertar INTRAKAM

2.- Nombre del Beneficiario : Borrar PDVSA Petróleo y Gas , e Insertar PDVSA Petróleo S.A
3.- y a Nivel General seguir estrictamente el siguiente formato el cual fuel alterado en su totalidad



Last Format Standby Letter of credit NUEVO.doc

El día Sábado 11 de Noviembre se les envío una nota y vía telefónica se les comunico los pasos a seguir la apertura de la carta de credito para evitar este tipo de errores que lo único que hacen es retrasar las el cargamento , a lo que una vez mas le sugerimos seguir estas indicaciones para evitar mas demoras sobre este cargamento

Saludos


María Gabriela Silva
International Finance Operations Deparment PDVSA Petróleo S.A
Phone: 58 212 7083936
Fax:     58 212 7083944/3964

----- Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 14/11/2006 05:47 p.m. -----

<cesarchavez@intrakam.com.mx>

14/11/2006 04:56 p.m.

Para    silvamgj@pdvsa.com

cc      gonzalezggx@pdvsa.com, vasquezcl@pdvsa.com, rosasav@pdvsa.com, ferrinh@pdvsa.com, burgere@pdvsa.com, orellanac@pdvsa.com

Asunto    LC issued to PDVSA Team Aniara


Estimada María,

Anexo la LC del Team Aniara, espero sus comentarios

Saludos Cordiales

César Chávez
INTRAKAM SA de CV

- A6f52c9ec-3b6c-...28301fa2fdd.PDF

**JPMorganChase** ◯

JPMorgan Chase Bank, N.A.
Global Trade Services
One Chase Tower
Mail Code IL1-0236
Chicago, IL 60670
Tel: (800) 634-1969   Fax: (312) 954-0203
SWIFT: CHASUS33
Telex: ITT420120 CMBUI

# <u>FAX COVER</u>

FAX NO.  (405) 749-9112
( 405) 443-3758

ATTN:  BETTY PROUDFOOT

DATE:   NOVEMBER 14, 2006

RE:   SIGNED COPY OF THE LETTER OF CREDIT.

FROM: EMY SOSA
*E-MAIL ADDRESS- PH-312 954-2898*
Emelia M Sosa/IL/ONE@JPMCHASE

<u>*FAX NO. (312) 954-2458 & 954-5986*</u>

NO. OF PAGES 4 PLUS COVER

THANKS.

JPMorganChase

JPMorgan Chase Bank, N.A.
c/o JPMorgan Treasury Services
Global Trade Services
10420 Highland Manor Drive
Tampa, FL 33610

NOV 14, 2006
OUR L/C NO.: CTCS-651908
APPLICANT REF. NO.: PDVSA-2

IRREVOCABLE STANDBY LETTER OF CREDIT NO. CTCS-651908

BENEFICIARY:
PDVSA PETROLEO Y GAS, S.A.
DIVISION CORPORATIVA DE MANUFACTURA Y MERCADEO
EDIF. PDVSA, TORRE OESTE
AV. LIBERTADOR, LA CAMPINA
CARACAS, VENEZUELA

GENTLEMEN:

BY THE ORDER OF:

APPLICANT:
MUSKET CORPORATION
10601 N. PENNSYLVANIA (73120)
P.O. BOX 26210
OKLAHOMA CITY, OK 73126
UNITED STATES

WE HEREBY ISSUE IN FAVOR OF PDVSA PETROLEO Y GAS, S.A. OUR IRREVOCABLE
STANDBY LETTER OF CREDIT NO: CTCS-651908 FOR THE ACCOUNT OF MUSKET
CORPORATION FOR AN AMOUNT OR AMOUNTS NOT TO EXCEED IN THE AGGREGATE US
$16,400,000.00 +/- 10% (SIXTEEN MILLION FOUR HUNDRED THOUSAND AND 00/100
U.S. DOLLARS PLUS/MINUS TEN PERCENT) AVAILABLE BY YOUR DRAFTS AT SIGHT ON
JPMORGAN CHASE BANK, N.A., CHICAGO, IL EFFECTIVE NOVEMBER 14, 2006 AND
EXPIRING AT OUR OFFICE ON DECEMBER 29, 2006.

FUNDS UNDER THIS CREDIT ARE AVAILABLE AGAINST YOUR DRAFT(S) AS HEREIN
ABOVE SET FORTH MARKED "DRAWN UNDER JPMORGAN CHASE BANK, N.A. LETTER OF
CREDIT NO. CTCS-651908" AND ACCOMPANIED BY THE FOLLOWING:

BENEFICIARY'S SIGNED AND DATED STATEMENT: "WE, PDVSA PETROLEO Y GAS, S.A.,
HEREBY CERTIFY THAT MUSKET CORPORATION HAS FAILED TO PAY US ON DUE DATE
THE AMOUNT OF U.S. $16,400,000.00 PLUS +/- 10% (SIXTEEN MILLION FOUR
HUNDRED THOUSAND AND 00/100 U.S. DOLLARS PLUS AND MINUS TEN PERCENT) FOR
THE SHIPMENT OF MT35,708 OF D2 DIESEL OIL FROM PUNTA CARDON, VENEZUELA TO
HOUSTON, TEXAS, USA SHIPPED ON VESSEL M/T TEAM ANIARA." THEREFORE, WE

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
c/o JPMorgan Treasury Services
Global Trade Services
10420 Highland Manor Drive
Tampa, FL 33610

NOV 14, 2006
OUR L/C NO.: CTCS-651908
APPLICANT REF. NO.: PDVSA-2

DEMAND PAYMENT OF SAID AMOUNT IN SAME DAY FUNDS VIA WIRE TRANSFER TO OUR
ACCOUNT PDVSA PETROLEO S.A., JPMORGAN CHASE BANK, N.A., NEW YORK 270 PARK
AVE., NEW YORK 10172, ACCOUNT NUMBER 0011992765 ROUTER 022000021 SWIFT:
CHASUS33.

WE ENGAGE WITH THE BENEFICIARY THAT DRAFTS DRAWN UNDER AND IN CONFORMITY
WITH THE TERMS AND CONDITIONS OF THIS CREDIT WILL BE DULY HONORED ON
PRESENTATION IF PRESENTED ON OR BEFORE THE EXPIRATION AT OUR COUNTERS AT
300 SOUTH RIVERSIDE PLAZA, MAIL CODE IL1-0236, ATTN: STANDBY LETTER OF
CREDIT UNIT, CHICAGO, IL 60606-0236.  THE ORIGINAL LETTER OF CREDIT MUST
ACCOMPANY THE DOCUMENTS REQUIRED UNDER THIS CREDIT FOR ENDORSEMENT.

ALL BANKING CHARGES RELATED TO THIS LETTER OF CREDIT ARE FOR THE ACCOUNT
OF THE APPLICANT. PAYMENTS WILL BE MADE TO THE BENEFICIARY WITHOUT
DEDUCTION OF ANY BANK FEE.

IF THIS CREDIT EXPIRES DURING AN INTERRUPTION OF BUSINESS AS A RESULT OF
ONE OR MORE OF THE OCCURRENCES SPECIFIED IN ARTICLE 17 OF PUBLICATION 500,
IT SHALL BE DEEMED AUTOMATICALLY EXTENDED TO THE DAY OCCURING 30 CALENDAR
DAYS AFTER THE PLACE FOR PRESENTATION RE-OPENS FOR BUSINESS.

IN ACCORDANCE WITH UCP500 ARTICLES 4 AND 15, OUR OBLIGATION TO HONOR
DRAFTS DRAWN AND DOCUMENTS PRESENTED UNDER AND IN CONFORMITY WITH THE
TERMS AND CONDITIONS OF THIS CREDIT IS INDEPENDENT OF THE UNDERLYING
TRANSACTION AND WE ARE NOT RESPONSIBLE FOR ACCURACY OF ANY STATEMENT MADE
IN ANY DOCUMENT REQUIRED, IRRESPECTIVE OF WHETHER THE APPLICANT HAS BECOME
SUBJECT TO ANY BANKRUPTCY, REORGANIZATION OR INSOLVENCY PROCEEDING.

THIS LETTER OF CREDIT SETS FORTH IN FULL THE TERMS OF OUR UNDERTAKING, AND
SUCH UNDERTAKING SHALL NOT IN ANY WAY BE MODIFIED, AMENDED OR AMPLIFIED BY
REFERENCE TO ANY DOCUMENT, INSTRUMENT OR AGREEMENT REFERRED TO HEREIN OR
IN WHICH THIS LETTER OF CREDIT IS REFERRED TO OR TO WHICH THIS LETTER OF
CREDIT RELATES, AND ANY SUCH REFERENCE SHALL NOT BE DEEMED TO INCORPORATE
HEREIN BY REFERENCE ANY DOCUMENT, INSTRUMENT OR AGREEMENT.

THIS LETTER OF CREDIT IS GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH THE
LAWS OF THE STATE OF NEW YORK, AND, EXCEPT AS OTHERWISE EXPRESSLY STATED
HEREIN, TO THE UNIFORM RULES FOR DOCUMENTARY CREDITS, ICC PUBLICATION NO.

145426 Emelia Sosa

## JPMorganChase ◆

JPMorgan Chase Bank, N.A.
c/o JPMorgan Treasury Services
Global Trade Services
10420 Highland Manor Drive
Tampa, FL 33610

NOV 14, 2006
OUR L/C NO.: CTCS-651908
APPLICANT REF. NO.: PDVSA-2

500, 1993 REVISION, AND IN THE EVENT OF ANY CONFLICT, THE LAWS OF THE
STATE OF NEW YORK WILL CONTROL, WITHOUT REGARD TO PRINCIPLES OF CONFLICT
OF LAWS.

PLEASE ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO THE
ATTENTION OF THE STANDBY LETTER OF CREDIT UNIT, 300 S. RIVERSIDE PLAZA,
MAIL CODE IL1-0236, CHICAGO, IL 60606-0236, INCLUDING THE LETTER OF CREDIT
NUMBER MENTIONED ABOVE.  FOR TELEPHONE ASSISTANCE, PLEASE CONTACT THE
STANDBY CLIENT SERVICE UNIT AT 1-800-634-1969, SELECT OPTION 1, AND HAVE
THIS LETTER OF CREDIT NUMBER AVAILABLE.

*E. Alvarez*
AUTHORIZED SIGNATURE

145426 Emelia Soas

Page 3 of 3

## "STANDBY" LETTER OF CREDIT

We __(name of the bank)__ hereby issue our irrevocable stand-by letter of credit

**Number:** (Number of the letter of credit)

**In favor of:** (Name and address of the beneficiary)

**By order and for account of:** (name and address of the client)

**Amount:** Approximately _____(amount in US$)_____

**Covering:** Approximately __(volume)__ of __(product)__ .

**Shipment:** From __(name and country of the loading port)__
To __(name(s) and country(ies) of the unloading port)__
During the period __(Month-Day-Year to Month-Day-Year)__

**Valid:** __(expiration date)__ __(BL + 45 days)__ at the counters of _____ .

available for payment at sight against certificate in the form of letter or tested fax or tested telex, issued by ___(name of the beneficiary)___ , reading:

**Quote**

### "Certificate"

"We ____(name of the beneficiary)____ hereby certify that _____(name of the client)____ has failed to pay us on due date the amount of ____(amount in letters) (US$____) for the shipment of __(volume)__ of __(product)__ from __(loading port)__ to __(destination port)__ shipped on ____(date of the bill of lading)____ on vessel __(name of the vessel)__ . Therefore, we demand payment of said amount in same day funds via wire transfer in the account number __(account number)__ in __(name of the PDVSA Petroleos S.A´s bank including location city)____ ."

**Unquote**

We _____(name of the bank)_____ engage by this letter of credit to irrevocably and absolutely pay to ____(name of the beneficiary)_____ , within three (3) banking days from the date of delivery to us of the mentioned "certificate" in same day funds, without need for any proof concerning the accuracy of any statement made in said certificate and irrespective of whether ____(name of the client)____ has become subject to any bankruptcy, reorganization or insolvency proceeding.

**Special conditions**

1.     All banking charges related to this letter of credit are for the account of our client including correspondent transfer commissions, Beneficiary is to receive full payment as invoiced.

2.    Should the date of payment of this letter of credit fall on Saturday, Sunday or a bank holiday in the city of New York, United States of America, payment shall be made on the nearest preceding banking day of such city.

3.    The amount to be credited to ___**(name of the beneficiary)**___ 's account is to include delay interest at a rate of 12% per annum plus 6% per annum as administrative and handling charges based on a year of 360 days, to count from the due date of the invoice issued by ___**(name of the beneficiary)**___ , until the date of the actual payment by ___**(name of the bank)**___ .

4.    Name of the bank and officer to whom the "certificate" should be addressed: **(name of the bank, address and person to contact)**_____.

5.    This telex is the operative instrument and no mail confirming will follow.

6.    Confirming or advising bank must effect no changes or additions to the content of this letter of credit.

7.    Full payment of this letter of credit shall only be deposited into the account designated in the "certificate". If ___**(name of the bank)**___ is instructed to deposit the payment into an account whose beneficiary is different than **(name of the beneficiary)** , **(name of the bank)** shall notify ___**(name of the beneficiary)**___ before making such deposit.

8.    If during the validity of this letter of credit, any interruption of the issuing bank's business occurs due to an event of force majeure (article 17 uniform customs and practice for documentary credits, revision of 1995), we will fully honor the credit upon resumption of our business activities and, therefore, will pay, within the following five (5) business days after said resumption of our business, all amounts and claims covered by this letter of credit which were originated during the above mentioned interruption.

7.    This letter of credit is not transferable.

This credit is subject to the Uniform Custom and Practice (UCP) for Documentary Credits 1993 revision of the International Chamber of Commerce Publication 500.

Any matters not covered by the UCP shall be governed by and construed in accordance to the laws of the State of New York, United States of America.

Bank:  shall mean the issuing bank if no confirming bank exists, or the confirming bank should it exists.

# English Translation

# EXHIBIT 45

To:
Cc:
Cco:
Subject: Fw: LC issued to PDVSA Team Aniara

Good afternoon Cesar,

We have received the letter of credit opened by JPMORGAN.  However the applicant for such letter is a company unknown to PDVSA: **MUSKET CORPORATION**, which does not have commercial relations with PDVSA.  For this reason the letter of credit is not valid for the Department of Finance.  I remind you again that the financial risk for PDVSA is with the company INTRAKAM. For this reason it is necessary to amend the Letter of Credit.

1.- Name of the Applicant: **Delete Musket and Insert INTRAKAM**
2.- Name of the Beneficiary: **Delete PDVSA Petróleo y Gas, and Insert PDVSA Petróleo S.A**
3.- and in general please strictly use the following format which was altered in its entirety

[Attached file]

On Saturday November 11 a note was sent to you, and we told you by telephone, the steps to be followed for opening a letter of credit in order to avoid these sorts of mistakes that only delay the shipment.  We again advise you to follow these guideline to avoid more delays on this shipment

Regards,

María Gabriela Silva
International Finance Operations Department PDVSA Petróleo S.A.
[Telephone/Fax]

---Forwarded by MARIA SILVA/SILVANGJ/PDV/PDVSA dated 11/14/2006 05:47 p.m.---

To:
Cc:
Subject: LC issued to PDVSA Team Aniara

Dear Maria,

I am attaching a copy of the Standby Letter of Credit Application of the Team Aniara.  I await your comments

César Chávez
INTRAKAM, S.A. de C.V.

[Attached file]

# EXHIBIT 46



<cesarchavez@intrakam.com.mx>

15/11/2006 09:18 a.m.

Para  silvamgj@pdvsa.com

cc  onzalezggx@pdvsa.com, vasquezcl@pdvsa.com, rosasav@pdvsa.com, ferrinh@pdvsa.com, burgere@pdvsa.com, orellanac@pdvsa.com

cco

Asunto  Musket's Letter to amend the previously issued L/C to PVDSA

Hola María,

Buenos días,

Anexo copia de  LC y algunos comentarios al respecto, las LC stand by son lcs nunca transferibles, jamas se puede pedir prestado contra ellas, y el que las emite tiene que tener todo el dinero a disposicion del banco, nada que ver con las documentarias.

El que las emite debe estar bien seguro del beneficiario, ya que con un simple recibo sin aviso y sin protesta se cobran, no hay que probar nada solo indicar que se le debe el pago.

AHORA BIEN.  vamos a cambiar el nombre del beneficiario y añadir que es de parte de Intrakam, ya estas instrucciones estan dadas.

Se ha hecho esto de muy buena fe, la intencion es pagar y ustdedes pueden confirmar con su banco cuando quieran. QUE SE HIZO POR ESE MONTO CON UN 10%  MAS Y QUE USTEDES APLICARAN LO QUE SEA JUSTO PARA EL COBRO Y SE PAGA SIN PROTESTA.

