MARRERO, S.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSKET CORPORATION,

                Plaintiff,

- against -

PDVSA PETROLEO, S.A., a/k/a PDVSA
PETROLEO Y GAS, S.A., and ADVANCED
ENGINEERING DEVELOPMENT LTD.,

                Defendants.

Civil Action No.
06 CV 15522 (VM)

**STIPULATION AND ORDER**

      **WHEREAS,** plaintiff Musket Corporation ("Musket") obtained an *ex parte* Order of Attachment dated December 28, 2006; and

      **WHEREAS,** the Court convened a conference in this action on January 5, 2007 and, at that time, set a briefing schedule in respect of Musket's motion to confirm the Order of Attachment; and

      **WHEREAS,** Musket served and filed its motion to confirm the Order of Attachment on January 16, 2007, pursuant to the briefing schedule;

      **WHEREAS,** by Stipulation dated January 23, 2007, which was So Ordered by the Honorable Victor Marrero, the undersigned counsel agreed that the time for defendant PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo Y Gas, S.A.) ("PDVSA") to serve opposition papers was extended through February 2, 2007, and the time for Musket to serve its reply was extended through February 13, 2007;

      **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Musket and PDVSA, the only parties which have made an

appearance in this action, that the time for Musket to serve and file reply papers in support of its motion to confirm the Order of Attachment is further extended from February 13, 2007 to and including March 1, 2007.

Dated: New York, New York
February 9, 2007

| HOLLAND & KNIGHT LLP | CURTIS, MALLET, PREVOST, COLT & MOSLE LLP |
|---|---|
| By: _____<br>John J. Reilly (JR-9031)<br>David D. Howe (DH-6201)<br>195 Broadway<br>New York, New York 10007<br>(212) 513-3200 | By: _____<br>Bernhard V. Preziosi, Jr. (BP-5715)<br>Lizabeth Burrell (LB-7980)<br>101 Park Avenue<br>New York, New York 10178<br>(212) 696-6000 |
| Attorneys for Plaintiff Musket Corporation | Attorneys for Defendant PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo Y Gas, S.A.) |

SO ORDERED: 9 February 2007

_____
U.S.D.J.   Victor Marrero

#4354625_v2

2