```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 - 13-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSKET CORPORATION,

                              Plaintiff,

            - against -

PDVSA PETROLEO, S.A., a/k/a PDVSA
PETROLEO Y GAS, S.A., and ADVANCED
ENGINEERING DEVELOPMENT LTD.,

                              Defendants.

Civil Action No.
06 CV 15522 (VM)

**STIPULATION AND ORDER**

**WHEREAS,** plaintiff Musket Corporation ("Musket") obtained an *ex parte* Order of

Attachment dated December 28, 2006; and

**WHEREAS,** the Court convened a conference in this action on January 5, 2007 and, at

that time, set a briefing schedule in respect of Musket's motion to confirm the Order of

Attachment; and

**WHEREAS,** Musket served and filed its motion to confirm the Order of Attachment on

January 16, 2007, pursuant to the briefing schedule;

**WHEREAS,** by Stipulation dated January 23, 2007, which was So Ordered by the

Honorable Victor Marrero, the undersigned counsel agreed that the time for defendant PDVSA

Petroleo, S.A. (a/k/a PDVSA Petroleo Y Gas, S.A.) ("PDVSA") to serve opposition papers was

extended through February 2, 2007, and the time for Musket to serve its reply was extended

through February 13, 2007;

    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and

between the undersigned counsel for Musket and PDVSA, the only parties which have made an

appearance in this action, that the time for Musket to serve and file reply papers in support of its

motion to confirm the Order of Attachment is further extended from February 13, 2007 to and

including March 1, 2007.

Dated:    New York, New York
          February 9, 2007

HOLLAND & KNIGHT LLP                          CURTIS, MALLET, PREVOST, COLT &
                                              MOSLE LLP

By: _____                  By: _____
     John J. Reilly (JR-9031)                      Bernard V. Preziosi, Jr. (BP-5715)
     /David D. Howe (DH-6201)                      Lizabeth Burrell (LB-7980)
195 Broadway                                  101 Park Avenue
New York, New York 10007                      New York, New York 10178
(212) 513-3200                                (212) 696-6000

Attorneys for Plaintiff Musket Corporation    Attorneys for Defendant PDVSA Petroleo,
                                              S.A. (a/k/a PDVSA Petroleo Y Gas, S.A.)

SO ORDERED: 12 February

_____
U.S.D.J.        **Victor Marrero**

# 4354625_v2