UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSKET CORPORATION,

                Plaintiff,

- against -

PDVSA PETROLEO, S.A., a/k/a PDVSA
PETROLEO Y GAS, S.A., and ADVANCED
ENGINEERING DEVELOPMENT LTD.,

                Defendants.

Civil Action No.
06 CV 15522 (VM)

**NOTICE OF MOTION FOR
ORDER EXTENDING TIME
FOR PLAINTIFF TO COMPLETE
SERVICE OF PROCESS UPON
DEFENDANT PDVSA**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of John J. Reilly, Esq. dated February 26, 2007, and the exhibits thereto, and the Memorandum of Law filed herewith, and upon all prior pleadings and proceedings herein, plaintiff Musket Corporation, by its undersigned counsel, will move this Court before the Hon. Victor Marrero, U.S. District Judge, at the United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, New York 10007, on a date to be scheduled by the Court, for an order pursuant to Rule 64, Fed. R. Civ. P. and N.Y. Civil Practice Law and Rules § 6213, extending the time to complete service of process upon defendant PDVSA Petroleo, S.A. for an additional 60 days, with leave to seek further extensions of the time to complete such service as may be necessary, and for such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
         February 26, 2007

                                        HOLLAND & KNIGHT LLP
                                        Attorneys for Plaintiff

                                        By: _____
                                              John J. Reilly (JR 9031)
                                              David D. Howe (DH 6201)
                                        195 Broadway
                                        New York, New York 10007
                                        (212) 513-3200

TO: Lizabeth L. Burrell, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0016
Attorneys for Defendant PDVSA Petroleo, S.A.

Advanced Engineering Development Ltd.
Ur. Guadalmina Alta Ed Barclays Local 4
San Pedro, Marbella, Malaga
SPAIN 29678
Attention: N. Sandoval
E-mail address: advanced-engineering@hotmail.com

# 4384928_v2