# Holland+Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

JOHN J. REILLY
(212) 513-3488
john.reilly@hklaw.com

February 26, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-07

**BY HAND DELIVERY**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

Re: <u>Musket Corp. v. PDVSA Petroleo, S.A., et ano., 06 CV 15522 (VM)</u>

Dear Judge Marrero:

We represent the plaintiff, Musket Corporation in the above-referenced action. Pursuant to Your Honor's Individual Practices, enclosed are two courtesy copies of plaintiff's motion pursuant to Rule 64 and CPLR § 6213 to extend the time to serve the Summons and Complaint upon defendant PDVSA Petroleo, S.A., in order to maintain the validity of the order of attachment previously entered.

Respectfully submitted,

John J. Reilly

Enclosures

cc: Benard V. Preziosi Jr., Esq. (w/ encl.)
Lizabeth L. Burrell, Esq. (w/encl.)

# 4356321_v1

*Request GRANTED. The time for plaintiff Musket Corp. to serve process on defendant PDVSA Petroleo, S.A., is extended by sixty (60) days in accordance with Fed. R. Civ. P. 64 and CPLR § 6213, with leave to seek further extensions as necessary in order to complete proceedings under the Hague Convention.*

**SO ORDERED:**

2-27-07
DATE           VICTOR MARRERO, U.S.D.J.