Benard V. Preziosi, Jr. (BP-5715)
Lizabeth L. Burrell (LB-7980)
Christopher C. Costello (CC-6516)

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Telephone:   (212) 696-6000
Facsimile:   (212) 697-1559

Attorneys for Defendant
PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo y Gas, S.A.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUSKET CORPORATION,<br><br>                              Plaintiff,<br><br>- against -<br><br>PDVSA PETROLEO, S.A., a/k/a PDVSA PETROLEO Y GAS, S.A., and ADVANCED ENGINEERING DEVELOPMENT LTD.,<br><br>                              Defendants. | Civil Action No.<br>06 CV 15522 (VM)<br><br>AFFIDAVIT IN RESPONSE TO MOTION TO EXTEND TIME TO COMPLETE SERVICE OF PROCESS |

State of New York    }
                     } ss.:
County of New York   }

LIZABETH L. BURRELL, being duly sworn, deposes and says:

1.    I am a member of the bar of this Court and Counsel at Curtis, Mallet-Prevost, Colt & Mosle, LLP, attorneys for defendant PDVSA PETROLEO, S.A. in this action. I make this affidavit from personal knowledge in response to the motion of plaintiff Musket

Corporation to extend the time to complete service of process for purposes of continuing the validity of the attachment order.

2.    I am now able to advise that defendant PDVSA PETROLEO, S.A. does not object to extending plaintiff's time to complete service of process. Nevertheless, I do wish to correct statements made in the declaration of John J. Reilly in support of plaintiff's motion.

3.    It is true that I had more than one discussion with Mr. Reilly concerning service of process. Those conversations, however, were limited to the issue of whether or not my client would agree to extend the time for plaintiff to complete service under the Hague Convention. While I advised Mr. Reilly that I was in the process of obtaining the necessary consents to his proposed extension of time to complete service, I have no recollection of being asked to agree that my firm would accept service of process on behalf of defendant PDVSA PETROLEO, S.A. My statement that I did not anticipate a problem, to which Mr. Reilly makes reference, related solely to an extension of time to complete service.

4.    With the record corrected, defendant PDVSA PETROLEO, S.A. agrees to extend plaintiff's time to complete service under the Hague Convention.

_____
Lizabeth L. Burrell

Sworn to this 28th day of February 2007

_____
Notary Public

**CHIARA TAYLOR**
**NOTARY PUBLIC**
**MY COMMISSION EXPIRES MARCH 8, 2010**
**NO. 01TA5023192**
**QUALIFIED IN NEW YORK COUNTY**
**CERTIFIED IN WESTCHESTER COUNTY**

State of New York
County of New York

-2-