# Holland & Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway
New York, NY 10007-3189
www.hklaw.com

David D. Howe
212 513 3351
david.howe@hklaw.com

February 28, 2007

BY FAX

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-07

    Re:    Musket Corp. v. PDVSA Petroleo, S.A. et ano.,
           06 CV 15522 (VM)

Your Honor:

    We represent the plaintiff in the above-captioned action. We write with the consent of counsel for defendant PDVSA Petroleo, S.A. ("PDVSA").

    On December 28, 2006, the Court entered an order of attachment upon our application. By endorsed order dated January 5, 2007 (copy enclosed), the Court modified such order so as to extend the date of its expiration to March 2, 2007, with leave to seek further modifications of the order as appropriate.

    Plaintiff's motion to confirm the order of attachment will be fully briefed and submitted tomorrow. We now ask the Court to further extend the attachment order so that it will remain in effect until the confirmation motion has been decided. Counsel for PDVSA do not object to this application.

Respectfully submitted,

David D. Howe

Encl.

cc: Lizabeth L. Burrell, Esq. (w/encl.)

---

Request GRANTED. The Order of Attachment entered herein on 12-28-06 is modified to extend the date of its expiration to a date to be determined in connection with the Court's ruling on the pending motion to confirm the Order of Attachment.

SO ORDERED:

2-28-07
DATE

VICTOR MARRERO, U.S.D.J.