UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUSKET CORPORATION,<br><br>                    Plaintiff,<br><br>- against -<br><br>PDVSA PETROLEO, S.A., a/k/a PDVSA PETROLEO Y GAS, S.A., and ADVANCED ENGINEERING DEVELOPMENT LTD.,<br><br>                    Defendants. | Civil Action No.<br>06 CV 15522 (VM)<br><br>**REPLY AFFIDAVIT IN SUPPORT OF MOTION TO CONFIRM ORDER OF ATTACHMENT** |

STATE OF OKLAHOMA      )
                       : ss.:
COUNTY OF OKLAHOMA     )

RAVI RAMDAS, being duly sworn, deposes and says:

1.    I am employed by plaintiff Musket Corporation ("Musket"), and make this reply affidavit in further support of its motion to confirm the Attachment Order entered on December 28, 2006. I am fully familiar with the facts and circumstances stated below.

2.    On Musket's behalf, I, together with employees of Advanced Engineering, Intrakam and PDVSA, participated in two telephone conferences between November 10 and November 15, 2006, to discuss the transaction at issue. PDVSA never stated that Advanced was not authorized to act for it.

WHEREFORE, plaintiff respectfully requests that the Court confirm the Attachment Order.

                                              _Ravi Ramdas_ (signed)
                                              Ravi Ramdas      1 Mar '07

Sworn to before me this
1st day of March, 2007



_Wanda K. Meador_ (signed)
Notary Public