Benard V. Preziosi, Jr. (BP-5715)

CURTIS, MALLET-PRÉVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Telephone:   (212) 696-6000
Facsimile:   (212) 697-1559

Attorneys for Defendant
PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo y Gas, S.A.)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-5-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSKET CORPORATION,

              Plaintiff,

- against -

PDVSA PETROLEO, S.A., a/k/a PDVSA PETROLEO Y GAS, S.A., and ADVANCED ENGINEERING DEVELOPMENT LTD.,

              Defendants.

Civil Action No.
**06 CV 15522 (VM)**

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Musket Corporation and defendant PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo Y Gas, S.A.) ("PDVSA"), that the time for PDVSA to move, answer or otherwise respond with respect to the complaint is extended until October 23, 2007.

Dated: New York, New York
       October 4, 2007

HOLLAND & KNIGHT LLP

By: _____
John J. Reilly
305 Broadway, Suite 1101
New York, NY 10007
Tel: (212) 587-0760
Fax: (212) 587-4169

Attorneys for Plaintiff Musket Corporation

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: _____
Benard V. Preziosi, Jr. (BP-5715)
101 Park Avenue
New York, NY 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendant PDVSA Petroleo, S.A. (a/k/a PDVSA Petroleo y Gas, S.A.)

SO ORDERED: 5 October 2007

_____
VICTOR MARRERO, U.S.D.J.

3967378v1