```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MUSKET CORPORATION,                 :
                                    :
                                    :   06 Civ.15522(VM)
            Plaintiffs,             :
                                    :
       -against-                    :   ORDER
                                    :
PDVSA PETROLEO, S.A.,               :
                                    :
            Defendants.             :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that Stipulation and Order dated October 22, 2007, the date for defendant herein to answer to the complaint was extended to November 9, 2007. The Court's public file for this case contains no record that such answer has been made. Accordingly, it is hereby

**ORDERED** that plaintiff herein is directed to inform the Court by January 25, 2008, of the status of this matter and plaintiff's contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
          January 17, 2008

                                         _____
                                         VICTOR MARRERO
                                         U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08