UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSKET CORPORATION,

                Plaintiff,

- against -

PDVSA PETROLEO, S.A., a/k/a PDVSA PETROLEO Y GAS, S.A., and ADVANCED ENGINEERING DEVELOPMENT LTD.,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

Civil Action No.
06 CV 15522 (VM)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Musket Corporation and Defendant PDVSA Petroleo, S.A., a/k/a PDVSA Petroleo y Gas, S.A. ("PDVSA"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, that Plaintiff's claims against PDVSA in this action be, and the same hereby are, dismissed with prejudice and without costs.

Dated: New York, New York
       February 7, 2008

HOLLAND & KNIGHT LLP

By: _____
    John J. Reilly
    David D. Howe
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Plaintiff
Musket Corporation

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: _____
    Lisabeth L. Burrell

101 Park Avenue
New York, New York 10178-0016
(212) 696-6000

Attorneys for Defendant
PDVSA Petroleo, S.A.

SO ORDERED: February 11, 2008

_____
Victor Marrero, U.S.D.J.