*Return to Cashiers Int. bearing acct.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSKET CORPORATION,

                Plaintiff,

- against -

PDVSA PETROLEO, S.A., a/k/a PDVSA
PETROLEO Y GAS, S.A., and ADVANCED
ENGINEERING DEVELOPMENT LTD.,

                Defendants.

Civil Action No.
06 CV 15522 (VM)

**STIPULATION AND ORDER
AUTHORIZING RELEASE
OF FUNDS ON DEPOSIT**

WHEREAS, upon motion of Plaintiff Musket Corporation, an Order of Attachment was entered in this action on December 28, 2006 (the "Attachment"), and was duly served upon JPMorgan Chase Bank, N.A. (the "Garnishee"); and

WHEREAS, pursuant to Stipulation and Order dated January 19, 2007, the Garnishee deposited the sum of $1,561,061.50 (the "Deposited Funds") with the Clerk of the Court, to be held in an interest-bearing account until further order of the Court; and

WHEREAS, on September 26, 2007, the Court issued its Decision and Order denying Plaintiff's Motion to Confirm the Attachment; and

WHEREAS, the funds attached should now be paid over to Defendant PDVSA Petroleo S.A. (a/k/a PDVSA Petroleo Y Gas, S.A.) ("PDVSA"); accordingly,

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Musket Corporation and Defendant PDVSA, by and through their undersigned counsel, and ordered by the Court, that the Clerk of the Court shall be and is hereby directed to release the Deposited Funds, together with any accrued interest and income thereon, net of any fees due the Clerk in accordance with

applicable law, and to pay over such funds by check made payable to "Curtis, Mallet-Prevost, Colt & Mosle LLP on behalf of PDVSA Petroleo S.A."

Dated: New York, New York
February 13, 2008

HOLLAND & KNIGHT LLP

By: _____
John J. Reilly
David D. Howe
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Plaintiff

CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP

By: _____
Lizabeth L. Burrell
101 Park Avenue
New York, New York 10178-0016
(212) 696-6000

Attorneys for Defendant
PDVSA Petroleo, S.A.

SO ORDERED:

_____
Honorable Victor Marrero
U.S.D.J.

Date: 19 February 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-08
```

# 5111976_v1