# Holland & Knight

Tel  212 513 3200
Fax  212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

JOHN J. REILLY
(212) 513-3488
john.reilly@hklaw.com

June 18, 2008

**BY VIA FACSIMILE**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

> Re:  Musket Corp. v. PDVSA Petroleo, S.A., et ano.
>      06 CV 15522 (VM)

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-08

Dear Judge Marrero:

    We represent plaintiff Musket Corporation ("Musket") in the above-referenced matter. This status report is submitted pursuant to Your Honor's January 24, 2008 memorandum endorsement of the undersigned's letter dated January 23, 2008.

    Following the stipulated dismissal of all claims asserted by plaintiff against defendant PDVSA Petroleo, S.A., on February 28, 2008 plaintiff filed an Amended Complaint against the other existing defendant, Advanced Engineering Development Ltd. ("Advanced"), located in Spain, and a new defendant, Intrakam S.A. de C.V. ("Intrakam"), located in Mexico. Advanced is in default in answering or otherwise responding to the original pleading. Immediately following the filing of the Amended Complaint, plaintiff initiated service of process on the defendants pursuant to the Hague Convention, through Process Forwarding International. We are now awaiting completion of service. Pursuant to Rule 4(m), no extension of the time to serve process outside of the United States is required. We will file proof of service upon receipt and will initiate further proceedings at that time.

Respectfully submitted,

John J. Reilly

# 5414792_v1

> Plaintiff is directed to submit a status report by 7-22-08 on its efforts to serve defendants. In the event service has not been completed or there is uncertainty as to when it would be completed, the court will place the action on its Suspense Calendar pending service of process.
>
> SO ORDERED: