# Holland+Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

JOHN J. REILLY
(212) 513-3488
john.reilly@hklaw.com

July 22, 2008

**BY HAND DELIVERY**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7-23-08

    Re:    **Musket Corp. v. PDVSA Petroleo, S.A.,** *et ano.*
           **06 CV 15522 (VM)**
           Our File: 110952-2

Dear Judge Marrero:

    We represent plaintiff Musket Corporation ("Musket") in the above-referenced matter. This status report is submitted pursuant to Your Honor's June 20, 2008 memorandum endorsement of the undersigned's letter dated June 18, 2008.

    Following the stipulated dismissal of all claims asserted by plaintiff against defendant PDVSA Petroleo, S.A., on February 28, 2008 plaintiff filed an Amended Complaint against the other existing defendant, Advanced Engineering Development Ltd. ("Advanced"), and a new defendant, Intrakam S.A. de C.V. ("Intrakam"). Both Advanced and Intrakam are located outside the United States. Advanced is in default in answering or otherwise responding to the original pleading. Immediately following the filing of the Amended Complaint, plaintiff initiated service of process on the defendants pursuant to the Hague Convention, through Process Forwarding International. We are now awaiting completion of service. Pursuant to Rule 4(m), no extension of the time to serve process outside of the United States is required. We will file proof of service upon receipt and will initiate further proceedings at that time.

                                Respectfully submitted,

                                John J. Reilly

JJR:jm

cc: David Howe, Esq.

# 5491490_v1

> The Clerk of Court is directed to place this case on the Court's Suspense Docket until the filing of notice by plaintiff that service of process on defendants has been effectuated. Plaintiff is directed to provide the Court with an updated status report on this matter within 60 days of this order.
>
> **SO ORDERED:**
>
> 7-23-08
> DATE    VICTOR MARRERO, U.S.D.J.