Saludos,

César Chávez

☐ - A0d3ff88c-bc19-4e2b-9ba0-df93a7    ☐ - A6f52c9ec-3b6c-…28301fa2fdd.PDF

# English Translation

**EXHIBIT 46**

To:
Cc:
Cco:
Subject: Musket's Letter to amend the previously issued L/C to PDVSA

Hi Maria,

Good morning,

I am attaching a copy of the LC with some comments. Stand by LCs are never transferable and it is never possible to incur debt based on them. The issuer of the letter of credit places all the money at bank's control. This is has nothing to do with a documentary letter of credit.

The issuer must be well assured about the beneficiary, since upon receipt, and without notice or protest, the beneficiary can demand payment. They do not need to prove anything, just indicate that payment is due.

NOW, we will change the beneficiary's name and add that it is on behalf of Intrakam, as these instructions were already given.

This has been done in good faith, the intention is to pay you and allow you to confirm the letter of credit with your bank whenever you want. THIS WAS DONE FOR SUCH AMOUNT WITH AN EXTRA 10%. YOU CAN APPLY WHATEVER IT IS FAIR FOR YOU TO COLLECT AND IT WILL BE PAYABLE WITHOUT PROTEST.

Regards,

Cesar Chavez

[Attaching two files]

EXHIBIT 47



| | | |
|---|---|---|
| <cesarchavez@intrakam .com. mx> | Para | silvamgj@pdvsa.com |
| 15/11/2006 02:03 p.m. | cc | gonzalezggx@pdvsa.com, vasquezcl@pdvsa.com, rosasav@pdvsa.com, ferrinh@pdvsa.com, burgere@pdvsa.com, orellanac@pdvsa.com |
| | cco | |
| | Asunto | LC Team Aniara |

Historial:    ⤶ Este mensaje ha sido respondido.

Estimada María,

El banco acepta que en la parte del aplicante se haga de la
siguiente forma

Applicant : Musket  corp
in accordance with instructions from PDVSA Petroleo S.A.
registered operator intrakam sa de cv.

Si ustedes lo aprueban, confirmar por escrito.

Gracias

César Chávez

# English Translation

**EXHIBIT 47**

To:
Cc:
Cco:
Subject: LC Team Aniara

History: You have replied to this message.

Dear Maria,

The bank accepts the following changes to the applicant section

Applicant: Musket corp
In accordance with instructions from PDVSA Petroleo S.A.
registered operator intrakam sa de cv.

If you approve these changes, please confirm in writing.

Thanks

Cesar Chavez

EXHIBIT 48

| | | |
|---|---|---|
| **GILMER GONZALEZ/GONZALEZGGX /PDV/PDVSA**<br><br>15/11/2006 03:57 p.m. | Para | bettyp@loves.com |
| | cc | DOLORES DOBARRO/DOBARRODETD/PDV/PDVSA@PDV, CAROLA BEJARANO/BEJARANOCC/PDV/PDVSA@PDV, a.engineering@terra.es, ARCADIO ROSAS/ROSASAV/MM/PDVSA@PDV, CESARCHAVEZ@INTRAKAM.COM.MX, MARIA SILVA/SILVAMGJ/PDV/PDVSA@PDV |
| | cco | |
| | Asunto | MUSKET - INTRAKAM / LETTER OF CREDIT |

| Historial: | ↪ Este mensaje ha sido remitido. |
|---|---|

Dear Sirs,

As per our phone conversation of today regarding the above reference, we hereby confirm the need of opening a Letter of Credit having as applicant the Company "Musket" on behalf of the Company "Intrakam", due to Intrakam is the registered client in PDVSA, the actual direct buyer and responsible for paying before PDVSA. The use of this statement is commonly practiced in PDVSA with our customers; this procedure also protects all parts involved. We so far haven't had any problems with this practice. According to the above applicant statement, Intrakam would be the only company responsible for any legal claim under the supplying contract and under the warranty and/or letter of credit, so it is needed to get Intrakam involved in the documentation.
Since you need some time to contact the adequate approval channels, we here wait for your prompt answer considering we have no time because the loaded vessel has been there for too long, causing operational problems to PDVSA and desperation to the crew.
We hope this problem can be solved as soon as possible since we both intend to keep on building up our business relationship in the future.
Our e-mail addresses: GONZALEZGGX@PDVSA.COM, DOBARRODETD@PDVSA.COM and BEJARANOCC@PDVSA.COM.
Our phones: 58-212-708.4552 / 708.3999.
Kind regards,

Gilmer G. González G.
International Commerce General Manager
Commerce & Supply
PDVSA Petróleos, S.A.

# English Translation

# EXHIBIT 48

To:
Cc:
Cco:
Subject: MUSKET – INTRAKAM LETTER OF CREDIT

History:  This message has been forwarded.

[Text in English]

EXHIBIT 49



&lt;cesarchavez@intrakam.com.mx&gt;

16/11/2006 10:20 a.m.

Para gonzalezggx@pdvsa.com

cc vasquezcl@pdvsa.com, rosasav@pdvsa.com, ferrinh@pdvsa.com, burgere@pdvsa.com, orellanac@pdvsa.com

cco

Asunto MUSKET - INTRAKAM / LETTER OF CREDIT

| Historial: | ↪ Este mensaje ha sido remitido. |
|---|---|

Buenos días SR. Gilmer,

Me comunico para preguntarle cual es la desición final que PDVSA a tomado respecto a las enmiendas de LC del Team Aniara.

Por favor, si es posible me la hagan llegar por escrito para que el banco realice las modificaciones  conforme a lo acordado.

Anexo conversaciones  sostenidas el día de ayer.

Saludos

César Chávez
INTRAKAM SA de CV

ATTN: BETTY PROUDFOOT
ATTN: MUSKET CORPORATION

DEAR BETTY,

WE HAVE READ CAREFULLY YOUR REPLY TO PDVSA'S, AND WE HAVE READ CAREFULLY YOUR BANKER KEVIN WATT'S SUGGESTION.

WE ARE IN FULL COMPLIANCE WITH WHAT MR. KEVIN WATT SAID, AND WE CONCUR AND AGREED WITH SOLUTION AS CONTAINED IN ITEM (2) OF MR. KEVIS'S EMAIL HEREWITH BELOW.

WE PROPOSE THAT MUSKET IMPLEMENT ACCORDINGLY AS PER ITEM 2 (WHICH IS ACCEPTABLE TO JPMORGAN), AND WHICH SURELY WILL BE ACCEPTABLE TO PDVSA.

REGARDS,

-----------------------------------------------------------

Gilmer,

I will also forward a copy of our letter to JPMorgan Chase to amend the LC to be sure is is as you requested.  I just wanted you to know their concerns listed below.  We are trying to get the issues resolved.  Will keep in touch.
Betty Proudfoot esta fue de muskat a Gilmer
---------
Dear Betty,  Esta es del banco a Muskat

I'm sorry I was unable to attend the 2:45 meeting. I've pasted the email I sent earlier so others at Loves can appreciate our position. I basically understand why PDVSA wants the change, but I'm afraid we can't amend the letter of credit as they request. See my point three below...

"It would be interesting to know how the underlying transaction is structured. So far besides you we have NAPCO of Switzerland, Advanced of Spain, General Oil of (?), PDVSA of Venezuela and Intrakam of (?) involved in the transaction. According to your contract what and to whom is your recourse in the event of non-delivery or wrongful drawing? Fortunately my primary concern is with properly structuring the letter of credit. Note that a letter of credit is an independent undertaking. The parties to this undertaking are JPMorgan Chase Bank, N.A., as Issuing Bank, PDVSA Petroleo [y Gas] S.A.as Beneficiary, and Musket Corporation as Applicant, at whose request we have issued the letter of credit. Musket Corporation is separately obligated to reimburse us under the terms of our secuity and reimbursement agreement.

If we are to name Intrakam (in any capacity) alongside the Applicant, the party on whose behalf the letter of credit is issued, and who has separate obligations to us under the security and reimbursement agreement, then we must assume that some sort of contract would exist, or be perceived to exist, between Intrakam and JPMorgan Chase Bank N.A. We are not prepared to name Intrakam in our undertaking unless:

1) As stated earlier, they are named as a party to the underlying transaction in the text of the demand statement: "We, PDVSA... CHASUS33" \

2) They are named in the text of a purpose statement we add to the credit such as "We understand this letter of credit is issued relative to contract [contract number] covering the purchase of MT35,708 of D2 Diesel Oil between PDVSA Petroleos [y Gas], S.A and Intrakam SA" or the like. This makes clear in our undertaking that Intrakam's role is limited to the underlying transaction. This may not be acceptable to Musket. I suggest you have your counsel review this alternative before deciding to pursue it.    Esto lo proponen todos pero no se si pdv esta de acuerdo

3) If they will have a role in the letter of credit, suggested by Gilmer's statement: "Intrakam would be the only company responsible for any legal claim under the supplying contract and under the warranty and/or letter of credit." This statement is unclear. If Intrakam would have any rights or obligations, as Applicant or otherwise, let them explain what those rights or obligations should be. What are the terms of this contract? Any such arrangement would at minimum need to be receive the approval of our legal counsel and be formalized in writing between Intrakam and ourselves."

Regards,
Kevin
Kevin Watt
Risk Analyst
Global Trade Risk Management
Phone (312) 954-1885
Fax (312) 954-2281
kevin.j.watt@jpmchase.com
"Betty Proudfoot" <BettyP@loves.com>

11/15/2006 03:06 PM
To
"Kevin Watt, Chase Global Trade Risk Mgmt" <kevin.j.watt@

jpmchase.com>
cc
"Steve Magness" <stevem@loves.com>, "Ravi Ramdas" <Ravir@
loves.com>, "John Munger at Chase Bank" <john.g.munger@
chase.com>, "Doug Stussi" <DougS@loves.com>
Subject
FW: MUSKET - INTRAKAM / LETTER OF CREDIT


Kevin,

The request below from PDVSA is approved by Musket
Corporation.

We have completed our conference call with all parties involved
with the PDVSA LC#CTCS-651908.  We at Musket now have a
clear understanding of the request to change the applicant to
include the following:  Musket Corporation, on behalf of
INTRAKAM.  We are ready to proceed with amending the LC and I
will forward a letter requesting the amendment.  There should be
someone with Chase in the Global Trade Services that can
reaffirm that our request is not unusual when dealing with this
customer of the Bank.

Please advise, if you need me to do anything in addition to
providing the Letter to Amend the LC.

Thank,
Betty Proudfoot  Musket al banco
-----------------------------------------------------------------------

Dear Sirs,  de Gilmer a Musket
As per our phone conversation of today regarding the above
reference, we hereby confirm the need of opening a Letter of
Credit having as applicant the Company "Musket" on behalf of the
Company "Intrakam", due to Intrakam is the registered client in
PDVSA, the actual direct buyer and responsible for paying before
PDVSA. The use of this statement is commonly practiced in
PDVSA with our customers; this procedure also protects all parts
involved. We so far haven't  had any problems with this practice.
According to the above applicant statement, Intrakam would be the
only company responsible for any legal claim under the supplying
contract and under the warranty and/or letter of credit, so it is
needed to get Intrakam involved in the documentation.
Since you need some time to contact the adequate approval
channels, we here wait for your prompt answer considering we
have no time because the loaded vessel has been there for too
long, causing operational problems to PDVSA and desperation to
the crew.
We hope this problem can be solved as soon as possible since we
both intend to keep on building up our business relationship in the
future.
Our e-mail addresses: GONZALEZGGX@PDVSA.COM,
DOBARRODETD@PDVSA.COM and BEJARANOCC@
PDVSA.COM.
Our phones: 58-212-708.4552 / 708.3999.
Kind regards,
Gilmer G. González G.
International Commerce General Manager
Commerce & Supply
PDVSA Petróleos, S.A.

*************** PDVSA´S INTERNET E-MAIL USE ***************
This message may contain information solely of the interest of
PDVSA or
its businesses. Copying, distribution, disclosure or any use of the
information contained in this transmission is permitted only to
authorized parties. If you have received this e-mail by error, please
destroy it and notify webmaster@pdvsa.com or the sender by reply
email.
****** USO DEL CORREO ELECTRONICO DE PDVSA HACIA
INTERNET ******
Esta nota puede contener informacion de interes solo para
PDVSA o sus
negocios. Solo esta permitida su copia, distribucion o uso a
personas
autorizadas. Si recibio esta nota por error, por favor destruyala y
notifique al remitente o a webmaster@pdvsa.com.

------------------------------------------------------------------------

This transmission may contain information that is privileged,
confidential, legally privileged, and/or exempt from disclosure
under applicable law. If you are not the intended recipient, you
are hereby notified that any disclosure, copying, distribution, or
use of the information contained herein (including any reliance
thereon) is STRICTLY PROHIBITED. Although this transmission
and
any attachments are believed to be free of any virus or other
defect that might affect any computer system into which it is
received and opened, it is the responsibility of the recipient to
ensure that it is virus free and no responsibility is accepted by
JPMorgan Chase & Co., its subsidiaries and affiliates, as
applicable, for any loss or damage arising in any way from its use.
If you received this transmission in error, please immediately
contact the sender and destroy the material in its entirety,
whether in electronic or hard copy format. Thank you.

# English Translation

## EXHIBIT 49

To:
Cc:
Cco:
Subject: MUSKET – INTRAKAM / LETTER OF CREDIT

History: This message has been forwarded.

Good morning Mr. Gilmer,

I am contacting you to ask you about PDVSA's final decision with respect to the amendments to the LC of the Team Aniara.

If it is possible, please send to me the decision, in writing, so the bank can make the amendments as agreed.

I am attaching yesterday's communications.

Regards,

César Chávez
INTRAKAM, S.A. de C.V.

[text in English]

[Dear Betty] This from the bank to Muskat

[Text in English]

EXHIBIT 50



**carmen.mucha@jpmchase.com**

17/11/2006 06:10 p.m.

Para  MARIA SILVA <silvamgj@pdvsa.com>

cc  bill.slowinski@jpmchase.com, "Betty Proudfoot" <BettyP@loves.com>, silvamgj@pdvsa.com, lori.b.reeder@jpmchase.com, randy.humphreys@jpmchase.com, miguel.a.montenegro@jpmorgan.com, "Doug Stussi" <DougS@loves.com>, "John Munger at Chase Bank" <john.g.munger@chase.com>, "Ravi Ramdas" <Ravir@loves.com>, "Steve Magness" <stevem@loves.com>

cco

Asunto  Re: Rm: Amendment to LC#651908

here is a copy of the amendment released

(See attached file: CTCS-651908 AMENDMENT.pdf)

|  |  |  |
|---|---|---|
| MARIA SILVA <silvamgj@pdvsa.com> | | To |
| | bill.slowinski@jpmchase.com | |
| 11/17/2006 03:24 PM | carmen.mucha@jpmchase.com | cc |
| | Rm: Amendment to LC#651908 | Subject |

Bill , we need to know if JP morgan has issued  these amedments in order to approve this cargo...

María Gabriela Silva
International Finance Operations Deparment PDVSA Petróleo S.A
Phone: 58 212 7083936
Fax:      58 212 7083944/3964

----- Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 17/11/2006 05:22 p.m. -----

|  |  |  |
|---|---|---|
| bill.slowinski@jpmchase.com | | Para |
| | carmen.mucha@jpmchase.com | |
| 17/11/2006 05:10 p.m. | "Betty Proudfoot" <BettyP@loves.com>, | cc |

silvamgj@pdvsa.com, lori.b.reeder@jpmchase.com,
randy.humphreys@jpmchase.com,
miguel.a.montenegro@jpmorgan.com, "Doug Stussi"
<DougS@loves.com>, "John Munger at Chase Bank"
<john.g.munger@chase.com>, "Ravi Ramdas"
<Ravir@loves.com>, "Steve Magness" <stevem@loves.com>
                                                          Asunto

Re: Amendment to LC#651908

In addition to the changes, I have confirmed that in addition to the
attached, Steve Magus has requested that we amend the beneficiary's
statement to read:

BENEFICIARY'S SIGNED AND DATED STATEMENT: "WE, PDVSA PETROLEOS, S.A,
HEREBY CERTIFY THAT MUSKET CORPORATION ON BEHALF
OF THE COMPANY INTRAKAM SA de CV HAS FAILED TO PAY US ON DUE DATE
THE AMOUNT OF U.S. $16,400,000.00 PLUS +/- 10% (SIXTEEN MILLION FOUR
HUNDRED THOUSAND AND 00/100 U.S. DOLLARS PLUS AND MINUS TEN PERCENT)FOR
THE SHIPMENT OF MT35,708 OF D2 DIESEL OIL FROM PUNTA CARDON,VENEZUELA TO
HOUSTON, TEXAS, USA SHIPPED ON VESSEL M/T TEAM ANIARA." THEREFORE, WE
DEMAND PAYMENT OF SAID AMOUNT IN SAME DAY FUNDS VIA WIRE TRANSFER TO OUR
ACCOUNT PDVSA PETROLEO S.A., JPMORGAN CHASE BANK, N.A., NEW YORK 270 PARK

AVE., NEW YORK 10172, ACCOUNT NUMBER ███████ ROUTER ██████████ SWIFT:
████████

Bill Slowinski
Trade Risk Management
Mail Code IL1-0236
Phone:  312 954-1934
Fax:    312 954-1963

"Betty Proudfoot" <BettyP@loves.com>

11/17/2006 02:12 PM                                              To

```
                                              <bill.slowinski@jpmch
                                              ase.com>
                                                                  cc

                                                              Subject
                                          Amendment to
                                          LC#651908
```

```
 Bill,
This is the executed copy of my Letter with all data filled in.  This
has been entered through the Trade Channel also.  PDVSA would like an
e-mail to:  silvamgj@pvdsa.com  that lets them know you have the
amendment and are in the process of getting it issued.  Of course they
would like for this ship to not set through another week-end.  Please
keep in touch regarding your progress.

Thanks,
Betty Proudfoot
405-302-6758
```

```
The message is ready to be sent with the following file or link
attachments:

_1117130828_001


Note: To protect against computer viruses, e-mail programs may prevent
sending or receiving certain types of file attachments.  Check your
e-mail security settings to determine how attachments are handled.
<<_1117130828_001.pdf>>
```

This transmission may contain information that is privileged,
confidential, legally privileged, and/or exempt from disclosure
under applicable law.  If you are not the intended recipient, you
are hereby notified that any disclosure, copying, distribution, or
use of the information contained herein (including any reliance
thereon) is STRICTLY PROHIBITED.  Although this transmission and
any attachments are believed to be free of any virus or other
defect that might affect any computer system into which it is
received and opened, it is the responsibility of the recipient to
ensure that it is virus free and no responsibility is accepted by
JPMorgan Chase & Co., its subsidiaries and affiliates, as

applicable, for any loss or damage arising in any way from its use.
If you received this transmission in error, please immediately
contact the sender and destroy the material in its entirety,
whether in electronic or hard copy format. Thank you.

*************** PDVSA´S INTERNET E-MAIL USE ***************
This message may contain information solely of the interest of PDVSA or
its businesses. Copying, distribution, disclosure or any use of the
information contained in this transmission is permitted only to
authorized parties. If you have received this e-mail by error, please
destroy it and notify webmaster@pdvsa.com or the sender by reply email.

****** USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET ******
Esta nota puede contener informacion de interes solo para PDVSA o sus
negocios. Solo esta permitida su copia, distribucion o uso a personas
autorizadas. Si recibio esta nota por error, por favor destruyala y
notifique al remitente o a webmaster@pdvsa.com.

[attachment "_1117130828_001.pdf" deleted by Carmen Mucha/IL/ONE]
CTCS-651908 AMENDMENT.pdf

```
                                      NOV 17, 2006
                        OUR L/C NO.: CTCS-651908
                     APPLICANT REF. NO.: PDVSA-2
                            AMENDMENT NO.: 1
```

TO:                              APPLICANT:
PDVSA PETROLEO S.A.              MUSKET CORPORATION ON BEHALF OF THE
DIVISION CORPORATIVA DE MANUFACTURA   COMPANY INTRAKAM SA DE CV
Y MERCADEO EDIF. PDVSA, TORRE OESTE   10601 N. PENNSYLVANIA
CARACAS,                         P.O. BOX 26210
VENEZUELA                        OKLAHOMA CITY, OK 73126


IN ACCORDANCE WITH INSTRUCTIONS RECEIVED, THE ABOVE REFERENCED STANDBY
LETTER OF CREDIT HAS BEEN AMENDED AS FOLLOWS:


RECEIVER'S REFERENCE:            NONREF


APPLICANT'S NAME AND ADDRESS ARE CHANGED TO
MUSKET CORPORATION ON BEHALF OF THE
COMPANY INTRAKAM SA DE CV
10601 N. PENNSYLVANIA
P.O. BOX 26210
OKLAHOMA CITY, OK 73126


BENEFICIARY'S NAME AND ADDRESS ARE CHANGED TO
PDVSA PETROLEO S.A.
DIVISION CORPORATIVA DE MANUFACTURA
Y MERCADEO EDIF. PDVSA, TORRE OESTE
CARACAS,
VENEZUELA


THE FOLLOWING 2 CONDITIONS ARE ADDED:


WE UNDERSTAND THIS LETTER OF CREDIT IS ISSUED RELATIVE TO CONTRACT
REFERENCE 015INTRAK COVERING THE PURCHASE OF MT35,708 OF D2 DIESEL OIL
BETWEEN PDVSA PETROLEO S.A. AND THE COMPANY INTRAKAM SA DE CV.  WE FURTHER
UNDERSTAND THAT INTRAKAM SA DE CV'S ROLE IS AS AN OPERATIVE ON BEHALF OF
PDVSA PETROLEO S.A., ONLY.


THE AMOUNT AVAILABLE FOR DRAWING UNDER THIS LETTER OF CREDIT WILL BE
REDUCED BY THE AMOUNT OF ANY PAYMENTS MADE OUTSIDE THIS LETTER OF CREDIT TO
THE BENEFICIARY IF SUCH PAYMENTS ARE MADE THROUGH JPMORGAN CHASE BANK,
N.A., CHICAGO AND REFERENCE THIS LETTER OF CREDIT.

BENEFICIARY'S SIGNED AND DATED STATEMENT IS CHANGED TO READ AS FOLLOWS:
"WE, PDVSA PETROLEOS, S.A,HEREBY CERTIFY THAT MUSKET CORPORATION ON BEHALF
OF THE COMPANY INTRAKAM SA DE CV HAS FAILED TO PAY US ON DUE DATE THE
AMOUNT OF U.S. $16,400,000.00 PLUS +/- 10% (SIXTEEN MILLION FOUR HUNDRED
THOUSAND AND 00/100 U.S. DOLLARS PLUS AND MINUS TEN PERCENT)FOR THE
SHIPMENT OF MT35,708 OF D2 DIESEL OIL FROM PUNTA CARDON,VENEZUELA TO
HOUSTON, TEXAS, USA SHIPPED ON VESSEL M/T TEAM ANIARA." THEREFORE, WE
DEMAND PAYMENT OF SAID AMOUNT IN SAME DAY FUNDS VIA WIRE TRANSFER TO OUR
ACCOUNT PDVSA PETROLEO S.A., JPMORGAN CHASE BANK, N.A., NEW YORK 270 PARK
AVE., NEW YORK 10172, ACCOUNT NUMBER ▓▓▓▓▓▓▓ ROUTER ▓▓▓▓▓▓▓ SWIFT:
▓▓▓▓▓▓▓

ALL AMENDMENT UNDER THIS LETTER OF CREDIT ARE SUBJECT TO THE BENEFICIARY'S
AGREEMENT, AS PER (SELECT ONE) [ARTICLE 9D, UCP 500] OR [RULE 1.06B,
ISP98]. THIS AMENDMENT SHALL NOT BE CONSIDERED OPERATIVE UNLESS THE
BENEFICIARY COMMUNICATES THEIR AGREEMENT TO THE AMENDED TERMS. PLEASE
INDICATE YOUR ACCEPTANCE/REJECTION BY SIGNING AND RETURNING A COPY OF THIS
AMENDMENT TO THE ATTENTION OF STANDBY LETTER OF CREDIT UNIT, 300 S.
RIVERSIDE PLAZA, MAIL CODE IL1-0236, CHICAGO, ILLINOIS60606-0236.


PDVSA PETROLEO S.A.


ACCEPTED BY: _____
ITS: _____
DATE: _____


REJECTED BY: _____
ITS: _____
DATE: _____


ALL OTHER TERMS AND CONDITIONS OF THE CREDIT REMAIN UNCHANGED.

NOTE: KINDLY SIGNIFY YOUR CONSENT TO THIS AMENDMENT BY SIGNING AND
RETURNING THE ENCLOSED COPY DIRECTLY TO US OR THE ADVISING BANK (IF ONE IS
PRESENT) FOR TRANSMISSION TO US.  YOUR IMMEDIATE ATTENTION TO THIS MATTER
WILL BE APPRECIATED IN ORDER THAT WE MAY COMPLETE OUR RECORDS.


_____
AUTHORIZED SIGNATURE



&lt;cesarchavez@intrakam.com.mx&gt;
17/11/2006 06:28 p.m.

Para  silvamgj@pdvsa.com

cc  gonzalezggx@pdvsa.com, vasquezcl@pdvsa.com, rosasav@pdvsa.com, ferrinh@pdvsa.com, burgere@pdvsa.com, orellanac@pdvsa.com

cco

Asunto  Fw: Rm: Amendment to LC#651908

Estimada María,

Se anexa las enmiendas a la LC del Team Aniara

Saludos

César Chávez
INTRAKAM SA de CV

- CTCS-651908 AMENDMENT.pdf

# English Translation

**EXHIBIT 50**

[Text in English]

To:
Cc:
Cco:
Subject: Fw. Fw: Amendment to LC#651908

Dear María,

I am attaching the amendments to the LC of the Team Aniara

Regards

César Chávez
INTRAKAM, S.A. de C.V.

[Attaching a PDF file]

# EXHIBIT 51



&lt;cesarchavez@intrakam.com.mx&gt;

17/11/2006 06:28 p.m.

Para silvamgj@pdvsa.com

cc gonzalezggx@pdvsa.com, vasquezcl@pdvsa.com, rosasav@pdvsa.com, ferrinh@pdvsa.com, burgere@pdvsa.com, orellanac@pdvsa.com

cco

Asunto Fw: Rm: Amendment to LC#651908

Estimada María,

Se anexa las enmiendas a la LC del Team Aniara

Saludos

César Chávez
INTRAKAM SA de CV

- CTCS-651908 AMENDMENT.pdf

NOV 17, 2006
OUR L/C NO.: CTCS-651908
APPLICANT REF. NO.: PDVSA-2
AMENDMENT NO.: 1

TO:                                        APPLICANT:
PDVSA PETROLEO S.A.                        MUSKET CORPORATION ON BEHALF OF THE
DIVISION CORPORATIVA DE MANUFACTURA        COMPANY INTRAKAM SA DE CV
Y MERCADEO EDIF. PDVSA, TORRE OESTE        10601 N. PENNSYLVANIA
CARACAS,                                   P.O. BOX 26210
VENEZUELA                                  OKLAHOMA CITY, OK 73126


IN ACCORDANCE WITH INSTRUCTIONS RECEIVED, THE ABOVE REFERENCED STANDBY
LETTER OF CREDIT HAS BEEN AMENDED AS FOLLOWS:

RECEIVER'S REFERENCE:              NONREF

APPLICANT'S NAME AND ADDRESS ARE CHANGED TO
MUSKET CORPORATION ON BEHALF OF THE
COMPANY INTRAKAM SA DE CV
10601 N. PENNSYLVANIA
P.O. BOX 26210
OKLAHOMA CITY, OK 73126

BENEFICIARY'S NAME AND ADDRESS ARE CHANGED TO
PDVSA PETROLEO S.A.
DIVISION CORPORATIVA DE MANUFACTURA
Y MERCADEO EDIF. PDVSA, TORRE OESTE
CARACAS,
VENEZUELA

THE FOLLOWING 2 CONDITIONS ARE ADDED:

WE UNDERSTAND THIS LETTER OF CREDIT IS ISSUED RELATIVE TO CONTRACT
REFERENCE 015INTRAK COVERING THE PURCHASE OF MT35,708 OF D2 DIESEL OIL
BETWEEN PDVSA PETROLEO S.A. AND THE COMPANY INTRAKAM SA DE CV.  WE FURTHER
UNDERSTAND THAT INTRAKAM SA DE CV'S ROLE IS AS AN OPERATIVE ON BEHALF OF
PDVSA PETROLEO S.A., ONLY.


THE AMOUNT AVAILABLE FOR DRAWING UNDER THIS LETTER OF CREDIT WILL BE
REDUCED BY THE AMOUNT OF ANY PAYMENTS MADE OUTSIDE THIS LETTER OF CREDIT TO
THE BENEFICIARY IF SUCH PAYMENTS ARE MADE THROUGH JPMORGAN CHASE BANK,
N.A., CHICAGO AND REFERENCE THIS LETTER OF CREDIT.

BENEFICIARY'S SIGNED AND DATED STATEMENT IS CHANGED TO READ AS FOLLOWS:
"WE, PDVSA PETROLEOS, S.A,HEREBY CERTIFY THAT MUSKET CORPORATION ON BEHALF
OF THE COMPANY INTRAKAM SA DE CV HAS FAILED TO PAY US ON DUE DATE THE
AMOUNT OF U.S. $16,400,000.00 PLUS +/- 10% (SIXTEEN MILLION FOUR HUNDRED
THOUSAND AND 00/100 U.S. DOLLARS PLUS AND MINUS TEN PERCENT)FOR THE
SHIPMENT OF MT35,708 OF D2 DIESEL OIL FROM PUNTA CARDON,VENEZUELA TO
HOUSTON, TEXAS, USA SHIPPED ON VESSEL M/T TEAM ANIARA." THEREFORE, WE
DEMAND PAYMENT OF SAID AMOUNT IN SAME DAY FUNDS VIA WIRE TRANSFER TO OUR
ACCOUNT PDVSA PETROLEO S.A., JPMORGAN CHASE BANK, N.A., NEW YORK 270 PARK
AVE., NEW YORK 10172, ACCOUNT NUMBER ████████ ROUTER ████████ SWIFT:
████████

ALL AMENDMENT UNDER THIS LETTER OF CREDIT ARE SUBJECT TO THE BENEFICIARY'S
AGREEMENT, AS PER (SELECT ONE) [ARTICLE 9D, UCP 500] OR [RULE 1.06B,
ISP98]. THIS AMENDMENT SHALL NOT BE CONSIDERED OPERATIVE UNLESS THE
BENEFICIARY COMMUNICATES THEIR AGREEMENT TO THE AMENDED TERMS. PLEASE
INDICATE YOUR ACCEPTANCE/REJECTION BY SIGNING AND RETURNING A COPY OF THIS
AMENDMENT TO THE ATTENTION OF STANDBY LETTER OF CREDIT UNIT, 300 S.
RIVERSIDE PLAZA, MAIL CODE IL1-0236, CHICAGO, ILLINOIS60606-0236.

PDVSA PETROLEO S.A.

ACCEPTED BY: _____
ITS: _____
DATE: _____


REJECTED BY: _____
ITS: _____
DATE: _____


ALL OTHER TERMS AND CONDITIONS OF THE CREDIT REMAIN UNCHANGED.

NOTE:   KINDLY SIGNIFY YOUR CONSENT TO THIS AMENDMENT BY SIGNING AND
RETURNING THE ENCLOSED COPY DIRECTLY TO US OR THE ADVISING BANK (IF ONE IS
PRESENT) FOR TRANSMISSION TO US.   YOUR IMMEDIATE ATTENTION TO THIS MATTER
WILL BE APPRECIATED IN ORDER THAT WE MAY COMPLETE OUR RECORDS.

AUTHORIZED SIGNATURE

# English Translation

## EXHIBIT 51

To:
Cc:
Cco:
Subject: Fw. Fw: Amendment to LC#651908

Dear María,

I am attaching the amendments to the LC of the Team Aniara

Regards

César Chávez
INTRAKAM, S.A. de C.V.

[Attached PDF file]

[text in English]

# EXHIBIT 52

# Bill of Lading
(Conocimiento de Embarque)

Shipped in apparent good order and condition by    **PDVSA PETROLEO, S.A.**
(embarcado en aparente buen orden y condición por)

on board the vessel   **TEAM ANIARA**                        Flag   **LIBERIAN**
(a bordo del buque)                                          (bandera)

whereof   **WEGIER RYSZARD J.**          is Master, loaded at **PUNTA CARDON, PORT, VENEZUELA**
(del cual)                                (es su capitán, cargado en)

and to be delivered at the port of   **HOUSTON, PORT, TEXAS, USA**
(a para ser entregado en el puerto de)

or so near thereto as the vessel can safely get, always afloat unto, consigned to **TO THE ORDER MUSKET CORPORATION**
(o tan cerca del mismo de lo que el buque pueda llegar con seguridad, a la consignación de)

of contents    **DIESEL**
(de contenido)

| EXACT QUANTITY LOADED  (Cantidades Exactas Cargadas) | GROSS AT 60°F (Bruto a 60 F) | NET AT 60°F (Neto a 60 F) |
|---|---|---|
| BARRELS OF 42 U.S. GALLONS (Barriles de 42 galones U.S.) | | 263,123 |
| LONG TONS (Toneladas Largas) | | 35,124 |
| METRIC TONS (Toneladas Métricas) | | 35,688.94 |
| U.S. GALLONS (Galones U.S.) | | 11,051,166 |
| KILOGRAMS (Kilogramos) | | 35,688,940 |
| CUBIC METERS (Metros Cúbicos) | | 41,833 |

To the order on payment of freight at the rate of **AS AGREED**
(A la orden previo pago del flete a la razón de)

This shipment is carried under and pursuant to the terms of charter party
(el de embarque de lleva a cabo de acuerdo y bajo los términos del contrato de fletamento de)

Date         between **NIL**     and **NIL**
(fecha)            (entre)                  (y)

As charterer, and all the terms whatsoever of the said charter except the rate and payment of freight specified
(como fletador,  y  todos los términos, cualquiera que sean, del citado fletamento excepto la tara y el pago de flete especificado)

there in apply to and govern the rights of the parties concerned in this shipment.
(en el mismo se aplicarán y rigen los derechos de las partes en este embarque)

In witness whereof the master has signed (    **3**    ) Bills of Lading of this tenor and date, one of which being accomplished the others will be void.
(En testimonio de lo anterior el capitán ha firmado (    ) conocimientos de embarque del mismo tenor e igual fecha, uno de los cuales al ser presentados deja sin validez a los demás.)

Clauses 1 to 10 inclusive on the reverse of this Bill of Lading are incorporated herein and form part of Bill of Lading.
(Las cláusulas del 1 al 10 inclusive en el dorso de este conocimiento de embarque son parte integral de este conocimiento de embarque.)

This sale is under the condition that the exporter of record is **PDVSA PETROLEO, S.A.**
(Esta venta es bajo la condición de que el exportador de registro es)

| | | |
|---|---|---|
| Carta de Crédito N° **CPLCS-651008** (N° Carta de Crédito) | Shipment N° **5855** (N° Embarque) | Certificate N° **NIL** (N° Certificado) |
| Seac N   **SOKA3606001ANIA** (Código Alfanumérico del Transportista Marítimo) | B.L. N° **10737-5855-1-1** (N° B/L) | Order N   **NIL** (Order N°) |
| Import License N   **NIL** (N° License de Importación) | Indent N° **NIL** | Partida Arancelaria **NIL** |

Remarks (Observaciones)
**NIL**

By Master (Por el capitán)
Signature (firma)
Name (nombre)   **WEGIER RYSZARD J.**

Dated at    **PUNTA CARDON, PORT, VENEZUELA**        ON    November 13th, 2006
(fechado en)                                                (en)

# PDVSA

# Cargo Manifest
## (Manifiesto de Carga)

General and cargo manifest of the cargo **DIESEL**.
(Manifiesto general de la carga)

loaded at the Port of **PUNTA CARDON, PORT, VENEZUELA**
(han sido en el puerto de)

shipped by **PDVSA PETROLEO, S.A.**
(embarcada por)

on board the vessel **TEAM ANIARA**          flag **LIBERIAN**
(a bordo del buque)                          (bandera)

whereof **WEGIER RYSZARD J.**          is the Master,
(por cuanto)                           (es su Capitán)

consigned to **TO THE ORDER MUSKET CORPORATION**
(para ser entregado a)

at the Port of **HOUSTON, PORT, TEXAS, USA**
(en el puerto de)

## EXACT QUANTITIES LOADED
## (Cantidades Exactas Cargadas)

|  | GROSS AT 60°F (Bruto a 60°F) | NET AT 60°F (Neto a 60°F) |
|---|---|---|
| BARRELS OF 42 U.S. GALLONS (Barriles de 42 galones U.S.) |  | 263.123 |
| LONG TONS (Toneladas Largas) |  | 35,124 |
| METRIC TONS (Toneladas Metricas) |  | 35.688.94 |
| U.S. GALLONS (Galones U.S.) |  | 11.051,166 |
| KILOGRAMS (Kilogramos) |  | 35.688,940 |
| CUBIC METERS (Metros Cubicos) |  | 41,833 |

We hereby certify that this manifest contains the entire cargo loaded on board the above named vessel, from the port
(Certificamos que este manifiesto expresa el cargamento completo tomado a bordo del arriba señalado y en el puerto)

stated and delivered to the port indicated above.
(indicado, con destino al puerto mencionado arriba.)

Scac N° **SOKA3606001ANIA**
(Codigo Alfanumerico del Transportista Maritimo)

Remarks (Observaciones)
**NIL.**

By Master          $R$ YUARD   WEGIER
(Por el Capitán)

Signature (Firma)

Name (Nombre)   **WEGIER RYSZARD J.**

**PDVSA**

Date (Fecha) November 13th, 2006

Terminal (Terminal) **PUNTA CARDON, PORT, VENEZUELA**

# Origin Certificate
### (Certificado de Origen)

We certify that we have loaded    **DIESEL**

(Nosotros certificamos que hemos cargado)

### EXACT QUANTITIES LOADED
#### (Cantidades Exactas Cargadas)

| | GROST AT 60°F (Bruto a 60°F) | NET AT 60°F (Neto a 60°F) |
|---|---|---|
| BARRELS OF 42 U.S. GALLONS (Barriles de 42 galones U.S.) | | 263.123 |
| LONG TONS (Toneladas Largas) | | 35,124 |
| METRIC TONS (Toneladas Metricas) | | 35,688.94 |
| U.S. GALLONS (Galones U.S.) | | 11,051,166 |
| KILOGRAMS (Kilogramos) | | 35,688,940 |
| CUBIC METERS (Metros Cubicos) | | 41,833 |

on board the vessel **TEAM ANIARA** with **LIBERIAN** flag,
(a bordo del buque) (con) (de bandera)
at the terminal of **PUNTA CARDON, PORT, VENEZUELA**, on **13/NOV/2006**, with destination
(en el terminal de) (el) (con destino)
to **HOUSTON, PORT, TEXAS, USA**
(a)

This product was manufactured in VENEZUELA, produced in normal refining process and the crude oil is coming from oil fields of VENEZUELA.

(Este producto fue elaborado en VENEZUELA, bajo los procesos normales de refinacion, y el crudo utilizado proviene de los campos petroleros de VENEZUELA.)

| | | |
|---|---|---|
| Credit Letter N° **CLCS-651908** (N° Carta de Credito) | Shipment N° **5855 - 1 - 1** (N° Embarque) | Certificate N° **NIL** (N° Certificado) |
| Seac N° **SOKA3606001 ANIA** (Codigo Alfanumerico del Transportista Maritimo) | B/L N° **NIL** (N° B/L) | Order N° **NIL** (Número de Orden) |
| Import License N° **NIL** (N° Licencia de Importacion) | Indent N° **NIL** | Partida Arancelaria **NIL** |
| Remarks (Observaciones) **NIL** | | |

By **PDVSA PETROLEO, S.A.**
(Por)

Signature (Firma)

Name (Nombre)    **ENRIQUE J. ROMAN R**



# PARAGUANA REFINERY CENTER
## LABORATORY
## REPORT OF QUALITY

Cardón,
November 21 2006 5:15 PM
1 / 1

**Contract Number: SA130239**

**DATE APPROVED:** 25-OCT-2006 04:37 PM

CARGO No.: 5955-1
NAME OF VESSEL: TEAM ANIARA
CLIENT: INTRAKAMSA
CARGO: DIESEL

BOUND FOR: SINGAPORE, PORT, SINGAPORE

TANK(S)

| ANALISYS | UNITS | METHOD | MIN | MAX | E201 | E202 | E406/TEAM ANIARA /L |
|---|---|---|---|---|---|---|---|
| | | | | | *GASOIL PESADO *GASOIL PESADO *GASOIL PESADO *PESADO/LINEA CARGA | | |
| | | | | | 201314842 | 201335176 | 201335810 |
| WATER AND SEDIMENT | % VOLM | D-2709 | | 0.10 | 0.025 | 0.025 | 0.025 |
| FLASH POINT P.M. | °C | D-93 | 140 | | 156 | 150 | 154 |
| SULPHUR CONTENT | % WEIGHT | D-2622 | | 0.200 | 0.189 | 0.174 | 0.110 |
| SEDIMENTEX CARBON | % WEIGHT | D-524 | | 0.35 | 0.17 | 0.17 | 0.19 |
| ASH CONTENT | % WEIGHT | D-482 | | 0.01 | 0.0015 | 0.0006 | 0.0012 |
| COLOUR ASTM | NONE | D-1500 | | 3.0 | 0.5 | 0.5 | 1.0 |
| API GRAVITY AT 60 F | DEG. API | D-1298 | | 34.3 | 34.9 | 32.6 |
| COLOUR (CORROSION) | NONE | | 2 | | 1A | 1A | 1A |
| COPPER (CORROSION) | DEG.C | D-2500 | | -4 | -3 | 3 |
| CLOUD POINT | DEG.C | | | 10 | | | |
| KIN.VISC. AT 40 C | CST | D-445 | 2.0 | 5.5 | 2.969 | 2.986 | 3.165 |
| % VOL RECOVERED AT50°C | DEG.C | D-86 | | 290.0 | 266.3 | 273.8 | 274.0 |
| 90% VOL RECOVERED AT | DEG.C | D-86 | | 360.0 | 340.7 | 345.6 | 344.1 |
| FBP | DEG.C | D-86 | | | 368.2 | 377.5 | 373.8 |
| IBP | DEG.C | | | | 189.3 | 177.8 | 191.0 |
| INDICE DE CETANO BY NCRE | DEG.C | D-976 | 45.0 | | 47.0 | 46.9 | 45.0 |

Any reproduction in full, or in part of the information contained in this document, is strictly prohibited without the express prior written permission of PDVSA RCO.

# PDVSA

## Quantity Certificate
### (Certificado de Cantidad)

Date (Fecha): November 13th, 2006

Vessel (Buque): **TEAM ANIARA**
Terminal (Terminal): **PUNTA CARDON, PORT, VENEZUELA**
Consignee (Consignatario): **TO THE ORDER MUSKET CORPORATION**

Product (Producto): **DIESEL**
Shipped (Despacho): **PDVSA PETROLEO, S.A.**
Destination (Destino): **HOUSTON, PORT, TEXAS, USA**

### Shore tank gauges before and after ship loading
(Medidas de los tanques de tierra antes y despues de carga)

| Tank No. (Tanque) | Insp Tank Mtas (Inspeccion de tanque) | Obs Vol | Water Meas (Medida de agua) | Water Vol (Vol agua) | Gross Vol (Vol Bruto) | Temp °F | Factor (factor) | Net Vol (Vol neto) | Gross Vol (Vol bruto) | W & S (Agua y Sedim) | Net Vol (Vol neto) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 15008 | 141,866 | 0 | | 141,866 | 117.0 | 34.30 | 0.97360 | 138,121 | 138,121 | | |
| F | 1190 | 10,321 | 0 | | 10,321 | 115.0 | 34.30 | 0.97450 | 10,058 | 10,058 | | |
| D | | 131,545 | | | 131,545 | | | | 128,063 | 128,063 | | |
| D | 13480 | 127,922 | 0 | | 127,922 | 109.0 | 33.90 | 0.97740 | 125,031 | 125,031 | 0.00 | |
| F | 1258 | 11,508 | 0 | | 11,508 | 107.0 | 33.90 | 0.97830 | 11,258 | 11,258 | 0.00 | |
| D | | 116,414 | | | 116,414 | | | | 113,773 | 113,773 | | |
| I | 12406 | 92,836 | 0 | | 92,836 | 120.0 | 33.60 | 0.97260 | 90,292 | 90,292 | 0.00 | |
| F | 9486 | 70,883 | 0 | | 70,883 | 118.0 | 32.60 | 0.97350 | 69,005 | 69,005 | 0.00 | |
| D | | 21,953 | | | 21,953 | | | | 21,287 | 21,287 | | |

**TOTAL CARGO LOADED** 209,912 209,912 263,123

### TOTAL CARGO LOADED / CONSIGNEE

| | Barrels (Barriles) | | Metric Tons (Tonel Metrica) | | U.S. Gallons (Galones USS) | | Kilograms (Kilogramos) | GAUGE (Feet, Inches, Frac - Mts, Cms) (Medida (Pies, Pulgadas, Frac - Mts, Cms)) | |
|---|---|---|---|---|---|---|---|---|---|
| | Net (Neto) | Gross (Bruto) | Net (Neto) | Gross (Bruto) | Net (Neto) | Gross (Bruto) | Net (Neto) | Gross (Bruto) | |
| | 263,123 | | 35,124 | 35,688.94 | 11,051,166 | | 35,688,940 | | |

Credit Letter N° (Carta de credito): CTL-645908
Shipment N° (N° Despacho): 9885-1-1
Certificate N° (N° Certificado): NIL

B/L N° (N° B/L): NIL
Order N° (Numero de Orden): NIL

Shipment License N° (N° Licencia de despacho): S0KA06000UAN1A
Import License N° (N° Licencia de importacion): NIL
Indent N° (N° Pedido): Partida Arancelaria: NIL

Wet API Gravity at 60°F (Gravedad API a 60°F): 34.0
Dry API Gravity at 60°F (Gravedad API seca a 60°F): 34.0
Calculated Barrels of Water (Barriles calculados de agua): 0.00
Average Temperature (Temperatura Promedio): 115.22

By (Por): **PDVSA PETROLEO, S.A.**

Signature (Firma):

Name (Nombre): **ENRIQUE J. ROMAN R**

Note (Nota): This sale is under the conditions that the exporter of record is PDVSA PETROLEO, S.A.

# SGS

Clients: INTRAKAM S.A. DE C.V.
PDVSA PETROLEO, S.A.
Ship: TEAM ANIARA
Cargo: GASOIL 0.2 PCT SULPHUR / 45 CETANE
Port: PUNTA CARDON, BAY, PORT, VENEZUELA
Report No.: OGC/PF/251606/06
Date: NOVEMBER 13th., 2006
Client Ref: N/A

## SHIP'S TANK
## ULLAGE REPORT

A.P.I.: 34,0

UNITS: MTS          UNITS: BBLS

| Tank No. | Reference Height | Obs. Ref. Height | Gauge Ull | Corr. | Corr. Ull | T.O.V. M3 | Free Water cm | M3 | G.O.V. U.S. Bbls. | Temp (F) | VCF 6B | G.S.V. @ 60 F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1C | 0,000 | 0,000 | 1,26 | 0,00 | 1,26 | 5.296 | 0,00 | 0 | 33.310 | 103,8 | 0,9797 | 32.634 |
| 2C | 0,000 | 0,000 | 1,15 | 0,00 | 1,15 | 5.403 | 0,00 | 0 | 33.981 | 104,9 | 0,9792 | 33.275 |
| 3C | 0,000 | 0,000 | 1,06 | 0,00 | 1,06 | 5.436 | 0,00 | 0 | 34.193 | 105,8 | 0,9788 | 33.468 |
| 4C | 0,000 | 0,000 | 1,13 | 0,00 | 1,13 | 5.410 | 0,00 | 0 | 34.029 | 104,9 | 0,9792 | 33.321 |
| 5C | 0,000 | 0,000 | 0,91 | 0,00 | 0,91 | 4.806 | Treces | 0 | 30.228 | 105,3 | 0,9790 | 29.593 |
| 1P | 0,000 | 0,000 | 5,48 | 0,00 | 5,48 | 1.529 | Treces | 0 | 9.616 | 98,6 | 0,9823 | 9.446 |
| 1S | 0,000 | 0,000 | 5,78 | 0,00 | 5,78 | 1.477 | 0,00 | 0 | 9.293 | 98,1 | 0,9825 | 9.130 |
| 2P | 0,000 | 0,000 | 4,37 | 0,00 | 4,37 | 1.083 | 0,00 | 0 | 6.812 | 111,2 | 0,9765 | 6.652 |
| 2S | 0,000 | 0,000 | 4,51 | 0,00 | 4,51 | 1.069 | 0,00 | 0 | 6.725 | 111,2 | 0,9765 | 6.567 |
| 3P | 0,000 | 0,000 | 1,09 | 0,00 | 1,09 | 2.813 | 0,00 | 0 | 17.691 | 102,2 | 0,9806 | 17.348 |
| 3S | 0,000 | 0,000 | 1,20 | 0,00 | 1,20 | 2.791 | Treces | 0 | 17.555 | 102,2 | 0,9806 | 17.214 |
| 5P | 0,000 | 0,000 | 1,96 | 0,00 | 1,96 | 2.833 | Treces | 0 | 17.818 | 104,5 | 0,9795 | 17.463 |
| 5S | 0,000 | 0,000 | 2,15 | 0,00 | 2,15 | 2.790,9 | | 0 | 17.554 | 104,4 | 0,9795 | 17.194 |
| 4P | 0,000 | 0,000 | 0,00 | 0,00 | 0,00 | nly for reference. | | | | | | |
| 4S | 0,000 | 0,000 | 0,00 | 0,00 | 0,00 | nly for reference. | | | | | | |
| 6P | 0,000 | 0,000 | | 0,00 | 0,00 | Only for reference | | | | | | |
| 6S | 0,000 | 0,000 | 0,00 | 0,00 | 0,00 | nly for reference. | | | | | | |

Fwd Draft: 10,00    Aft Draft: 10,00    Trim: 0,00    List: 0,00

| | | | | | |
|---|---|---|---|---|---|
| Total Observed Volume | BBLS | 268.804 | Table 11 | 0,13348 |
| Free Water | BBLS | 0 | Long Tons (Loaded) | 35 144.62 |
| Gross Observed Volume | BBLS | 268.804 | Metric Tons (Loaded) | 35 708.068 |
| Gross Standard Volume @ 60 F | | 263 295 | Table 13 | 0,13562 |
| Total Calculated Volume | | 263 295 | Average Temp | 104.4 |
| O.B.Q Volume | | 0 | V.E.F. | 0,99848 |
| Total Received Volume | | 263 295 | Theorical B/L | 263 696 |
| B/L Figures | | 263 123 | B/L Figures | 263 123 |
| Difference | 172 | 0,07% | Difference | 573 | 0,22% |

Remarks    Ship stopped cargo - UTI Serial used . 69368

Original Signed
Held On File
Vessel Representative

_____
Carlos Marquez
SGS Cargo Surveyor

OGC FOPE-020

# EXHIBIT 53



| | |
|---|---|
| ·MARIA SILVA/SILVAMGJ/PDV/PDVSA<br>27/11/2006 01:46 p.m. | Para  "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx><br><br>·ERWIN BURGER <burgere@pdvsa.com>, ADAM KAMARA<br>cc  <drkamara@intrakam.com.mx>, HUMBERTO FERRIN<br><ferrinh@pdvsa.com>, GILMER GONZALEZ<br><gonzalezggx@pdvsa.com>, ARCADIO ROSAS<br><rosasav@pdvsa.com>, ·MARIA SILVA<br><silvamgj@pdvsa.com>, CARLOS VASQUEZ<br><vasquezcl@pdvsa.com><br><br>cco<br><br>Re: FW: BL of MT " TEAM ANIARA " / To Load 263,123 Bbls<br>Asunto  of DIESEL at  Punta Cardon, Venezuela / SGS Ref.:<br>OGC-PF-251606-06▢ |

Buenas Tardes Cesar

Los documentos de embarque ya los solicite con carácter de urgencia a la correspondencia de nuestra
empresa,y ellos acordaron entregármelos hoy , por lo que HOY mismo estaré remitiendo dichos
originales a las empresas de Intrakam en México,, asi que consecuente les estaré enviando un correo
con el Tracking Number de dicho envío.

Gracias y saludos


María Gabriela Silva
International Finance Operations Deparment PDVSA Petróleo S.A
Phone: 58 212 7083936
Fax:     58 212 7083944/3964

# English Translation

**EXHIBIT 53**

To:
Cc:
Cco:
Subject: Re: FW: BL of MT "TEAM ANIARA" / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

Good Afternoon Cesar

I already requested as urgent the shipping documents to the mail department of our company, and they agreed to give them to me today.  Therefore, **TODAY**, I will be forwarding the original documents to Intrakam in Mexico.  I will send you an e-mail with the Tracking Number for this shipment.

Thank you and regards

María Gabriela Silva
International Finance Operations Department PDVSA Petróleo S.A.
[Telephone/Fax]

# EXHIBIT 54



| | |
|---|---|
| ·MARIA SILVA/SILVAMGJ/PDV/PDVSA | Para   cesarchavez@intrakam.com.mx |
| 28/11/2006 02:51 p.m. | cc   HUMBERTO FERRIN <ferrinh@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com>, GILMER GONZALEZ <gonzalezggx@pdvsa.com>, ADAM KAMARA <drkamara@intrakam.com.mx>, ARCADIO ROSAS <rosasav@pdvsa.com>, ·ERWIN BURGER <burgere@pdvsa.com> |
| | cco |
| | Asunto   Rm: FW: BL of MT " TEAM ANIARA " / To Load 263,123 Bbls of DIESEL at   Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06 |

Buenas Tardes Cesar

A continuación te remito el Tracking number de los documentos originales de embarque enviados a Intrakam en México

Fedex: 719213377002

Si presentas alguna duda no dejes de contactarme

Saludos y Gracias


María Gabriela Silva
International Finance Operations Deparment PDVSA Petróleo S.A
Phone: 58 212 7083936
Fax:     58 212 7083944/3964

—— Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 28/11/2006 02:46 p.m. ——



| | |
|---|---|
| "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx> | Para   MARIA SILVA <silvamgj@pdvsa.com>, ERWIN BURGER <burgere@pdvsa.com> |
| 27/11/2006 12:43 p.m. | cc   HUMBERTO FERRIN <ferrinh@pdvsa.com>, CARLOS VASQUEZ <vasquezcl@pdvsa.com>, GILMER GONZALEZ <gonzalezggx@pdvsa.com>, ADAM KAMARA <drkamara@intrakam.com.mx>, ARCADIO ROSAS <rosasav@pdvsa.com> |
| | Asunto   FW: BL of MT " TEAM ANIARA " / To Load 263,123 Bbls of DIESEL at     Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06 |

Estimada María,

En primer lugar le agradezco sus atenciones y su profesionalismo para atender las negociaciones con nuestra empresa INTRAKAM.

Por otra parte le solicito un gran favor, nos sea informado del status de los documentos originales del Team Aniara ya que para nosotros es de fundamental importancia el contar con ellos.

Le reitero mi gratitud, y espero contar como siempre con su gran apoyo.

Saludos Cordiales,

César Chávez
INTRAKAM SA de CV

------ Mensaje reenviado
**De:** ERWIN BURGER <burgere@pdvsa.com>
**Fecha:** Mon, 27 Nov 2006 08:04:08 -0400
**Para:** "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>
**Asunto:** Re: FW: BL of MT " TEAM ANIARA " / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

César,

Con los buenos días.

Ante todo mis disculpas por no responder esta nota antes, ya que no estuve presente en la oficina durante el viernes pasado debido a otras actividades.  Sin embargo, te comentoque los documentos estan siendo enviados por la señorita María Gabriela Silva a quien el terminal se los envió para su distribución.  Seguramente ella te dará mayor información.

Saludos,

Erwin Burger
Clean Product Operations
PDVSA
Pho:  +58 212 7083119
Mob: +58 412 2224663

**"Ing. Cesar Chavez"** <cesarchavez@intrakam.com.mx> 24/11/2006 04:34 p.m.

Para

ERWIN BURGER <burgere@pdvsa.com>

cc
Asunto

FW: BL of MT " TEAM ANIARA " / To Load 263,123 Bbls of DIESEL at       Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

Estimado Erwin,

Por favor si eres tan amable en informarme si nos enviaron la documentación original y el medio de envio.

Saludos cordiales

César Chávez
Intrakam SA de CV


------ Mensaje reenviado
**De:** "Marquez, Carlos (Punto Fijo)" <Carlos.Marquez@sgs.com>
**Fecha:** Fri, 24 Nov 2006 14:59:22 -0500
**Para:** "Ing. Cesar Chavez" <cesarchavez@intrakam.com.mx>
**CC:** "Prieto, Harold (Caracas)" <Harold.Prieto@sgs.com>, "Otamendi, Maria (Caracas)" <Maria.Otamendi@sgs.com>
**Asunto:** RE: BL of MT " TEAM ANIARA " / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

Buenas tardes Sr. Cesar.


He estado investigando sobre la información solicitada, en la Refinería de Punta Cardon me informan que esta documentación es enviada a PDVSA Caracas y ellos ?retransmiten esta documentación al Cliente.


Por favor comuníquese con el Sr. Edwin Burguer PDVSA Caracas el es la persona de contacto para este cargamento y seguro el podrá darle toda esta información, sus teléfonos como sigue:


Erwin Burger
Clean Product Operations
PDVSA
Pho:  +58 212 7083119
Mob: +58 412 2224663

E-mail: BURGERE@PDVSA.COM


Saludos cordiales,

Carlos Márquez

**De:** Ing. Cesar Chavez [mailto:cesarchavez@intrakam.com.mx]
**Enviado el:** viernes, 24 de noviembre de 2006 14:24
**Para:** Marquez, Carlos (Punto Fijo)
**Asunto:** Re: BL of MT " TEAM ANIARA " / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06


on [DATE], [NAME] at [ADDRESS] wrote:

Buenos días Estimado Cesar,


Los BL que no tienen la leyenda de no negociables, son los tres originales los cuales maneja directamente PDVSA, he conversado con la Agencia Seaport para ver si ellos contaban con alguno de estos originales y me comenta lo mismo que solamente PVSA cuenta con este documento y es enviado por ellos directamente al cliente.


Saludos cordiales,

Carlos Márquez

**De:** Ing. Cesar Chavez [mailto:cesarchavez@intrakam.com.mx]
**Enviado el:** jueves, 23 de noviembre de 2006 18:25
**Para:** Marquez, Carlos (Punto Fijo)
**Asunto:** Re: RV: FINAL REPORT of MT " TEAM ANIARA " / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06


on [DATE], [NAME] at [ADDRESS] wrote:

Estimado Cesar.

?

Por favor encuentre Reporte final del Buque en Ref.


Pls, no dude en contactarnos si requiere alguna información adicional, nuestra mayor satisfacción es poderle brindar apoyo y poder ayudarles en sus requerimientos.

Saludos cordiales,

Carlos Márquez

**De:** Marquez, Carlos (Punto Fijo)
**Enviado el:** jueves, 23 de noviembre de 2006 15:55
**Para:** 'CESARCHAVEZ@INTRAKAM.COM.MX'
**Asunto:** RV: FINAL REPORT of MT " TEAM ANIARA " / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06


FYI

**De:** Marquez, Carlos (Punto Fijo)
**Enviado el:** miércoles, 22 de noviembre de 2006 19:38
**Para:** 'BURGERE@PDVSA.COM'; 'CESARCHAVEZ@INTRAKAM.COM.MX'; Rojas, Wilton (Caracas)
**CC:** Prieto, Harold (Caracas); Otamendi, Maria (Caracas); Garcia, Mariluisa (Punto Fijo); PTF, veoperaciones (Punto Fijo); Guarecuco, Jose (Punto Fijo)
**Asunto:** FINAL REPORT of MT " TEAM ANIARA " / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06


Good Evening,


Please, find attached Final report and BL Copy of above mentioned vessel,


Best Regards,


Carlos Marquez

SGS Oil, Gas and Chemical Services

Phone office: 58 69 245 01 02 / 245 45 12

Mobile: 58 14 6338276


Information in this email and any attachments is confidential and

intended solely for the use of the individual(s) to whom it is addressed
or otherwise directed. Please note that any views or opinions presented
in this email are solely those of the author and do not necessarily
represent those of the Company.
Finally, the recipient should check this email and any attachments for
the presence of viruses. The Company accepts no liability for any damage
caused by any virus transmitted by this email.
All SGS services are rendered in accordance with the applicable SGS
conditions of service available on request and accessible at
http://www.sgs.com/terms_and_conditions.htm


Estimado Carlos,

Muchas Gracias, recibi satisfactoriamente los documentos. Ahora bien,
requerimos un gran favor que nos envien la copia del BL sin la leyenda de no
negociable, ya que es un documento indispensable para nosostros.


Saludos cordiales

César Chávez
INTRAKAM

Information in this email and any attachments is confidential and
intended solely for the use of the individual(s) to whom it is addressed
or otherwise directed. Please note that any views or opinions presented
in this email are solely those of the author and do not necessarily
represent those of the Company.
Finally, the recipient should check this email and any attachments for
the presence of viruses. The Company accepts no liability for any damage
caused by any virus transmitted by this email.
All SGS services are rendered in accordance with the applicable SGS
conditions of service available on request and accessible at
http://www.sgs.com/terms_and_conditions.htm


Estimado Carlos,

Entiendo que no es posible mi petición, ahora bien le solicito si por favor me
puede informar si ya nos enviaron los documentos originales y el número
DHL.

Saludos

César Chávez

INTRAKAM SA de CV

Information in this email and any attachments is confidential and intended solely for the use of the individual(s) to whom it is addressed or otherwise directed. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the Company.

Finally, the recipient should check this email and any attachments for the presence of viruses. The Company accepts no liability for any damage caused by any virus transmitted by this email.

All SGS services are rendered in accordance with the applicable SGS conditions of service available on request and accessible at http://www.sgs.com/terms_and_conditions.htm


------ Fin del mensaje reenviado

*************** PDVSA´S INTERNET E-MAIL USE ***************
This message may contain information solely of the interest of PDVSA or its businesses. Copying, distribution, disclosure or any use of the information contained in this transmission is permitted only to authorized parties. If you have received this e-mail by error, please destroy it and notify webmaster@pdvsa.com or the sender by reply email.

****** USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET ******
Esta nota puede contener informacion de interes solo para PDVSA o sus negocios. Solo esta permitida su copia, distribucion o uso a personas autorizadas. Si recibio esta nota por error, por favor destruyala y notifique al remitente o a webmaster@pdvsa.com.


------ Fin del mensaje reenviado

# English Translation

# EXHIBIT 54

To:
Cc:
Subject: Fw: FW: BL of MT "TEAM ANIARA" / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

Good Afternoon Cesar

Below please find the Tracking Number for package containing the original shipping documents sent to Intrakam in Mexico

Fedex: 719213377002

If you have any concerns, please contact me

Regards and Thank you

María Gabriela Silva
International Finance Operations Department PDVSA Petróleo S.A.
[Telephone/Fax]

---Forwarded by MARIA SILVA/SILVAMGJ/PDV/PDVSA dated 11/28/2006 02:46 p.m.---

To:
Cc:
Subject: FW: BL of MT "TEAM ANIARA" / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

Dear María,

First of all I wish to thank you for your attention and professionalism to handle the negotiations with our company INTRAKAM.

On the other hand, as a big favor, I need to ask you to inform of the status of the original documents of the Team Aniara,  because it is very important for us to have them.

Thanks again and, as always, I hope to have your support.

Kind regards,

César Chávez
INTRAKAM, S.A. de C.V.

----Forwarded message
From:

Date:
To:
Subject: Re: FW: BL of MT "TEAM ANIARA" / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

Cesar,

Good morning.

First of all, I'm very sorry for not responding to this note earlier. I was not in the office all of last Friday due to other activities. Nonetheless, I inform you that the documents are being sent to you by Ms. María Gabriela Silva, to whom the terminal sent them for distribution. Certainly she can give you more information.

Regards,

Erwin Burger
Clean Products Operations


To:
Cc:
Subject: Re: FW: BL of MT "TEAM ANIARA" / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

Dear Erwin,

Could you please let me know if they sent us the original documentation and the means of such shipment.

Kind regards

César Chávez
INTRAKAM, S.A. de C.V.


----Forwarded message
From:
Date:
To:
CC:
Subject: RE: BL of MT "TEAM ANIARA" / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06


Good afternoon Mr. Cesar.

I have been inquiring about the requested information. The Punta Cardon Refinery informs me that this documentation is sent to PDVSA Caracas and that they retransmit such documentation to the Client.

Please contact Mr. Erwin Burger PDVSA Caracas. He is the contact person for this shipment and certainly he will be able to give you this information. His telephones numbers are as follows:

Erwin Burger
Clean Products Operations
PDVSA
Pho:
Mob:

E-mail: BURGERE@PDVSA.COM

Kind regards,

Carlos Márquez

From:
Sent on:
To:
Subject: Re: BL of MT "TEAM ANIARA" / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

On [DATE], [NAME] at [ADDRESS] wrote:

Good morning Dear Cesar,

The BLs that do not have the nonnegotiable legend are the three originals that PDVSA keeps. I talked to the Seaport Agency to see if they had any of these originals and they tell me that only PDVSA has these documents and that they send directly to the client.

Kind regards,

Carlos Márquez

From:
Sent on:
To:
Subject: Re: RV: FINAL REPORT of MT "TEAM ANIARA" / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

On [DATE], [NAME] at [ADDRESS] wrote:

Dear Cesar.

?

Please find the final Report of the referenced Ship.

Pls, don't hesitate to contact us if you require any additional information.  Our greatest satisfaction is to be able to support you and assist with your requests.

Kind regards,

Carlos Márquez

From:
Sent on:
To:
Subject: RV: FINAL REPORT of MT "TEAM ANIARA" / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

FYI

From:
Sent on:
To:
Subject: FINAL REPORT of MT "TEAM ANIARA" / To Load 263,123 Bbls of DIESEL at Punta Cardon, Venezuela / SGS Ref.: OGC-PF-251606-06

[text in English]

Dear Carlos,

Thank you very much.  I have successfully received the documents. Now, we need a big favor. Please send us the copy of the BL without the nonnegotiable legend, since this is an indispensable document for us.

Kind regards,

César Chávez
INTRAKAM, S.A. de C.V.

[disclaimer in English]

Dear Carlos,

I understand that it not possible to fulfill my request.  However, I would like to ask you to please tell me if the original documents have already been sent to us, and include the DHL number.

Regards

César Chávez
INTRAKAM, S.A. de C.V.

[disclaimer in English]

End of the forwarded message.

[disclaimer in English]

End of the forwarded message.

# EXHIBIT 55

**PDVSA PETROLEO, S.A.**
CARACAS. DF 1044

INVOICE

TO:   INTRAKAM SA
ATTN: CESAR CHAVEZ ROBLES
COAHUILA

| | |
|---|---|
| INVOICE NO: | 383222-0 |

| | |
|---|---|
| PAGE NO: | 1 |
| INVOICE SENT DATE: | 12-12-06 |

FAX:  0052(844)439 0789

OUR CONTRACT NO:  SA130239

**PAYMENT INSTRUCTIONS:**
PLEASE REFERENCE INVOICE
JPMORGAN CHASE NEW YORK
270 PARK AVENUE
NEW YORK
NEW YORK, NY 10172
BANK ACCOUNT NO:
BANK ASSOC NO:

NO. RIF.        J-001230726

CONTACT:      CARLOS ORELLANA
PHONE NO:     0212-7084032

| | |
|---|---|
| DUE DATE: | 12-13-06 |
| PAYMENT TYPE: | WIRE |
| PAYMENT TERMS: | 30 DAYS AFTER BILL OF LADING DATE (B/L DATE = DAY 0) |

MOVEMENT:  DELIVERY OF DIESEL ON 11/13/2006  FOB ORIGIN
ORIG LOCATION:  PUNTA CARDON, PORT, VENEZUELA
DEST LOCATION:  HOUSTON, PORT, TEXAS, USA
EXPORTER OF RECORD: PDVSA PETROLEO, S.A.
SHIPPING: BY VESSEL (TEAM ANIARA)   TICKET NUMBER=5855
CURRENCY USED: US DOLLAR

| LINE | DESCRIPTION | QTY | UOM | N/G | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 0-1 | DIESEL | 263.123, | BBL | N | 60,7803 | 15.992.694,88 |
| | | | | | | 15.992.694,88 |

| | |
|---|---|
| **INVOICE TOTAL** | 15.992.694,88 |

INVOICE COMMENTS:        Payment of the invoice shall be made in U.S. dollars (without  discount, allowance,
retention or deduction, including banking fees or wire transfers from commercial banks) to
the bank and account No. indicated above in same-day-available funds opening business
at the City of New York making reference to the invoice number on your remittance.

PAYMENT TO BE RECEIVED UNDER JPMORGAN CHASE NEW YORK.  LETTER OF
CREDIT NO. CTCS-651908

# EXHIBIT 56

 **PDVSA**

## PRICE CALCULATIONS ECONOMICS

| | | |
|---|---|---|
| **COMPANY:** | INTRAKAM | |
| **VESSEL:** | TEAM ANIARA | |
| **B/L DATE:** | 13-Nov-06 | |
| **LOADING PORT:** | CARDON | |
| **DESTINATION:** | HOUSTON | |
| **PRODUCT:** | GASOIL | |
| **NET VOLUME:** | 263,123 | BBLS |
| **NET VOLUME:** | 35,689 | MT |
| **MOVEMENT No.** | MV-410051 | |
| **CONTRACT No.** | SA-130239 | |
| **CONTRACT TYPE:** | SPOT | |
| **TYPE OF SALE:** | FOB | |
| **PAYMENT DUE DATE:** | 13-Dec-06 | 30 days after B/L (B/L=0) |

**FORMULA PRICE:**

GASOIL N°2 USG WATERBORNE PLATTS MID (C/GAL) - 15.71 C/GAL

**PRICING PERIOD: B/L+1, B/L+2, BL+3**

**PRICE CALCULATION:**

Usd/Gal
Gasoil/N°2 USG Waterborne Platt's

| | | | |
|---|---|---|---|
| 0 | Monday, 13-Nov-06 | 160.2250 | |
| 1 | Tuesday, 14-Nov-06 | 160.2250 | |
| 2 | Wednesday, 15-Nov-06 | 163.0000 | |
| 3 | Thursday, 16-Nov-06 | 160.4250 | CTS/GAL |
| | Average = | 160.4250 | CTS/GAL |

| | | | |
|---|---|---|---|
| **Average** | 160.4250 | CTS/GAL | $ 17,728,833.06 |
| **Premiun (Discount)** | (15.7100) | CTS/GAL | $ (1,736,138.18) |
| **Product Cost** | 144.7150 | CTS/GAL | $ 15,992,694.88 |

| **TOTAL AMOUNT** | 144.7150 | CTS/GAL | |
|---|---|---|---|
| | 60.7803 | $/BBL | $ 15,992,694.88 |

Prepared by: Carlos Orellana
E-mail: Orellanac @ pdvsa.com
Phone: +58-212-708-4032

1/23/2007

Benard V. Preziosi, Jr. (BP-5715)
Lizabeth Burrell (LB-7980)

CURTIS, MALLET-PRÉVOST,
        COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Teléfono:     (212) 696-6000
Facsimile:    (212) 697-1559

Abogados para el Demandado
PDVSA Petróleo, S.A. (a/k/a PDVSA Petróleo y Gas, S.A.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MUSKET CORPORATION,<br><br>                    Demandante,<br><br>        - contra -<br><br>PDVSA PETROLEO, S.A., a/k/a PDVSA<br>PETROLEO Y GAS, S.A., y ADVANCED<br>ENGINEERING DEVELOPMENT LTD.,<br><br>                    Demandados. | Acción Civil No.<br>**06 CV 15522 (VM)**<br><br>**Declaración en Oposición a<br>Acción para Confirmar<br>Embargo** |

        MARIA GABRIELA SILVA declara por la presente bajo pena de perjurio de

conformidad con 28 U.S.C. § 1746 que:

        1.     Soy una analista en el Departamento de Cartas de Crédito de PDVSA Petróleo,

S.A. ("PDVSA").  En dicho cargo monitoreé pagos en relación con un contrato de fecha 19 de

octubre del 2006 celebrado entre PDVSA e Intrakam SA de CV ("Intrakam") para un

cargamento de gasoil y participé en el proceso para obtener una carta de crédito aceptable para

asegurar que PDVSA recibiera sus pagos de conformidad con el contrato.    Hago esta

declaración en oposición a la acción del demandante Musket Corporation ("Musket") para

confirmar su embargo de los fondos de PDVSA.

2.        Aunque soy capaz de entender y hablar el idioma inglés en cierta medida, no

me siento cómoda expresándome en inglés, así que por lo tanto hago la presente declaración

en español.

3.        Me involucré en la presente transacción después de que Intrakam no hiciera el

prepago requerido bajo la primer factura provisional emitida por PDVSA con fecha 19 de

octubre del 2006.    Una copia fiel y exacta de dicha factura aparece como Anexo 5 de la

declaración de Gilmer González G. De fecha 1 de febrero del 2007, también presentada en

oposición a la moción de Musket ("Declaración de González").    Desde el 20 de octubre del

2006 revisé diariamente para ver si los fondos habían sido recibidos por nuestro banco, pero

cada día noté que los fondos no habían llegado.

4.        Una nueva factura provisional fue emitida el 30 de octubre del 2006.    Una copia

fiel y exacta de dicha factura aparece como Anexo 20 de la Declaración de González.

Intrakam tampoco pagó dicha factura y simplemente continuó presentando excusas para la

demora en el pago.

3404977v2

5.    El sábado 11 de noviembre del 2006, leí un mensaje de Intrakam en el cual Intrakam mencionaba que PDVSA recibiría una carta de crédito por dicho cargamento. Dicho mensaje es de fecha 10 de noviembre del 2006, 5:40 p.m., y una copia fiel y exacta de dicho mensaje aparece como Anexo 33 de la Declaración de González.

6.    Después de recibir dicho mensaje, en la mañana del 11 de noviembre del 2006, llamé al Sr. César Chávez de Intrakam y le pregunté qué significaba su mensaje y en dónde estaba la carta de crédito propuesta. El Sr. Chávez me dijo que volvería a enviar la carta de crédito propuesta. Acto seguido recibí un mensaje de fecha 11 de noviembre del 2006, 10:52 a.m., cuya copia fiel y exacta aparece como Anexo 34 de la Declaración de González.   La solicitud de la carta de crédito propuesta era completamente inaceptable.

7.    Después de contactar a mi gerente, respondí a Intrakam proveyendo una lista de bancos aprobados y el formato de carta de crédito de PDVSA. Una copia fiel y exacta de mi mensaje a Intrakam de fecha 11 de noviembre del 2006, 1:17 p.m., aparece como Anexo 35 de la Declaración de González.

8.    El texto estándar de nuestro formato de carta de crédito y el formato que estaba adjunto a mi mensaje a Intrakam es para que una carta de crédito "stand-by" provea fondos para satisfacer las obligaciones de los compradores en caso de que no paguen como se prevé en los contratos con PDVSA.

9.    Después de que se me avisó que PDVSA había aceptado el cambio de destino propuesto por Intrakam de Singapur a Houston, envié a Intrakam la información necesaria

para calcular el nuevo precio del cargamento con base en el nuevo destino de forma tal que el valor total de la carta de crédito pudiera ser determinado. Una copia fiel y exacta de mi mensaje de fecha 13 de noviembre del 2006, 2:11 p.m., a Intrakam aparece como Anexo 39 de la Declaración de González.

10.    En la mañana del 14 de noviembre del 2006, envié un mensaje a Intrakam avisando que aún no habíamos recibido ningún tipo de información indicando que una carta de crédito a favor de PDVSA había sido abierta. Una copia fiel y exacta de my mensaje de fecha 14 de noviembre del 2006, 8:38 a.m., a Intrakam aparece como Anexo 43 de la Declaración de González.

11.    Durante la tarde del 14 de noviembre del 2006 recibí un fax del banco JP Morgan Chase en Chicago adjuntando una carta de crédito nombrando a PDVSA como beneficiario y a Musket Corporation como solicitante. Nunca había oído acerca de Musket y estaba confundida sobre porque había recibido dicho fax, así que intenté llamar a la gente en el banco emisor pero no pude comunicarme con nadie. Una copia fiel y exacta del fax recibido el 14 de noviembre del 2006 aparece como Anexo 44 de la Declaración de González.

12.    Intrakam a su vez mandó una copia de la misma carta de crédito adjuntada al fax del banco. Esta carta de crédito, sin embargo, era inaceptable en varios aspectos. A parte de escribir incorrectamente el nombre de PDVSA, la carta de crédito mostraba a Musket Corporation como el solicitante. Debido a que PDVSA no tenía relación comercial con Musket y que Intrakam era el único cliente de PDVSA en esta transacción, avisé que Intrakam

-4-

tenía que ser sustituido por Musket como el solicitante y que el nombre de PDVSA tenía que ser corregido, y noté que ninguno de dichos problemas se hubiera presentado si la forma preferida por PDVSA se hubiera usado. Una copia fiel y exacta de mi mensaje de fecha 14 de noviembre del 2006, 6:08 p.m., a Intrakam aparece como Anexo 45 de la Declaración de González.

13.    Intrakam me contestó el 15 de noviembre, asegurándome que los cambios de nombre se harían y que los demás términos de la carta de crédito proveían suficiente seguridad de que PDVSA recibiría su pago íntegramente. Una copia fiel y exacta del mensaje de Intrakam a mí de fecha 15 de noviembre del 2006, 9:18 a.m., aparece como Anexo 46 de la Declaración de González.

14.    Más tarde durante ese día, Intrakam me avisó que la carta de crédito había sido cambiada para establecer que el solicitante era "Musket Corp. de acuerdo con instrucciones recibidas de PDVSA Petróleo S.A. operador registrado Intrakam SA de CV." Una copia fiel y exacta del mensaje de Intrakam a mí de fecha 15 de noviembre del 2006, 2:03 p.m., aparece como Anexo 47 de la Declaración de González.

15.    Este cambio sugerido no abordaba las preocupaciones de PDVSA, así que le avisé a mis gerentes acerca de las dificultades que estaba encontrando.

16.    Es de mi entender que hubo una conferencia telefónica el 15 de noviembre del 2006 en la cual el Sr. Gilmer González participó en nombre de PDVSA.

3404977v2

17.   El 17 de noviembre del 2006 recibí una copia de la carta de crédito modificada. Revisé para confirmar si la carta de crédito modificada mencionaba que el solicitante era "Musket Corporation en nombre de la Compañía Intrakam SA de CV" y que la obligación que estaba siendo garantizada era la obligación de Intrakam de pagar bajo el contrato PDVSA-Intrakam.  Una copia fiel y exacta de un mensaje de fecha 17 de noviembre del 2006, 6:10 p.m., del banco JP Morgan a PDVSA aparece como Anexo 50 de la Declaración de González. Una copia fiel y exacta de un mensaje de fecha 17 de noviembre del 2006, 6:28 p.m., aparece como Anexo 51 de la Declaración de González.

18.   El 12 de diciembre del 2006, PDVSA mandó a Intrakam una factura por la cantidad de $15,992,694.88, usando la fórmula especificada en el contrato PDVSA-Intrakam. El monto total era pagadero al día siguiente, 13 de diciembre, que era 30 días después de la fecha del conocimiento de carga.  Una copia fiel y exacta de la factura de PDVSA a Intrakam de fecha 12 de diciembre del 2006 aparece como Anexo 55 de la Declaración de González.

19.   No se efectuaron pagos en la fecha de pago 13 de diciembre del 2006 o en los días siguientes.

20.   El 19 de diciembre del 2006 recibí un mensaje de Musket pidiéndome que llamara a Betty Proudfoot.  Durante dicha conversación, la Sra. Proudfoot me dijo que me enviaría una copia de la factura emitida a Musket por Advanced Engineering, que era menos que la cantidad adeudada bajo la factura del contrato PDVSA-Intrakam.  La Sra. Proudfoot me dijo que Musket le pagaría a PDVSA el monto mencionado en la factura de Advanced

Engineering y que PDVSA podía cobrar el importe adeudado bajo la factura de PDVSA a Intrakam de la carta de crédito. Una copia fiel y exacta del mensaje de Musket a mí de fecha 19 de diciembre del 2006, 2:17 p.m., aparece como Anexo 57. Una copia fiel y exacta del mensaje de Musket a mí de fecha 19 de diciembre del 2006, 2:50 p.m., aparece como Anexo 58. Una copia fiel y exacta del mensaje de Musket a mí de fecha 19 de diciembre del 2006, 3:10 p.m., aparece como Anexo 59. Nunca inicié ningún contacto con Musket, excepto a solicitud expresa de la Sra. Proudfoot en su primer mensaje del 19 de diciembre.

21.    Cuando PDVSA aún no había recibido ningún pago, el 19 de diciembre firmé y regresé la carta de crédito modificada al banco. Una copia fiel y exacta de la modificación firmada a L/C NO. CTCS-651908 aparece como Anexo 60.

22.    Musket emitió instrucciones para pagar $14,433,192.57 a PDVSA por medio de transferencia electrónica a su cuenta en el banco JP Morgan Chase, con el siguiente texto al beneficiario "pago bajo carta de crédito No. CTCS-651908 Musket Corporation en nombre de Intrakam SA de CV . . . .". Una copia fiel y exacta de un mensaje de fecha 19 de diciembre del 2006, 3:50 p.m., de Musket a PDVSA aparece como Anexo 61.

23.    Debido a que PDVSA no había recibido el pago al cual tenía derecho bajo su contrato con Intrakam, y tras el pago de $14,433,192.57 por Musket a la cuenta de PDVSA en el banco JP Morgan Chase con referencia a la carta de crédito, PDVSA efectuó una solicitud de retiro contra la carta de crédito por el balance.

-7-

24.     Preparé y reenvié al banco los documentos necesarios para hacer un retiro bajo la carta de crédito. El 28 de diciembre el banco confirmó que dichos documentos enviados por PDVSA cumplían con los términos de la carta de crédito y que se haría el pago al día siguiente. Una copia fiel y exacta del mensaje de fecha 28 de diciembre del 2006, 4:47 p.m., aparece como Anexo 62.

25.     El monto del retiro de PDVSA fue computado añadiendo dos días de interés a una tasa de 18% anual sobre el monto no pagado ($1,559,502.31 + $1,559.19).

26.     Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo anterior es fiel y exacto.

Firmado el 2 de febrero del 2007.

María Gabriela Silva

3404977v2

# English Translation

Benard V. Preziosi, Jr. (BP-5715)
Lizabeth Burrell (LB-7980)

CURTIS, MALLET-PRÉVOST,
        COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Telephone:    (212) 696-6000
Facsimile:    (212) 697-1559

Attorneys for Defendant
PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo y Gas, S.A.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUSKET CORPORATION,<br><br>                    Plaintiff,<br><br>        - against -<br><br>PDVSA PETROLEO, S.A., a/k/a PDVSA PETROLEO Y GAS, S.A., and ADVANCED ENGINEERING DEVELOPMENT LTD.,<br><br>                    Defendants. | Civil Action No.<br>**06 CV 15522 (VM)**<br><br>**AFFIRMATION IN OPPOSITION TO MOTION TO CONFIRM ATTACHMENT** |

        MARIA GABRIELA SILVA hereby affirms under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

        1.    I am an analyst in the Letter of Credit Department of PDVSA Petroleo, S.A. ("PDVSA").  In that capacity, I monitored payments in connection with an October 19, 2006

3408352v1

contract between PDVSA and Intrakam SA de CV ("Intrakam") for a cargo of gasoil and participated in the process of securing an acceptable letter of credit to ensure that PDVSA would be paid under that contract. I make this affirmation in opposition to the motion of plaintiff Musket Corporation ("Musket") to confirm its attachment of PDVSA's funds.

2.    Although I am able to understand and speak the English language to some extent, I am not comfortable communicating in English and therefore am making this affirmation in Spanish.

3.    I became involved in this transaction after Intrakam failed to make the required prepayment under the first provisional invoice issued by PDVSA dated October 19, 2006. A true and correct copy of this invoice appears as Exhibit 5 to the affirmation of Gilmer González G. dated February 1, 2007, also submitted in opposition to Musket's motion ("González Affirmation"). From October 20, 2006, I checked daily to see if the funds had been received by our bank, but each day, I found that no funds had arrived.

4.    A new provisional invoice was issued on October 30, 2006. A true and correct copy of this invoice appears as González Affirmation Exhibit 20. Intrakam failed to pay that invoice as well, and simply kept making excuses for the delay in payment.

5.    On Saturday, November 11, 2006, I read a message from Intrakam in which Intrakam advised that PDVSA would be receiving a letter of credit for this cargo. This message was dated November 10, 2006 5:40 p.m. and a true and correct copy of this message appears as González Affirmation Exhibit 33.

-2-

3408352v1

6.    After receiving that message, on the morning of November 11, 2006, I telephoned Intrakam's Mr. César Chávez and asked him what his message meant and where the proposed letter of credit was. Mr. Chávez told me that he would resend the proposed letter of credit. I then received a message dated November 11, 2006 10:52 a.m., a true and correct copy of which appears as González Affirmation Exhibit 34. The proposed letter of credit application attached to this message was completely unacceptable.

7.    After contacting my manager, I responded to Intrakam by providing a list of approved banks and PDVSA's letter of credit form. A true and correct copy of my message to Intrakam dated November 11, 2006 1:17 p.m. appears as González Affirmation Exhibit 35.

8.    The preferred text of our letter of credit form and the form that was attached to my message to Intrakam is for a "stand-by" letter of credit to provide funds for satisfaction of buyers' obligations in case they do not pay as provided for in their contracts with PDVSA.

9.    After I was advised that PDVSA had accepted Intrakam's proposed change of destination from Singapore to Houston, I sent Intrakam the information necessary to calculate the new price of the cargo based on the new destination so that the total value of the proposed letter of credit could be determined. A true and correct copy of my message dated November 13, 2006 2:11 p.m. to Intrakam appears as González Affirmation Exhibit 39.

10.    On the morning of November 14, 2006, I sent a message to Intrakam advising that we still had received no information of any kind indicating that a letter of credit in favor

-3-

of PDVSA had been opened.  A true and correct copy of my message dated November 14,

2006 8:38 a.m. to Intrakam appears as González Affirmation Exhibit 43.

11.    During the afternoon of November 14, 2006, I received a fax from JP Morgan

Chase Bank in Chicago attaching a letter of credit naming PDVSA as the beneficiary and

Musket Corporation as applicant.  I had had never heard of Musket and was confused about

why I had received this fax, so I tried to call people at the issuing bank but was unable to

reach anyone.  A true and correct copy of the fax received on November 14, 2006 appears as

González Affirmation Exhibit 44.

12.    Intrakam then sent a copy of the same letter of credit attached to the bank's

fax.  This letter of credit, however, was unacceptable in several respects.  Apart from

misspelling PDVSA's name, the letter of credit showed Musket Corporation as the applicant.

Because PDVSA had no commercial relationship with Musket and Intrakam was PDVSA's

only client in this transaction, I advised that Intrakam had to be substituted for Musket as the

applicant and PDVSA's name had to be corrected, and noted that none of these problems

would be present if PDVSA's preferred form had been used.  A true and correct copy of my

message dated November 14, 2006 6:08 p.m. to Intrakam appears as González Affirmation

Exhibit 45.

13.    Intrakam replied to me on November 15, assuring me that the name changes

would be made and that the letter of credit's other terms provided adequate assurance that

PDVSA would be paid in full. A true and correct copy of Intrakam's message to me dated November 15, 2006 9:18 a.m. appears as González Affirmation Exhibit 46.

14. Later that day, Intrakam advised me that the letter of credit had been changed to provide that the applicant was "Musket Corp. in accordance with instructions received from PDVSA Petroleo S.A. registered operator Intrakam SA de CV." A true and correct copy of Intrakam's message to me dated November 15, 2006 2:03 p.m. appears as González Affirmation Exhibit 47.

15. This proposed amendment did not address PDVSA's concerns so I advised my managers of the difficulties I was encountering.

16. It is my understanding that there was a telephone conference on November 15, 2006 in which Mr. Gilmer González participated on behalf of PDVSA.

17. On November 17, 2006, I received a copy of the amended letter of credit. I checked to confirm that the amended letter of credit stated that the applicant was "Musket Corporation on behalf of the Company Intrakam SA de CV" and that the obligation that was being secured was Intrakam's obligation to pay under the PDVSA-Intrakam contract. A true and correct copy of a message dated November 17, 2006 6:10 p.m. from JPMorgan Bank to PDVSA appears as González Affirmation Exhibit 50. A true and correct copy of a message dated November 17, 2006 6:28 p.m. appears as González Affirmation Exhibit 51.

18. On December 12, 2006, PDVSA sent Intrakam an invoice in the amount of $15,992,694.88, using the formula specified in the PDVSA-Intrakam contract. The total

3408352v1

amount was payable the next day, December 13, which was 30 days after the bill of lading date. A true and correct copy of PDVSA's December 12, 2006 invoice to Intrakam appears as González Affirmation Exhibit 55.

19.    No payments were made on the due date of December 13, 2006 or in the following days.

20.    On December 19, 2006, I received a message from Musket asking me to call Betty Proudfoot. During that conversation, Ms. Proudfoot told me she would send me a copy of the invoice issued to Musket by Advanced Engineering, which was less than the amount due under the PDVSA-Intrakam contract's invoice. Ms. Proudfoot told me that Musket would pay to PDVSA the amount stated on Advanced Engineering's invoice and that PDVSA could collect the balance due under PDVSA's invoice to Intrakam from the letter of credit. A true and correct copy of Musket's message to me dated December 19, 2006 2:17 p.m. is attached as Exhibit 57. A true and correct copy of Musket's message to me dated December 19, 2006 2:50 p.m. is attached as Exhibit 58. A true and correct copy of Musket's message to me dated December 19, 2006 3:10 p.m. is attached as Exhibit 59. I never initiated any contact with Musket, except at Ms. Proudfoot's express request in her first December 19 message.

21.    When PDVSA still had not received any payment at all, on December 19, I signed and returned the amended letter of credit to the bank. A true and correct copy of the signed amendment to L/C NO. CTCS-651908 is attached as Exhibit 60.

3408352v1

22.    Musket issued instructions to pay $14,433,192.57 to PDVSA by wire transfer at its account at JPMorgan Chase, with the text to beneficiary reading "payment under letter of credit No. CTCS-651908 Musket Corporation on behalf of Intrakam SA de CV . . . ." A true and correct copy of a message dated December 19, 2006 3:50 p.m. from Musket to PDVSA is attached as Exhibit 61.

23.    Because PDVSA had not been paid what it was entitled to be paid under its contract with Intrakam, and following the payment of the $14,433,192.57 by Musket to PDVSA's account at JP Morgan Chase with reference to the letter of credit, PDVSA made a draw request against the letter of credit for the balance.

24.    I prepared and forwarded to the bank the documents necessary to draw on the letter of credit. On December 28, the bank confirmed that these documents submitted by PDVSA complied with the terms of the letter of credit and that payment would be made the following day. A true and correct copy of a message dated December 28, 2006 4:47 p.m. is attached as Exhibit 62.

25.    The amount of PDVSA's draw was computed by adding on two days' interest at the rate of 18% per annum on the unpaid balance ($1,559,502.31 + $1,559.19).

-7-

26.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 2, 2007.

_____
Maria Gabriela Silva

3408352v1

# EXHIBIT 57



"Betty Proudfoot"
<BettyP@loves.com>
19/12/2006 02:17 p.m.

Para  "Maria Silva at PDVSA" <silvamgj@pdvsa.com>
cc
cco
Asunto

Maria,

Please give me a call at 1-405-302-6758 to discuss payment today.

Thanks,
Betty

*Betty Proudfoot*
Treasurer & Director of Treasury Services
Love's Travel Stops & Country Stores, Inc.
Direct Ph:  405-302-6758
Fax:  405-749-9112   E-mail Fax: 405-463-3758
e-mail:  bettyp@loves.com

EXHIBIT 58



"Ravi Ramdas"
<Ravir@loves.com>

19/12/2006 02:50 p.m.

Para  <silvamgj@pdvsa.com>

cc    "Betty Proudfoot" <BettyP@loves.com>, "Steve Magness"
      <stevem@loves.com>

cco

Asunto  FW: pdvsa

| Historial: | ⤷ Este mensaje ha sido remitido. |
|---|---|

Silvia,

This is the invoice we received from the agents Advanced Engineering, only yesterday.

Thanks and regards,

Ravi Ramdas

**From:** advanced-engineering@hotmail.com [mailto:advanced-engineering@hotmail.com]
**Sent:** Monday, December 18, 2006 2:20 PM
**To:** Ravi Ramdas
**Cc:** daniel
**Subject:** pdvsa
**Importance:** High

Dear Ravi

Pls proceed with pdvsas payment as soon as posible as they are claiming it,

Bst rgds,

N. Sandoval ⬚ - CCE00000.jpg



# INVOICE NBR 176358

| Importer's Name : | Seller : |
|---|---|
| **MUSKET CORPORATION** | **ADVANCED ENGINEERING DEVELOPMENT LTD.** |
| Address : | Shipped by: |
| **10601 N PENNSYLVANIA AVE. OKLAHOMA CITY, OK 73120** | **INTRAKAM/PETROLEOS DE VENEZUELA** |
| Port & Date of Loading : | Port of Discharge : |
| **AMUAY PORT VENEZUELA NOVEMBER 13, 2006** | **ANTWERP, BELGIUM** |
| Telephone – Fax – E-mail : | Vessel's Name : |
| **405 3026758** | **M/T"TEAM ANIARA"** |
| Reference : | Terms : |
| **NONE** | **DELIVERY IN SHORE TANK** |

| Unit | Quantity Shipped | Specifications & Complete Description of Goods | USD | Total USD |
|---|---|---|---|---|
| BBLS | 263,205 | **Price: US Gulf Platts quotation November 13/14/15 (3 day average) for Nbr 2 gas oil at load port minus 0.015 cents per AG Letter of Credit with JP Morgan Chase New York Nbr CTCS 651908** | | **14,433.192.57** |

T. MELASITOU
(Autorized Signature)

ORIGINAL

# English Translation

# EXHIBIT 58

To:
Cc:
Subject: FW: pdvsa

History: This message has been forwarded.

[Text in English]

EXHIBIT 59



"Ravi Ramdas"
&lt;Ravir@loves.com&gt;

19/12/2006 03:10 p.m.

Para  "MARIA SILVA" &lt;silvamgj@pdvsa.com&gt;

cc    &lt;Betty__Proudfoot@metcam81.pdvsa.com&gt;, &lt;"
      &lt;BettyP@loves.com/O=, "@metcam81.pdvsa.com&gt;,
      &lt;SteveMagness@metcam81.pdvsa.com&gt;, &lt;"
      &lt;stevem@loves.com/"@metcam81.pdvsa.com&gt;

cco

Asunto  RE: FW: pdvsa

| Historial: | ↳ Este mensaje ha sido remitido. |
|---|---|

Hello Maria,

We have authorized payment for this invoice amount today, so I too hope you will receive the funds by tomorrow.

Best regards,

Ravi Ramdas

**From:** MARIA SILVA [mailto:silvamgj@pdvsa.com]
**Sent:** Tuesday, December 19, 2006 12:58 PM
**To:** Ravi Ramdas
**Cc:** Betty__Proudfoot@metcam81.pdvsa.com; " &lt;BettyP@loves.com/O=, "@metcam81.pdvsa.com; SteveMagness@metcam81.pdvsa.com; " &lt;stevem@loves.com/"@metcam81.pdvsa.com
**Subject:** Rm: FW: pdvsa

Ravi

We hope to received the payment tomorrow , in order to resolve this situation

Rgds

María Gabriela Silva
International Finance Operations Deparment PDVSA Petróleo S.A
Phone: 58 212 7083936
Fax:     58 212 7083944/3964

----- Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 19/12/2006 02:57 p.m. -----

"RaviRamdas" <Ravir@loves.com>

19/12/2006 02:50 p.m.

Para  <silvamgj@pdvsa.com>

cc  "Betty Proudfoot" <BettyP@loves.com>, "Steve Magness" <stevem@loves.com>

Asunto  FW: pdvsa

Silvia,

This is the invoice we received from the agents Advanced Engineering, only yesterday.

Thanks and regards,

Ravi Ramdas

**From:**advanced-engineering@hotmail..com [mailto:advanced-engineering@hotmail.com]
**Sent:**Monday, December 18, 2006 2:20 PM
**To:**Ravi Ramdas

**Cc:**daniel
**Subject:**pdvsa
**Importance:**High


Dear Ravi


Pls proceed with pdvsas payment as soon as posible as they are claiming it,


Bst rgds,


N. Sandoval

*************** PDVSA´S INTERNET E-MAIL USE ***************
This message may contain information solely of the interest of PDVSA or
its businesses. Copying, distribution, disclosure or any use of the
information contained in this transmission is permitted only to
authorized parties. If you have received this e-mail by error, please
destroy it and notify webmaster@pdvsa.com or the sender by reply email.

****** USO DEL CORREO ELECTRONICO DE PDVSA HACIA INTERNET ******
Esta nota puede contener informacion de interes solo para PDVSA o sus
negocios. Solo esta permitida su copia, distribucion o uso a personas
autorizadas. Si recibio esta nota por error, por favor destruyala y
notifique al remitente o a webmaster@pdvsa.com.

# English Translation

**EXHIBIT 59**

To:
Cc:
Subject: RE: FW: pdvsa

History: This message has been forwarded.

[Text in English]

---Forwarded by MARIA SILVA/SILVAMGJ/PDV/PDVSA dated 12/19/2006 02:57 p.m.---

EXHIBIT 60

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
c/o JPMorgan Treasury Services
Global Trade Services
10420 Highland Manor Drive
Tampa, FL 33610

NOV 17, 2006
OUR L/C NO.: CTCS-651908
APPLICANT REF. NO.: PDVSA-2
AMENDMENT NO.: 1


TO:                                      APPLICANT:
PDVSA PETROLEO S.A.                       MUSKET CORPORATION ON BEHALF OF THE
DIVISION CORPORATIVA DE MANUFACTURA       COMPANY INTRAKAM SA DE CV
Y MERCADEO EDIF. PDVSA, TORRE OESTE       10601 N. PENNSYLVANIA
CARACAS,                                  P.O. BOX 26210
VENEZUELA                                 OKLAHOMA CITY, OK 73126


IN ACCORDANCE WITH INSTRUCTIONS RECEIVED, THE ABOVE REFERENCED STANDBY
LETTER OF CREDIT HAS BEEN AMENDED AS FOLLOWS:

RECEIVER'S REFERENCE:              NONREF

APPLICANT'S NAME AND ADDRESS ARE CHANGED TO
MUSKET CORPORATION ON BEHALF OF THE
COMPANY INTRAKAM SA DE CV
10601 N. PENNSYLVANIA
P.O. BOX 26210
OKLAHOMA CITY, OK 73126

BENEFICIARY'S NAME AND ADDRESS ARE CHANGED TO
PDVSA PETROLEO S.A.
DIVISION CORPORATIVA DE MANUFACTURA
Y MERCADEO EDIF. PDVSA, TORRE OESTE
CARACAS,
VENEZUELA

THE FOLLOWING 2 CONDITIONS ARE ADDED:

WE UNDERSTAND THIS LETTER OF CREDIT IS ISSUED RELATIVE TO CONTRACT
REFERENCE 015INTRAK COVERING THE PURCHASE OF MT35,708 OF D2 DIESEL OIL
BETWEEN PDVSA PETROLEO S.A. AND THE COMPANY INTRAKAM SA DE CV. WE FURTHER
UNDERSTAND THAT INTRAKAM SA DE CV'S ROLE IS AS AN OPERATIVE ON BEHALF OF
PDVSA PETROLEO S.A., ONLY.

THE AMOUNT AVAILABLE FOR DRAWING UNDER THIS LETTER OF CREDIT WILL BE
REDUCED BY THE AMOUNT OF ANY PAYMENTS MADE OUTSIDE THIS LETTER OF CREDIT TO

**JPMorganChase** 🟢

JPMorgan Chase Bank, N.A.
c/o JPMorgan Treasury Services
Global Trade Services
10420 Highland Manor Drive
Tampa, FL 33610

NOV 17, 2006
OUR L/C NO.: CTCS-651908
APPLICANT REF. NO.: PDVSA-2
AMENDMENT NO.: 1

THE BENEFICIARY IF SUCH PAYMENTS ARE MADE THROUGH JPMORGAN CHASE BANK, N.A., CHICAGO AND REFERENCE THIS LETTER OF CREDIT.

BENEFICIARY'S SIGNED AND DATED STATEMENT IS CHANGED TO READ AS FOLLOWS: "WE, PDVSA PETROLEOS, S.A, HEREBY CERTIFY THAT MUSKET CORPORATION ON BEHALF OF THE COMPANY INTRAKAM SA DE CV HAS FAILED TO PAY US ON DUE DATE THE AMOUNT OF U.S. $16,400,000.00 PLUS +/- 10% (SIXTEEN MILLION FOUR HUNDRED THOUSAND AND 00/100 U.S. DOLLARS PLUS AND MINUS TEN PERCENT) FOR THE SHIPMENT OF MT35,708 OF D2 DIESEL OIL FROM PUNTA CARDON, VENEZUELA TO HOUSTON, TEXAS, USA SHIPPED ON VESSEL M/T TEAM ANIARA." THEREFORE, WE DEMAND PAYMENT OF SAID AMOUNT IN SAME DAY FUNDS VIA WIRE TRANSFER TO OUR ACCOUNT PDVSA PETROLEO S.A., JPMORGAN CHASE BANK, N.A., NEW YORK 270 PARK AVE., NEW YORK 10172, ACCOUNT NUMBER ████████ ROUTER ████████ SWIFT: ████████.

ALL AMENDMENT UNDER THIS LETTER OF CREDIT ARE SUBJECT TO THE BENEFICIARY'S AGREEMENT, AS PER (SELECT ONE) [ARTICLE 9D, UCP 500] OR [RULE 1.06B, ISP98]. THIS AMENDMENT SHALL NOT BE CONSIDERED OPERATIVE UNLESS THE BENEFICIARY COMMUNICATES THEIR AGREEMENT TO THE AMENDED TERMS. PLEASE INDICATE YOUR ACCEPTANCE/REJECTION BY SIGNING AND RETURNING A COPY OF THIS AMENDMENT TO THE ATTENTION OF STANDBY LETTER OF CREDIT UNIT, 300 S. RIVERSIDE PLAZA, MAIL CODE IL1-0236, CHICAGO, ILLINOIS60606-0236.

PDVSA PETROLEO S.A.

ACCEPTED BY: _Tin Slagan_
ITS: _____
DATE: _19/12/2006_____

REJECTED BY: _____
ITS: _____
DATE: _____

ALL OTHER TERMS AND CONDITIONS OF THE CREDIT REMAIN UNCHANGED.

**JPMorganChase**

JPMorgan Chase Bank, N.A.
c/o JPMorgan Treasury Services
Global Trade Services
10420 Highland Manor Drive
Tampa, Fl 33610

NOV 17, 2006
OUR L/C NO.: CTCS-651908
APPLICANT REF. NO.: PDVSA-2
AMENDMENT NO.: 1

NOTE:  KINDLY SIGNIFY YOUR CONSENT TO THIS AMENDMENT BY SIGNING AND
RETURNING THE ENCLOSED COPY DIRECTLY TO US OR THE ADVISING BANK (IF ONE IS
PRESENT) FOR TRANSMISSION TO US.  YOUR IMMEDIATE ATTENTION TO THIS MATTER
WILL BE APPRECIATED IN ORDER THAT WE MAY COMPLETE OUR RECORDS.

_____
AUTHORIZED SIGNATURE

# EXHIBIT 61



| | |
|---|---|
| **"Betty Proudfoot"** <BettyP@loves.com> 19/12/2006 03:50 p.m. | **Para** ."Maria Silva at PDVSA" <silvamgj@pdvsa.com> |
| | **cc** "Steve Magness" <stevem@loves.com>, "Ravi Ramdas" <Ravir@loves.com> |
| | **cco** |
| | **Asunto** Emailing: PDVSA WIRE TFR |

| **Historial:** | ⇨ Este mensaje ha sido remitido. |
|---|---|

Maria,

We have wired the $14,433,192.57 to your account at JPMorgan Chase.  The
attachment is our confirmation back from the bank with all the details.

We will be in touch with you tomorrow, after we have talked to Intrakam,
regarding the differences in the billings for the product.

Betty Proudfoot
Musket Corporation
Ph:  1-405-302-6758
Fax: 1-463-3758
E-mail: bettyp@loves.com

The message is ready to be sent with the following file or link
attachments:

PDVSA WIRE TFR

Note: To protect against computer viruses, e-mail programs may prevent
sending or receiving certain types of file attachments.  Check your
e-mail security settings to determine how attachments are handled.
 <<PDVSA WIRE TFR.pdf>>

        📄 - PDVSA WIRE TFR.pdf

Crystal Report Viewer

# BANK ONE

BC   1040770          USD   14,433,192.57 USD   14,433,192.57   PDVSA PETROLEO, S.A.          BOOK TRANSFER   DOM   509299   12/19/2006   2:23:23PM

## The One Net – Wires (SM)

### Today's Bank Confirmed Payments Report – Detail

As of: December 19, 2006  2:27:50 pm

**Payment Details**

| | |
|---|---|
| Tran Ref | 509299 |
| Status | Confirmed |
| Value Date | 19 Dec 2006 |
| Transaction Date | 19 Dec 2006 |
| Payment Amount | USD  14,433,192.57 |
| Debit Amount | USD  14,433,192.57 |
| Rate | TBD |
| Customer Ref | |
| Payment Type | DOM |
| Pymt Sys Ref | 089250035ZO |
| Settlement Ref | |
| Template Code | BOOK TRANSFER |
| On Behalf Of | |

**Debit Account Details**

| | |
|---|---|
| Account Name | MUSKET CORP GENERAL |
| Account No. | |
| Short Name | MUSKETCO |
| Location | OK |
| Address | |

**Intermediary Bank Details**

| | |
|---|---|
| Routing Code | |
| Routing Type | Fedwire ABA |
| Bank Name | |
| Address | |

**Originator Details**

| | |
|---|---|
| Name | |
| Address | |
| ID | |
| Address | |

**Beneficiary Bank Details**

| | |
|---|---|
| Routing Code | |
| Bank Name | JPMORGAN CHASE BANK, NA |

NEW YORK, NY

**Beneficiary Details**

| | |
|---|---|
| Account | |
| Name | PDVSA PETROLEO, S.A. |
| Address | |

**Optional Text**

Text to Bene    PAYMENT UNDER LETTER OF CREDIT NO. CTCS-651908 MUSKET CORPORATION ON BEHALF
OF INTRAKAM SA DE CV, INV 383222-0

Instructions to
Bene Bank
Instructions to
Bank One
Internal Memo

**Charges**

**Activity Log**

| | | |
|---|---|---|
| Last Activity | BETTYP | 12/19/2006   2:23:23PM |
| Entered | BETTYP | 12/19/2006   2:07:34PM |
| Modified | | |
| Approved 1 | BETTYP | 12/19/2006   2:08:18PM |
| Approved 2 | BETTYP | 12/19/2006   2:08:18PM |
| Approved 3 | BETTYP | 12/19/2006   2:08:18PM |
| Unapproved | | |
| Deleted | | |
| Mgr Approved | | |
| Released | | 12/19/2006   2:09:05PM |
| Reject Reason | | |

**Draft Details**

| | |
|---|---|
| Draft Number | |
| Mail To: | |

| | |
|---|---|
| Print Processed? | No |
| Reprint Count | |
| Last Reprint | |
| Draft Advice | |

PAYMENT UNDER LETTER OF CREDIT NO.
CTCS-651908 MUSKET CORPORATION ON BEHALF
OF INTRAKAM SA DE CV, INV 383222-0

Page 1 of 2

https://wires.theonenet.com/tomweb/rptserver.asp?cmd=get_pg&viewer=html_frame&vfmt=html_frame&page=1&brch=0-8

12/19/2006

# English Translation

**EXHIBIT 61**

To:
Cc:
Subject: Emailing: PDVSA WIRE TFR

History: This message has been forwarded.

[Text in English]

EXHIBIT 62



| | |
|---|---|
| fiore.petrassi@jpmchase.com | **Para** ·MARIA SILVA <silvamgj@pdvsa.com> |
| 28/12/2006 04:47 p.m. | **cc** bill.slowinski@jpmchase.com, cynthia.sadural-pasia@jpmchase.com, linda.w.grant@jpmchase.com, evelyn.d.abbasi@jpmchase.com, loretto.m.white@jpmchase.com |
| | **cco** |
| | **Asunto** Re: Rm: Payment Request / Team Aniara / Musket Corporation on behalf of Intrakam |

**Historial:**     ↩ Este mensaje ha sido remitido.

---

Maria,

The attached document complies with the stated terms of the letter of credit and we will be making payment tomorrow.

Please call me with any questions.

Fiore (Frank) Petrassi
Vice President - Global Trade Services
JPMorgan Chase Bank, N.A.
Phone: 312-954-1933
Fax:     312-954-5303
Email:  fiore.petrassi@jpmchase.com

Global Trade Customer Service Hot Line: 800-634-1969


**MARIA SILVA** <silvamgj@pdvsa.com>

12/28/2006 02:11 PM

**To** fiore.petrassi@jpmchase.com

**cc**

**Subject** Rm: Payment Request / Team Aniara / Musket Corporation on behalf of Intrakam


Fran do you have any notice about this?

—— Remitido por MARIA SILVA/SILVAMGJ/PDV/PDVSA con fecha 28/12/2006 04:07 p.m. ——

**MARIA SILVA/SILVAMGJ/PDV/PDVSA**

28/12/2006 02:55 p.m.

**Para** fiore.petrassi@jpmchase..com

**cc**

**Asunto** Rm: Payment Request / Team Aniara / Musket Corporation on behalf of Intrakam

 **PDVSA**

December 28Th.2006

### CERTIFICATE

"We <u>PDVSA Petroleo,S.A</u>, hereby certify that <u>Musket Corporation on Behalf of the company Intrakam S.A de CV</u> has failed to pay us on due date <u>13.NOV.06</u> the amount of a A <u>MILLION FIVE HUNDRED SIXTY-ONE THOUSAND SIXTY-ONE WITH FIFTY CENTS (US$ 1.561.061,50)</u>  for the shipment of MT 35.708 of D2 Diesel Oil from Punta Cardon, Venezuela to Houston, Texas, USA shipped on vessel  M/T "Team Aniara". Therefore, we demand payment of said amount in same day funds via wire transfer to our account PDVSA Petroleo S.A , JPMorgan Chase Bank, N.A , New York 270 Park Ave, New York 10172, account number 0011992765 Router 021000021 Swift: CHASUS33".

Maria Gabriela Silva Gomez
Letter of Credit Department

 **PDVSA**

SIGHT DRAFT

AMOUNT: $___1.561.061,50___

DATE: __12/22/2006___

AT SIGHT OF THIS BILL OF EXCHANGE PAY TO THE ORDER OF __PDVSA PETROLEO S.A__ THE

AMOUNT OF __ONE MILLION FIVE HUNDRED SIXTY ONE THOUSAND SIXTY ONE U.S. DOLLARS__

VALUE RECEIVED AND CHARGE TO THE ACCOUNT OF [MUSKET CORPORATION ON BEHALF OF THE COMPANY INTRAKAM SA ]

DRAWN UNDER JPMORGAN CHASE BANK, N.A. LETTER OF CREDIT NO. **CTCS-651908**

REMIT FUNDS AS FOLLOWS:

**[JPMORGAN CHASE NEW YORK
BENEFICIARY:PDVSA PETROLEO
ABA ACCOUNT: 0011992765
ABA ROUTING: 0210000021]**

DRAWER _PDVSA PETROLEO SA__

BY: __MARIA GABRIELA SILVA__
LETTER OF CREDIT DEPARTMENT

TO
JPMORGAN CHASE BANK, N.A.
300 SOUTH RIVERSIDE PLAZA
MAIL CODE IL1-0236
CHICAGO. IL 60606-0236

# English Translation

**EXHIBIT 62**

To:
Cc:
Subject: RE: FW:  Payment Request/ Team Aniara/ Musket Corporation on behalf of Intrakam

History: This message has been forwarded.

[Text in English]

---Forwarded by MARIA SILVA/SILVAMGJ/PDV/PDVSA dated 12/28/2006 04:07 p.m.---

[Attaching Documents]

Benard V. Preziosi, Jr. (BP-5715)
Lizabeth L. Burrell (LB-7980)
Christopher C. Costello (CC-6516)

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Telephone:     (212) 696-6000
Facsimile:      (212) 697-1559

Attorneys for Defendant
PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo y Gas, S.A.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUSKET CORPORATION,<br><br>                        Plaintiff,<br><br>        - against -<br><br>PDVSA PETROLEO, S.A., a/k/a PDVSA  PETROLEO<br>Y GAS, S.A., and ADVANCED ENGINEERING<br>DEVELOPMENT LTD.,<br><br>                      Defendants. | Civil Action No.<br>**06 CV 15522 (VM)** |

**AFFIDAVIT OF ANTONIO DE LISI MARTÍNEZ**

STATE OF NEW YORK      )
                             )ss.:
COUNTY OF NEW YORK    )

            ANTONIO DE LISI MARTÍNEZ, being duly sworn, deposes and says:

1.    I am associated with Curtis, Mallet-Prevost, Colt & Mosle LLP, attorneys for defendant PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo y Gas, S.A.) ("PDVSA") in this action.

2.    I am fluent in both Spanish and English. I am an attorney admitted to practice law in the United Mexican States. I received my Licenciatura en Derecho (an L.L.B. equivalent) from the Instituto Tecnológico Autónomo de México, A.C. in May 2005 and an L.L.M. from Columbia Law School in May 2006. From January 2004 through April 2005, I was a Pasante (legal trainee) at Curtis, Mallet-Prevost, Colt & Mosle, S.C. in Mexico City. During the summer of 2005, I was an intern at the Inter-American Development Bank in Washington, D.C. My experience has included work in connection with transactions involving Spanish language documents, and in the course of my work, I have translated many documents from Spanish to English (as well as from English to Spanish).

3.    At the request of Lizabeth L. Burrell and Benard V. Preziosi, Jr., I translated a number of documents that are being submitted to the Court in connection with PDVSA's opposition to the motion of Musket Corporation. The documents I translated include (a) the declaration of Maria Gabriela Silva and (b) the Spanish-language exhibits that are appended to the declarations of Ms. Silva and Gilmer G. González G. To the best of my abilities, the translations are true and correct. In some instances, the translation is not

verbatim because such a translation did not make sense. In these cases, to the best of my

ability, the translation reflects the commercial sense of the words in the Spanish original.

_____
Antonio De Lisi Martínez

Sworn to before me this
2nd day of February, 2007

_____
Notary Public

LYNN M. MOONEY
Notary Public, State of New York
No. 41-4841073
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 30, 20___